1  Roger A. Lewis (pending PHV, IL Bar No. 6229704)
   David J. Chizewer (pending PHV, IL Bar No. 6206747)
2  GOLDBERG KOHN LTD.
   55 East Monroe Street – Suite 3300
3  Chicago, Illinois 60603
   (312) 201-4000
4  roger.lewis@goldbergkohn.com
   david.chizewer@goldbergkohn.com
5
   Ross H. Hyslop (CSB #149358)
6  PESTOTNIK LLP
   501 West Broadway – Suite 1025
7  San Diego, California 92101
   (619) 237-3000
8  hyslop@pestotnik.com

9  *Counsel for Plaintiff-Relator*

10       **IN THE UNITED STATES DISTRICT COURT**
         **FOR THE SOUTHERN DISTRICT OF CALIFORNIA**
11

12 | **THE UNITED STATES OF AMERICA,** the |
   | **STATE OF CALIFORNIA,** the **STATE OF** |
13 | **ILLINOIS,** and the **STATE OF MONTANA,** | Case No. |
   | *ex rel.* **JEFFREY BIERMAN,** |
14
   |                                        | **TABLE OF CONTENTS -** |
15 |              Plaintiffs,               | **EXHIBITS** |

16 |                  vs.                   | **JURY TRIAL DEMANDED** |

17 | **DEXCOM, INC.** | **FILED IN CAMERA AND UNDER** |
   |                                        | **SEAL (Pursuant to 31 U.S.C. § 3730)** |
18 |              Defendant.                | **DO NOT PLACE ON PACER** |
   |                                        | **DO NOT PLACE IN PRESS BOX** |
19

20

                                              **EXHIBIT, PAGES**
21 
CMS Ruling 1682-R (Jan. 12, 2017) .................................................................. Exhibit 1, 001-017
22
J. Bierman email to A. Booras, B. Keyt, and S. Moss regarding draft
23
   DWO claim form (Aug. 14, 2017) ......................................................... Exhibit 2, 018-020
24
M. May email to J. Bierman forwarding results of two CERT audits
25
   (Jan. 28, 2020) ............................................................................... Exhibit 3, 021-028
26
CGS Letter to Dexcom re: "Probe Review Results" (Nov. 18, 2019) .............. Exhibit 4, 029-039
27
J. Updegraff email to J. Bierman, et al. regarding "cert" (Jan. 28, 2020) ........... Exhibit 5, 040-043
28

                                        - i -

J. Updegraff email to C. Kastner regarding Medicare's recent denial

     of claim (July 26, 2018) ........................................................ Exhibit 6, 044-049

Spreadsheet regarding M. May internal audit of 50 file sample ......................... Exhibit 7, 050-051

Materials regarding Dexcom internal audit of payments received

     on behalf of Patient A (May 21, 2020) .................................................... Exhibit 8, 052-057

Materials regarding Dexcom internal audit of payments received

     on behalf of Patient B (May 21, 2020).................................................... Exhibit 9, 058-063

Materials regarding Dexcom internal audit of payments received

     on behalf of Patient C (May 21, 2020)................................................... Exhibit 10, 064-067

Spreadsheet regarding billing history for 38 Medicare patients ...................... Exhibit 11, 068-069

Dexcom form, "Medicare Certificate of Medical Necessity" (blank).............. Exhibit 12, 070-072

FAQ from www.dexcom.com: "Q: How long does the Dexcom G6

     transmitter last?" (Aug. 24, 2020)......................................................... Exhibit 13, 073-074

CMS "Application for Code Verification Review" for

     Palmetto PDAC (blank) ....................................................................... Exhibit 14, 075-080

"Advance Beneficiary Notice of Noncoverage (ABN)" (Feb. 15, 2018) ......... Exhibit 15, 081-082

Dexcom form, "Certificate of Medical Necessity" (blank)............................... Exhibit 16, 083-084

J. Bierman email to B. Keyt, et al. forwarding Aetna policy

     on CGM (Nov. 14, 2017).................................................................... Exhibit 17, 085-100

J. Bierman email to T. Conn, et al. re: "Dexcom CGM updates

     and Medicare coverage" (Nov. 14, 2017) ........................................... Exhibit 18, 101-105

BlueCross BlueShield of Alabama – "Coding Coach Coding Tips" ............... Exhibit 19, 106-111

BlueCross BlueShield of California (Anthem) Clinical UM

     Guideline - "Non-implantable Insulin Infusion and Blood

     Glucose Monitoring Devices" (Dec. 31, 2019)..................................... Exhibit 20, 112-117

BlueCross BlueShield of Illinois, "Continuous or Intermittent Monitoring

     of Glucose in Interstitial Fluid" (Jan. 1, 2017 – Mar. 31, 2018).......... Exhibit 21, 118-141

New York State Medicaid, "Reimbursement of Continuous Glucose
     Monitoring for Individuals with Type 1 Diabetes" (Nov. 1, 2017) ...... Exhibit 22, 142-144

BlueCross & BlueShield of Massachusetts - "Diabetic Care – Payment
     Policy" (Mar. 2018).............................................................................. Exhibit 23, 145-152

Policy Memo from State of California Department of Health Care
     Services (Medicaid) re: "Continuous Glucose Monitoring
     (CGM) as a CCS/GHPP Program Benefit – Revised with
     Attachment" (Aug. 29, 2018)............................................................... Exhibit 24, 153-164

Montana Healthcare Programs (Medicaid) Notice - "Therapeutic
     Continuous Glucose Monitor and Sensors – K0554 & K0553"
     (Jan. 1, 2019).................................................................................... Exhibit 25, 165-167

Example Claim No. 4 (California) - Records re: Patient D ........................... Exhibit 26, 168-210

Example Claim No. 4 (California) - Spreadsheet re "Patient D" ..................... Exhibit 27, 211-212

Example Claim No. 5 (Illinois) - Records re: "Patient E" ............................. Exhibit 28, 213-223

Example Claim No. 5 (Illinois) - Spreadsheet re "Patient E" ......................... Exhibit 29, 224-225

Example Claim No. 6 (Montana) - Records re: "Patient F"............................ Exhibit 30, 226-250

Example Claim No. 6 (Montana) - Spreadsheet re "Patient F"........................ Exhibit 31, 251-252

# EXHIBIT 1

EXHIBIT 1
001

**CMS Rulings**

**Department of Health and Human Services**

**Centers for Medicare & Medicaid Services**

---

Ruling No.: **[CMS-1682-R]**            Date: **January 12, 2017**

---

**CMS Rulings** are decisions of the Administrator that serve as precedent final opinions and orders and statements of policy and interpretation. They provide clarification and interpretation of complex or ambiguous statutory or regulatory provisions relating to Medicare, Medicaid, Utilization and Quality Control Peer Review, private health insurance, and related matters. They are published under the authority of the Administrator of the Centers for Medicare & Medicaid Services (CMS).

**CMS Rulings** are binding on all CMS components, on all Department of Health and Human Services components that adjudicate matters under the jurisdiction of CMS, and on the Social Security Administration (SSA) to the extent that components of the SSA adjudicate matters under the jurisdiction of CMS.

This Ruling articulates CMS policy concerning the classification of continuous glucose monitoring systems as durable medical equipment under Part B of the Medicare program.

**MEDICARE PROGRAM**

Medicare Supplementary Medical Insurance (Part B)

Classification of Therapeutic Continuous Glucose Monitors as "Durable Medical Equipment" under

**EXHIBIT 1**
002

**CITATIONS:** Section 1861(n) of the Social Security Act (42 U.S.C. 1395x(n)) and

42 CFR 414.202.

## BACKGROUND

Medicare Part A and Part B are defined benefit programs and items and services must fall

within a statutory benefit category as prerequisite to Medicare payment under sections 1812 and

1832 of the Social Security Act (the Act). CMS and the Medicare Administrative Contractors

(MACs) that process Medicare claims for payment make benefit category decisions based on criteria

found in the Act, regulations, and CMS instructions or guidance. Section 1862(a) of the Act

contains statutory exclusions that serve to prohibit payment for items or services, even if the items or

services fall within a benefit category. Among the exclusions, and subject to exceptions, section

1862(a)(1)(A) of the Act generally prohibits payment for an item or service that is not reasonable and

necessary for the diagnosis or treatment of illness or injury or to improve the functioning of a

malformed body member.

## DURABLE MEDICAL EQUIPMENT

Durable medical equipment (DME) is a benefit category under Medicare Part B, defined at

section 1861(n) of the Act as follows:

**EXHIBIT 1**
**003**

The term "durable medical equipment" includes iron lungs, oxygen tents, hospital beds, and wheelchairs (which may include a power-operated vehicle that may be appropriately used as a wheelchair, but only where the use of such a vehicle is determined to be necessary on the basis of the individual's medical and physical condition and the vehicle meets such safety requirements as the Secretary may prescribe) used in the patient's home (including an institution used as his home other than an institution that meets the requirements of subsection (e)(1) of this section or section 1819(a)(1)), whether furnished on a rental basis or purchased, and includes blood-testing strips and blood glucose monitors for individuals with diabetes without regard to whether the individual has Type I or Type II diabetes or to the individual's use of insulin (as determined under standards established by the Secretary in consultation with the appropriate organizations) and eye tracking and gaze interaction accessories for speech generating devices furnished to individuals with a demonstrated medical need for such accessories; except that such term does not include such equipment furnished by a supplier who has used, for the demonstration and use of specific equipment, an individual who has not met such minimum training standards as the Secretary may establish with respect to the demonstration and use of such specific equipment. With respect to a seat-lift chair, such term includes only the seat-lift mechanism and does not include the chair.

The term durable medical equipment is further defined and addressed in regulation and program instructions (see 42 CFR 414.202 and section 110.1 of chapter 15 of the Medicare Benefit Policy Manual (Pub. 100-02), respectively). Under § 414.202, durable medical equipment means equipment which--

- Can withstand repeated use;

- Effective with respect to items classified as DME after January 1, 2012, has an expected life of at least 3 years;

- Is primarily and customarily used to serve a medical purpose;

- Generally is not useful to a person in the absence of an illness or injury; and

- Is appropriate for use in the home.

All requirements of the definition must be met before an item can be considered to be DME. The requirement that equipment have an expected life of at least 3 years was added to the regulation in 2012 in order to further clarify the requirement that equipment must be durable in order to be considered

**EXHIBIT 1**
**004**

DME. The final rule implementing this change was titled: Medicare Program; End-Stage Renal Disease

Prospective Payment System and Quality Incentive Program; Ambulance Fee Schedule; Durable

Medical Equipment; and Competitive Acquisition of Certain Durable Medical Equipment, Prosthetics,

Orthotics, and Supplies and appeared in the November 10, 2011 **Federal Register** (76 FR 70228 and

70314). This final rule included a discussion of how the 3-year minimum lifetime requirement (MLR) is

applied to multicomponent devices or systems consisting of durable and nondurable components

(76 FR 70291). In that rule, we noted that a device may be a system consisting of durable and

nondurable components that together serve a medical purpose, and that we consider a multicomponent

device consisting of durable and nondurable components nondurable if the component that performs the

medically necessary function of the device is nondurable, even if other components that are part of the

device are durable. In regards to the 3-year MLR, the component(s) of a multicomponent device that

performs the medically necessary function of the device must meet the 3-year MLR (76 FR 70291).

## BLOOD-TESTING STRIPS AND BLOOD GLUCOSE MONITORS

Blood glucose monitors (also referred to as self-monitoring blood glucose meters) have been

covered as DME under the Medicare program since the early 1980s and the reagent strips ("blood-

testing strips") inserted into the monitors for use in testing the patient's blood glucose have been

covered as supplies necessary for the proper functioning of the monitor. Prior to July 1, 1998,

coverage of blood glucose monitors and test strips was limited to beneficiaries with Type I diabetes

who were insulin-treated. Section 4105(b)(1) of the Balanced Budget Act of 1997 (Pub. L. 105-33,

enacted on July 1, 1998) amended section 1861(n) of the Act to specify that the term DME included

"…blood-testing strips and blood glucose monitors for individuals with diabetes without regard to

whether the individual has Type I or Type II diabetes or to the individual's use of insulin…."

**EXHIBIT 1**
**005**

Therefore, beginning July 1, 1998, coverage of blood glucose monitors and test strips under the

DME benefit was expanded to include beneficiaries with Type II diabetes regardless of whether they

are insulin-treated. The current national coverage policy for standard blood glucose monitors is at

section 40.2 of the Medicare National Coverage Determinations Manual (Pub. 100-03) and, in

pertinent part, specifies:

Item/Service Description

There are several different types of blood glucose monitors that use reflectance meters to determine blood glucose levels. Medicare coverage of these devices varies, with respect to both the type of device and the medical condition of the patient for whom the device is prescribed.

Reflectance colorimeter devices used for measuring blood glucose levels in clinical settings are not covered as durable medical equipment for use in the home because their need for frequent professional re-calibration makes them unsuitable for home use. However, some types of blood glucose monitors which use a reflectance meter specifically designed for home use by diabetic patients may be covered as durable medical equipment, subject to the conditions and limitations described below.

Indications and Limitations of Coverage

Blood glucose monitors are meter devices that read color changes produced on specially treated reagent strips by glucose concentrations in the patient's blood. The patient, using a disposable sterile lancet, draws a drop of blood, places it on a reagent strip and, following instructions which may vary with the device used, inserts it into the device to obtain a reading. Lancets, reagent strips, and other supplies necessary for the proper functioning of the device are also covered for patients for whom the device is indicated. Home blood glucose monitors enable certain patients to better control their blood glucose levels by frequently checking and appropriately contacting their attending physician for advice and treatment. Studies indicate that the patient's ability to carefully follow proper procedures is critical to obtaining satisfactory results with these devices. In addition, the cost of the devices, with their supplies, limits economical use to patients who must make frequent checks of their blood glucose levels. Accordingly, coverage of home blood glucose monitors is limited to patients meeting the following conditions:

1. The patient has been diagnosed as having diabetes;

2. The patient's physician states that the patient is capable of being trained to use the

EXHIBIT 1
006

particular device prescribed in an appropriate manner. In some cases, the patient may not be able to perform this function, but a responsible individual can be trained to use the equipment and monitor the patient to assure that the intended effect is achieved. This is permissible if the record is properly documented by the patient's physician; and

3. The device is designed for home rather than clinical use.

## BENEFIT CATEGORY OF THERAPEUTIC CONTINUOUS GLUCOSE MONITORS

Continuous glucose monitors (CGMs) monitor a patient's glucose level on a continuous basis (for example, every 5 minutes). CGMs are class III medical devices and require premarket approval by the Food and Drug Administration (FDA).

Certain CGM devices consist of three components: a glucose sensor, a transmitter, and a receiver. The glucose sensor continuously measures glucose values (for example, every 5 minutes) in the interstitial fluid, the fluid around the cells (in contrast to blood glucose monitors which measure glucose values using fingertip blood samples). The sensor is a small flexible metal probe or wire that is inserted just below the skin and has a coating that prevents the body's immune system from detecting and attacking the foreign probe. Once the coating wears off in 6 or 7 days, the sensor must be replaced for safety reasons. The glucose sensor generates a small electrical signal in response to the amount of sugar that is present (interstitial glucose). This electrical signal is converted into a glucose reading that is then sent by tiny electrodes to the transmitter. The transmitter sends the measurements wirelessly to a dedicated receiver (or type of monitor) and/or compatible mobile device (smart phone, tablet, etc.) for display to a user. The receiver displays the glucose measurements in the form of a graph so that the patient can visualize how their glucose measurements are trending up or down.

Medicare does not cover CGMs approved by the FDA for use as adjunctive devices to

**EXHIBIT 1**
**007**

complement, not replace, information obtained from blood glucose monitors. In our view, such devices are not used for making diabetes treatment decisions, such as changing one's diet or insulin dosage based solely on the readings of the CGM, and therefore, have not been covered under Medicare because they are not considered to serve the medical purpose of making diabetes treatment decisions. In addition, CMS has viewed the nondurable sensors that measure the patient's glucose level as performing the medically necessary function of the system, and therefore, the system as a whole has not been regarded as durable equipment. This Ruling applies to certain CGMs furnished on or after the effective date of the Ruling.

The FDA recently approved expanding the indications of one CGM product to include replacement of blood glucose monitors for diabetes treatment decisions. This Ruling addresses whether "therapeutic" CGMs, which provide information that can be used to make diabetes treatment decisions meet the definition of DME. For the purpose of this Ruling, all CGMs that are approved by the FDA for use as adjunctive devices to complement, not replace, information obtained from blood glucose monitors in making diabetes treatment decisions are referred to as "non-therapeutic" CGMs.

As noted previously, the regulation at 42 CFR 414.202, specifies that durable medical equipment means equipment which: can withstand repeated use; effective with respect to items classified as DME after January 1, 2012, has an expected life of at least 3 years; is primarily and customarily used to serve a medical purpose; generally is not useful to a person in the absence of an illness or injury; and is appropriate for use in the home. Therapeutic CGMs must meet all five of these criteria in order to be classified as DME. We address all of the criteria below – though we address the first two criteria of the DME definition later in the discussion given that both criteria

EXHIBIT 1
008

relate to the issue of durability.

**Primarily and Customarily Used to Serve a Medical Purpose**

According to the FDA approval letter for the therapeutic CGM: the indications for use of the product have been expanded to include replacement of blood glucose monitors for diabetes treatment decisions; the device is indicated as a glucose monitoring system for the management of diabetes in persons age 2 years and older; interpretation of the results of the device should be based on the glucose trends and several sequential readings over time; the product also aids in the detection of episodes of hyperglycemia and hypoglycemia, facilitating both acute and long-term therapy adjustments; and the device is intended for single patient use and requires a prescription. The therapeutic CGM must be calibrated twice a day using a blood glucose monitor.

Based on this information, the therapeutic CGM is designed and approved to replace a blood glucose monitor currently classified as DME under the Medicare program, but the device must be calibrated twice a day using a blood glucose monitor. Therefore, for patients with a medical need to continuously test their glucose levels, the therapeutic CGM would be used to serve the medical purpose for the indications specified previously. That is, the therapeutic CGM would primarily and customarily be used to serve a medical purpose under the Medicare DME definition.

**Generally Not Useful to a Person in the Absence of an Illness or Injury**

The therapeutic CGM is only used for the purpose of monitoring glucose levels and is not useful to a person without diabetes because it serves no other purpose.

**Appropriate for Use in the Home**

The FDA approval letter indicates that the therapeutic CGM is used to replace a blood glucose monitor for use in making diabetes treatment decisions. Therefore, the device is appropriate

**EXHIBIT 1**
**009**

for use in the home for the same purpose that a blood glucose monitor is used in the home.

**Expected Life of at Least 3 Years**

As we noted previously, the criterion that equipment have an expected lifetime of at least 3 years was added to the regulatory definition of DME at 42 CFR 414.202 in 2012. This criterion further addresses the issue of "durability" and provides a clear minimum timeframe for how long an item of DME should last. As noted previously, for multicomponent equipment (that is, a system of durable and nondurable components), the component that performs the medically necessary function of the equipment must be durable in order for the device to be considered DME.

The medically necessary function of a glucose monitor is to inform the patient about their glucose level so that they can make diabetes treatment decisions such as changing their diet or insulin dosage. The blood glucose monitor reads the glucose level on the test strip and displays the reading for the patient. In the case of a non-therapeutic CGM, the device is approved to complement, not replace, blood glucose monitors, and therefore, no component of this device is considered to perform the medically necessary function of a glucose monitor. In the case of a therapeutic CGM, the device is approved to replace blood glucose monitors for making diabetes treatment decisions, and therefore, the system as a whole can replace the blood glucose monitor for certain patients.

As noted previously, the glucose sensor component must be replaced every 6 to7 days and therefore, is not durable because it would not meet the 3-year MLR. The transmitter has an expected life of 3 months and for the same reasons, is also not durable. As for the receiver, reliability analysis data from an engineering firm that evaluated the receiver component of the recently approved therapeutic CGM predicts a lifetime of greater than 3 years for the receiver. Therefore, we believe

**EXHIBIT 1**
**010**

that the receiver has an expected life of at least 3 years and is the only component of the therapeutic

CGM that can be considered durable and satisfy the 3-year MLR criterion of the definition. This

component also must perform the medically necessary function of the device in order for the device

itself to be considered DME (assuming all other criteria of the definition are met). All three

components of the therapeutic CGM system are necessary for the device to function, and necessary

for patients who must be aware of changing glucose levels throughout the day and night in order to

make diabetes treatment decisions. The durable receiver component that allows patients who need to

frequently check their glucose levels to visually see their glucose level, check how those glucose

levels are trending, and determine whether those glucose levels are rising or falling so that he or she

can make appropriate diabetes treatment decisions in accordance with the FDA-approved indications

for the device. Therefore, given that the receiver performs the medically necessary function of the

device, we believe that the therapeutic CGM device approved as a replacement for blood glucose

monitors for diabetes treatment decisions would satisfy the 3-year MLR.

**Ability to Withstand Repeated Use**

The final criterion under the definition at §414.202, which also relates to durability, is the

requirement that equipment be able to withstand repeated use. In addition to the regulation at

§ 414.202, Medicare program instructions at section 110.1 of chapter 15 of the Medicare Benefit

Policy Manual (Pub. 100-02) provide that an item is considered durable if it can "withstand repeated

use," – for example, the type of item that could normally be rented. As discussed previously, we

view the receiver as the primary component that performs the primary medical function and that is

the component that we assess in regards to the issue of durability. The receiver for a therapeutic

CGM is durable because it can be used repeatedly to monitor the trending of a patient's glucose

**EXHIBIT 1**
**011**

levels. Therefore, this equipment meets the requirement to withstand repeated use; that is, equipment that could be rented.

In this Ruling, we recognize that the therapeutic CGM is durable medical equipment under section 1861(n) of the Act, and therefore, falls within the scope of Medicare Part B benefit category for DME. We are not addressing any other coverage criteria through this Ruling. In the future, CMS may issue a separate policy such as a national coverage determination. In the alternative, MACs may issue local coverage determination concerning section 1862(a)(1)(A) of the Act, or coverage may be determined on a claim-by-claim basis.

**PAYMENT RULES**

Medicare payment for DME was made on a reasonable charge basis from 1965 through 1988. The regulations related to implementation of the reasonable charge payment methodology are found at 42 CFR part 405, subpart E. The payment rules for glucose monitors and other DME are located at section 1834(a) of the Act and mandate payment on the basis of fee schedule amounts beginning in 1989. Glucose monitors are classified as routinely purchased items subject to the payment rules for inexpensive and routinely purchased DME at section 1834(a)(2) of the Act, which mandate that the fee schedule amounts for these items be based on average reasonable charges for the purchase or rental of the item for the 12-month period ending on June 30, 1987, increased by the percentage increase in the consumer price index for all urban consumers (U.S. city average) for the 6-month period ending with December 1987. These base fee schedule amounts are increased on an annual basis beginning in 1991, based on the covered item update factors located in section 1834(a)(14) of the Act, which includes specific update factors for 2004 through 2008 for class III medical devices described in section 513(a)(1)(C) of the Federal Food, Drug, and Cosmetic Act. Routinely

**EXHIBIT 1**
**012**

purchased equipment is defined in the regulations at 42 CFR 414.220(a)(2) as "equipment that was

acquired by purchase on a national basis at least 75 percent of the time during the period July 1986

through June 1987." Section 1834(a)(1)(C) of the Act states that "subject to subparagraph (F)(ii),

this subsection shall constitute the exclusive provision of this title [Title XVIII of the Act] for

payment for covered items under this part [Medicare Part B] or under Part A to a home health

agency."

**PAYMENT FOR THERAPEUTIC CONTINUOUS GLUCOSE MONITORS**

For a therapeutic CGM covered as a glucose monitor under the DME benefit, specifically as a

monitor approved by the FDA to replace a blood glucose monitor, it would be subject to the

exclusive payment rules contained at section 1834(a)(2) of the Act. Specifically, the fee schedule

amounts for the purchase or rental of the durable equipment (the receiver) must be calculated using

average reasonable charges from 1986 and 1987 for glucose monitors, increased by annual covered

item update factors specified in section 1834(a)(14) of the Act, including update factors specified for

class III devices for the years 2004 through 2008. These calculations result in 2017 statewide fee

schedule amounts for the purchase of a new durable monitor/receiver for a therapeutic CGM ranging

from approximately $236 to $277. The fee schedule amounts for purchase of used equipment would

be based on 75 percent of the fee schedule amounts for purchase of new equipment, or

approximately $177 to $208. The fee schedule amounts for the monthly rental of the equipment

would be based on 10 percent of the fee schedule amounts for purchase of new equipment, or

approximately $24 to $28. Total payments for the equipment (any combination of rentals or

purchase claims) cannot exceed the fee schedule amount for purchase of new equipment. These fee

schedule amounts will be increased in 2018 and subsequent years based on the covered item update

**EXHIBIT 1**
013

factors at section 1834(a)(14) of the Act.

**PAYMENT FOR ACCESSORIES ESSENTIAL FOR THE EFFECTIVE USE OF THERAPEUTIC CONTINUOUS GLUCOSE MONITORS**

Medicare also pays for replacement of essential accessories for necessary DME on the basis of fee schedule amounts calculated using average reasonable charges for the items for the 12-month period ending on June 30, 1987, increased by annual covered item update factors. In addition to the payment for the therapeutic CGM item of DME (the receiver), monthly fee schedule amounts will be used to pay for replacement of the sensors, transmitters, and all other accessories and supplies essential for the effective use of the receiver. For 2017, the monthly fee schedule amount is $248.38 and is established in accordance with the fee schedule gap-filling instructions located at section 60.3 of chapter 23 of the Medicare Claims Processing Manual (Pub. 100-04). The monthly fee schedule amount is established using invoice prices for four sensors, a monthly allowance for transmitters based on manufacturer prices, the 2017 fee schedule amount for alkaline batteries used in glucose monitors (HCPCS code A4233), the 2017 fee schedule amount for purchase of a blood glucose monitor (HCPCS code E0607) necessary for calibration of the therapeutic CGM, divided by 60 (the number of months in the reasonable useful lifetime of the blood glucose monitor), and the 2017 fee schedule amount for 60 blood glucose test strips (HCPCS code A4253) necessary for calibration of the therapeutic CGM. The $248.38 fee schedule amount will be increased in 2018 and subsequent years based on the covered item update factors at section 1834(a)(14) of the Act.

**CONCLUSION**

For CGM products that are used in the home and approved by the FDA for use in place of a blood glucose monitor for making diabetes treatment decisions, these therapeutic CGMs are

**EXHIBIT 1**
**014**

primarily and customarily used to serve a medical purpose because they are used by Medicare beneficiaries with diabetes who must measure their glucose level frequently and check trends in their glucose measurements for the purpose of adjusting their diet and insulin in the treatment of their diabetes. Because they are used directly in making diabetes treatment decisions, as opposed to alerting the patient to use a blood glucose monitor to make those decisions, they are not precautionary in nature. A receiver (or type of monitor) for a therapeutic CGM that has an expected life of at least 3 years and is the component performing the medically necessary function of accurately monitoring the trends of the patients' blood glucose levels so that he or she can make necessary diabetes treatment decisions meets the 3-year MLR. The system as a whole replaces the blood glucose monitor for glucose monitoring purposes. As a result, the durable receiver for a therapeutic CGM is considered DME. For therapeutic CGMs, the glucose sensors and transmitters are considered essential accessories necessary for the effective use of the therapeutic CGM and replacement of the glucose sensors and transmitters are considered replacements of essential accessories necessary for the effective use of DME.

Although this ruling is to classify these items as DME items, specifically glucose testing equipment, and related accessories essential for the effective use of glucose testing equipment, section 1862(a)(1)(A) of the Act would still prohibit Medicare payment for these items if they are not determined to be reasonable and necessary for the treatment of the diabetes illness.

Continuous glucose monitoring systems are considered therapeutic CGMs that meet the definition of durable medical equipment at section 1861(n) of the Act and 42 CFR 414.202 if the equipment--

- Is approved by the FDA for use in place of a blood glucose monitor for making diabetes

**EXHIBIT 1**
015

CMS-1682-R                                                                                                      15

treatment decisions (for example, changes in diet and insulin dosage);

- Generally is not useful to the individual in the absence of an illness or injury;

- Is appropriate for use in the home; and

- Includes a durable component (a component that CMS determines can withstand repeated use and has an expected lifetime of at least 3 years) that is capable of displaying the trending of the continuous glucose measurements.

     In all other cases in which a CGM does not replace a blood glucose monitor for making diabetes treatment decisions, a CGM is not considered DME. This Ruling does not apply to items and services furnished prior to the effective date of the Ruling.

**EXHIBIT 1**
**016**

CMS-1682-R

**EFFECTIVE DATE**

This Ruling is effective January 12, 2017.

Dated:    JAN 12 2017

Patrick Conway,
Acting Principal Deputy Administrator,
Centers for Medicare & Medicaid Services.

EXHIBIT 1
017

# EXHIBIT 2

EXHIBIT 2
018

**From:** Jeffrey Bierman
**Sent:** Monday, August 14, 2017 8:55 AM
**To:** Alex Booras <abooras@Dexcom.com>
**Cc:** Beth Keyt <bkeyt@Dexcom.com>; Scott Moss <smoss@Dexcom.com>
**Subject:** RE: Medicare CMN Rework

Alex,

Dexcom's CMN is what I refer to as a "Detailed Written Order" or DWO. Medicare has specific guidelines that must be followed and this CMN does not include the date of the order which is different from the signature date. This also does not include the number of refills. The question of the regimen is support by the notes, just because the physician orders insulin does not actually confirm the beneficiary is utilizing the insulin. The exception would be for a new patient you would not have any history. Please call you would like to discuss

*November 21, 2014* - Revised: 12.03.15

# Documentation Reminders for Detailed Written Orders

CGS Medical Review is seeing a significant number of claim denials for missing mandatory elements on detailed written orders (DWO) for items provided on a periodic basis. Suppliers are reminded that all DWOs must contain:

- Beneficiary's name;
- Physician's name;
- Date of the order;
- A detailed description of each item that is billed separately on the claim;
- The ordering practitioner's signature; and
- The ordering practitioner's signature date.

Additionally, for items provided on a periodic basis, the DWO must include:

- Item(s) to be dispensed;
- Dosage or concentration, if applicable;
- Route of Administration, if applicable;
- Frequency of use;
- Duration of infusion, if applicable;
- Quantity to be dispensed; and
- Number of refills

**EXHIBIT 2**
**019**



The elements most often missing from the DWO are frequency of use and quantity to be dispensed. These are separate elements and are not interchangeable.

Frequency of use refers to daily usage. Frequency of use information is usually provided in terms of a time interval (e.g., every four hours or four times daily) or daily utilization number (e.g., four per day or 1500 calories per day).

Quantity to be dispensed should be the total number of units that that the doctor is ordering per refill. This amount is most likely to be the number of units the beneficiary will need per month or per 90 days. The quantity to be dispensed on the DWO will usually match the number of units the supplier bills on the claim.

https://cgsmedicare.com/jc/pubs/news/2014/1114/cope27555.html

There is also a Detailed Written Order Video that may be helpful

https://cgsmedicare.com/jc/education/Video/vid_dwo.html

Regards,

Jeffrey

---

**From:** Alex Booras [mailto:abooras@Dexcom.com]
**Sent:** Friday, August 11, 2017 5:07 PM
**To:** Jeffrey Bierman
**Cc:** Beth Keyt; Scott Moss; Alex Booras
**Subject:** Medicare CMN Rework

Hi Jeff,

Attached is an updated CMN for Medicare we created this week. Can you provide any feedback?

One question we had was whether the form needs to state "Regimen requires frequent adjustments on the basis of therapeutic CGM testing results" or would that simply be supported by chart notes? We have seen distributors order forms that do not include it.

Thank you,

**Alex Booras**
Manager, Inside Sales
6290 Sequence Drive | San Diego, CA 92121
858.875.9866 | www.dexcom.com

EXHIBIT 2
020

# EXHIBIT 3

EXHIBIT 3
0021

**Subject:** FW: CERT AUDIT FW: Nov 2020 Summary for Dexcom
**Attachments:** Jan 2020 Dexcom Supplier Drilldown - Nov 2020.xlsx

**From:** Matthew May [mailto:mmay@Dexcom.com]
**Sent:** Tuesday, January 28, 2020 1:52 PM
**To:** Jeffrey Bierman <jbierman@mednetinc.net>
**Subject:** CERT AUDIT FW: Nov 2020 Summary for Dexcom

Matt May
Manager, Inside Sales - East Region | Dexcom
6340 Sequence Drive | San Diego, CA 92121
(858) 200-0251 | www.dexcom.com

**Dexcom CGM now available at pharmacy.**
*Learn more at dexcom.com/rx*

**Questions about using your Dexcom CGM System?**
*Watch videos at dexcom.com/youtube*

**From:** Erica Adkins <eadkins@Dexcom.com>
**Sent:** Thursday, January 23, 2020 1:50 PM
**To:** Matthew May <mmay@Dexcom.com>
**Subject:** FW: Nov 2020 Summary for Dexcom

*Erica Adkins*
*Manager, Cash Collections*
*6310 Sequence Drive*
*San Diego, CA 92121*
*Office: (858) 875-9622*
*Fax: (858) 332-0223*
*Email: Eadkins@dexcom.com*
*Website: www.dexcom.com*
**Dexcom**
One Step Ahead

**From:** Joan Updegraff <Joan.Updegraff@Dexcom.com>
**Sent:** Wednesday, January 22, 2020 4:31 PM
**To:** Jereme Sylvain <jereme.sylvain@Dexcom.com>
**Cc:** Erica Adkins <eadkins@Dexcom.com>; Mahta Nakic <mahta.nakic@dexcom.com>
**Subject:** FW: Nov 2020 Summary for Dexcom

Good Afternoon Jereme,

**EXHIBIT 3**
**0022**

I had a great conversation with one of my contacts at Noridian today, Paula Berriche, RN, who is a CERT Educator for Noridian, JD, and was head of the three-person team who paid us a site visit in January 2019. Paula was returning my call regarding questions I had about the new CMS Standard Work Order (SWO- formerly called a DWO). I reached out to her prior to receiving emails from Beth Keyt regarding the same.

Paula took the opportunity to discuss some of the CERT audit errors that have occurred. In this conversation, she made mention of the "Weighted Error Rate" for one of the CERT audits that was found in error- the "rate" is expressed in dollar amounts. To my knowledge it is an "extrapolated" view, but I am not 100% certain that is the correct way to explain it.

I advised that it would be important for our Financial and Billing teams to have knowledge of and a thorough understanding of our "Weighted Error Rate" is and what it means for us as a biller of Medicare. Paula advised we should be receiving a report soon. My concern was it might not be delivered appropriately so Paula had her counterpart run a report and email it over so I could get it to you and Erica.

Erica and I spoke together today about the report, and she advised she will be reaching out to Paula for more insight tomorrow. She will then be able to provide clarity to the report and recommend any further process that may be needed regarding "containment" so-to-speak.

Please let me know if you have any questions and thank you for your time,

**Joan Updegraff**
Operational Compliance Specialist 2
RD – Corporate Compliance
Dexcom, Inc
6350 Sequence Drive
San Diego, CA 92121
Direct line: 858.529.4238
Fax: 858-333-8210
Toll Free: (800) 339.2664 Ext: 114238
joan.updegraff@dexcom.com

# Dexcom

Visit our website: www.dexcom.com

---

**From:** Bekah Nelson <Rebekah.Nelson@noridian.com>
**Sent:** Wednesday, January 22, 2020 1:22 PM
**To:** Joan Updegraff <Joan.Updegraff@Dexcom.com>
**Cc:** Paula Berriche <Paula.Berriche@noridian.com>
**Subject:** Nov 2020 Summary for Dexcom

Hi Joan,

Paula had me run a summary report on Dexcom per your request. Attached is the current standings of Dexcom's CERT reviews. Please work with Paula regarding any questions you may have.

**Thanks,**

**EXHIBIT 3**
**0023**



**Bekah Nelson**
CERT Coordinator – Jurisdiction A and D
NORIDIAN HEALTHCARE SOLUTIONS LLC, FARGO
Phone: (701) 715-9510
rebekah.nelson@noridian.com
www.noridian.com | www.noridianmedicare.com



Confidentiality Notice: This communication and any attachments are for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure, distribution or copying is prohibited. If you are not the intended recipient(s), please contact the sender by replying to this e-mail and destroy/delete all copies of this e-mail message

**EXHIBIT 3**
**0024**

## Sample Summary - Dexcom (PTAN: 6683790001)
### Jurisdiction: A
### Download Date: 01/16/2020

| PTAN | Total Claims In Error | Total Claims Sampled | $ Allowed | $ Paid in Error | Appealed Claims | $ Paid in Error On Appeal | Weighted $ Allowed | Weighted $ in Error On Appeal | Sample Error Rate | Weighted Error Rate |
|---|---|---|---|---|---|---|---|---|---|---|
| REDACTED | 6 | 12 | $3,297.07 | $1,267.11 | 0 | $1,267.11 | $11,356,632.55 | $4,385,561.73 | 38.40% | 38.71% |
| TOTAL | 6 | 12 | $3,297.07 | $1,267.11 | 0 | $1,267.11 | $11,356,632.56 | $4,385,561.73 | 38.45% | 38.71% |

Totals are calculated using only claims in a completed status.

## Sample Summary - Dexcom (PTAN: 6683790001)
### Jurisdiction: D
### Download Date: 01/16/2020

| PTAN | Total Claims In Error | Total Claims Sampled | $ Allowed | $ Paid in Error | Appealed Claims | $ Paid in Error On Appeal | Weighted $ Allowed | Weighted $ in Error On Appeal | Sample Error Rate | Weighted Error Rate |
|---|---|---|---|---|---|---|---|---|---|---|
| REDACTED | 13 | 22 | $5,084.08 | $3,300.60 | 0 | $3,300.60 | $17,496,408.03 | $11,393,422.85 | 64.82% | 65.12% |
| TOTAL | 13 | 22 | $5,084.08 | $3,300.60 | 0 | $3,300.60 | $17,496,408.03 | $11,393,422.85 | 64.82% | 65.12% |

Totals are calculated using only claims in a completed status.

**EXHIBIT 3**
**0025**

Claim Detail - Dexcom (PTAN: REDACTED)
Jurisdiction: A
Download Date: 01/16/2020
Errors

| PTAN | CID | Line | SVC | MO/YR | Line Error Status | Error Code | $ Paid in Error | Final Denial | $ Allowed Appeals | Weighted $ Allowed | Weighted $ in Error | Reviewer Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REDACTED | | 1 | | | N Error | 21 | $221.11 | | | $992,290.11 | $992,290.11 | |
| | | | | | | | | | | | | |
| | | 1 | | | N Error | 21 | $229.34 | | | $563,209.11 | $563,209.11 | |
| | | | | | | | | | | | | |
| | | 1 | | | N Error | 21 | $221.11 | | | $562,563.59 | $455,849.99 | |
| | | 1 | | | N Error | 21 | $29.50 | | | $930,528.51 | $930,528.51 | |
| | | 1 | | | N Error | 24 | $224.49 | | | $992,291.40 | $992,291.40 | |

| PTAN | CID | Line | DOS | HCPCS | Line Error Status | $ Allowed | $ Adjusted $ Allowed |
|---|---|---|---|---|---|---|---|
| REDACTED | | | | | No Error | $21.11 | $221.09 |
| | | | | | No Error | $21.11 | $991,469.90 |
| | | | | | No Error | $229.34 | $456,178.90 |
| | | | | | No Error | $221.11 | $563,209.11 |
| | | | | | No Error | $29.50 | $562,563.59 |
| | | | | | No Error | $224.49 | $930,528.51 |
| | | | | | No Error | $228.49 | $992,291.40 |
| | | | | | No Error | | $992,091.40 |

No Errors

EXHIBIT 3
0026

Claim Detail - Dexcom (PTAN: 6683790001)
Jurisdiction: D
Download Date: 01/16/2020
Errors

| PTAN | CID | Line | DOS | HCPCS | Line Error Status | Error Code | $ Paid in Error | Final Decision | $ Allowed After Appeals | Weighted $ Allowed | Weighted $ in Error | Reviewer Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REDACTED | | 1 | 05/05/2016 | K0553 | In Error | 21 | $251.11 | | | $950,336.11 | | 05/05/2016 MISSING: 1) Detailed written order... |
| | | 1 | 05/26/2016 | K0553 | In Error | 21 | $251.11 | | | $950,336.11 | | 05/26/2016 MISSING: 1) Detailed written order... |
| | | 1 | 05/24/2016 | K0553 | In Error | 21 | $251.11 | | | $950,336.11 | | 05/24/2016 MISSING: 1) Order date n/a... |
| | | 1 | 06/14/2016 | K0553 | In Error | 21 | $251.11 | | | $999,335.11 | | 06/14/2016 MISSING: 1) Order/Start date n/a... |
| | | 1 | 06/21/2016 | K0553 | In Error | 21 | $251.11 | | | $950,336.11 | | 06/21/2016 MISSING: 1) Order date n/a... |
| | | 1 | 09/06/2018 | K0554 | In Error | 21 | $254.18 | | | $950,444.12 | | 07/20/2018 MISSING: 1) Order date... |
| | | 1 | 09/06/2018 | K0553 | In Error | 21 | $251.11 | | | $950,000.86 | | 07/20/2018 MISSING: 1) Order date... |
| | | 2 | 09/06/2018 | K0553 | In Error | 21 | $251.11 | | | $950,000.86 | | 07/20/2018 MISSING: 1) Order date... |
| | | 1 | 11/06/2018 | K0552 | In Error | 21 | $251.11 | | | $950,000.86 | | 11/06/2018 MISSING: 1) Signed and... |
| | | 1 | 11/28/2018 | K0563 | In Error | 21 | $251.11 | | | $950,000.86 | | 06/04/2018 MISSING: 1) Order date... |

EXHIBIT 3
0027

EXHIBIT 3
0028

REDACTED

| | CID | | HCPCS | In Error Stat. | | $ Allowed | Adjusted $ Allowed | |
|---|---|---|---|---|---|---|---|---|
| 1 | 02/19/2019 | K0553 | | In Error | 21 | $256.89 | $900,970.80 | |
| 1 | 01/08/2019 | K0553 | | In Error | 21 | $256.89 | $900,970.80 | |
| 1 | 03/11/2019 | K0553 | | In Error | 21 | $256.89 | $900,970.80 | |
| 1 | 03/22/2019 | K0553 | | In Error | 21 | $256.89 | $879,123.17 | |
| 1 | 05/17/2019 | K0553 | | In Error | 21 | $0.00 | $879,123.17 | $0.00 |

No Errors

REDACTED

| PTAN | CID | Line | DOS | HCPCS | In Error Stat. | $ Allowed | Adjusted $ Allowed |
|---|---|---|---|---|---|---|---|
| REDACTED | | 1 | 05/29/2019 | K0553 | No Error | $0.00 | $0.00 |
| | | 1 | 01/00/2019 | K0553 | No Error | $0.00 | $0.00 |
| | | 1 | 01/14/2019 | K0553 | No Error | $0.00 | $0.00 |
| | | 1 | 02/12/2019 | K0553 | No Error | $245.14 | $825,640.65 |
| | | 1 | 03/00/2019 | K0553 | No Error | $256.89 | $879,123.17 |
| | | 1 | 03/11/2019 | K0553 | No Error | $256.89 | $879,123.17 |
| | | 1 | 03/16/2019 | K0553 | No Error | $256.89 | $879,123.17 |
| | | 1 | 04/14/2019 | K0553 | No Error | $256.89 | $879,123.17 |
| | | 1 | 06/16/2019 | K0553 | No Error | $256.89 | $879,123.17 |

# EXHIBIT 4

EXHIBIT 4
029

CGS
A CELERIAN GROUP COMPANY    PO BOX 20010 | NASHVILLE, TN 37202-0010

PRESORT
11/18/2019
DUE POSTAGE $001.15⁰

FIRST-CLASS MAIL

ZIP 37228
041M12250863

Dexcom Inc. A Deleware Corporation
PO Box 748652
Los Angeles, CA 90074-8652

EXHIBIT 4
030

EXHIBIT 4

031



CGS Administrators, LLC is a Medicare Part A, B, Home Health and Hospice, and DME
Medicare Administrative Contractor for the Centers for Medicare & Medicaid Services.



**CGS**®
A CELERIAN GROUP COMPANY

Medical Review
JC.TPE.INQUIRIES@cgsadmin.com

*We IMPACT lives.*

DME MAC Jurisdiction C

November 18, 2019

Dexcom Inc A Delaware Corporation
PO Box 748652
Los Angeles CA 90074-8652

**RE: Probe Review Results**
PTAN #: REDACTED
Case ID #: 12820

Thank you for your cooperation during the pre-payment review conducted on your claims for the following HCPCS code(s):

K0553- supply allowance for therapeutic continuous glucose monitor (CGM), includes all supplies and accessories, 1 month supply=1unit of service

**REASON FOR REVIEW**

This review was conducted because CGS's analysis of your billing data showed that you may be billing inappropriately for services. As stated in the Probe Notification letter dated July 16, 2019, your organization was selected for review based on data analysis, which included a review of factors such as the number of services allowed and growth in billing.

A random sample of 36 claims was selected for review to determine if the services billed were reasonable and necessary and that all other requirements for Medicare coverage were met. CGS's medical review staff reviewed medical documentation for the selected claims. Based on the medical documentation reviewed for the selected claims, CGS found that some services you submitted were not reasonable and necessary, as defined by the Medicare statute, or did not meet other Medicare coverage requirements.

**GENERAL PROBLEMS IDENTIFIED IN THE REVIEW**

During CGS's review of your claims and supporting documentation, CGS found the following areas of concern:

The medical records for 12 out of 36 claims in the sample did not support that the beneficiaries met Medicare coverage criteria for HCPCS code K0553, supply allowance for therapeutic continuous glucose monitor (CGM), includes all supplies and accessories, 1 month supply=1unit of service because:

I. Medical Records

© 2019, CGS Administrators, LLC
CGS Administrators, LLC is a Medicare Part A, B, Home Health and Hospice, and DME Medicare Administrative Contractor for the Centers for Medicare & Medicaid Services.



EXHIBIT 4
032

Three claims: The medical record documentation is not authenticated (handwritten or electronic) by the author. Refer to Medicare Program Integrity Manual 3.3.2.4.

Seven claims: The in-person visit with the practitioner that is required as part of the initial provision of the therapeutic continuous glucose monitor (CGM) does not support that the criteria have been met according to the LCD.

One claim: The medical records do not include an in-person visit with the practitioner that supports the beneficiary continues to adhere to the diabetes treatment plan and use the continuous glucose monitor (CGM) device on a daily basis.

Three claims: Payment for supplies billed above normal policy usage is being denied due to lack of documentation to support that they are reasonable and necessary.

One claim: The documentation submitted is incomplete.

This review has shown that Dexcom Inc A Delaware Corporation is not following published Medicare guidelines and policies in submitting claims for HCPCS code K0553 services. Your calculated error rate (determined by dividing the dollar amount of services paid in error by the dollar amount of services medically reviewed) is 32.45%. This error rate represents a moderate concern to the DME MAC in regards to Dexcom Inc A Delaware Corporation's billing of HCPCS code K0553 claims.

References used for this review are listed and web links are being sent to you for educational purposes.

> Local Coverage Determinations (LCD) https://www.cms.gov/medicare-coverage-database/details/lcd-details.aspx?LCDId=33822&ContrID=140
>
> Policy Articles https://www.cms.gov/medicare-coverage-database/details/article-details.aspx?articleId=52464&ContrID=140
>
> DME MAC Jurisdiction C Supplier Manual: Chapter 3 – Supplier Documentation. https://www.cgsmedicare.com/jc/pubs/supman/index.html
>
> Local Coverage Article: Standard Documentation Requirements for All Claims Submitted to DME MACs (A55426) https://www.cms.gov/medicare-coverage-database/details/article-details.aspx?articleid=55426

CGS wishes to take this opportunity to stress the importance of appropriate coding and adequate documentation in the medical records. Should the validity of services billed be questioned, Medicare can only pay for the services that are actually documented. Therefore, in cases of controversy, thorough documentation may be the provider's only incontestable source of proof of services. Billing for services for which there is no supportive documentation can result in further corrective actions, such as referral to law enforcement and exclusion from the Medicare Program.

## CORRECTIVE ACTIONS TO BE TAKEN

### Education Conference Call

Round 1 of the Targeted Probe and Education (TPE) process has been completed. Your facility was found to have 12 claim(s) identified with errors during round 1. Please contact CGS within the next 5 business days at JC.TPE.INQUIRIES@cgsadmin.com so that a one-on-one provider educational call can be scheduled for a mutually

EXHIBIT 4
033

convenient time. During this individualized education session, we will go over the probe results and will address any questions you may have regarding the policy or the TPE process. If you choose not to reach out for education, this will be tracked as a refused offer. Please note that the purpose of the TPE process is to identify areas of confusion and to address these areas through education, supporting providers in their goal of submitting claims that are in compliance with Medicare policy.

**Webinar Attendance**

CGS's Provider Outreach and Education (POE) team provides a variety of policy-specific webinars which are live, one-hour, interactive conferences that you can view online. The audio portion of the webinar is handled just like a regular telephone call. CGS strongly recommends that all staff members of Dexcom Inc A Delaware Corporation who are involved with Medicare claims attend a webinar within the next three months.

To register for a webinar, go to the following web address and select the topic, date and time for the session you wish to attend:

www.cgsmedicare.com/jc/education/webinars.html

Additionally, your staff may find the following webinars beneficial.

- Documentation Requirements Webinar – details the coverage information suppliers should maintain in their files and strategies that may assist suppliers in avoiding costly claim errors.
- Medicare 101 and Medicare 102 Webinars – covers the basics of Medicare billing for beginning level billing professionals and those who would like a refresher course.

NOTE: The POE schedule is updated periodically. If you cannot find a listing for one of the above topics or a convenient date and time, check the schedule again in two to three weeks.

**Process Improvement Plan**

Dexcom Inc A Delaware Corporation shall submit a Process Improvement Plan (PIP) to CGS on or before December 3. This PIP should include a statement of your understanding of the problem(s) identified in CGS's initial claim review and your plan for correcting the problem(s). This PIP must be in writing and include an outline of the steps you will take to correct the identified issue(s); goals and concrete interventions being used to address the issues identified; a timeline to completion; an overview of personnel involved in addressing the issue(s); and contact information for your company's individual with overall responsibility for the PIP should CGS have any questions or concerns.

CGS has prepared an education article explaining the elements of a PIP in greater detail. This article is available online at the following web address:

www.cgsmedicare.com/jc/pubs/news/2010/0410/cope11980.html

CGS has developed an optional form that you may use to document your PIP. The web address for this form is:

www.cgsmedicare.com/jc/forms/pdf/jc_process_improvement_plan.pdf

**EXHIBIT 4**
**034**

Once CGS receives the PIP, it will be reviewed. If the PIP is deficient, CGS will make recommendations to improve your proposed PIP.

Please note: Per 42 C.F.R. §424.535(a)(8)(ii), CMS has the authority to revoke a currently enrolled provider or supplier's Medicare billing privileges and any corresponding provider agreement based on a pattern or practice of submitting claims that fail to meet Medicare requirements. Should you continue to fail to meet these requirements as described in this letter, your billing privileges may be revoked on this basis or any of the bases articulated in 42 C.F.R. §424.535.

CGS is notifying you that Dexcom Inc A Delaware Corporation will be placed on another round of Targeted Probe & Educate review for HCPCS code K0553 claims. Based on the results of your prepayment Targeted Probe & Educate review to date, CGS is unable to discontinue your screen. CGS will evaluate your prepayment review error rate and process improvement plan after the next round of Targeted Probe & Educate review. Should your documentation and error/denial rates improve, CGS will certainly consider removal of the screen at that time.

If you have any questions regarding the specific findings in this review, please contact CGS at JC.TPE.INQUIRIES@cgsadmin.com.

Thank you for your prompt attention to this matter.

Sincerely,

Medical Review

Enclosures: Claim Review Summary Report

EXHIBIT 4
035

0

| Beneficiary's Last Name | Claim Control Number | HCPCS / Units of Service | Denial Code |
|---|---|---|---|
| REDACTED | | K0553 / 1 | |
| | | K0553 / 1 | |
| | | K0553 / 1 | |
| | | K0553 / 1 | |
| | | K0553 / 1 | |
| | | K0553 / 1 | !A/B |
| | | K0553 / 1 | |
| | | K0553 / 1 | |
| | | K0553 / 1 | |
| | | K0553 / 1 | !B/C |
| | | K0553 / 1 | !D |
| | | K0553 / 1 | !A/D |
| | | K0553 / 1 | !D |
| | | K0553 / 1 | |
| | | K0553 / 1 | |
| | | K0553 / 1 | !B |
| | | K0553 / 1 | !A |
| | | K0553 / 1 | |
| | | K0553 / 1 | !B |
| | | K0553 / 1 | |
| | | K0553 / 1 | |
| | | K0553 / 1 | |
| | | K0553 / 1 | |
| | | K0553 / 1 | !B |
| | | K0553 / 1 | |
| | | K0553 / 1 | |
| | | K0553 / 1 | !B |
| | | K0553 / 1 | |
| | | K0553 / 1 | |
| | | K0553 / 1 | |
| | | K0553 / 1 | |
| | | K0553 / 1 | |
| | | K0553 / 1 | !B |
| | | K0553 / 1 | |
| | | K0553 / 1 | !E |
| | | K0553 / 1 | |

EXHIBIT 4
036

| Denial Code | Denial Code Reason |
|---|---|
| A | The medical record documentation is not authenticated (handwritten or electronic) by the author. Refer to Medicare Program Integrity Manual 3.3.2.4. |
| B | The in-person visit with the practitioner that is required as part of the initial provision of the therapeutic continuous glucose monitor (CGM) does not support that the criteria have been met according to the LCD. |
| C | The medical records do not include an in-person visit with the practitioner that supports the beneficiary continues to adhere to the diabetes treatment plan and use the continuous glucose monitor (CGM) device on a daily basis. |
| D | Payment for supplies billed above normal policy usage is being denied due to lack of documentation to support that they are reasonable and necessary. |
| E | The documentation submitted is incomplete. |

EXHIBIT 4
037

| Denial Code | Denial Code Reason |
|---|---|
| F | |
| G | |
| H | |
| I | |
| J | |
| K | |

EXHIBIT 4
038

| Denial Code | Denial Code Reason |
|---|---|
| N | |
| L | |

EXHIBIT 4
039

# EXHIBIT 5

EXHIBIT 5
040

**From:** Joan Updegraff [mailto:Joan.Updegraff@Dexcom.com]
**Sent:** Tuesday, January 28, 2020 5:23 PM
**To:** Jeffrey Bierman ; Matthew May ; Pamela Aquino
**Cc:** Erica Adkins ; Mahta Nakic ; Beth Keyt
**Subject:** RE: cert
**Importance:** High

Hi Jeff,

Operational Compliance has not been approached with any concerns regarding how the CERT audits are being handled. I am confident that our current CERT and DME BPT audit process is solid. Operational Compliance does not handle TPE audits, and that might be where Beth is seeking further assistance.

My part in the CERT and DME BPT audit process is to coordinate the process from the receipt of the audit letter, to the response submission. I work with the Inside sales and patient billing teams top obtain, collate and submit the necessary documents and write a response to the CERT & DME BPT audit requests. Our Internal Audit team reviews everything before the response is submitted. I maintain an audit tracker for our Dept. as well.

The majority of the CERT errors have been noted primarily as Insufficient Documentation- This error is due to the previous version of our DWO. We were missing the Order Date which is required when the Supplier creates the DWO.

This was rectified and as of 3/28/2019, all teams were to ensure that the correct DWO was obtained. Any audited DOS prior to 3/2019 will more than likely end with an error due to the DWO, and as you know, there is no alteration or addendum that can be made to the DWO, so there is no appeal that can be sought in those cases. Another error is the physician's electronic signature. Attempts are made to obtain a Signature Attestation when CERT sends a ADR audit indicating there is an issue with the providers signature.

I have looped in Erica Adkins, Manager, Cash Collections (Patient Billing) and Pamela Aquino (Internal Audit Team Sr. Manager.) Erica would be the correct contact to discuss if there have been any appeals filed.

Thank you,

**Joan Updegraff**
Operational Compliance Specialist 2
RD – Corporate Compliance
Dexcom, Inc
6350 Sequence Drive
San Diego, CA 92121
Direct line: 858.529.4238
Fax: 858-333-8210
Toll Free: (800) 339.2664 Ext: 114238
joan.updegraff@dexcom.com

# Dexcom

**EXHIBIT 5**
**041**

Visit our website: www.dexcom.com

---

**From:** Jeffrey Bierman <jbierman@mednetinc.net>
**Sent:** Tuesday, January 28, 2020 2:23 PM
**To:** Joan Updegraff <Joan.Updegraff@Dexcom.com>; Matthew May <mmay@Dexcom.com>
**Subject:** RE: cert

Have any of the cert denials been appealed?

# The MAC shall process appeals stemming from
# that the appeal is handled appropriately as instru

# The MAC shall notify the CERT review contrac
# when a CERT review decision is appealed. The
# completed before entering an appeal on the CSV
# CERT review contractor after the MAC has ente
# instances in which additional documentation is r

---

**From:** Joan Updegraff [mailto:Joan.Updegraff@Dexcom.com]
**Sent:** Tuesday, January 28, 2020 3:59 PM
**To:** Matthew May <mmay@Dexcom.com>; Jeffrey Bierman <jbierman@mednetinc.net>
**Subject:** RE: cert

Hi Matt,

I handle the CERT and DME BPT post-payment audits through though the Operational Compliance Dept. TPE is handled by Finance.

2

**EXHIBIT 5**
042

Thanks,

**Joan Updegraff**
Operational Compliance Specialist 2
RD – Corporate Compliance
Dexcom, Inc
6350 Sequence Drive
San Diego, CA 92121
Direct line: 858.529.4238
Fax: 858-333-8210
Toll Free: (800) 339.2664 Ext: 114238
joan.updegraff@dexcom.com

# DEXCOM

Visit our website: www.dexcom.com

---

**From:** Matthew May <mmay@Dexcom.com>
**Sent:** Tuesday, January 28, 2020 1:42 PM
**To:** Jeffrey Bierman <jbierman@mednetinc.net>
**Cc:** Joan Updegraff <Joan.Updegraff@Dexcom.com>
**Subject:** RE: cert

+Joan

Great question Jeff. Joan, are you able to let Jeff know who has oversight over all of our Medicare audits?

He is our consultant that we worked with when we got set up with Medicare, and Beth has brought him back into the picture considering the audits we are facing.

Matt May
Manager, Inside Sales - East Region | Dexcom
6340 Sequence Drive | San Diego, CA 92121
(858) 200-0251 | www.dexcom.com

**Dexcom CGM now available at pharmacy.**
*Learn more at dexcom.com/rx*

**Questions about using your Dexcom CGM System?**
*Watch videos at dexcom.com/youtube*

---

**From:** Jeffrey Bierman <jbierman@mednetinc.net>
**Sent:** Tuesday, January 28, 2020 1:36 PM
**To:** Matthew May <mmay@Dexcom.com>
**Subject:** cert

Matt,

Who has oversight on these cert audits?

Jeffrey

3

**EXHIBIT 5**
043

# EXHIBIT 6

**EXHIBIT 6**
044

**Subject:** FW: Acct ^REDACTED^ Findings
**Attachments:** Detailed Written Order - Noridian.pdf; 308 Medicare CMN Q4 CURRENT MCR CMN 2018.pdf

Joan comes from the Managed Care group and is working for me in Compliance. I gave her a denial to review, and also asked for her analysis.

As it is very late in the day for both of us, I am sharing and wanted your comments to the analysis. I too will read it more thoroughly with coffee and a fresh set of eyes.

10 hours in a conference room surround with CHAP crap – so I am beat!

Catherine

Hello Catherine,
I reviewed the denial info from Noridian. Please see below for my findings, suggestions and recommendation regarding Dexcom's current Medicare CMN. I have attached information from Noridian regarding: Detailed Written Orders and a blank copy of our current Medicare CMN as well. Please let me know if you have any questions.

**Medicare Appeal for Acct ^REDACTED^ - Medicare Region D.**
   I.    Denial reason continues to be for: **Detailed order for the items billed**
   II.   Additional info is given in the "OF NOTE" details:

   a.  Per the policy article, if someone <u>other than</u> the prescriber creates the DWO (Detailed Work Order- PWO- CMN) in this case, Dexcom, then **TWO dates are required**, the **Order Date and the Prescriber signature date:**

   i.  The "Order Date" is defined as the date that we verbally received the prescriber's order for a CGM for their patient -OR- can be date the CMN is sent to the prescriber to be completed. This date signifies when the patient can begin receiving supplies. This is missing from our CMN. It appears Dexcom will need to add this detail to the Medicare CMN, maybe have it auto-generate the date when the CMN is printed/ or faxed to the prescriber to complete.

   <u>Document update SUGGESTION:</u>
      1.  Can state something like: Beginning today, - **OR**- As of: XX/XX/XXXX, through XX/XX/XXXX (12 months) Patient can receive:
      ● K0554 Receiver (Monitor), dedicated for use with therapeutic Continuous Glucose Monitor system – 1-unit Dexcom G-5 Receiver

**EXHIBIT 6**
**045**

- K0553- Supply Allowance for therapeutic Continuous Glucose Monitor (CGM), includes all supplies and accessories, 1-month supply = 1 unit of service: 5 sensors/1 per week: 1 Transmitter/90 days; 1 glucose monitor, 100 Lancets/30 days; 1- control solution; 150 test strips/30 days; 1-spring powered lancing devise per 8 months
  Refills: XXXX

RECOMMENDATION:

    I.    Have all Medicare Jurisdictions review our Medicare CMN and sign-off for acceptance. Region D is especially picky.

The screen shot below was taken from: **Supplier Manual-Summer 2018 (DME MAC Jurisdiction C) Chapter 3-Supplier Documentation**

For the "date of the order" described above, use the dispensing order date i.e., the date you were contacted by the prescribing practitioner (for verbal orders) or the date entered by the prescribing practitioner (for written dispensing orders).

Additional order date instructions:

- If the prescriber creates a complete and compliant DWO, only a single date—the "order date"—is required. This order date may be the date that the prescriber signs the document (either wet signature or electronic signature).

- If someone other than the prescriber (e.g., DME supplier) creates the DWO, then the prescription must be reviewed and, "...personally signed and dated..." by the prescriber. In this scenario, two (2) dates are required: an "order date" and a prescriber-entered "signature date".

Thank you,

**Joan Updegraff**
Compliance Specialist II Quality & Regulatory Affairs Dexcom, Inc
6350 Sequence Drive
San Diego, CA 92121
Direct line: 858.529.4238
Toll Free: (800) 339.2664 Ext: 114238
joan.updegraff@dexcom.com

# DEXCOM

Visit our website: www.dexcom.com

EXHIBIT 6
046



# Detailed Written Orders

A DWO is required before billing. Someone other than the physician may complete the DWO of the item unless statute, manual instructions, the contractor's LCD or policy articles specify otherwise. However, the prescribing physician must review the content and sign and date the document. It must contain:

- Beneficiary's name
- Prescribing physician's name
- Date of the order
- All items, options or additional features that are separately billed or require an upgraded code. The description can be either a narrative description (e.g., lightweight wheelchair base), a HCPCS code, a HCPCS code narrative, or a brand name/model number.
- Prescribing physician's signature
- Signature date, if applicable (see below)

For items provided on a periodic basis, including drugs, the written order must include:

- Item(s) to be dispensed
- Dosage or concentration, if applicable
- Route of Administration, if applicable
- Frequency of use
- Duration of infusion, if applicable
- Quantity to be dispensed
- Number of refills

For the "Date of the order" described above, use the dispensing order date i.e., the date the supplier was contacted by the prescribing physician (for verbal orders) or the date entered by the prescribing physician (for written dispensing orders).

Additional order date instructions:

- If the prescriber creates the DWO, only a single date - the "order date" - is required. This order date may be the date that the prescriber signs the document.
- If someone other than the prescriber (e.g., DME supplier) creates the DWO then the prescription must be reviewed and, "...personally signed and dated..." by the prescriber. In this scenario, two dates are required: an "order date" and a prescriber-entered "signature date".

In some cases, the prescribing physician may specify a future start date for therapy that is different from the date of the order. This start date does not impact the date of the order, DOS entered on the claim, Medicare-required forms (e.g., CMN, DIF) or refill/delivery timelines. As long as the supplier has a properly completed dispensing order with a correctly determined prescription date, an item may be shipped or delivered on or after the date of the dispensing order (except for items that require written order prior to delivery).

Frequency of use information on orders must contain detailed instructions for use and specific amounts to be dispensed. Reimbursement shall be based on the specific utilization amount only. Orders that only state "PRN" or "as needed" utilization estimates for replacement frequency, use, or consumption are not sufficient to justify payment.

The detailed description in the written order may be either a narrative description (e.g., lightweight wheelchair base), a HCPCS code, a HCPCS code narrative, or a brand name/model number.

## Reminders

Signature and date stamps are not allowed. Signatures must comply with the CMS signature requirements outlined in PIM 3.3.2.4.

The DWO must be available upon request.

A prescription is not considered as part of the medical record. Medical information intended to demonstrate compliance with coverage criteria may be included on the prescription but must be corroborated by information contained in the medical record.

If a supplier does not have a faxed, photocopied, electronic or pen and ink detailed written order signed and dated by the treating physician/practitioner in their records before they submit a claim to Medicare (i.e., if there is no order or only a verbal order), the claim will be denied. If the claim is for an item for which an order is required by statute (e.g., therapeutic shoes for diabetics, oral anticancer drugs, oral antiemetic drugs which are a replacement for intravenous antiemetic drugs), the claim will be denied as not meeting the benefit category and is therefore not appealable

**EXHIBIT 6**
**047**

by the supplier (see *CMS Manual System*, Pub. 100-04, *Medicare Claims Processing Manual*, Chapter 29, for more information on appeals). For all other items, if the supplier does not have an order that has been both signed and dated by the treating physician before billing the Medicare program, the item will be denied as not reasonable and necessary, with the exception of items requiring a written order prior to delivery as indicated below.

If an order is taken verbally and sent to the physician for a signature and date, there are two documents: the verbal order and the written order with the physician's signature and date.
If a beneficiary comes in with a prescription containing all of the elements of a detailed written order, then one document is on file.

It is important to remember that if an item is dispensed based on a verbal order and a written order is provided afterwards, both orders must be retained. It is not adequate to **only** have a written order **after** dispensing an item. There must be documentation to show the verbal order was received **prior** to dispensing the item.

## Examples

Example: The treating physician calls the supplier and prescribes a glucose monitor with a verbal order. The supplier can then create a detailed written order that includes an itemized listing of all directly related, separately billable items - i.e., the glucose monitor, test strips, lancets, calibration solution, batteries and lancing device. This detailed written order is then returned to the physician for their signature.

Although the initial dispensing order from the physician did not specifically include the test strips, lancets, and other supplies, they are clearly related to the glucose monitor. Therefore, it is an acceptable detailed written order. For detailed written orders of this type, no further action is required from the physician beyond their signature and date. However, for other types of detailed written orders other actions by the physician may be required. (See below)
In the example above, it is not acceptable for the supplier to include additional, unprescribed and unrelated items, such as a vacuum erection device, water circulating heating pad or wrist orthosis to the detailed written order. While the test strips, lancets, and other supplies are related to the glucose monitor in the original order, the vacuum erection device, water circulating heating pad and wrist orthosis are not related and therefore must not be included on the detailed written order.

Some suppliers use preprinted forms for their detailed written orders that include a listing of many different items, not all of which may be needed by an individual beneficiary. These listings often create incompatible combinations. For example, an order form for CPAP accessories might list all possible interfaces. On these forms, the final document that is signed and dated by the physician must clearly identify the specific items that are being ordered for that patient. This may be accomplished in one of two ways:

- The supplier may indicate the items that are being provided before sending the form to the physician. The physician can then review the form and accept either the items marked by the supplier or make any necessary changes. The physician must then initial and date the revised entries; **or**

- The supplier may send the form to the physician without any items selected and ask the physician to indicate which items are being ordered. The physician must make their choice clear. Check marks, circling items or other affirmative indicators are acceptable ways to show that the physician selected the item(s).

In each case, the physician must sign and date the form.
The following are examples (not all-inclusive) of forms listing multiple items, which would be considered invalid detailed written orders:

- Forms listing incompatible items without specific items being selected. For example, for CPAP, a form which includes full-face mask, nasal mask, and nasal pillows with none being specifically selected by the physician.

- Forms in which incompatible items are checked off or selected by either the supplier or the physician. For example, a form which includes full-face mask, nasal mask, and nasal pillows and two or all three are selected.

## Resource

- CMS Internet Only Manual (IOM) Publication 100-08, Medicare Program Integrity Manual (PIM), Chapter 5, Section 5.2.3

Last Updated Jan 09, 2018

| Contact | Support | Tools | External Resources | Keep Current |
|---|---|---|---|---|
| 877-320-0390 | Help | Noridian Medicare Portal (NMP) | www.CMS.gov | |
| IVR Guide | Site Map | Redetermination Form | CMS Links | |
| Fax Us | Site Tour | Remittance Advice | Internet Only Manuals | **Email Updates** |
| Mail Us | Web Feedback | Acronyms/Glossary | External Links | Receive Medicare's "Latest Updates" every Tuesday and Friday. |
| Email Us | Adobe Reader | Tools | PDAC DMECS | |
| | Excel Viewer | Same or Similar Chart | CEDI | |
| Bookmark this page | **Text Size:** A A A | Fee Schedule Look Up | NSC | |
| | | | New Medicare Card | |
| | | | ISO 9001 Certified | |



**EXHIBIT 6**
**048**

Dexcom, Inc.
6340 Sequence Drive
San Diego, CA 92121

Barcode:

# Dexcom

## MEDICARE DETAILED WRITTEN ORDER

⦿ K0554 Receiver (Monitor), dedicated, for use with therapeutic Continuous Glucose Monitor system - 1 unit Dexcom G5 Receiver

⦿ K0553 – Supply allowance for therapeutic continuous glucose monitor (CGM), includes all supplies and accessories, 1 month supply = 1 unit of service

**EST. LENGTH OF NEED (# OF MONTHS):** | 0 | 9 | 9 | 1-99 (99=LIFETIME)

**PATIENT INFORMATION**

Patient Last Name:

Patient First Name:

Date of Birth: __ / __ / ____

Patient Address:

City:

State:

Zip:

Phone Number: __ - __ - __

Patient ID#:

Primary Insurance Name:

Member ID:

Secondary Insurance Name:

Member ID:

**PHYSICIAN INFORMATION**

Physician Last Name:

Physician First Name:

Phone Number: __ - __ - __

Hospital/Clinic:

Fax Number: __ - __ - __

Hospital/Clinic Address:

City:

State:

Zip:

NPI #:

**STATEMENT OF MEDICAL NECESSITY**

Currently on CGM Therapy? ◯ Yes ◯ No

#SMBG [ ] per day

# Multiple Daily Injections per day [ ]

Date of Last Visit (Must be within 6 months of this order): __ / __ / ____

On insulin pump? ◯ Yes ◯ No

Diagnosis Code:
ICD-10 Code: ◯ E10.65 ◯ E10.9 ◯ E11.9 ◯ Other [ ]

This document serves as a Prescription and Statement of Medical Necessity for the above referenced patient for a Dexcom, Inc. Continuous Glucose Monitoring System, Dexcom, Inc. Sensors, Dexcom, Inc. Replacement Transmitter or Dexcom, Inc. Replacement Receiver and all associated diabetes supplies to be provided by Dexcom or an authorized distributor.

I certify that I am the physician identified on the above section and I certify that the medical necessity information contained in this document is true, accurate and complete, to the best of my knowledge.

Signature:

Date: __ / __ / ____

Please send completed form to: **CSTR@dexcom.com** or fax to  8 4 4 . 5 4 6 . 7 7 8 9

LBL015374 Rev004

**EXHIBIT 6**
**049**

# EXHIBIT 7

EXHIBIT 7
050

EXHIBIT 7
051

| Patient Name | Acct# | Recent Order Date | Original Notes (Valid/Invalid) | Recent Notes (Valid/Invalid) | Notes | Medical Terminology included? | Good/Bad signature included? |
|---|---|---|---|---|---|---|---|

REDACTED

# EXHIBIT 8

EXHIBIT 8
052

Client: (DX) Dexcom -- Version: HARP v3.68.00 -- Operator: JBDX -- Date: 05/21/2020 -- Session: 1819076788 -- Program: REPORT-h3inqTick&x=disp
- 1)Ticket Summary   • 2)Show Documents   × 3)Pay by Phone   • 4)Messaging   • 5)Claims   • 6)Updates
- 7)Printing   × 8)Upload Client Docs

**Patient Account #** REDACTED

| | | | |
|---|---|---|---|
| **REDACTED** | **DOB** REDACTED **SSN** **MR#** REDACTED | **Stmnt** Y ⊞ **Coll** Y | **Acct Bal** 102.76 **Ins** REDACTED ⊞ **PAS Sync** N **Acct Msgs** ⊞ **Demo Updt** 12/19/19 ⊞ |

**Ticket # 43353** 🖶 ⊞ **L06 Secondary + Insurance On Demo**

| Bill DEX | Ship 03 | Prod DEFT | Stat CA | Inst |
|---|---|---|---|---|
| Spec | Clnt REDACTED | Referral Q-379 | Bill Grp 01 | Summ Ins 454 Balance 51.38 |

**PAS Case#** 🖶 ⊞

**Charges** ⚒ 🕓

| Line | Date | Op | Proc | Desc | ICD-10 | Units | POS | TOS | CPT | Bill Dt | Chg Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 11/14/19 | LOAD | MTMCSUB | Medicare Monthly Subscription | E1065  E109 | 1.0 | 12 | | K0553 | | 256.89 |
| **Totals** | | | | | | **1.0** | | | | | **256.89** |

**History** ⚒

| Date | Time | Type | Op | Code | Description | ☑Rec ☑Adj ☑Msg ☑Bill ☑Denial ☑Stmnt ☑Remit Amt |
|---|---|---|---|---|---|---|
| 12/06/19 | 14:25:04 | Rec | MMAR | 454 | Medicare Mississipp Pt Ins 454 Chk 12/04/19 REDACTED Dep 12/04/19 DLBI 3 | -201.40 |
| 12/06/19 | 14:25:04 | Adj | MMAR | C223 | Government Mandated Adj | -4.11 |
| 11/14/19 | 04:58:28 | Msg | LOAD | IM | K0554 OBTAINED 01/26/2018 St N In A | |
| 11/15/19 | 04:58:29 | Msg | LOAD | HO(06) | L06 SECONDARY + INSURANCE ON DEMO St N In N | |
| 11/18/19 | 05:15:40 | Msg | SYS | TM | XPEDITOR ACCEPT: St N In N | |
| 11/18/19 | 05:15:40 | Msg | | | NAMC01 | |
| 11/18/19 | 10:29:01 | Msg | | | XPEDITOR ACCEPT: forwarded to (MAC-SNF/Regular): Ohio | |
| 11/18/19 | 10:29:01 | Msg | | | Medicare DME - Physician | |
| 11/18/19 | 05:09:41 | Msg | SYS | TM | PAYER MESSAGE: FRONTEND ACCEPT St N In N | |
| 11/19/19 | 05:09:41 | Msg | SYS | TM | 837 FILE ACCEPTED OhDmePh 000006492 St N In N | |
| 12/06/19 | 14:24:45 | Msg | MMAR | TM | REDACTED St N In A | |
| 12/06/19 | 14:24:45 | Msg | MMAR | TM | COINSURANCE AMOUNT St N In N | |
| 12/06/19 | 14:24:45 | Msg | | | SEQUESTRATION - REDUCTION IN FEDERAL PAYMENT | |
| 12/06/19 | 14:24:45 | Msg | | | PATIENT IS A MEDICAID/ QUALIFIED MEDICARE BENEFICIARY. | |
| 12/06/19 | 14:24:45 | Msg | | | REVIEW YOUR RECORDS FOR ANY WRONGFULLY COLLECTED | |
| 12/06/19 | 14:24:45 | Msg | | | COINSURANCE. THIS AMOUNT MAY BE BILLED TO A SUBSEQUENT | |
| 12/06/19 | 14:24:45 | Msg | | | PAYER. | |
| 12/06/19 | 14:24:45 | Msg | | | THE CLAIM INFORMATION HAS ALSO BEEN FORWARDED TO MEDICAID | |
| 12/06/19 | 14:24:45 | Msg | | | FOR REVIEW. | |

**EXHIBIT 8**
**053**

| | | | | |
|---|---|---|---|---|
| 12/06/19 14:25:04 Msg | MMAR TM | $51.38 APPLIED TO YOUR COPAY/COINSURANCE PER MEDICARE MISSIS St A In N | | |
| 12/19/19 09:27:34 Msg | PSAL TM | ADDED SECONDARY INSURANCE St N In N | | |
| 11/15/19 04:58:29 Bill | LOAD 454 | Medicare MississippSeq Pri  Origin Initial Billsn Yes  Media Electronic Type Phys File Submitted 454 - NAMC01/DME | 256.89 | |
| 12/03/19 08:31:41 Rmt | 431 | Chk 12/04/19REDACTED      -69,524.4RCN# REDACTED Clm 256.89 All 256.89 | -201.40 | |

© 2020 Quadax, Inc. :: Terms of Use :: Quadax Support :: 05/21/2020 :: AtbP07

EXHIBIT 8
054

Client: (DX) Dexcom -- Version: HARP v3.68.00 -- Operator: JBDX -- Date: 05/21/2020 -- Session: 1819076788 -- Program: REPORT-h3InqTick&x=disp
- 1)Ticket Summary    • 2)Show Documents    × 3)Pay by Phone    ▼ 4)Messaging    ▼ 5)Claims    ▼ 6)Updates
- ▼ 7)Printing    × 8)Upload Client Docs

**Patient Account #**REDACTED

# REDACTED

| | | | |
|---|---|---|---|
| DOB REDACTED | Stmnt Y ⊞ | Acct Bal | 102.76 |
| SSN | Coll Y | Ins | REDACTED ⊞ |
| MR# REDACTED | | PAS Sync | N |
| | | Acct Msgs ⊞ | |
| | | Demo Updt 12/19/19 ⊞ | |

**Ticket # 106912** 🖶 ⊞ **L06 Secondary + Insurance On Demo**

| | | | | | | |
|---|---|---|---|---|---|---|
| Bill DEX | Ship 01 | Prod DEFT | Stat CA | Inst | | |
| Spec | Clnt | Referral Q-379 | Bill Grp 01 | Summ Ins 434 | Balance 51.38 |
| PAS Case# REDACTED 🖶 ⊞ | | | | | | |

## Charges ⚒ ⊘

| Line | Date | Op | Proc | Desc | ICD-10 | Units | POS | TOS | CPT | Bill Dt | Chg Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 12/17/19 | LOAD | MTMCSUB | Medicare Monthly Subscription | E1065 E109 | 1.0 | 12 | | K0553 | | 256.89 |
| Totals | | | | | | 1.0 | | | | | 256.89 |

## History ⚒

☑ Rec ☑ Adj ☑ Msg ☑ Bill ☑ Denial ☑ Stmnt ☑ Remit

| Date | Time | Type↓ | Op | Code | Description | Amt |
|---|---|---|---|---|---|---|
| 01/21/20 | 15:15:42 | Rec | SDOM | 434 | Medicare CaliforniPt Ins 434 Chk 01/06/20 REDACTED<br>Dep 01/06/20 DLBI 4 | -201.40 |
| 01/21/20 | 15:15:42 | Adj | SDOM | C223 | Government Mandated Adj | -4.11 |
| 12/17/19 | 06:29:39 | Msg | LOAD | IM | K0554 OBTAINED01/26/2018<br>St N In A | |
| 12/18/19 | 06:29:41 | Msg | LOAD | HO(06) | L06 SECONDARY + INSURANCE ON DEMO<br>St N In N | |
| 12/19/19 | 07:07:17 | Msg | SYS | TM | XPEDITOR ACCEPT:<br>St N In N | |
| 12/19/19 | 07:07:17 | Msg | | | NAMC01 | |
| 12/19/19 | 10:07:45 | Msg | | | XPEDITOR ACCEPT: forwarded to (MAC-SNF/Regular): Ohio | |
| 12/19/19 | 10:07:45 | Msg | | | Medicare DME - Physician | |
| 12/19/19 | 05:08:20 | Msg | SYS | TM | PAYER MESSAGE: FRONTEND ACCEPT<br>St N In N | |
| 12/20/19 | 05:08:20 | Msg | SYS | TM | 837 FILE ACCEPTED OhDmePh 000006555<br>St N In N | |
| 01/21/20 | 15:15:03 | Msg | SDOM | TM | REDACTED<br>St N In A | |
| 01/21/20 | 15:15:03 | Msg | SDOM | TM | COINSURANCE AMOUNT<br>St N In N | |
| 01/21/20 | 15:15:03 | Msg | | | SEQUESTRATION - REDUCTION IN FEDERAL PAYMENT | |
| 01/21/20 | 15:15:03 | Msg | | | PATIENT IS A MEDICAID/ QUALIFIED MEDICARE BENEFICIARY. | |
| 01/21/20 | 15:15:03 | Msg | | | REVIEW YOUR RECORDS FOR ANY WRONGFULLY COLLECTED | |
| 01/21/20 | 15:15:03 | Msg | | | COINSURANCE. THIS AMOUNT MAY BE BILLED TO A SUBSEQUENT | |
| 01/21/20 | 15:15:03 | Msg | | | PAYER. | |
| 01/21/20 | 15:15:03 | Msg | | | THE CLAIM INFORMATION HAS ALSO BEEN FORWARDED TO MEDICAID | |
| 01/21/20 | 15:15:03 | Msg | | | FOR REVIEW. | |

5/21/2020, 1:58 PM

EXHIBIT 8
055

| | | |
|---|---|---|
| 01/21/20 15:15:42 Msg  SDOM TM | $51.38 APPLIED TO YOUR COPAY/COINSURANCE PER MEDICARE CALIFO St A In N | |
| 12/18/19 06:29:41 Bill  LOAD 434 | Medicare CaliforniSeq Pri  Origin Initial BillSn Yes  Media Electronic Type Phys File Submitted 434 - NAMC01/DME | 256.89 |
| 01/03/20 06:44:37 Rmt  431 | Chk 01/06/20 REDACTED        -74,050.4ICN#REDACTED Clm 256.89 All 256.89 | -201.40 |

© 2020 Quadax, Inc. :: Terms of Use :: Quadax Support :: 05/21/2020 :: AtbP07

EXHIBIT 8
056

Client: (DX) Dexcom -- Version: HARP v3.68.00 -- Operator: JBDX -- Date: 05/21/2020 -- Session: 1819076788 -- Program: REPORT-h3inq&x=open

**Patient Account #**REDACTED

REDACTED **DOB** REDACTED   **Stmnt** Y ⊞   **Acct Bal** 395.97
**SSN**                     **Coll** Y       **Ins** REDACTED ⊞
**MR#** REDACTED                             **PAS Sync** N
                                             **Acct Msgs** ⊞
                                             **Demo Updt** 02/19/20 ⊞

Displaying tickets 1 - 4

| Ticket# | Bill | Ship | Referral | Date | Billed | Status | Status Dt | Chg Amt | Rec Amt | Last | Adj Amt | Last | Dun | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 342432 | DEX | NA | Q-379 | 04/23/2020 | 434 | BI | 05/13/2020 | 222.77 | -174.66 | 434 | -3.56 | C223 | 0 | 44.55 |
| 293351 | DEX | NA | Q-379 | 03/23/2020 | 434 | BI | 04/23/2020 | 222.77 | -178.83 | 548 | -3.56 | C223 | 0 | 40.38 |
| 253379 | DEX | NA | Q-379 | 02/22/2020 | HOLD | HO(R7) | 04/08/2020 | 259.20 | -203.21 | 548 | -4.15 | C223 | 0 | 51.84 |
| 172732 | DEX | 01 | Q-379 | 01/22/2020 | HOLD | HO(M7) | 02/11/2020 | 259.20 | 0.00 | 434 | 0.00 | | 0 | 259.20 |

Displaying tickets 1 - 4

© 2020 Quadax, Inc. :: Terms of Use :: Quadax Support :: 05/21/2020 :: AtbP07

1 of 1

5/21/2020, 2:10 PM

**EXHIBIT 8**
057

# EXHIBIT 9

EXHIBIT 9
058

Client: (DX) Dexcom -- Version: HARP v3.68.00 -- Operator: JBDX -- Date: 05/21/2020 -- Session: 1819076788 -- Program: REPORT-h3inq&x=open

**Patient Account #** REDACTED

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| REDACTED | **DOB** REDACTED | **Stmnt** Y ⊞ | **Acct Bal** | 0.00 | | | |
| | **SSN** | **Coll** Y | **Ins** | REDACTED ⊞ | | | |
| | **MR#** REDACTED | | **PAS Sync** N | | | | |
| | | | **Acct Msgs** ⊞ | | | | |
| | | | **Demo Updt** 12/17/19 ⊞ | | | | |

Displaying tickets 1 - 2

| Ticket# | Bill | Ship | Referral | Date | Billed | Status | Status Dt | Chg Amt | Rec Amt | Last | Adj Amt | Last | Dun | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 105146 | DEX | NA | Q-1277 | 12/16/2019 | 434 | BI | 01/21/2020 | 256.89 | -252.78 | RMX1 | -4.11 | C223 | 0 | 0.00 |
| 31877 | DEX | 03 | Q-1277 | 11/09/2019 | L06 | BI | 11/28/2019 | 256.89 | -252.78 | RMX1 | -4.11 | C223 | 0 | 0.00 |

Displaying tickets 1 - 2

© 2020 Quadax, Inc. :: Terms of Use :: Quadax Support :: 05/21/2020 :: AtbP07

**EXHIBIT 9**
**059**

Client: (DX) Dexcom -- Version: HARP v3.68.00 -- Operator: JBDX -- Date: 05/21/2020 -- Session: 1819076788 -- Program: REPORT-h3inqTick&x×disp
• 1)Ticket Summary • 2)Show Documents × 3)Pay by Phone ▾ 4)Messaging ▾ 5)Claims ▾ 6)Updates
▾ 7)Printing × 8)Upload Client Docs

**Patient Account #** REDACTED

| REDACTED | DOB REDACTED | Stmnt Y ⊞ | Acct Bal | 0.00 |
|---|---|---|---|---|
| | SSN | Coll Y | Ins | REDACTED ⊞ |
| | MR#REDACTED | | PAS Sync | N |
| | | | Acct Msgs | ⊞ |
| | | | Demo Updt | 12/17/19 ⊞ |

**Ticket # 105146** ⊡ ⊞ Zero Balance
**Bill** DEX **Ship** NA **Prod** DEFT **Stat** CA **Inst**
**Spec** **Clnt** **Referral** Q-1277 **Bill Grp** 01 **Summ Ins** 434 **Balance** 0.00
**PAS Case#** REDACTED ⊡ ⊞

**Charges** ✂ ⊘

| Line | Date | Op | Proc | Desc | ICD-10 | Units | POS | TOS | CPT | Bill Dt | Chg Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 12/16/19 | LOAD | MTMCSUB | Medicare Monthly Subscription | E119 | 1.0 | 12 | | K0553 | | 256.89 |
| Totals | | | | | | 1.0 | | | | | 256.89 |

**History** ✂      ☑Rec ☑Adj ☑Msg ☑Bill ☑Denial ☑Stmnt ☑Remit

| Date | Time | Type | Op | Code | Description | Amt |
|---|---|---|---|---|---|---|
| 01/21/20 | 15:15:13 | Rec | SDOM | 434 | Medicare CaliforniPt Ins 434 Chk 01/06/20 REDACTED Dep 01/06/20 DLBI 3 | -201.40 |
| 01/21/20 | 15:15:13 | Adj | SDOM | C223 | Government Mandated Adj | -4.11 |
| 01/24/20 | 09:35:12 | Rec | LBIL | RMX1 | Remitmax Pt Ins RMX Chk 01/14/20 REDACTED Dep 01/21/20 CHKB 4 | -51.38 |
| 12/16/19 | 06:28:40 | Msg | LOAD | IM | K0554 OBTAINED11/01/2017 St N In A | |
| 12/18/19 | 06:28:42 | Msg | LOAD | HO(06) | L06 SECONDARY + INSURANCE ON DEMO St N In N | |
| 12/19/19 | 07:07:14 | Msg | SYS | TM | XPEDITOR ACCEPT: St N In N | |
| 12/19/19 | 07:07:14 | Msg | | | NAMC01 | |
| 12/19/19 | 10:07:44 | Msg | | | XPEDITOR ACCEPT: forwarded to (MAC-SNF/Regular): Ohio | |
| 12/19/19 | 10:07:44 | Msg | | | Medicare DME - Physician | |
| 12/19/19 | 05:08:18 | Msg | SYS | TM | PAYER MESSAGE: FRONTEND ACCEPT St N In N | |
| 12/20/19 | 05:08:18 | Msg | SYS | TM | 837 FILE ACCEPTED OhDmePh 000006555 St N In N | |
| 01/21/20 | 15:14:46 | Msg | SDOM | TM | REDACTED St N In A | |
| 01/21/20 | 15:14:46 | Msg | SDOM | TM | COINSURANCE AMOUNT St N In N | |
| 01/21/20 | 15:14:46 | Msg | | | SEQUESTRATION - REDUCTION IN FEDERAL PAYMENT | |
| 01/21/20 | 15:14:46 | Msg | | | THE CLAIM INFORMATION IS ALSO BEING FORWARDED TO THE | |
| 01/21/20 | 15:14:46 | Msg | | | PATIENT'S SUPPLEMENTAL INSURER. SEND ANY QUESTIONS | |
| 01/21/20 | 15:14:46 | Msg | | | REGARDING SUPPLEMENTAL BENEFITS TO THEM. | |

**EXHIBIT 9**
**060**

| | | | | |
|---|---|---|---|---|
| 01/21/20 15:15:13 Msg  SDOM  TM | $51.38 APPLIED TO YOUR COPAY/COINSURANCE PER MEDICARE CALIFO | | | |
| | St A In N | | | |
| 01/24/20 09:35:00 Msg  LBIL  TM | REDACTED | | | |
| | St N In N | | | |
| 01/24/20 09:35:00 Msg | THE IMPACT OF PRIOR PAYER(S) ADJUDICATION INCLUDING | | | |
| 01/24/20 09:35:00 Msg | PAYMENTS AND/OR ADJUSTMENTS. (USE ONLY WITH GROUP CODE OA) | | | |
| 01/24/20 09:35:12 Msg  LBIL  TM | TICKET IS AT ZERO BALANCE | | | |
| | St N In N | | | |
| 12/18/19 06:28:42 Bill  LOAD  434 | Medicare CaliforniSeq Pri  Origin Initial BilAsn Yes  Media Electronic | | | 256.89 |
| | Type Phys File Submitted 434 - NAMC01/DME | | | |
| 01/03/20 06:44:51 Rmt        431 | Chk 01/06/20REDACTED        -72,867.85ICN# REDACTED | | | -201.40 |
| | Clm 256.89 All 256.89 | | | |
| 01/23/20 07:01:25 Rmt        RMX1 | Chk 01/14/20REDACTED -44,225.89 P   ICN#REDACTED | | | -51.38 |
| | Clm 256.89 All 51.38 | | | |

**EXHIBIT 9**
**061**

Client: (DX) Dexcom -- Version: HARP v3.68.00 -- Operator: JBDX -- Date: 05/21/2020 -- Session: 1819076788 -- Program: REPORT-h3inqTick&x=disp
• 1)Ticket Summary  • 2)Show Documents  ✖ 3)Pay by Phone  ▼ 4)Messaging  ▼ 5)Claims  ▼ 6)Updates
▼ 7)Printing  ✖ 8)Upload Client Docs

**Patient Account #**REDACTED

| REDACTED | | | | |
|---|---|---|---|---|
| **REDACTED** | **DOB** 12/08/1934 | **Stmnt** Y ⊞ | **Acct Bal** | 0.00 |
| | **SSN** | **Coll** Y | **Ins** | REDACTED ⊞ |
| | **MR#** REDACTED | | **PAS Sync** N | |
| | | | **Acct Msgs** ⊞ | |
| | | | **Demo Updt** 12/17/19 ⊞ | |

**Ticket # 31877** 🗗 ⊞ **Zero Balance**
**Bill** DEX  **Ship** 03  **Prod**  DEFT  **Stat**  CA  **Inst**
**Spec**  **Clnt**  **Referral** Q-1277  **Bill Grp** 01  **Summ Ins** 454  **Balance** 0.00
**PAS Case#** REDACTED 🗗 ⊞

**Charges** ⚒ 🜚

| Line | Date | Op | Proc | Desc | ICD-10 | Units | POS | TOS | CPT | Bill Dt | Chg Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 11/09/19 | Rec | LOAD MTMCSUB | Medicare Monthly Subscription | E119 | 1.0 | 12 | | K0553 | | 256.89 |
| Totals | | | | | | 1.0 | | | | | 256.89 |

**History** ⚒

☑ Rec ☑ Adj ☑ Msg ☑ Bill ☑ Denial ☑ Stmnt ☑ Remit

| Date | Time | Type | Op | Code | Description | Amt |
|---|---|---|---|---|---|---|
| 11/28/19 | 17:23:09 | Rec | MMAR | 454 | Medicare Mississipp Pt Ins 454  Chk 11/27/19 REDACTED<br>Dep 11/27/19 DLBI 3 | -201.40 |
| 11/28/19 | 17:23:09 | Adj | MMAR | C223 | Government Mandated Adj | -4.11 |
| 12/17/19 | 15:34:49 | Rec | LBIL | RMX1 | Remitmax  Pt Ins RMX1 Chk 12/03/19 REDACTED<br>Dep 12/09/19 CHKB 125 | -51.38 |
| 11/09/19 | 12:55:52 | Msg | LOAD | IM | K0554 OBTAINED 11/01/2017<br>St N In A | |
| 11/10/19 | 12:55:53 | Msg | LOAD | HO(06) | L06 SECONDARY + INSURANCE ON DEMO<br>St N In N | |
| 11/12/19 | 07:09:19 | Msg | SYS | TM | XPEDITOR ACCEPT:<br>St N In N | |
| 11/12/19 | 07:09:19 | Msg | | | NAMC01 | |
| 11/12/19 | 10:57:52 | Msg | | | XPEDITOR ACCEPT: forwarded to (MAC-SNF/Regular): Ohio | |
| 11/12/19 | 10:57:52 | Msg | | | Medicare DME - Physician | |
| 11/12/19 | 05:12:57 | Msg | SYS | TM | PAYER MESSAGE: FRONTEND ACCEPT<br>St N In N | |
| 11/13/19 | 05:12:57 | Msg | SYS | TM | 837 FILE ACCEPTED OhDmePh 000006476<br>St N In N | |
| 11/28/19 | 17:22:58 | Msg | MMAR | TM | REDACTED<br>St N In A | |
| 11/28/19 | 17:22:58 | Msg | MMAR | TM | COINSURANCE AMOUNT<br>St N In N | |
| 11/28/19 | 17:22:58 | Msg | | | SEQUESTRATION - REDUCTION IN FEDERAL PAYMENT | |
| 11/28/19 | 17:22:58 | Msg | | | THE CLAIM INFORMATION IS ALSO BEING FORWARDED TO THE | |
| 11/28/19 | 17:22:58 | Msg | | | PATIENT'S SUPPLEMENTAL INSURER. SEND ANY QUESTIONS | |
| 11/28/19 | 17:22:58 | Msg | | | REGARDING SUPPLEMENTAL BENEFITS TO THEM. | |

**EXHIBIT 9**
**062**

| | | | | |
|---|---|---|---|---|
| 11/28/19 17:23:09 Msg  MMAR TM | $51.38 APPLIED TO YOUR COPAY/COINSURANCE PER MEDICARE MISSIS<br>St A In N | | | |
| 11/28/19 17:23:09 Msg  MMAR TM | MEDICARE MISSISSIPPI FWDD TO UNBILLABLE INS INFO<br>St 1 In N | | | |
| 12/17/19 15:34:37 Msg  LBIL  TM | REDACTED<br>St N In N | | | |
| 12/17/19 15:34:37 Msg | THE IMPACT OF PRIOR PAYER(S) ADJUDICATION INCLUDING | | | |
| 12/17/19 15:34:37 Msg | PAYMENTS AND/OR ADJUSTMENTS. (USE ONLY WITH GROUP CODE OA) | | | |
| 12/17/19 15:34:49 Msg  LBIL  TM | TICKET IS AT ZERO BALANCE<br>St N In N | | | |
| 11/10/19 12:55:53 Bill  LOAD  454 | Medicare MississippSeq Pri   Origin Initial Bill    Asn Yes<br>Media ElectronicType Phys File Submitted 454 - NAMC01/DME | | | 256.89 |
| 11/28/19 17:23:09 Bill  MMAR L06 | Unbillable Ins Info   Seq Sec   Origin Ins ForwardedAsn Yes<br>Media HardcopyType Unknown | | | 51.38 |
| 11/26/19 06:54:47 Rmt          431 | Chk 11/27/19REDACTED-71,644.0 ICN#REDACTED<br>Clm 256.89 All 256.89 | | | -201.40 |
| 12/17/19 06:43:07 Rmt          RMX1 | Chk 12/03/19REDACTED-54,564.24 P   ICN#REDACTED<br>Clm 256.89 All 51.38 | | | -51.38 |

© 2020 Quadax, Inc. :: Terms of Use :: Quadax Support :: 05/21/2020 :: AtbP07

EXHIBIT 9
063

# EXHIBIT 10

**EXHIBIT 10**
**064**

Client: (DX) Dexcom -- Version: HARP v3.68.00 -- Operator: JBDX -- Date: 05/21/2020 -- Session: 1819076788 -- Program: REPORT-h3inqTick&x=disp
• 1)Ticket Summary   • 2)Show Documents   ✗ 3)Pay by Phone   ▼ 4)Messaging   ▼ 5)Claims   ▼ 6)Updates
▼ 7)Printing   ✗ 8)Upload Client Docs

**Patient Account #** REDACTED

| REDACTED | DOB REDACTED | Stmnt Y ⊞ | Acct Bal 308.27 |
|---|---|---|---|
| | SSN | Coll Y | Ins REDACTED ⊞ |
| | MR# REDACTED | | PAS Sync N |
| | | | Acct Msgs ⊞ |
| | | | Demo Updt 11/07/19 ⊞ |

**Ticket # 107199** 🖨 ⊞ **L06 Secondary + Insurance On Demo**
| Bill DEX | Ship 01 | Prod | DEFT | Stat CA | Inst |
| Spec | Clnt | Referral Q-4261 | Bill Grp 01 | Summ Ins 434 | Balance 51.38 |
**PAS Case#** REDACTED 🖨 ⊞

**Charges** ⚒ ⓘ

| Line | Date | Op | Proc | Desc | ICD-10 | Units | POS | TOS | CPT | Bill Dt | Chg Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 12/17/19 | LOAD | MTMCSUB | Medicare Monthly Subscription | E1021 E10319 | 1.0 | 12 | | K0553 | | 256.89 |
| **Totals** | | | | | | 1.0 | | | | | 256.89 |

**History** ⚒                                ☑ Rec  ☑ Adj  ☑ Msg  ☑ Bill  ☑ Denial  ☑ Stmnt  ☑ Remit

| Date | Time | Type | Op | Code | Description | Amt |
|---|---|---|---|---|---|---|
| 01/21/20 | 15:15:42 | Rec | SDOM | 434 | Medicare CaliforniaPt Ins 434 Chk 01/06/20 REDACTED Dep 01/06/20 DLBI 4 | -201.40 |
| 01/21/20 | 15:15:42 | Adj | SDOM | C223 | Government Mandated Adj | -4.11 |
| 12/17/19 | 06:29:49 | Msg | LOAD | IM | K0554 OBTAINED05/22/2018 St N In A | |
| 12/18/19 | 06:29:50 | Msg | LOAD | HO(06) | L06 SECONDARY + INSURANCE ON DEMO St N In N | |
| 12/19/19 | 07:07:17 | Msg | SYS | TM | XPEDITOR ACCEPT: St N In N | |
| 12/19/19 | 07:07:17 | Msg | | | NAMC01 | |
| 12/19/19 | 10:07:46 | Msg | | | XPEDITOR ACCEPT: forwarded to (MAC-SNF/Regular): Ohio | |
| 12/19/19 | 10:07:46 | Msg | | | Medicare DME - Physician | |
| 12/19/19 | 05:08:21 | Msg | SYS | TM | PAYER MESSAGE: FRONTEND ACCEPT St N In N | |
| 12/20/19 | 05:08:21 | Msg | SYS | TM | 837 FILE ACCEPTED OhDmePh 000006555 St N In N | |
| 01/21/20 | 15:15:04 | Msg | SDOM | TM | 19353824165000 St N In A | |
| 01/21/20 | 15:15:04 | Msg | SDOM | TM | COINSURANCE AMOUNT St N In N | |
| 01/21/20 | 15:15:04 | Msg | | | SEQUESTRATION - REDUCTION IN FEDERAL PAYMENT | |
| 01/21/20 | 15:15:04 | Msg | | | PATIENT IS A MEDICAID/ QUALIFIED MEDICARE BENEFICIARY. | |
| 01/21/20 | 15:15:04 | Msg | | | REVIEW YOUR RECORDS FOR ANY WRONGFULLY COLLECTED | |
| 01/21/20 | 15:15:04 | Msg | | | COINSURANCE. THIS AMOUNT MAY BE BILLED TO A SUBSEQUENT | |
| 01/21/20 | 15:15:04 | Msg | | | PAYER. | |
| 01/21/20 | 15:15:04 | Msg | | | THE CLAIM INFORMATION HAS ALSO BEEN FORWARDED TO MEDICAID | |

**EXHIBIT 10**
**065**

| | | |
|---|---|---|
| 01/21/20 15:15:04 Msg | | FOR REVIEW. |
| 01/21/20 15:15:42 Msg SDOM TM | | $51.38 APPLIED TO YOUR COPAY/COINSURANCE PER MEDICARE CALIFO St A In N |
| 12/18/19 06:29:50 Bill LOAD 434 | | Medicare CaliforniSeq Pri Origin Initial BilAsn Yes MedIn Electronic Type Phys File Submitted 434 - NAMC01/DME | 256.89 |
| 01/03/20 06:44:37 Rmt 431 | | Chk 01/06/20 REDACTED -74,050.4 CN# REDACTED Clm 256.89 All 256.89 | -201.40 |

© 2020 Quadax, Inc. :: Terms of Use :: Quadax Support :: 05/21/2020 :: AtbP07

EXHIBIT 10
066

Client: (DX) Dexcom -- Version: HARP v3.68.00 -- Operator: JBDX -- Date: 05/21/2020 -- Session: 1819076788 -- Program: REPORT-h3inq&x~open

**Patient Account #** REDACTED

REDACTED **DOB** REDACTED **Stmnt** Y ⊞ **Acct Bal** 0.00
**SSN** **Coll** Y **Ins** REDACTED ⊞
**MR#** REDACTED **PAS Sync** N
**Acct Msgs** ⊞
**Demo Updt** 03/02/20 ⊞

Displaying tickets 1 - 4

| Ticket# | Bill | Ship | Referral | Date | Billed | Status | Status Dt | Chg Amt | Rec Amt | Last | Adj Amt | Last | Dun | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 342666 | DEX | 03 | Q-4261 | 04/23/2020 | 434 | BI | 05/13/2020 | 222.77 | -219.21 | 612 | -3.56 | C223 | 0 | 0.00 |
| 271778 | DEX | 03 | Q-4261 | 03/23/2020 | 434 | BI | 04/13/2020 | 222.77 | -219.21 | 612 | -3.56 | C223 | 0 | 0.00 |
| 233343 | DEX | 01 | Q-4261 | 02/21/2020 | 612 | BI | 03/19/2020 | 222.77 | -219.21 | 612 | -3.56 | C223 | 0 | 0.00 |
| 167257 | DEX | 01 | Q-4261 | 01/20/2020 | 434 | BI | 02/12/2020 | 259.20 | -255.05 | 713 | -4.15 | C223 | 0 | 0.00 |

Displaying tickets 1 - 4

© 2020 Quadax, Inc. :: Terms of Use :: Quadax Support :: 05/21/2020 :: AtbP07

EXHIBIT 10
067

# EXHIBIT 11

EXHIBIT 11
068

EXHIBIT 11

069



KEY

*LAST DATE OF SERVICE 7/24/2128
**MISSING DIGIT FROM MB

# EXHIBIT 12

EXHIBIT 12
070

Dexcom, Inc.
6340 Sequence Drive
San Diego, CA 92121

Barcode:

# Dexcom

## MEDICARE CERTIFICATE OF MEDICAL NECESSITY

○ **K0554** Receiver (Monitor), dedicated, for use with therapeutic Continuous Glucose Monitor system - 1 unit Dexcom G5 Receiver

○ **K0553** – Supply Allowance for therapeutic Continuous Glucose Monitor (CGM), includes all supplies and accessories, 1 month supply = 1 unit of service: 13 Sensors/1 per week;1 Transmitter/ 90 days; 1 glucose monitor, 180- Lancets/90 days; 1- control solution; 180 blood glucose test reagent strips/ 90 days; 1- spring powered lancing device per 6 month

## PATIENT INFORMATION

**Patient Last Name:**

**Patient First Name:**

**Date of Birth:**
M M / D D / Y Y Y Y

**Patient Address:**

**City:**

**State:**

**Zip:**

**Phone Number:**

**Patient ID#:**

## PHYSICIAN INFORMATION

**Physician Last Name:**

**Physician First Name:**

**Phone Number:**

**Hospital/Clinic:**

**Fax Number:**

**Hospital/Clinic Address:**

**City:**

**State:**

**Zip:**

**NPI #:**

## STATEMENT OF MEDICAL NECESSITY

**# Multiple Daily Injections per day**

**#SMBG** per day

**Currently on CGM Therapy?** ○ Yes ○ No

**On insulin pump?** ○ Yes ○ No **Start Date:** M M / D D / Y Y Y Y

**HbA1c:** % **Date:** M M / D D / Y Y Y Y

**Fluctuation of blood glucose values:** ○ Yes ○ No

**Between:** mg/dl **and** mg/dl

**Fasting Hyperglycemia** mg/dl **Date:** M M / D D / Y Y Y Y

LBL-011698 Rev 006

**EXHIBIT 12**
**071**

# MEDICARE CERTIFICATE OF MEDICAL NECESSITY

## STATEMENT OF MEDICAL NECESSITY

**DX Code Specific to Complications Associated with Diabetes:**

Diagnosis Code: ☐☐☐☐☐☐    Diagnosis Code: ☐☐☐☐☐☐

**Current Diabetic Complications:**

## SUPPORTING CLINICAL INDICATIONS

○ A. History of hypoglycemia unawareness

○ B. History of severe glycemic excursions (commonly associated with brittle diabetes, extreme insulin sensitivity and/or very low insulin requirements.

○ C. History of nocturnal hypoglycemia

○ D. Recurring episodes of severe hypoglycemia

○ E. Evidence of unexplained severe hypoglycemia episodes requiring external assistance for recovery

○ F. Patient has been hospitalized or has required paramedical treatment for low blood sugar

○ G. Dawn phenomenon where fasting blood glucose level often exceeds 200 mg/dl.

○ H. Day-to-day variations in work schedule, mealtimes and/or activity level, which confound the degree of regimentation required to self-manage glycemia with multiple insulin injections.

○ I. History of suboptimal glycemic control before or during pregnancy.

○ J. Poor glycemic control as evidenced by 72 hour CGMS sensing trial.

● K. Multiple alterations in self-monitoring and insulin administration regimens to optimize care

● L. Patient has completed comprehensive diabetes education

● M. Patient has demonstrated ability to self-monitor blood glucose levels as recommended by Physician

● N. Patient is motivated to achieve and maintain improved glycemic control

**This document serves as a Prescription and Statement of Medical Necessity for the above referenced patient for a Dexcom, Inc. Continuous Glucose Monitoring System, Dexcom, Inc. Sensors, Dexcom, Inc. Replacement Transmitter or Dexcom, Inc. Replacement Receiver and all associated diabetes supplies to be provided by Dexcom or an authorized distributor.**

I certify that I am the physician identified in the above section and I certify that the medical necessity information contained in this document is true, accurate and complete, to the best of my knowledge.

Signature:

Date: ☐M ☐M / ☐D ☐D / ☐Y ☐Y ☐Y ☐Y

**Please send completed form to: CSTR@dexcom.com or fax to 1.844.545.2676.**

LBL-011698 Rev 006

**EXHIBIT 12**

072

# EXHIBIT 13

**EXHIBIT 13**
073



**DEXCOM**
CONTINUOUS GLUCOSE MONITORING

FAQ > Dexcom G6 CGM System > How long does the Dexcom G6 transmitter last?

# Q: How long does the Dexcom G6 transmitter last?

A G6 transmitter lasts for three months (same as G5 Mobile).

**Dexcom G6 CGM System FAQ Topics:**

General

App

Dexcom Update Tool

LBL016375 Rev001

Privacy Policy  Terms of Use  Safety Information  Declaration of Conformity  GDPR

Tax Strategy  Return Policy

Dexcom, Dexcom G6, Dexcom G5 Mobile, Dexcom G4, Dexcom Follow, Dexcom CLARITY, and Dexcom Share, are registered trademarks of Dexcom, Inc. in the U.S., and may be registered in other countries. © 2020 Dexcom, Inc. All rights reserved.
LBL016375 Rev001

8/24/2020, 4:02 PM

EXHIBIT 13
074

# EXHIBIT 14

**EXHIBIT 14**
075



**PALMETTO GBA.**
A CELERIAN GROUP COMPANY


CMS
CENTERS FOR MEDICARE & MEDICAID SERVICES

# Application for Code Verification Review

**The application is being submitted:**

☐ For a new product, not previously coded by PDAC.

☐ For a product previously submitted for review in which the application was rejected. Provide DCN number from rejected application: _____

☐ For a previously reviewed product that has been modified since initial review. Provide DCN number from previous application (if available): _____

☐ For a product previously reviewed by PDAC in which the 45-day timeframe for submitting a reconsideration has lapsed.

**Note:** This application will now be considered a new application for this product.

Provide DCN Number from previous application: _____

## Section A - Manufacturer Information

| Manufacturer Name: | | Manufacturer Point of Contact: | |
|---|---|---|---|
| Email Address: | | Telephone Number: | |
| Mailing Address: | | | |
| City: | | State: | Zip: |
| Website Address: | | | |
| Country: | | | |

**Correspondence will be sent to the Manufacturer's e-mail address unless indicated below:**

☐ Please send correspondence to the e-mail address listed below for Designated Representative in the United States.

**The following contact information must be completed by the Designated Representative, if different from the Manufacturer information listed above.**

| U.S. Designated Representative Name: | | Company Name: | | |
|---|---|---|---|---|
| Email Address: | | Telephone Number: | | |
| Mailing Address: | | City: | State: | Zip: |
| Website Address: | | Country: United States | | |

**EXHIBIT 14**
**076**



**PALMETTO GBA.**
:ELERIAN GROUP COMPANY


CENTERS FOR MEDICARE & MEDICAID SERVICES

## Section B - Product Information

Provide the requested information below to be entered into the Product Classification List (PCL). If additional space is needed, add a supplementary page indicating the corresponding section and question the information relates to.

| |
|---|
| Product name: |
| Model Number (write "NONE" if there is no model number): |
| Does the product need a PCL Comment for Model Number explanation to clarify size, color, height, etc.? ☐ Yes ☐ No<br>If yes, please provide a comment to be entered into the Product Classification List (PCL). (Example of comment: XX in Model Number indicates size). Comment: |
| Is a product sample required to be submitted per instructions on PDAC Website? ☐ Yes ☐ No |
| Is a product sample being submitted with this application? ☐ Yes ☐ No |

### Product Description and Details

| |
|---|
| Is this product pre-market? ☐ Yes ☐ No |
| Is this product for home use? ☐ Yes ☐ No |
| Provide a detailed and complete description of the product. Include all functional information, beneficiary instructions, and any manufacturing information that supports the requested code(s): |
| List all standard component(s) included in the base product (i.e. power cords, batteries, arm rests, etc.), if applicable: |

### HCPCS Code(s)

List the HCPCS code(s) requested for the product(s) and a detailed explanation for the code(s) selected. If unsure which HCPCS code(s) to request, write "UNSURE" in HCPCS Code Field. Attach additional pages as necessary.

| HCPCS Code | Explanation |
|---|---|
| | |
| | |

| |
|---|
| If previously coded by other insurers or agencies, provide the code(s) assigned: |

### Food and Drug Administration (FDA) Information

| Most Current Year of Registration: | Establishment Registration Number: | 510K Number: |
|---|---|---|
| | | |

- ☐ FDA Manufacturer Name listed on FDA registration **must** match the manufacturer name listed in Section A
- ☐ A copy or screen shot of the manufacturer's current year FDA Establishment Registration and Device Listing from the FDA's website AND the 510K Number (if applicable) **MUST** be submitted with the application.
- ☐ Enteral Nutrition does not apply.

**EXHIBIT 14**
**077**



**PALMETTO GBA®**
~~CELERIAN GROUP COMPANY


CENTERS FOR MEDICARE & MEDICAID SERVICES

## Section C - Product Specific Information

Prior to completing Section C and application submission, review all appropriate DME MAC policy related material (DME MAC LCD, coding and policy articles, etc.).

Locate, complete and attach Section C for the product type being submitted. This appendix can be located on the <u>Applications page</u>. Section C must be attached or the application will be rejected.

Prosthesis applications are not required to submit a Section C. Attach any additional documentation and/or photographs to support your requested code.

For Power Mobility Devices, attach a completed PDAC Test Report-for Performance Testing for Power Wheelchairs form. This is located on the <u>Applications page</u>. The form is required and the application will be rejected if not attached.

## Section D - Authorized Signature

The certification must be signed by a person in one of the following offices: owner, general partner, chief executive officer, president, chief financial officer, chief operating officer, executive vice-president, or a similar title that clearly shows that the signer holds a position of status and authority within the organization comparable to those offices. In the case of a signature by someone lacking any of the foregoing, the signature must be accompanied by a copy of a resolution of the organization's board of directors, certified by the organization's secretary, that the organization has authorized the signer to execute the certification.

I certify that the foregoing statements are true and correct and to the best of my personal knowledge. I understand that the information being provided will be used by the U.S. Department of Health and Human Services and its contractors to make decisions that may affect claims payments under the Medicare program. I further understand that if the information provided is untrue, I may be subject to sanctions, including civil money penalties and debarment from federal programs. If I become aware that any information in this application is untrue, incorrect, or incomplete; I agree to notify the PDAC of this fact immediately.

I agree, in order to support correct coding of the subject product, that should there be a change in product name, a change in model number, or any substantial change in design, construction or performance, I will submit relevant information and documentation to the PDAC for consideration within thirty (30) day of such change. I also agree that should there be a change in the submitter identification as set forth in Section A, I will submit the correct information to the PDAC within thirty (30) days of such change. I also agree to submit product information to the PDAC upon the PDAC's request to ensure the continued correct coding of the subject product.

Authorized official name: _____

Authorized official title: _____

Signature: _____    Date: _____

**EXHIBIT 14**
078



## PALMETTO GBA,
A CELERIAN GROUP COMPANY


CENTERS FOR MEDICARE & MEDICAID S

# Section C: Product Specific Information

Provide the requested product specific information or answer the questions related to the products listed in Section B- Product information of the Coding Verification Review Application.

## *Durable Medical Equipment and Supplies*

**Minimum Lifetime Requirement**

Does this product meet the three- year Minimum Lifetime Requirement? ☐ Yes ☐ No

**Heating Pads Only**

**MUST** include a copy of the Underwriters Laboratory Certification

Does this heating pad/lamp include a timing device for automatic shut off? ☐ Yes ☐ No

**Oral Appliances for Obstructive Sleep Apnea**

Is the product custom fabricated? ☐ Yes ☐ No

| If Yes, provide information on how the impression of the beneficiary's teeth is made and how the device is fabricated. |
| --- |
|  |

## Accessories and/or Supplies

List all accessories and/or supplies to be assigned a HCPCS code(s) with the base product (not required). If additional space is needed, add a supplementary page.

| Product Name | Model Number | HCPCS | Explanation |
| --- | --- | --- | --- |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

**EXHIBIT 14**
**079**





## Additional Information Form

**Corporation/Organization, Manufacturer/Distributor, or Other Entity:** Please complete and send to PDAC via mail or fax using the contact information at the bottom of this form. If signatures are required, please make sure that they are mailed.

**Note:** This form **MUST** accompany every solicited request so the additional information is properly recorded and reviewed.

Name of Corporation/Organization: _____

Complete Mailing Address: _____

_____

City: _____ State: ____ Zip: _____

Contact Person: _____

Email: _____

Telephone Number: _____

DCN: _____*(From the Additional Information Letter)

Product Name(s): _____

Model Number(s): _____

List additional information that is attached:

_____

_____

_____

**Note:** By submitting this additional information form, you are attesting that the information submitted on and with this form is true and accurate in all respects.

**Mail:**
*Palmetto GBA*
Attn: PDAC, AG-250
2300 Springdale Drive, Building One
Camden, SC 29020-1728

**_USPS_**
Palmetto GBA
Attn: PDAC, AG-250
PO Box 100320
Columbia, SC 29202-3320

| |
|---|
| **Email:**<br>pdac.application@palmettogba.com<br>**Fax:**<br>803-264-0648 |

*If you have any questions, contact the PDAC Helpline at 1-877-735-1326 during the hours of 9:30am to 5:00pm ET.*

# EXHIBIT 15

EXHIBIT 15
081

**A. Notifier:** DEXCOM

**B. Patient Name:** REDACTED    **C. Identification Number:** REDACTED

## Advance Beneficiary Notice of Noncoverage (ABN)

**NOTE:** If Medicare doesn't pay for **D.** ___DEXCOM___ below, you may have to pay.
Medicare does not pay for everything, even some care that you or your health care provider have good reason to think you need. We expect Medicare may not pay for the **D.** ___DEXCOM___ below.

| D. | E. Reason Medicare May Not Pay: | F. Estimated Cost |
|---|---|---|
| RECEIVER (A9278) TRANSMITTER (A9277) SENSOR (A9276) | Not considered medically necessary but experimental | A9278-$756 A9277-$864.15 A9276-$539.70 |

**WHAT YOU NEED TO DO NOW:**
- Read this notice, so you can make an informed decision about your care.
- Ask us any questions that you may have after you finish reading.
- Choose an option below about whether to receive the **D.** ___DEXCOM___ listed above.
  **Note:** If you choose Option 1 or 2, we may help you to use any other insurance that you might have, but Medicare cannot require us to do this.

**G. OPTIONS:    Check only one box. We cannot choose a box for you.**

☐ **OPTION 1.** I want the **D.** ___DEXCOM___ listed above. You may ask to be paid now, but I also want Medicare billed for an official decision on payment, which is sent to me on a Medicare Summary Notice (MSN). I understand that if Medicare doesn't pay, I am responsible for payment, but **I can appeal to Medicare** by following the directions on the MSN. If Medicare does pay, you will refund any payments I made to you, less co-pays or deductibles.

☐ **OPTION 2.** I want the **D.** ___DEXCOM___ listed above, but do not bill Medicare. You may ask to be paid now as I am responsible for payment. **I cannot appeal if Medicare is not billed.**

☐ **OPTION 3.** I don't want the **D.** ___DEXCOM___ listed above. I understand with this choice I am **not** responsible for payment, and **I cannot appeal to see if Medicare would pay.**

**H. Additional Information:**

PT Refuses to Sign    Alex Partow   2/15/18

This notice gives our opinion, not an official Medicare decision. If you have other questions on this notice or Medicare billing, call **1-800-MEDICARE** (1-800-633-4227/TTY: 1-877-486-2048).
Signing below means that you have received and understand this notice. You also receive a copy.

| **I. Signature:**  MICHAEL BELLIOM | **J. Date:** 2/15/18 |
|---|---|

**CMS does not discriminate in its programs and activities. To request this publication in an alternative format, please call: 1-800-MEDICARE or email: AltFormatRequest@cms.hhs.gov.**

According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number. The valid OMB control number for this information collection is 0938-0566. The time required to complete this information collection is estimated to average 7 minutes per response, including the time to review instructions, search existing data resources, gather the data needed, and complete and review the information collection. If you have comments concerning the accuracy of the time estimate or suggestions for improving this form, please write to: CMS, 7500 Security Boulevard, Attn: PRA Reports Clearance Officer, Baltimore, Maryland 21244-1850

Form CMS-R-131 (Exp. 03/2020)                    Form Approved OMB No. 0938-0566

EXHIBIT 15
082

# EXHIBIT 16

**EXHIBIT 16**
083

# DEXCOM

## CERTIFICATE OF MEDICAL NECESSITY

**For easier processing, please use blue or black ink and use block lettering.**

Barcode:

☐ A9278 Receiver; Sig: Dispense 1 ; Refill 0 ; Use per Manufacturer instructions; DME ONLY: 1/365 Days
☐ A9276 Sensors; Quantity 13 boxes; Directions for use: Site change per manufacturer recommendations, up to 90 day supply unless otherwise noted; DME ONLY: 365/365 (1 unit = 1 day)
☐ A9277 Transmitter (3 month use) (Dexcom G6 model) Sig: Dispense 1  Refill 3  ;Use per Manufacturer instructions; 4/365 Days
☐ A9277 Transmitter (3 month use) (Dexcom G5 model) Sig: Dispense 1  Refill 3  ;Use per Manufacturer instructions; 4/365 Days
☐ A9277 Transmitter (6 month use) (Dexcom G4 model) Sig: Dispense 1  Refill 1  ;Use per Manufacturer instructions; 2/365 Days

### PATIENT INFORMATION

Patient Last Name:

Patient First Name:

Date of Birth:
[   /   /   ]

Patient Address:

City:

State:

Zip:

Phone Number:

Patient ID#:

### PHYSICIAN INFORMATION

Physician Last Name:

Physician First Name:

Phone Number:

Fax Number:

NPI #:

**Diagnosis Code/ICD-10 Code**

☐ E10.65

☐ E10.9

☐ E11.9

Other

### STATEMENT OF MEDICAL NECESSITY

Currently on CGM Therapy?  ☑ Yes  ☑ No

Fasting Hyperglycemia:            mg/dL

On insulin pump?  ☑ Yes  ☑ No

Fluctuation of blood glucose values:  Low        mg/dL  High        mg/dL

HbA1c          %

# Multiple Daily Injections          per day

# SMBG          per day

### SUPPORTING CLINICAL INDICATIONS

☐ A. History of hypoglycemia unawareness
☐ B. History of severe glycemic excursions (commonly associated with brittle diabetes, extreme insulin sensitivity and/or very low insulin requirements
☐ C. Recurring episodes of severe hypoglycemia
☐ D. Evidence of unexplained severe hypoglycemia episodes requiring external assistance for recovery
☐ E. Patient has been hospitalized or has required paramedical treatment for low blood sugar
☐ F. Day-to-day variations in work schedule, mealtimes and or activity level, which confound the degree of regimentation required to self-manage glycemia with multiple insulin injections
☐ G. Poor glycemic control as evidenced by 72 hour CGMS sensing trial
☐ H. Additionally, patient: has displayed multiple alterations in self-monitoring and insulin regimens to optimize care; completed comprehensive diabetes education; demonstrated ability to self-monitor blood glucose levels as recommended by Physician; and is motivated to achieve and maintain improved glycemic control.
☐ I. Demonstrates an understanding of technology and are motivated to use the device correctly and consistently, are expected to adhere to comprehensive diabetes treatment plan and are capable of using the device to recognize alerts and alarms.

**This document serves as a Prescription and Statement of Medical Necessity for the above referenced patient for a Dexcom, Inc. Continuous Glucose Monitoring System, Dexcom, Inc. Sensors, Dexcom, Inc. Replacement Transmitter or Dexcom, Inc. Replacement Receiver and all associated diabetes supplies to be provided by Dexcom or an authorized distributor.**

I certify that I am the physician identified in the above section and I certify that the medical necessity information contained in this document is true, accurate and complete, to the best of my knowledge.

Signature:                    Date:

**Please fax completed form to:**

**877-633-9266**

Dexcom, Inc.
6340 Sequence Drive, San Diego, CA 92121

LBL-011698 Rev 008

**EXHIBIT 16**
**084**

# EXHIBIT 17

**EXHIBIT 17**
**085**

**Subject:** FW: Document1
**Attachments:** Document1.docx

---

**From:** Jeffrey Bierman
**Sent:** Tuesday, November 14, 2017 8:27 AM
**To:** Beth Keyt <bkeyt@Dexcom.com>; Scott Odgers <sodgers@Dexcom.com>; David Chevallard
<dchevallard@Dexcom.com>
**Subject:** FW: Document1

Beth,

This is the Aetna policy on CGM. I had sent it to Travis and based upon the comments everyone may want to review.

Regards,

Jeffrey

---

**From:** Jeffrey Bierman
**Sent:** Monday, November 13, 2017 8:50 AM
**To:** Travis Conn
**Subject:** Document1

Travis,

This is the Aetna policy on CGM.

Jeffrey

1

**EXHIBIT 17**
**086**

Continuous glucose monitoring systems (CGMS) are devices that measure glucose levels in interstitial fluid at programmable intervals. These readings, used along with fingerstick results, help detect any patterns or trends with an individual's glucose levels and are intended to assist in calculating the insulin dosage needed to manage glycemic control. CGMS readings are intended to supplement, not replace, fingersticks.

CGMS use sensors that are inserted under the skin in the abdomen and work by extracting glucose from the interstitial fluid, measuring and recording the glucose level and converting these measurements into equivalent blood glucose readings.

Sensors are designed to be worn three to seven days, depending on the product. Calibration is required whenever a new glucose sensor is inserted, which requires obtaining blood glucose from a traditional fingerstick sample.

MiniMed Continuous Subcutaneous Glucose Monitoring System is an example of a diagnostic continuous glucose monitor for short-term use. The FDA granted the MiniMed CGMS (Medtronic MiniMed, Minneapolis, MN) pre-market approval in June 1999 for use as an adjunct to finger-stick blood glucose testing. CGMS that uses a recorder and subcutaneously implanted glucose sensor to store data to be downloaded to a personal computer. The system provides continuous measurements of the interstitial glucose levels that range from 40 to 400 mg/dl. The glucose sensor signal is acquired every ten seconds. An average of the acquired signals is saved in memory every five minutes for up to 3 days. While in operation, the MiniMed CGMS monitor does not display glucose values, and individuals are still required to test their glucose levels several times a day by a standard method (finger sticks) and enter the glucose measurements into the monitor for calibration purposes. The system is used as a diagnostic tool to evaluate glucose levels over a three day period and is then returned to the physician for evaluation of results to potentially modify diabetes treatment regimens and is not intended for long-term use. According to the FDA, the MiniMed CGMS is not intended to replace standard finger-stick testing. The newest short-term CGMS version of the MiniMed is the iPRO2.

More recently, the FDA approved the Guardian Real-Time (RT) Continuous Glucose Monitoring System (Medtronic, Minneapolis, MN), which is described by the manufacturer as the first consumer continuous glucose monitoring device. The Guardian CGMS device uses a glucose sensor connected to a transmitter that sends glucose readings every five minutes to a monitor. The glucose sensor is typically discarded and replaced after three days. According to the manufacturer, the device provides up to 288 glucose readings per day or every 5 minutes. Unique features include predictive and rate of change alarms and expanded trend graphs. Graphs can show the effect of exercise, diet, and lifestyle, as well as medication on glucose values using 3, 6, 12 and 24-hour increments. Alarms that signal high and low glucose alerts warn individuals of any significant glucose changes. Data is downloaded using the Medtronic Carelink Therapy Management Software. According to the FDA-approved labeling, the Guardian RT is indicated to supplement blood glucose information from standard home blood glucose meters, for persons 7 years and older with type 1 or type 2 diabetes. A fingerstick measurement is required before taking action.

**EXHIBIT 17**
**087**

The DexCom STS Continuous Glucose Monitoring System (DexCom, Inc., San Diego, CA) gained FDA approval on March 24, 2006. It is a glucose sensor that reports glucose values every 5 minutes for up to 72 hours. These readings are used with fingerstick results to detect trends and patterns in glucose levels in adults with diabetes, aged 18 years and over. The DexCom STS is indicated for use as an adjunctive device to complement, not replace, information obtained from standard home glucose monitoring devices.

The Dexcom G4 PLATINUM (adult and pediatric) Systems with Share is a CGMS that incorporates a sensor, transmitter and receiver and allows glucose to be monitored every five minutes. The sensor reports glucose for seven days before a new sensor replacement is necessary. A built-in alarm system can be programmed by the user when glucose falls below a pre-set low and a pre-set high level. A built-in hypoglycemia safety alarm alerts user when glucose hits 55 mg/dl. FDA approved for use in adults and children ages 2 years and older. Dexcom Share is an integrated wireless communication system that is built into the receiver, enabling remote monitoring capabilities and sharing of data through a compatible internet-accessible device application.

The Dexcom G5 Mobile CGM System is described as a complete, mobile CGMS with wireless technology that is built into the transmitter. Glucose information is sent wirelessly from the device transmitter to a compatible smart device or Dexcom G5 receiver. FDA approved for use in adults and children ages 2 years and older.

Combined external insulin pumps with CGMS are devices that integrate an insulin pump with real-time continuous glucose monitoring and is not intended to replace finger sticks. These systems incorporate features including predictive alerts that give early warnings so action can be taken to prevent dangerous high or low blood glucose events.

The Paradigm Real Time System (Medtronic MiniMed) is an open-loop insulin delivery system that combines an external insulin pump with continuous monitoring of interstitial glucose levels via a subcutaneous sensor. The sensor communicates glucose readings to the pump using a radio transmitter. The pump can also calculate recommended insulin doses, which the patient can accept or modify. Readings from the continuous glucose monitor (CGM) are not intended to be used to make therapy adjustments. A conventional blood glucose meter reading is needed before making adjustments because there is a lag of up to 10 minutes in glucose concentration in the interstitial fluid relative to the concentration in the blood (CADTH, 2007). Furthermore, readings from the sensor may be less accurate in the hypoglycemic range. An assessment of the Paradigm Real Time System by the Canadian Agency for Drugs and Technologies in Health (CADTH, 2007) concluded: "Based on the limited amount of research published to date, the impact of the Paradigm Real-Time System on long-term glycemic control, prevention of diabetic complications, or quality of life is unclear." The assessment noted that open-loop systems such as the Paradigm Real Time System are an incremental step towards a fully closed-loop system, also known as an artificial pancreas, where insulin dosages would be automatically adjusted, rather than requiring patient input.

The MiniMed Paradigm REAL-Time Revel System is approved for use in adults and children ages 7 years and older and works with the my Sentry remote monitoring system. The mySentry

EXHIBIT 17
088

remote monitoring system is an optional monitoring device for the MiniMed Paradigm REAL-Time Revel System. The mySentry consists of a remote outpost and monitor. Blood glucose levels collected by the CGM are sent to the remote (wireless) monitor, which also has alarms to alert the user of high or low blood glucose levels.

The Animas Vibe System combines a Dexcom G4 Platinum sensor and transmitter with the Animas Vibe insulin pump. It is FDA approved for use in adults and children, ages 2 years and older.

Guidelines from the National Institute for Health and Clinical Excellence (2004) recommended the use of CGM devices for the evaluation of persons with type 1 diabetes on insulin therapy who have repeated hypoglycemia and hyperglycemia at the same time each day, and hypoglycemia unawareness, unresponsive to conventional insulin dose adjustment.

A Cochrane systematic evidence review found limited evidence for the effectiveness of real-time continuous glucose monitoring (CGM) use in children, adults and patients with poorly controlled diabetes (Miranda, et al., 2012). The authors found that the risk of severe hypoglycemia or ketoacidosis was not significantly increased for CGM users, but as these events occurred infrequent these results have to be interpreted cautiously.

A multi-center randomized clinical study sponsored by the Juvenile Diabetes Research Foundation (JDRF, 2008) provided evidence of improved glycemic control over the intermediate term (6 months) with the use of CGMs in adults greater than 24 years of age. In this study, 322 adults and children who were already receiving intensive therapy for type 1 diabetes were randomly assigned to a group with continuous glucose monitoring or to a control group performing home monitoring with a blood glucose meter. All subjects were stratified into 3 groups according to age and had a glycated hemoglobin level of 7.0 to 10.0 %. The investigators found that the changes in glycated hemoglobin levels in the 2 study groups varied markedly according to age group, with a significant benefit in patients 25 years of age or older with continuous glucose monitoring (mean difference in change, $-0.53$ %, $p < 0.001$). There was no significant benefit in glycated hemoglobin levels with continuous glucose monitoring in subjects who were 15 to 24 years of age (mean difference, 0.08; $p = 0.52$) or among those who were 8 to 14 years of age (mean difference, $-0.13$; $p = 0.29$). The investigators posited that the disparate outcomes may be due to poorer compliance among younger age groups. The use of continuous glucose monitoring averaged 6.0 or more days per week for 83 % of patients 25 years of age or older, 30 % of those 15 to 24 years of age, and 50 % of those 8 to 14 years of age. The study also found no significant difference in the rate of severe hypoglycemia among persons who were assigned to CGMs and those who performed home monitoring with a blood glucose meter; however, the investigators noted that the trial was not powered to detect such a difference. Commenting on the JDRF study of continuous glucose monitoring, Brett (2008) noted that "although this method is appealing theoretically, the extent to which it will improve long-term clinical outcomes remains to be determined."

A controlled clinical study, the Sensor-Augmented Pump Therapy for A1C Reduction (STAR) 3 trial, found that, in both adults and children with inadequately controlled type 1 diabetes, sensor-augmented pump therapy resulted in significant improvement in glycated hemoglobin levels, as

**EXHIBIT 17**
**089**

compared with injection therapy (Bergenstal, et al., 2010). However, whether these results can be translated into community practice outside of the controlled clinical trial setting is unknown. A 1-year, multi-center, randomized, controlled trial, compared the efficacy of sensor-augmented pump therapy (pump therapy) with that of a regimen of multiple daily insulin injections (injection therapy) in 485 patients (329 adults and 156 children) with inadequately controlled type 1 diabetes. Patients received recombinant insulin analogs and were supervised by expert clinical teams. The primary end point was the change from the baseline glycated hemoglobin level. At 1 year, the baseline mean glycated hemoglobin level (8.3 % in the 2 study groups) had decreased to 7.5 % in the pump-therapy group, as compared with 8.1 % in the injection-therapy group (p < 0.001). The proportion of patients who reached the glycated hemoglobin target (less than 7 %) was greater in the pump-therapy group than in the injection-therapy group. The rate of severe hypoglycemia in the pump-therapy group (13.31 cases per 100 person-years) did not differ significantly from that in the injection-therapy group (13.48 per 100 person-years, p = 0.58). There was no significant weight gain in either group. A commentator noted that this is a manufacturer-sponsored study, and the investigators included employees of the firm. An editorialist (Wolpert, 2010) offered several caveats: These patients received intensive support and monitoring that are not available to many patients, were highly skilled at self-management before enrollment, and had to be adept at calibration and management of equipment failures and alarms. The editorialist warned that the "expert training and guidance [on the use of continuous glucose monitoring] received by patients in clinical trials cannot be readily duplicated in a busy clinical practice." A commentary (Schwenk, 2010) concluded: "This new and expensive technology must be tested in wider community-based trials before it will be ready for broad dissemination."

The editorialist (Wolpert, 2010) also compared the results of the STAR-3 trial with the JDRF trial, and stated that the differences in outcome may be due to diffences in the design of these trials. In the STAR 3 study, the patients in the pump-therapy group changed their mode of both insulin delivery and glucose monitoring at the time of randomization, whereas in the JDRF trial, patients who were assigned to receive continuous glucose monitoring did not change their mode of insulin delivery. The editorialist stated that the greater reduction in glycated hemoglobin levels among adult patients in the STAR 3 trial than in the JDRF study may reflect the additional effect of initiating pump therapy, as well as the increased baseline glycated hemoglobin levels in the STAR 3 study, as compared with the JDRF study (8.3% and 7.6%, respectively).

The editorialist (Wolpert, 2010) also noted that, in the STAR 3 study, the improved glycemic control among children in the pump-therapy group contrasted with the lack of apparent benefit for continuous glucose monitoring among children in the JDRF trial. The editorialist questioned whether the benefits that were seen in the pump-therapy group in the STAR 3 study were due primarily to the initiation of pump therapy rather than to continuous glucose monitoring. The editorialist explained that consistent with this possibility is the fact that patients in the STAR 3 study who had a relatively low frequency of sensor use had significant improvements in glycated hemoglobin levels. The editorialist noted that children in the injection-therapy group, who used intermittent capillary blood glucose monitoring, had lower rates of both severe and biochemical hypoglycemia than did patients in the JDRF trial who used continuous monitoring. The editorialist said that these results suggest that the selection of patients may also account for some of the differences in the outcomes of these two trials.

**EXHIBIT 17**
090

Whether the benefits of CGM in improving glycemic control extend beyond the intermediate-term (12 months) is unknown. A large clinical study of CGM, the Minimally Invasive Technology Role and Evaluation (MITRE) study, sponsored by the National Institute for Health Research Health Technology Assessment Program, found that continuous blood glucose monitoring had no durable effect on blood glucose control (Newman et a., 2007; Newman et al, 2009). The purpose of the MITRE study was to evaluate the efficacy of minimally invasive glucose monitoring devices in 400 patients with diabetes mellitus treated with insulin. The primary endpoint was long-term glucose control, as indicated by changes in glycosylated hemoglobin (HbA1c) levels for 18 months. A total fo 400 patients were randomly assigned to the CGMS by MiniMed, the Biographer by Animas, a standard control or to an attention control group. Mean baseline HbA1c ranged from 7.0 % to 15.5 % for participants. All groups demonstrated a decline in mean HbA1c, especially during the first few months of the study. However, by month 18, the percentage of patients that had a relative reduction of at least 12.5 % was 15 % in the Biographer group, 27 % in the CGMS group, 24 % in the standard control, and 27 % in the attention control group. The relative decline in HbA1c from baseline ranged from 1 % to 4.6 %. The results suggested that the use of the CGMS had a small benefit, but only in the short-term, and that the Biographer had less impact on HbA1c than either the CGMS or standard treatment. The assessment concluded: "Continuous glucose monitors as assessed in this study do not lead to improved clinical outcomes and are not cost-effective for improving HbA1c in unselected individuals with poorly controlled insulin-requiring diabetes" (Newman et al, 2009). Some commentators have posited that more advanced continuous glucose monitoring devices currently in use may provide more durable results than the monitors used in the MITRE study. The results from CGMs used in this study were downloaded and reviewed with the endocrinologist, but only the Glucowatch Biographer provided real-time display of glucose results to the patient (the MiniMed CGMS used in this study did not include a real-time display of glucose readings). Whether the more advanced CGMs with real-time display will provide more durable results than earlier models used in the MITRE study is a question for future long-term studies.

Nørgaard et al (2013) reported on the largest and longest multicenter prospective observational study of continuous glucose monitoring with insulin infusion pumps, so called sensor-augmented pump therapy. The investigators reported on a 12-month observational study in patients with type 1 diabetes treated with continuous subcutaneous insulin infusion (CSII), upon the introduction of continuous glucose monitoring (CGM). The study was conducted in 15 countries to document the real-life use of sensor-augmented pump therapy and assess which variables are associated with improvement in type 1 diabetes management. Data from 263 patients (38% male; mean age, 28.0±15.7 years [range, 1-69 years]; body mass index, 23.3±4.9 kg/m(2); diabetes duration, 13.9±10.7 years; CSII duration, 2.6±3 years) were collected. Baseline mean glycated hemoglobin A1c (HbA1c) was 8.1±1.4%; 82% had suboptimal HbA1c (≥7%). The investigators found that the average sensor use for 12 months was only 30% (range, 0-94%), and that sensor use decreased with time (first 3 months, 37%; last 3 months, 27%). The investigators found that there were significantly more patients with an HbA1c value of < 7.5% after 3 months of sensor-augmented pump therapy than at baseline (baseline, 29%; 3 months, 37%) However, the percentage of patients with an HbA1c value of < 7.5% decreased over the 12-month observation period, such that the percentage of patients with

EXHIBIT 17
091

an HbA1c value of < 7.5% after 12 months was not statistically significantly higher than at baseline.

A published systematic evidence review and meta-analysis of the evidence for continuous glucose monitoring systems in children with type 1 diabetes reached the following conclusions (Golicki et al, 2008): "The Continuous Glucose Monitoring System is not better than self-monitoring of blood glucose with regard to improvement of metabolic control among type 1 diabetic children. However, due to the small number of participants and methodological limitations of the studies included, findings of this meta-analysis should be interpreted with caution."

Chetty et al (2008) of McMaster University performed a meta-analysis of randomized controlled trials comparing continuous glucose monitoring and self-blood fingerstick glucose monitoring in persons with type 1 diabetes. The investigators found insufficient evidence to support the notion that CGM provides a superior benefit over self-blood fingerstick glucose monitoring in terms of hemoglobin A1c reduction. The investigators, however, found some indication of improved detection of asymptomatic nocturnal hypoglycemia in the CGM group. The investigators identified 7 studies with a total of 335 patients fulfilled the inclusion criteria. Five studies were confined to the pediatric population (age less than 18 years). Study duration varied from 12 to 24 weeks. The investigators found that, compared with self-blood fingerstick glucose monitoring, CGM was associated with a non-significant reduction in hemoglobin A1c (0.22 %; 95 % confidence interval [CI]: -0.439 % to 0.004 %, p = 0.055).

Regarding the therapeutic use of continuous glucose monitoring devices for hypoglycemic unawareness, current evidence from randomized controlled clinical trials have focused on CGM' effect on shortening the duration of asymptomatic hypoglycemia, an intermediate endpoint, rather than clinical outcomes. The clinical significance of reductions in duration of asymptomatic hypoglycemia are unknown. In addition, current evidence indicates that continuous glucose monitoring devices are least accurate in the hypoglycemic range (CADTH, 2007; Melki et al, 2006).

Hypoglycemia unawareness is reversible. Meticulous avoidance of hypoglycemia for several weeks is sufficient to restore awareness of hypoglycemia (Cheng et al, 2000; Fanelli et al, 1993; Dagogo-Jack et al, 1994; Cranston et al, 1994). The return of awareness is accomplished with minimal compromise of glycemic control, but that required substantial involvement of health professionals. In addition, unlike CGM, HAATT/BGAT (Hypoglycemia Anticipation, Awareness and Treatment Training/ Blood Glucose Awareness Training) has been proven to reduce the occurrence of severe hypoglycemia (Cox et al, 2001; Cox et al, 2004).

There is limited evidence of the effectiveness of CGMs to improve outcomes in pregnant women with diabetes. Murphy et al (2008) reported on an open-label randomized controlled clinical trial where 71 pregnant women with type 1 diabetes (n = 46) or type 2 diabetes (n = 25) were randomly assigned to antenatal care plus continuous glucose monitoring (n = 38) or to standard antenatal care (n = 33). Continuous glucose monitoring was used as an educational tool to inform shared decision making and future therapeutic changes at intervals of 4 to 6 weeks during pregnancy. All other aspects of antenatal care were equal between the groups. Women

**EXHIBIT 17**
092

randomized to continuous glucose monitoring had lower mean hemoglobin A1c levels (5.8 %) from 32 to 36 weeks' gestation compared with women randomized to standard antenatal care (6.4 %). Compared with infants of mothers in the control arm those of mothers in the intervention arm had decreased mean birthweight standard deviation scores (0.9 versus 1.6), decreased median customized birthweight centiles (69 % versus 93 %), and a reduced risk of macrosomia (odds ratio 0.36). The investigators noted a number of limitations to this study. Although efforts were made to standardize antenatal contacts between groups, health professionals were not blinded and therefore the possibility of bias in clinical management cannot be excluded. Differences in maternal characteristics, with longer duration of diabetes in the intervention group, may have contributed to some of the effect on infant outcomes. The investigators stated that the study included a small number of women and that larger multicenter trials are required to assess the impacts of continuous glucose monitoring in pregnancy.

Guidelines from the American Diabetes Association (2009) state that continuous glucose monitoring in conjunction with intensive insulin regimens can be a useful tool to lower hemoglobin A1c in selected adults (aged greater than 25 years) with type 1 diabetes (A -- recommendation based upon evidence from well-conducted, generalizable, randomized controlled trials that are adequately powered. The guidelines state that, "although the evidence for [hemoglobin] A1C lowering is less strong in children, teens, and younger adults, continuous glucose monitoring may be helpful in these groups. Success correlates with adherence to ongoing use of the device" (C -- recommendation based upon evidence from poorly controlled or uncontrolled studies). The ADA guidelines (2009) stated that continuous glucose monitoring "may be a supplemental tool to SMBG in those with hypoglycemia unawareness and/or frequent hypoglycemic episodes" (E -- recommendation based upon expert consensus or clinical experience). The guidelines stated that this recommendation is based upon expert opinion rather than clinical studies. ADA guidelines (2008) explained that "In recent years, methods to sample interstitial fluid glucose (which correlates highly with blood glucose) in a continuous and minimally invasive way have been developed. Most microdialysis systems are inserted subcutaneously, while an early system employed "reverse iontophoresis" to move glucose across the skin. The concentration of glucose is then measured by a glucose oxidase electrode detector. These systems require calibration with SMBG readings, and the latter are still recommended for making treatment decisions. Continuous glucose sensors have alarms for hypo- and hyperglycemia. Small studies in selected patient populations have shown good correlation of readings with self-monitoring of blood glucose (SMBG) and decreases in the mean time spent in hypo- and hyperglycemic ranges compared with blinded sensor use. Although continuous glucose sensors would seem to show great promise in diabetes management, as yet no rigorous controlled trials have demonstrated improvements in long-term glycemia."

A structured review of the evidence conducted by the BlueCross BlueShield Association Technology Evaluation Center (2003) concluded that "use of intermittent or continuous interstitial fluid glucose monitoring in patients with diabetes mellitus does not meet Blue Cross and Blue Shield Association Technology Evaluation Center criteria." Similarly, a technology assessment conducted by the California Technology Assessment Forum (CTAF) concluded that continuous glucose monitoring does not meet CTAF's criteria (Tice, 2003). An updated assessment of continuous glucose monitoring by the California Technology Assessment Forum (Karliner, 2009) concluded that continuous glucose monitoring devices meet CTAF criteria for

**EXHIBIT 17**
**093**

use in type 1 diabetes mellitus in non-pregnant adults requiring multiple (greater than or equal to 3) daily insulin injections and frequent (greater than or equal to 3) self-monitoring blood glucose checks. Continuous glucose monitoring devices did not meet CTAF criteria 3 for the management of type 1 diabetes mellitus in children, adolescents and pregnant women. The CTAF assessment explained that the largest randomized controlled clinical trial to date of continuous glucose monitoring devices for adults and children (citing JDRF, 2008) found conclusive benefit only for adults 25 years and older. The CTAF assessment explained that, while in this study, and in other smaller randomized controlled trials there is evidence that both children and adults spend less time in a hypoglycemic glucose range when using a continuous glucose monitoring device compared to usual care frequent SMBG, there is little evidence that use of a continuous glucose monitoring device confers an ultimate health benefit as measured by HbA1C as a marker of overall glycemic control. The CTAF assessment stated that it may be that for children and adolescents this is in large part due to difficulty with device adherence and not with the device itself. The CTAF assessment explained, however, that a health technology is only as good as its actual clinical application, and the evidence has not yet shown conclusive benefit for children, adolescents, and even young adults. Likewise, while the small studies that exist of pregnant women show the feasibility of continuous glucose monitoring device use during pregnancy, they do not yet demonstrate conclusive benefit in this population either. The CTAF assessment concluded that future study of these devices should incorporate more research on how the devices can be made more acceptable and user-friendly for children and adolescents with type 1 diabetes in order to optimize potential clinical benefit for this population. The CTAF assessment also stated that larger studies of pregnant women which are limited to those women requiring multiple insulin injections per day are needed in order to adequately assess potential benefit in this population.

A technology assessment of self-monitoring of blood glucose in persons with type 2 diabetes prepared for the Centers for Medicare and Medicaid Services (Balk et al, 2006) commented that "currently, CGM [continuous glucose monitoring] has been studied primarily in children with type 1 diabetes. It is unclear whether CGM provides added value to traditional SMBG [self monitoring of blood glucose]."

Available evidence shows that, in contrast to type 1 diabetes, persons with type 2 diabetes do not benefit from tight glucose control. In 3 recent large randomized trials (ACCORD,2 ADVANCE,3 and VADT4), tight control in patients with long-standing type 2 diabetes did not lower overall mortality, cardiovascular-related mortality, stroke, amputations, or even clinical (as opposed to surrogate) microvascular endpoints (Gerstein et al, 2008; Patel et al, 2008; Duckworth et al, 2009). Some authorities suggested that the HbA1c goals for practice guidelines should not be less than 7 % and that, to encourage individualized treatment, performance measures should set an upper limit (e.g., 9 %) rather than a lower limit (e.g., less than 7 %) (Lehman and Krumholz, 2009).

A Cochrane systematic evidence review found that intensive glucose control significantly prevents the development of clinical neuropathy in type 1 diabetes mellitus (Callaghan, et al., 2012). However, in type 2 diabetes mellitus, the effect of intensive glucose control on the incidence of clinical neuropathy was not statistically significant. The systematic evidence review

**EXHIBIT 17**
**094**

also found that intensive glucose control significantly increases the risk of severe hypoglycemic episodes, which needs to be taken into account when evaluating its risk/benefit ratio.

A systematic evidence review of continuous glucose monitoring by the Ontario Ministry of Health and Long-Term Care Medical Advisory Secretariat (MAS, 2011) found that there was moderate quality evidence that in diabetic individuals with an infusion pump, continuous blood glucose monitoring plus self-monitoring was not more effective in reducing glycosylated hemoglobin, hypoglycemic events or severe hypoglycemic events than self-monitoring alone.

A systematic evidence review prepared for the Agency for Healthcare Research and Quality (Golden, et al., 2012) reported that randomized controlled trials showed no difference in the effect of CSII and MDI on HbA1c (moderate strength of evidence [SOE]) or severe hypoglycemia (low SOE) for children or adolescents with type 1 diabetes, or for adults with type 2 diabetes. In adults with type 1 diabetes, HbA1c decreased more with CSII than with MDI (low SOE), but results were heavily influenced by one study. The assessment found that there was no difference in severe hypoglycemia (low SOE). In children and adults with type 1 diabetes, CSII use was associated with improved quality of life compared with MDI (low SOE). There was insufficient evidence about quality of life for adults with type 2 diabetes. The SOE regarding pregnant women with pre-existing diabetes was either low or insufficient on all outcomes.

A systematic evidence review (Coca, et al., 2012) found that intensive glucose control reduced the risk for microalbuminuria and macroalbuminuria in persons with type 2 diabetes, but evidence was lacking that it reduced the risk of significant clinical renal outcomes, such as doubling of the serum creatinine level, end-stage renal disease or death from renal disease during the years of follow-up of the trials.

A review of continuous glucose monitors in type 2 diabetes by Meade (2012) stated that only five of the studies reviewed documeted a reduction in HbA1c, and of these five, only three focused exclusively on patients with type 2 diabetes. The review stated that the majority of the studies evaluating CGM use in patients with type 2 diabetes were not designed to show a reduction in HbA1C. Studies of patients with type 2 diabetes mellitus had a smaller sample size than the studies reviewing continuous glucose monitoring in patients with type 1 diabetes.

Evidence to support the use of continuous glucose monitoring in persons with diabetes not on insulin is very limited. Vigersky, et al. (2011) reported on a randomized controlled trial of 100 adults with type 2 diabetes who were not on prandial insulin. This study compared the effects of 12 weeks of intermittent continuous glucose monitoring with self-monitoring of blood glucose (SMBG) on glycemic control over a 40-week follow-up period. Subjects received diabetes care from their regular provider without therapeutic intervention from the study team. The investigators reported that there was a significant difference in A1C at the end of the 3-month active intervention that was sustained during the follow-up period. The mean, unadjusted A1C decreased by 1.0, 1.2, 0.8, and 0.8% in the continuous glucose monitoring group vs. 0.5, 0.5, 0.5, and 0.2% in the SMBG group at 12, 24, 38, and 52 weeks, respectively (p = 0.04). There was a significantly greater decline in A1C over the course of the study for the continuous glucose monitoring group than for the SMBG group, after adjusting for covariates (p < 0.0001). The subjects who used continuous glucose monitoring per protocol (≥48 days) improved the most (p

**EXHIBIT 17**
**095**

< 0.0001). The investigators reported that the improvement in the continuous glucose monitoring group occurred without a greater intensification of medication compared with those in the SMBG group.

Ehrhardt, et al. (2010) evaluated the utility of short-term use of continuous glucose monitoring in people with type 2 diabetes on a variety of treatment modalities except prandial insulin. The investigators conducted a prospective, 52-week, two-arm, randomized trial comparing real-time continuous glucose monitoring (RT-CGM) (n = 50) versus self-monitoring of blood glucose (SMBG) (n = 50) in people with type 2 diabetes not taking prandial insulin. Real-time continuous glucose monitoring was used for four 2-week cycles (2 weeks on/1 week off). All patients were managed by their usual provider. Mean (± standard deviation) decline in A1C at 12 weeks was 1.0% (± 1.1%) in the RT-CGM group and 0.5% (± 0.8%) in the SMBG group (p = .006). There were no group differences in the net change in number or dosage of hypoglycemic medications. Those who used the RT-CGM for ≥ 48 days (per protocol) reduced their A1C by 1.2% (± 1.1%) versus 0.6% (± 1.1%) in those who used it <48 days (p = .003). Multiple regression analyses statistically adjusting for baseline A1C, an indicator for usage, and known confounders confirmed the observed differences between treatment groups were robust (p = .009). There was no improvement in weight or blood pressure. Limitations of this study was the short duration (12 weeks) for the primary endpoint (52-week results were not reported), the atypical short-term use of CGM, the fact that person assigned to CGM tested their blood glucose more frequently than persons assigned to SMBG, and the lack of other self-care data that may explain difference between groups.

There is some evidence to support the short-term diagnostic use of CGMs by medical professionals to detect unrecognized hypoglycemia, particularly unrecognized nocturnal hypoglycemia, in persons with type 2 diabetes. Chico et al (2003) reported on the diagnostic yield of the professional CGMs in persons with type 1 (n = 40) and type 2 diabetes (n = 30). The investigators reported that continuous glucose monitoring detected unrecognized hypoglycemias in 62.5 % of the type 1 diabetic patients and in 46.6 % of the type 2 diabetic patients. The investigators noted that 73.7 % of all unrecognized hypoglycemic events occurred at night. Tanenberg et al (2004) reported on a randomized controlled trial evaluating the effect of continuous glucose monitoring in 128 subjects with insulin-treated diabetes; 10 subjects were diagnosed with type 2 diabetes. Subjects were randomly assigned to insulin therapy adjustments based on either professional continuous glucose monitoring or self-monitoring of blood glucose values. At the end of the study, patients in both groups used theCGM for 3 days; these values were used to calculate measures of hypoglycemia. Subjects assigned to continuous glucose monitoring had a significantly shorter duration of hypoglycemia (sensor glucose less than or equal to 60 mg/dL) at week 12 of the study (49.4 +/- 40.8 versus 81.0 +/- 61.1 minutes per event, p = 0.009). The small number of subjects with type 2 diabetes in this study do not allow reliable conclusions to be made about the impact of continuous glucose monitoring in this subgroup. Other limitations of the study include its short duration and the use of an outcome, duration of hypoglycemia, of uncertain clinical significance. It should be noted that, in both this study by Tannenberg et al (2004), and the study by Chico et al (2003) described above, continuous glucose monitoring was reported to have no significant effect on glycemic control as measured by hemoglobin A1c.

**EXHIBIT 17**

**096**

Hay et al (2003) reported on the incidence of hypoglycemia and hypoglycemia detected by short-term (72-hour) continuous glucose monitoring in 25 elderly persons (greater than 65-year old) with type 2 diabetes treated with a sulfonylurea who were well controlled (hemoglobin A1c less than 7.5 %). Elderly patients with type 2 diabetes were recruited if their glycosylated hemoglobin (HbA1c) was less than 7.5 % and if their oral hypoglycemic therapy included a sulfonylurea. Patients underwent 2 consecutive 72-hour periods of continuous glucose monitoring at baseline and then again at 1 month. Patients were asked to record 4 self-monitored capillary blood glucose levels each day for calibration of the monitor and also to record meal times, exercise, and symptoms of hypoglycemia. The number of hyperglycemic (greater than 144 mg/dL), hypoglycemic (less than 50 mg/dL), and borderline-hypoglycemic (50 to 65 mg/dL) events were determined (an event was defined as a glucose value that persisted for at least 15 mins with or without symptoms). Twenty-five patients (21 men, 4 women) 73.9 +/- 4.4 years old with an HbA1c of 6.2 +/- 0.8 % were each monitored for an average of 187.57 hrs. The mean glucose values were: fasting, 139 +/- 40 mg/dL; 2 hrs post-breakfast, 167 +/- 58 mg/dL; 2 hrs post-lunch, 157 +/- 53 mg/dL; and 2 hrs post-dinner, 149 +/- 49 mg/dL. Twenty patients (80 %) experienced a total of 103 hypoglycemic events (less than 50 mg/dL), and 14 of these patients experienced 54 events where the glucose levels were less than or equal to 40 mg/dL. Twenty-four patients (96 %) experienced borderline-hypoglycemia (50 to 65 mg/dL) (n = 229 events). Patients experienced a mean of 0.62 +/- 0.72 episodes of hypoglycemia (interstitial glucose less than 50 mg/dL) per day (4 to 5 episodes overall), 0.35 +/- 0.6 episodes per day where the interstitial glucose was less than or equal to 40 mg/dL (2 to 3 episodes overall), and 1.37 +/- 1.22 episodes of borderline-hypoglycemia (9 to 10 episodes overall). Each episode of hypoglycemia persisted for 78 +/- 73 mins, and borderline-hypoglycemia for 45 +/- 11 mins. Patients were hypoglycemic 3.3 % of the time and borderline-hypoglycemic 3.7 % of the time. No episode of hypoglycemia was recorded by any patient in his or her daily diary. High post-prandial glucose values (greater than 144 mg/dL 2 hrs post-prandial) were recorded after 57 % of all meals (breakfast 60 %, lunch 57.5 %, dinner 55.2 %). The CGM was generally well-tolerated, but 52 % of patients could not be studied for the full 12 days of monitoring. The investigators reported that hypoglycemia and excessive post-prandial glycemic excursions are common in well-controlled patients with type 2 diabetes treated with a sulfonylurea with or without metformin. Limitations of the study included the fact that it was limited to persons on oral hypoglycemics, and that the study did not evaluate the impact of continuous glucose monitoring on improvements in clinical outcomes.

Zick et al (2007) reported on the yield of 72-hr continous glucose monitoring versus self-monitoring of blood glucose in detecting hypoglycemia (less than or equal to 60 mg/dL) in patients with type 2 diabetes on multiple daily injections of insulin. Study subjects received NPH insulin (2-week run-in) followed by insulin glargine (8-week treatment phase). Glucose levels were measured by continuous glucose monitoring and self-monitored blood glucose profiles over the 72-hour pre- and post-treatment phase. Of 367 patients in the data set, 209 patients (56.9 %) experienced hypoglycemia according to continuous glucose monitoring; 97 (26.4 %) recorded hypoglycemia by conventional methods. Continuous glucose monitoring and self-monitoring of blood glucose reported similar mean daytime glucose levels at baseline and end point; however, nocturnal glucose levels were significantly lower with continuous glucose monitoring versus self-monitoring of blood glucose at baseline (130.2 versus 145.0 mg/dL) and at end point (123.3 versus 137.3 mg/dL).

**EXHIBIT 17**
**097**

The American Diabetes Association (2007) concluded that there is insufficient evidence to support the use of CGM in the hospital setting: "The introduction of real-time blood glucose monitoring as a tool for outpatient diabetes management has potential benefit for the inpatient population. However, at this time, data are lacking examining this new technology in the acutely ill patient population. Until more studies are published, it is premature to use continuous blood glucose monitoring except in a research setting."

A major limitation of CGM is the durability and stability of the glucose sensors. Interstitial glucose concentrations, obtained with subcutaneous sensors, correlate with blood glucose concentrations. However, the sensors become progressively less accurate over time, so they can not be used on a maintenance basis, and must be changed every 3 days. Another potential concern is the 6 to 10 minutes delay in interstitial glucose sensor response to changes in serum glucose levels. This delay appears to be most important when glucose levels are falling rapidly, since it might result in development of clinically significant hypoglycemia before it was reflected in the sensor reading.

*Artificial Pancreas or Bi-hormonal Bionic Endocrine Pancreas*

An artificial pancreas is a closed-loop system with an insulin pump, real-time continuous glucose monitor and a small computing device to coordinate glucose sensing and insulin administration.

Closed-loop glucose management systems with a continuous glucose monitor and an insulin pump programmed with a computer algorithm that calculates insulin doses (or glucagon) from the CGM readings and tells the pump to deliver or temporarily suspend or reduce insulin based upon specified thresholds of measured glucose levels.

Aetna considers the Biostator System, a device which functions as an artificial pancreas, experimental and investigational. The Biostator is a glucose-controlled insulin infusion system developed in the early 1980's for use by a physician trained in the device. There are insufficient data in the published peer-reviewed medical literature documenting the safety and effectiveness of the Biostator. The Biostator is mainly used in research; it is rarely used in clinical practice.

**HCPCS codes not covered for indications listed in the CPB:**
*Remote Glucose monitor* **No specific code [e.g. Dexcom SHARE - no additional reimbursement provided], MiniMed Connect]:**
No specific code

| | |
|---|---|
| A4210 | Needle-free injection device, each |
| A4257 | Replacement lens shield cartridge for use with laser skin piercing device, each |
| A9280 | Alert or alarm device, not otherwise classified [hypoglycemic wristband alarm (e.g., Sleep Sentry)] |
| C1788 | Port, indwelling (implantable) |
| E0620 | Skin piercing device for collection of capillary blood, laser, each |

**EXHIBIT 17**
**098**

| E2100 | Blood glucose monitor with integrated voice synthesizer |

**ICD-10 codes covered if selection criteria are met:**

| E08.00 - E13.9 | Diabetes mellitus |
| G25.82 | Stiff-man syndrome [indicated for GAD anitbodies] |
| O24.011 - O24.93 | Diabetes mellitus in pregnancy, childbirth, and the puerperium |
| O99.810 - O99.815 | Abnormal glucose complicating pregnancy, childbirth, and the puerperium |

*Continuous Glucose Monitoring Devices*:

*Short-term monitoring*:

**CPT codes covered if selection criteria are met:**

| 95250 | Ambulatory continuous glucose monitoring of interstitial tissue fluid via a subcutaneous sensor for a minimum of 72 hours; sensor placement, hook-up, calibration of monitor, patient training, removal of sensor, and printout of recording [type 1 only see criteria] |
| 95251 | physician interpretation and report |

**ICD-10 codes covered if selection criteria are met:**

| E08.00 - E13.9 | Diabetes mellitus |

*Long-term monitoring*:

**CPT codes not covered for indications listed in the CPB:**

| 0446T | Creation of subcutaneous pocket with insertion of implantable interstitial glucose sensor, including system activation and patient training |
| 0447T | Removal of implantable interstitial glucose sensor from subcutaneous pocket via incision |
| 0448T | Removal of implantable interstitial glucose sensor with creation of subcutaneous pocket at different anatomic site and insertion of new implantable sensor, including system activation |

**HCPCS codes covered if selection criteria are met:**

| A9276 | Sensor; invasive (e.g., subcutaneous), disposable, for use with interstitial continuous glucose monitoring system, 1 unit = 1 day supply |
| A9277 | Transmitter; external, for use with interstitial continuous glucose monitoring system |
| A9278 | Receiver (monitor); external, for use with interstitial continuous glucose monitoring system |
| K0553 | Supply allowance for therapeutic continuous glucose monitor (CGM), includes all supplies and accessories, 1 month supply = 1 Unit Of Service |
| K0554 | Receiver (monitor), dedicated, for use with therapeutic glucose continuous monitor system |
| S1030 | Continuous noninvasive glucose monitoring device, purchase |
| S1031 | Continuous noninvasive glucose monitoring device, rental, including sensor, sensor replacement, and download to monitor |
| S1034 | Artificial pancreas device system (e.g., low glucose suspend [LGS] feature) including continuous glucose monitor, blood glucose device, insulin pump |

**EXHIBIT 17**
**099**

| | and computer algorithm that communicates with all of the devices |
|---|---|
| S1035 | Sensor; invasive (e.g., subcutaneous), disposable, for use with artificial pancreas device system |
| S1036 | Transmitter; external, for use with artificial pancreas device system |
| S1037 | Receiver (monitor); external, for use with artificial pancreas device system |

**HCPCS codes not covered for indications listed in the CPB**:

*Eversense implantable CGM sensor, GlySens ICGM system* – **no specific code**:

**ICD-10 codes covered if selection criteria are met for age 25 and older**:

| E10.10 - E10.9 | Type 1 diabetes mellitus |
|---|---|

**ICD-10 codes covered if selection criteria are met under age 25**:

| E10.641 - E10.649 | Type 1 diabetes mellitus with hypoglycemia [with recurrent episodes of severe hypoglycemia (blood glucose less than 50 mg/dL) despite appropriate modifications in insulin regimen and compliance with frequent self-monitoring (at least four fingersticks per day)] |
|---|---|
| E10.65 | Type 1 diabetes mellitus with hyperglycemia [with recurrent episodes of severe hypoglycemia (blood glucose less than 50 mg/dL) despite appropriate modifications in insulin regimen and compliance with frequent self-monitoring (at least four fingersticks per day)] |

**ICD-10 codes not covered for indications listed in the CPB**:

| E16.9 | Disorder of pancreatic internal secretion, unspecified [nesidioblastosis] |
|---|---|

**EXHIBIT 17**
**100**

# EXHIBIT 18

**EXHIBIT 18**
101

**From:** Jeffrey Bierman
**Sent:** Tuesday, November 14, 2017 12:48 PM
**To:** Travis Conn <tconn@Dexcom.com>; Beth Keyt <bkeyt@Dexcom.com>; Scott Odgers <sodgers@Dexcom.com>; David Kneeland <david.kneeland@dexcom.com>
**Subject:** RE: Dexcom CGM updates and Medicare coverage

Travis,

That's fantastic, great job.

Regards,

Jeffrey

**From:** Travis Conn [mailto:tconn@Dexcom.com]
**Sent:** Tuesday, November 14, 2017 12:09 PM
**To:** Jeffrey Bierman; Beth Keyt; Scott Odgers; David Kneeland
**Subject:** FW: Dexcom CGM updates and Medicare coverage

This came from the CMO this morning to me saying they will follow CMS for MA lives.

Can't think of needing more evidence.. Agree?

**From:** McDonough, Robert [mailto:Robert.McDonough@aetna.com]
**Sent:** Tuesday, November 14, 2017 12:18 PM
**To:** Travis Conn <tconn@Dexcom.com>
**Subject:** RE: Dexcom CGM updates and Medicare coverage

Hi, here is a link to our commercial policy. We would follow Medicare NCDs and LCDs where applicable for our Medicare Advantage members. We only cover long-term use of continuous glucose monitors for type 1 diabetes for commercial. The policy is up for its next review the first quarter of the year, with the update published about 60 days following the review date, so if you have new data on the effectiveness of CGM for improving clinical outcomes in persons with T2DM, you can forward that on for our consideration. Thanks, Bob

http://www.aetna.com/cpb/medical/data/1_99/0070.html

**From:** Travis Conn [mailto:tconn@Dexcom.com]
**Sent:** Tuesday, November 14, 2017 11:44 AM
**To:** McDonough, Robert
**Subject:** RE: Dexcom CGM updates and Medicare coverage

Hello Dr. McDonough,

1

**EXHIBIT 18**
**102**

This is a follow up to the discussion we had in May. Again, the CMS rule calls for coverage of Therapeutic CGM (Dexcom) for type 2 patients. I understand you forwarded this info on to the MA area, and thank you for that. As an Aetna provider we have received some messages that Aetna was not covering for MA type 2 patients and following the T1 only commercial policy.

Is there someone I can confirm with that the CMS rule is being adopted by Aetna and MA members with T2 will be covered, assuming criteria is met?

I appreciate your assistance.

Travis


**Travis Conn :: DEXCOM**
Director, Managed Markets :: tconn@dexcom.com
Cell: (845) 857-5059
Office: (914) 977-3184
www.dexcom.com


**From:** McDonough, Robert [mailto:Robert.McDonough@aetna.com]
**Sent:** Wednesday, May 31, 2017 8:46 AM
**To:** Travis Conn <tconn@Dexcom.com>
**Subject:** RE: Dexcom CGM updates and Medicare coverage

Thanks Travis, we would follow Medicare NCDs and LCDs for our Medicare Advantage members. I will forward your note over to the Medicare area. Thanks, Bob

**From:** Travis Conn [mailto:tconn@Dexcom.com]
**Sent:** Wednesday, May 31, 2017 8:29 AM
**To:** McDonough, Robert
**Subject:** Dexcom CGM updates and Medicare coverage

Hello Dr. McDonough,

I hope all is well. I wanted to wait to reach out to you until all the information was available. You may be aware that on Jan 12th of this year Dexcom CGM received approval from CMS for Medicare reimbursement of "Therapeutic CGM", which of course is the label that allows for dosing insulin based on CGM results. Thus far, Dexcom is the only CGM with such a label. I am attaching the initial coverage criteria for CMS as well as the newly released Local Coverage Decisions (below).

As you can see, CMS will be covering type 2 patients that meet the below criteria. I understand that Aetna currently does not have a similar policy. I did want to send this along to discuss / ensure that MA lives at Aetna would be able to receive similar to qualifications as CMS offers. Can you please let me know if those discussions have occurred and/or been implemented? Thank you.

Under separate cover I would like to send you the release for the FDA approval of non-adjunctive, as well there was two level 1 RCT's published a month ago that I would like to provide you.

2

**EXHIBIT 18**
**103**

Thank you for your time and review.,

Travis

--------------------------------------------------------------------------------------------------------------
-------------------------------------------------------------------

*The Medicare Administrative Contractors responsible for durable medical equipment issued a joint article implementing initial coverage requirements for CGM on March 23, 2017.[1] The article states that CGM will be covered by Medicare when:*

- *The beneficiary has diabetes mellitus; and,*
- *The beneficiary has been using a home blood glucose monitor (BGM) and performing frequent (four or more times a day) BGM testing; and,*
- *The beneficiary is insulin-treated with multiple daily injections (MDI) of insulin or a continuous subcutaneous insulin infusion (CSII) pump; and,*

*The beneficiary's insulin treatment regimen requires frequent adjustment by the beneficiary on the basis of therapeutic CGM testing results.*

<u>*Local Coverage requirements (released May 18th)*</u>

*Therapeutic CGMs and related supplies are covered by Medicare when all of the following coverage criteria (1-6) are met:*

- *The beneficiary has diabetes mellitus (Reference ICD-10 Codes that Support Medical Necessity section for applicable diagnoses); and,*

- *The beneficiary has been using a BGM and performing frequent (four or more times a day) testing; and,*

- *The beneficiary is insulin-treated with multiple (three or more) daily injections of insulin or a Medicare-covered continuous subcutaneous insulin infusion (CSII) pump; and,*

- *The beneficiary's insulin treatment regimen requires frequent adjustment by the beneficiary on the basis of BGM or CGM testing results; and,*

- *Within six (6) months prior to ordering the CGM, the treating practitioner has an in-person visit with the beneficiary to evaluate their diabetes control and determined that criteria (1-4) above are met; and,*

- *Every six (6) months following the initial prescription of the CGM, the treating practitioner has an in-person visit with the beneficiary to assess adherence to their CGM regimen and diabetes treatment plan.*

**Travis Conn :: DEXCOM**
Director, Managed Markets :: tconn@dexcom.com
Cell: (845) 857-5059
Office: (914) 977-3184
www.dexcom.com

**EXHIBIT 18**
**104**

This e-mail may contain confidential or privileged information. If you think you have received this e-mail in error, please advise the sender by reply e-mail and then delete this e-mail immediately. Thank you. Aetna

This e-mail may contain confidential or privileged information. If you think you have received this e-mail in error, please advise the sender by reply e-mail and then delete this e-mail immediately. Thank you. Aetna

[1] Coding and Coverage – Therapeutic Continuous Glucose Monitors (CGM).
https://med.noridianmedicare.com/web/jddme/policies/dmd-articles/coding-and-coverage-therapeutic-continuous-glucose-monitors

4

EXHIBIT 18
105

# EXHIBIT 19

EXHIBIT 19
106





# Coding Coach Coding Tips

### New Healthcare Common Procedure Coding System (HCPCS) Codes for Dexcom® G5 *(December 2017)*

HCPCS codes **A9276**, **A9277** and **A9278** are no longer accepted for the Dexcom G5 device, but as of July 1, 2017, HCPCS codes **K0553** and **K0554** can be used.

- **K0553:** Supply allowance for therapeutic continuous glucose monitor (CGM), includes all supplies and accessories, 1 unit of service = 1 month's supply*
- **K0554:** Receiver (Monitor), dedicated, for use with therapeutic continuous glucose monitor system

If you have a system limitation that doesn't allow you to file HCPCS code **K0553** (supply allowance) and **K0554** (receiver), submit the manufacturer's invoice and file HCPCS code **A9999** and **E1399**.

Use HCPCS code **A9999** for the Dexcom G5 continuous glucose monitoring supply allowance for all supplies and accessories. One unit of service equals one month's supply. Also file HCPCS code **E1399** for the Dexcom G5 continuous glucose monitoring system receiver.

Please refer to Medical Policy #038 *Continuous or Intermittent Monitoring of Glucose in the Interstitial Fluid* for coverage guidelines.

*Bill only 1 unit of service monthly.*

### Medication Reconciliation Measure for Blue Advantage® *(November 2017)*

You can use **Current Procedural Terminology (CPT®) codes 99495-99496** or **CPT Category II code 1111F** to help close the medication reconciliation "gap in care" measure for Transitional Care Management (TCM) and to meet the HEDIS Transitions of Care Quality Measure*. You can also meet a Merit-based Incentive Payment System (MIPS) measure by reconciling medication after discharge.

Use the TCM **CPT codes 99495** and **99496** when:

- The patient is contacted within 2 business days of discharge;
- A face-to-face visit is made with the patient within 7 **(99495)** or 14 **(99496)** calendar days of discharge; and
- The reconciliation of the patient's medication is performed and updated in the patient's medical record (see code requirements in the CPT manual).

If you miss the time period to file the TCM codes, it's still necessary to update the patient's medical record to reflect reconciliation between the patient's discharge medications and their current medications using **CPT Category II code 1111F**.

For example, if the patient presents to the office after the **7-14 calendar days** (described above), but is still **within the 30-day** hospital discharge window, **CPT Category II code 1111F** should be used with supporting documentation in the patient's medical record to show that the patient's medication has been reconciled.

*HEDIS® Measure Description: Medicare members 18 years of age and older who had a discharge from January 1 – December 1 and for whom medications were reconciled on the date of discharge through 30 days after discharge (31 total days).

### New Method for Bundling Services by Tax ID and Specialty *(October 2017)*

Effective **September 26, 2017**, edits were modified to bundle procedures when billed for the **same date of service** by **any provider under the same Tax ID** with the **same specialty**. Edits are applied to all claims received on or after **September 26, 2017**, regardless of the date of service.

**Note:** No changes are being made to the criteria allowing a modifier to be used to bypass the bundling edits, when appropriate. Reimbursement also depends on our fragmented coding edits for proper reimbursement.

Below is an explanation of the difference between the previous processing method and the current method:

| Prior to September 26, 2017 |
| --- |
| **Claims submitted by two providers with the same Tax ID on the same date of service:** When two claims were received for services performed on the same date of service, payment **was bundled** when the second claim was filed by the same provider but not when it was filed by another provider with the same Tax ID number (whether it was at a different practice location or not). |

| On and after September 26, 2017 |
| --- |
| **Claims submitted by two providers with the same Tax ID on the same date of service:** When two claims are received for services performed on the same date of service, **bundling will occur\***, whether it is the same provider or another provider in the same tax ID and stated specialty (even if it is from a different practice location). \*Payment is subject to fragmented coding edits. |

### Modifier BO for Oral Enteral Nutrition *(September 2017)*

Enteral tube nutrition is provided for patients who have a functioning gastrointestinal tract, but they cannot ingest enough nutrients orally because they are unable or unwilling to take oral feedings.

Effective **November 1, 2017**, add modifier BO to HCPCS codes B4149-B4162 when billing for **oral** administration of enteral formulas. Oral nutrition is **noncovered** but should still be added to the claim with modifier BO to show that the nutrition was given orally and NOT through a feeding tube\*.

If the nutrition is given through a feeding tube, file one of the HCPCS codes above **without** modifier BO, indicating that the feedings were given through a tube.

**\*Remember that the patient's medical record documentation should always match the actual service provided. If the medical record states nutrition can be received orally, BO modifier should be present on the claim for dates of service on or after November 1, 2017. If you are audited and the patient's medical record does not match what was submitted on your claim(s), a refund request may be made.**

### Women's Preventive/Wellness Visits - The Key Is the Diagnosis Code! *(August 2017)*

Women may see their primary care physician (PCP) or their obstetrician/gynecologist (OB/GYN) for their preventive/wellness visits. The ICD-10 diagnosis code is the key to making sure benefits are applied correctly. Please see the chart below for assistance in proper billing:

| Service Provided By | ICD-10 Codes for Preventive/Wellness Visits |
| --- | --- |
| Primary Care Physician | Z00.00 or Z00.01 |
| Obstetrician/Gynecologist | Z01.411 or Z01.419 |

#### *When appropriate, members will receive benefits for both encounters.*

Many members have benefits for one visit each year for preventive history and physical examinations.\* In addition, benefits are available for two visits through Women's Preventive Services Guidelines. See our Preventive Care Services document for more information. Following are guidelines for filing claims for a new patient versus an established patient.

## Women's Preventive Services Guidelines

| | Number of Visits Covered | CPT or HCPCS Code | ICD-10 Code |
|---|---|---|---|
| **Established Patient** | Two per calendar year | 99393-99397, G0439, S0612 or S0613 | Z00.00 – Encounter for general adult medical examination without abnormal findings<br><br>Z00.01 – Encounter for general adult medical examination with abnormal findings<br><br>Z01.411 – Encounter for gynecological examination (general) (routine) with abnormal findings<br><br>**OR**<br><br>Z01.419 - Encounter for gynecological examination (general) (routine) without abnormal findings |
| **New Patient** | Two per calendar year; can only be billed once by the same provider | 99383-99387, G0438 or S0610 | Z00.00 or Z00.01 – limited to one per calendar year |
| | | 99383-99387, G0438 or S0610 | Z01.411 or Z01.419 – limited to one per calendar year |

*There should be no cost for members in Affordable Care Act (ACA)-compliant plans for these services.*

**Reminder:** Diagnosis codes are the key to making sure benefits are applied correctly.

*Female members who have Affordable Care Act-compliant plans have benefits for more than one preventive/wellness visit per year. Be sure to check the member's eligibility and benefits to verify their plan is healthcare reform compliant. You can also find this information in the routine services section of the summary plan description. Blue Advantage® (PPO) plans do not have benefits for more than one preventive/wellness visit per year.

## Pediatrics - Weight Assessment Measure *(July 2017)*

The HEDIS® measure Weight Assessment and Counseling for Nutrition and Physical Activity for Children/Adolescents (WCC) is a combination measure. Each of the following indicators must be addressed during the patient's visit and documented in the medical record to close gaps in care for WCC.

- Body mass index (BMI) percentile
- Nutrition or physical activity counseling (combination measure)

Only specific ICD-10-CM, CPT and HCPCS codes will fulfill these measures, according to HEDIS® 2017 Technical Specifications for Physician Measurement criteria.

Refer to the Frequently Asked Questions/Answers and Pediatric Quality Initiative for more information.

## Physician Extender "Incident To" Guidelines *(June 2017) (Revised August 2017)*

Blue Cross and Blue Shield of Alabama does not recognize "incident to" billing for most plans (see below for Blue Advantage®). For evaluation and management (E&M) services, claims must be billed under the name and National Provider Identifier (NPI) of the provider who physically evaluates the patient to collect or confirm the patient's:

- History of Present Illness (HPI);
- Review of System (ROS); and
- Past/Family/Social/History (PFSH).

This information should be considered preliminary if it is taken by ancillary staff. The billing provider must confirm and complete own synopsis. Under no circumstances should services performed solely by the physician extender be billed under a physician name and NPI.

"Incident to" services are defined as services furnished as an integral, although incidental, part of the physician's personal professional services in the course of diagnosis or treatment of an injury or illness.

Members may not be eligible for reimbursement for services provided by a non-participating physician extender and may be reimbursed at the out-of-network benefit level.

A physician extender is a specially trained, certified and licensed provider who renders medical services within the scope of his/her license. Blue Cross recognizes the following physician extenders:

- Certified registered nurse practitioner (CRNP)
- Certified nurse midwife (CNM)
- Certified registered nurse anesthetist (CRNA)
- Physician assistant (PA)
- Physician assistant/surgical assistant (PA/SA)

Blue Advantage follows Medicare policies for "incident to" services. To qualify, services must be part of the patient's normal course of treatment in which a physician personally performed the initial service and is actively involved in the course of treatment. The physician does not have to be physically present in the patient's treatment room while the services by the physician extender are being provided, but the physician should be available for direct supervision and be present in the office suite to give assistance if needed. The patient record should document the requirements for "incident to" services. Qualifying "incident to" services must be provided by a physician extender who the physician directly supervises and who is employed by the practice.

### CPT® 76942 Ultrasound Guidance with Arthrocentesis (Joint Injections) *(May 2017)*

As a reminder, CPT code **76942** (ultrasonic guidance for needle placement) should not be billed with the joint injection CPT codes **20600-20611** (arthrocentesis, aspiration and/or joint injection) since the joint injection codes include ultrasound guidance. These codes should not be billed together for the same date of service. In addition, CPT code **76942** should not be submitted with a modifier in order to receive inappropriate payment or circumvent bundling logic.

**Example:** For arthrocentesis, aspiration or injection of a major joint or bursa, you may use CPT code **20611**. Since CPT code **20611** includes *ultrasound guidance*, you would not also report CPT code **76942** separately. For more information, refer to your 2017 CPT manual.

### Body Mass Index (BMI) – How to Report BMI on a Claim *(April 2017) (Revised September 2017)*

Physician Performance Assessment (PPA) measures related to BMI and weight assessments will impact scoring for value-based payment initiatives for adult primary care on **January 1, 2018**, but will not affect scoring for pediatrics at this time.

For patients who are 20-74 years of age, documentation must include height, weight, BMI value and the date the measurement was taken

For patients who are under 20 years of age, documentation of BMI must indicate the patient's height, weight, and BMI percentile. Note: The BMI percentile may be documented as a value (e.g., 85th percentile) or plotted on the age-growth chart.

**Providers must include the appropriate Z68.** category diagnosis code to report BMI for adults and the BMI percentile for pediatrics on a claim.**

**Exclusions:** Pregnancy diagnosis codes exclude the patient from this measure. If this applies to the patient, the condition **must** be documented in the patient's medical record and the pregnancy code must be submitted on a claim in order for the patient to be removed from the measure.

### New CPT Drug Screening Codes for January 1, 2017 *(March 2017)*

Drugs, or classes of drugs, are commonly examined by a presumptive screening method followed by a definitive drug identification method.

Effective January 1, 2017, Current Procedural Terminology (CPT) created the following new presumptive drug screening class codes:

- 80305
- 80306
- 80307

These codes replaced HCPCS codes G0477, G0478 and G0479 for Blue Cross and Blue Shield of Alabama claims.

For billing purposes for Alabama-based providers, we require that you discontinue the use of "G" codes G0477, G0478 and G0479 for claims filing.

For more information on these codes, please refer to the 2017 CPT and the 2017 HCPCS manuals.

### New 2017 ICD-10-CM Codes Added for Cerebral Infarction *(February 2017)*

The 2017 International Statistical Classification of Diseases and Related Health Problems, 10th revision, Clinical Modification (ICD-10-CM) has added a "use additional code" note for cerebral infarction (Category I63) to indicate National Institutes of Health Stroke Scale (NIHSS) score, if known. Directions state to first code I63 then add R29.7 as a second code.

The codes range from **R29.700 – R29.742**. Below are **examples** from this category:

- R29.700     NIHSS   0
- R29.701     NIHSS   1
- R29.702     NIHSS   2
- R29.703     NIHSS   3
- R29.704     NIHSS   4

Please refer to your 2017 ICD-10-CM coding manual for the rest of these codes or for more information.

### New Hypertension Code Changes for October 1, 2016, ICD-10-CM *(January 2017)*

Category change for Elevated Blood Pressure and New Hypertension Codes:

- For Elevated Blood Pressure reading without diagnosis of hypertension, continue to use the symptom category R03.
- As of October 1, 2016, hypertension category I10 now includes high blood pressure.
- A new category has been added to Hypertensive Disease, which is I16. Included in this category are the following new codes:
    - I16.0 Hypertensive urgency
    - I16.1 Hypertensive emergency
    - I16.9 Hypertensive crisis, unspecified

Current Procedural Terminology (CPT) codes, descriptions and other data only are copyrighted © 2016 American Medical Association.
All Rights Reserved. Applicable FARS/DFARS apply.
International Classification of Diseases, 10th Revision, Clinical Modification (ICD-10-CM, 2017)

# EXHIBIT 20

**EXHIBIT 20**
**112**



**Clinical UM Guideline**

**Subject:** Non-Implantable Insulin Infusion and Blood Glucose Monitoring Devices
**Guideline #:** CG-DME-42
**Status:** Revised

**Publish Date:** 12/31/2019
**Last Review Date:**
06/06/2019

---

## Description

This document addresses the use of non-implanted devices for the management of diabetes mellitus, including external insulin infusion pumps, continuous interstitial glucose monitoring devices (CGMs), and automated insulin delivery systems.

External insulin infusion pumps are programmable, battery-powered mechanical syringe/reservoir devices controlled by a micro-computer to provide continuous subcutaneous insulin infusion (CSII) in individuals with diabetes mellitus.

CGM devices are used for the continuous monitoring of interstitial glucose concentrations. These devices have been shown to assist in the management of some individuals with type I diabetes mellitus.

External insulin infusion pumps and CGMs maybe be combined to form automated insulin delivery systems. Some of these systems require the intervention of the individual being treated to manage major aspects of their insulin administration, such as basal rate and prandial bolus insulin dosing. These devices are referred to as "open-loop" systems. Other automated delivery systems, referred to as "hybrid closed-loop", require minimal intervention , and include automated control of basal insulin infusion rates and low glucose suspend features. "Hybrid closed-loop" systems still require patient-directed prandial insulin dosing. Finally, some advanced systems under development, referred to as "closed-loop" systems, require no intervention by the treated individual when under normal operating conditions.

**Note:** Some insulin pump devices come equipped with the capacity to be combined with CGM devices to create automated insulin delivery systems. Such devices can be used as stand-alone insulin pumps or as combined systems, depending upon an individual's need.

**Note:** This document does not address supplies related to the use of automated insulin delivery devices.

**Note:** For additional information regarding diabetes care, please see:

- CG-SURG-79 Implantable Infusion Pumps
- MED.00121 Implantable Interstitial Glucose Sensors

**Note:** This document contains three sections addressing different types of devices:

    I. External Insulin Infusion Pumps: Addresses stand-alone external insulin infusion pumps
    II. Continuous Interstitial Glucose Monitoring Devices: Addresses stand-alone CGM devices.
    III. Automated Insulin Delivery Systems: Addresses devices that combine the functions of both external insulin pumps and CGMs.

**Note:** For information regarding the details of specific devices, please refer to the following information:

- External insulin pumps: http://main.diabetes.org/dforg/pdfs/2019/2019-cg-insulin-pumps.pdf
- CGMs: http://main.diabetes.org/dforg/pdfs/2019/2019-cg-continuous-glucose-monitors.pdf

**EXHIBIT 20**
**113**

## Clinical Indications

### I. EXTERNAL INSULIN INFUSION PUMPS

**Medically Necessary:**

External insulin pumps (with or without wireless communication capability) are considered **medically necessary** in any of the following groups (A, B, **or** C):

- A. Individuals with documented type 1 or type 2 diabetes mellitus meeting *all* the following criteria (1 through 5):
  - 1. Completed a comprehensive diabetes education program within the past 2 years; **and**
  - 2. Follows a program of multiple daily injections of insulin; **and**
  - 3. Has frequent self-adjustments of insulin doses for the past 6 months; **and**
  - 4. Has documented frequency of glucose self-testing an average of at least 4 times per day during the past month; **and**
  - 5. Has documentation of *any* of the following while on a multiple daily injection regimen:
    - a. Glycosylated hemoglobin level (HbA1c) greater than 7.0 percent; **or**
    - b. "Brittle" diabetes mellitus with recurrent episodes of diabetic ketoacidosis, hypoglycemia or both, resulting in recurrent and/or prolonged hospitalization; **or**
    - c. History of recurring hypoglycemia or severe glycemic excursions; **or**
    - d. Wide fluctuations in blood glucose before mealtime; **or**
    - e. "Dawn phenomenon" with fasting blood sugars frequently exceeding 200 mg/dl; **or**
    - f. Microvascular or macrovascular complications (for example, diabetic retinopathy or cardiovascular disease).
- B. Individuals with documented type 1 or type 2 diabetes and are pre-conception or currently pregnant, to reduce the incidence of fetal mortality or anomaly; **or**
- C. Individuals with type 1 or type 2 diabetes mellitus successfully using a continuous insulin infusion pump prior to enrollment, and have documented frequency of glucose self-testing on average of at least 4 times per day during the month prior to enrollment.

Refills for medically necessary disposable external insulin pumps are considered **medically necessary.**

*Replacement pumps:*

The replacement of external insulin pumps is considered **medically necessary** when the following criteria have been met:

- A. The device is out of warranty, **and**
- B. The device is malfunctioning, **and**
- C. The device cannot be refurbished.

**Note:** The medical necessity of the replacement of an external insulin pump for pediatric individuals (under 18 years of age) who require a larger insulin reservoir will be considered on a case-by-case basis. The following information is required when submitting requests:

- A. Current insulin pump reservoir volume; **and**
- B. Current insulin needs; **and**
- C. Current insulin change out frequency required to meet individual needs.

**Not Medically Necessary:**

The use of external insulin pumps for any indication other than those listed above is considered **not medically necessary.**

Use of a disposable external insulin pump with no wireless communication capability (for example, V-Go®) is considered **not medically necessary** under all circumstances.

**EXHIBIT 20**
**114**

Replacement of currently functional and warranted external insulin pumps is considered **not medically necessary** when the replacement of external insulin pumps medically necessary criteria (A, B, and C) above have not been met.

## *II. CONTINUOUS INTERSTITIAL GLUCOSE MONITORING DEVICES*

**Medically Necessary:**

*Professional, intermittent, short-term use* of continuous interstitial glucose monitoring devices as an adjunct to standard care is considered **medically necessary** when all of the following criteria are met:

A. Individual is diagnosed with type 1 diabetes; and
B. Inadequate glycemic control despite compliance with frequent self-monitoring *(at least 4 times per day)* and including fasting hyperglycemia (greater than 150 mg/dL) or recurring episodes of severe hypoglycemia (less than 50 mg/dL). This poor control is in spite of compliance with multiple alterations in self-monitoring and insulin administration regimens to optimize care; and
C. Insulin injections are required 3 or more times per day or an insulin pump is used for maintenance of blood sugar control; and
D. Four or more fingersticks are required per day; and
E. Monitoring and interpretation are under the supervision of a physician; and
F. The device is only used for 6, 7, or 14 consecutive days on an appropriate, periodic basis.

*Personal long-term use* of continuous interstitial glucose monitoring devices as an adjunct to standard care is considered **medically necessary** for *any* of the following:

A. Adults (greater than or equal to 25 years old) with type 1 diabetes who meet the following criteria:
    1. Inadequate glycemic control, demonstrated by HbA1c measurements between 7.0% and 10.0%, despite:
        a. Compliance with frequent self-monitoring *(at least 4 times per day)*; and
        b. Multiple alterations in self-monitoring and insulin administration regimens to optimize care; and
    2. Insulin injections are required 3 or more times per day or a medically necessary insulin pump is used for maintenance of blood sugar control; or
B. Individuals, regardless of age, with type 1 diabetes who meet the following criteria:
    1. Recurring episodes of severe hypoglycemia (less than 50 mg/dL); and
    2. Inadequate glycemic control despite:
        a. Compliance with frequent self-monitoring *(at least 4 times per day)*; and
        b. Multiple alterations in self-monitoring and insulin administration regimens to optimize care; and
    3. Insulin injections are required 3 or more times per day or a medically necessary insulin pump is used for maintenance of blood sugar control; or
C. Individuals with type 1 diabetes who are pregnant, during the course of the pregnancy, who meet the following criteria:
    1. Inadequate glycemic control despite compliance with frequent self-monitoring *(at least 4 times per day)* and including fasting hyperglycemia (greater than 150 mg/dL) or with recurring episodes of severe hypoglycemia (less than 50 mg/dL). This poor control is in spite of compliance with multiple alterations in self-monitoring and insulin administration regimens to optimize care; and
    2. Insulin injections are required 3 or more times per day or a medically necessary insulin pump is used for maintenance of blood sugar control; and
    3. Four or more fingersticks are required per day.

The replacement of continuous interstitial glucose monitoring devices is considered **medically necessary** when the following criteria have been met:

A. The device is out of warranty; and
B. The device is malfunctioning; and
C. The device cannot be refurbished.

**EXHIBIT 20**
**115**

**Not Medically Necessary:**

Use of continuous interstitial glucose monitoring devices is considered **not medically necessary** for all other indications, including but not limited to:

    A. When the criteria above have not been met.
    B. Individuals with type 2 diabetes.

Replacement of currently functional and warranted continuous interstitial glucose monitoring devices is considered **not medically necessary** when the replacement of continuous interstitial glucose monitoring devices medically necessary criteria (A, B, and C) above have not been met.

### III. AUTOMATED INSULIN DELIVERY SYSTEMS

**Medically Necessary:**

Use of an open-loop or hybrid closed-loop automated insulin delivery system with a low glucose suspend feature is considered **medically necessary** for individuals who meet the following criteria:

    A. Type 1 diabetes mellitus; **and**
    B. Age 7 or older; **and**
    C. HbA1c value of 5.8% to 10%.

Replacement of a previously approved open-loop or hybrid closed-loop automated insulin delivery system is considered **medically necessary** when the medically necessary criteria above have previously been met *and* all of the criteria below have been met:

    A. The device is out of warranty; **and**
    B. The device is malfunctioning; **and**
    C. The device cannot be refurbished.

**Not Medically Necessary:**

Replacement of currently functional and warranted open-loop or hybrid closed-loop automated insulin delivery system is considered **not medically necessary** when the replacement of open-loop or hybrid closed-loop automated insulin delivery system medically necessary criteria (A, B, and C) above have not been met.

Use of an open-loop or hybrid closed-loop automated insulin delivery system, including those with a low glucose suspend feature, is considered **not medically necessary** for individuals who have not met the criteria above.

Use of non-hybrid closed-loop or non-FDA-approved hybrid closed-loop automated insulin delivery system is considered **not medically necessary** under all circumstances.

## Coding

*The following codes for treatments and procedures applicable to this guideline are included below for informational purposes. Inclusion or exclusion of a procedure, diagnosis or device code(s) does not constitute or imply member coverage or provider reimbursement policy. Please refer to the member's contract benefits in effect at the time of service to determine coverage or non-coverage of these services as it applies to an individual member.*

*Infusion pumps and automated insulin delivery systems*

**HCPCS**
A9274        External ambulatory insulin delivery system, disposable, each, includes all supplies and accessories
        [Note: the V-Go disposable insulin delivery device if billed with this code is considered not medically necessary]

**EXHIBIT 20**
**116**

| E0784 | External ambulatory infusion pump, insulin [for automated insulin delivery systems when specified as an open-loop or hybrid closed-loop system] [Note: other types of automated insulin delivery systems (for example, closed-loop) are considered not medically necessary] |
| E0787 | External ambulatory infusion pump, insulin, dosage rate adjustment using therapeutic continuous glucose sensing |
| S1034 | Artificial pancreas device system (e.g., low glucose suspend [LGS] feature) including continuous glucose monitor, blood glucose device, insulin pump and computer algorithm that communicates with all of the devices [when specified as an open-loop or hybrid closed-loop system] [Note: other types of automated insulin delivery systems (for example, closed-loop) are considered not medically necessary] |

**ICD-10 Diagnosis**

    All diagnoses

*Continuous interstitial glucose monitoring devices*

**CPT**

| 95249 | Ambulatory continuous glucose monitoring of interstitial tissue fluid via a subcutaneous sensor for a minimum of 72 hours; patient-provided equipment, sensor placement, hook-up, calibration of monitor, patient training, and printout of recording |
| 95250 | Ambulatory continuous glucose monitoring of interstitial tissue fluid via a subcutaneous sensor for a minimum of 72 hours; physician or other qualified health care professional (office) provided equipment, sensor placement, hook-up, calibration of monitor, patient training, removal of sensor, and printout of recording |
| 95251 | Ambulatory continuous glucose monitoring of interstitial tissue fluid via a subcutaneous sensor for a minimum of 72 hours; analysis, interpretation and report |

**HCPCS**

| A9276 | Sensor; invasive (e.g., subcutaneous), disposable, for use with interstitial continuous glucose monitoring system, 1 unit = 1 day supply |
| A9277 | Transmitter; external, for use with interstitial continuous glucose monitoring system |
| A9278 | Receiver (monitor); external, for use with interstitial continuous glucose monitoring system |
| A9279 | Monitoring feature/device, stand-alone or integrated, any type, includes all accessories, components and electronics, not otherwise classified |
| K0553 | Supply allowance for therapeutic continuous glucose monitor (CGM), includes all supplies and accessories, 1 month supply = 1 unit of service [that is; a device that does not require a finger stick, e.g., Dexcom G5] |
| K0554 | Receiver (monitor), dedicated, for use with therapeutic glucose continuous monitor system [that is, a device that does not require a finger stick, e.g., Dexcom G5] |
| S1030 | Continuous noninvasive glucose monitoring device, purchase |
| S1031 | Continuous noninvasive glucose monitoring device, rental, including sensor, sensor replacement, and download to monitor |

**ICD-10 Diagnosis**

    All diagnoses

## Discussion/General Information

According to the American Diabetes Association, diabetes is one of the most common chronic diseases in the United States (U.S.), with approximately 30 million Americans with diagnosed disease. Another 8 million are believed to have undiagnosed disease. Diabetes mellitus, the fourth leading cause of death in the U.S., is a chronic condition, marked by impaired metabolism of carbohydrate, protein and fat, affecting nearly 21 million

EXHIBIT 20
117

# EXHIBIT 21

EXHIBIT 21
118

**Archived Policies - DME**

<u>Print</u>

# Continuous or Intermittent Monitoring of Glucose in Interstitial Fluid

**Number:** DME101.005

**Effective Date:** 01-01-2017

**End Date:** 03-31-2018

**Coverage:**

NOTE FOR TEXAS CONTRACTS: Legislative mandates for insured (individual or group) business require coverage for diabetic equipment and supplies that are approved by the United States Food and Drug Administration, if such equipment or supplies are determined to be medically necessary and appropriate by a treating physician.

Blood glucose monitors (BGMs) designed for home use self-monitoring of blood glucose levels **may be considered medically necessary** for the following:

* Insulin Dependent Diabetes Mellitus (IDDM),

* Non-Insulin Dependent Diabetes Mellitus (NIDDM), OR

* Gestational diabetes.

**Professional (intermittent 72 hour) monitoring of glucose levels in** interstitial fluid **may be considered medically necessary** for:

* Patients with Type I or Type II insulin dependent diabetes prior to insulin pump initiation to determine basal insulin levels; OR

* Patients with Type I or Type II insulin dependent diabetes whose diabetes is poorly controlled** despite current compliance with a regimen including four or more finger sticks each day, and either three or more insulin injections or use of an insulin pump.

**Poorly controlled diabetes includes but is not limited to the following clinical situations:

* Unexplained hypoglycemic episodes;

* Hypoglycemic unawareness;

* Suspected postprandial hyperglycemia; OR

* Recurrent diabetic ketoacidosis.

**Personal continuous glucose (long-term) monitoring (CGM) in** interstitial fluid, including real-time monitoring, as a technique of diabetic monitoring, **may be considered medically necessary** in patients with Type I insulin dependent diabetes who:

EXHIBIT 21
119

Are pregnant; OR

• Have been compliant with a regimen that includes:

1. Four or more finger sticks and three or more insulin injections per day; OR
2. Use of an insulin pump;

**AND** have not achieved adequate metabolic control as evidenced by at least **one** of the following:

1. Hypoglycemic unawareness or frequent hypoglycemia; OR
2. Frequent nocturnal hypoglycemia, less than 50 mg/dL; OR
3. Wide fluctuations in blood sugar patterns over time (<50 mg/dL, or >150 mg/dL); OR
4. Discordant hemoglobin A1c (HbA1c) and fingerstick blood glucose levels (i.e., patient with consistent normal blood glucose levels at home but high HbA1C levels).

Other uses of continuous monitoring of glucose levels in interstitial fluid, including real-time monitoring, as a technique of diabetic monitoring, not meeting above noted criteria **is considered experimental, investigational and/or unproven.**

Medical devices that are not U. S. Food and Drug Administration (FDA) approved, including but not limited to the implantable interstitial glucose sensor from Senseonics, **are considered experimental investigational and/or unproven.**

**Artificial Pancreas Device Systems**

Artificial pancreas device systems are medical devices that link a glucose monitor to an insulin infusion pump that automatically takes action based on the glucose monitor reading. These devices are proposed to improve glycemic control in patients with insulin-dependent diabetes, in particular, control of nocturnal hypoglycemia. The use of an artificial pancreas device system, with low-glucose suspend (LGS) features when performed according to FDA-approved indications, **may be considered medically necessary** when:

• Patient meets criteria for insulin infusion pump (see separate policy DME101.048 Insulin Infusion Pump) and

• Patient meets criteria for personal continuous glucose (long-term) monitoring noted above and

• Patient has **one** of the following:

Back to Top
    o Hypoglycemic unawareness **or**
    o Multiple documented episodes of nocturnal hypoglycemia, (less than 50mg/dL).

**(Legislative mandates may apply—see above NOTE FOR TEXAS CONTRACTS)**

Additional software or hardware required for downloading data to a device such as personal computer, smart phone, or tablet to aid in self-management

**EXHIBIT 21**
**120**

of diabetes mellitus, to include remote glucose monitoring (i.e.,
mySentry) **are considered a convenience item and therefore not
medically necessary.**

**Description:**

Tight glucose control in patients with diabetes has been associated with
improved outcomes. Several devices are available to measure glucose levels
automatically and frequently (eg, every 5-10 minutes). The devices measure
glucose in the interstitial fluid and are approved as adjuncts to traditional self-
monitoring of blood glucose levels.

The advent of blood glucose monitors for use by patients in the home over 20
years ago revolutionized the management of diabetes. Using fingersticks,
patients could monitor their blood glucose level both to determine the
adequacy of hyperglycemia control and to evaluate hypoglycemic episodes.
Tight diabetic control, defined as a strategy involving frequent glucose checks
and a target hemoglobin A1c (HgA1c) in the range of 7%, is now considered
standard of care for diabetic patients. Randomized controlled trials (RCTs) of
tight control have demonstrated benefits for type I diabetics in decreasing
microvascular complications. The impact of tight control on type II diabetic
patients and on macrovascular complications such as stroke or myocardial
infarction is less certain.

However, tight glucose control requires multiple measurements of blood
glucose each day (ie, before meals and at bedtime), a commitment that some
patients may be unwilling or unable to meet. In addition, the goal of tight
glucose control has to be balanced with an associated risk of hypoglycemia.
An additional limitation of periodic self-measurements of blood glucose is that
glucose values are seen in isolation, and trends in glucose levels are
undetected. For example, while a diabetic patient's fasting blood glucose
level might be within normal values, hyperglycemia might be undetected
postprandially, leading to elevated HgA1c values.

Recently, measurements of glucose in interstitial fluid have been developed
as a technique of automatically measuring glucose values throughout the
day, producing data that show the trends in glucose measurements, in
contrast to the isolated glucose measurements of the traditional blood
glucose measurements. Although devices measure glucose in interstitial fluid
on a periodic rather than a continuous basis, this type of monitoring is
referred to as continuous glucose monitoring (CGM).

Several devices have received U.S. Food and Drug Administration (FDA)
approval. The first 2 approved devices were the Continuous Glucose
Monitoring System (CGMS®) (MiniMed), which uses an implanted temporary
sensor in the subcutaneous tissues, and the GlucoWatch G2® Biographer,
an external device worn like a wristwatch that measures glucose in interstitial
fluid extracted through the skin with an electric current (referred to as reverse
iontophoresis).

Additional devices that have subsequently been approved include those for
pediatric use and those with more advanced software, more frequent
measurements of glucose levels, more sophisticated alarm systems, etc.
Devices initially measured interstitial glucose every 5 to 10 minutes and, with

**EXHIBIT 21**
**121**

currently available devices the time intervals at which interstitial glucose is
measured ranges from every 1 to 2 minutes to 5 minutes. While CGMs
potentially eliminate or decrease the number of required daily fingersticks, it
should be noted that, according to the FDA labeling, monitors are not
intended to be an alternative to traditional self-monitoring of blood glucose
levels but rather provide adjunct monitoring, supplying additional information
on glucose trends that are not available from self-monitoring. In addition, it is
important to note that devices may be used intermittently, eg, time periods of
72 hours, or on a long-term basis.

In addition to stand-alone CGMs, several insulin pump systems have
included a built-in CGM. This policy addresses continuous glucose
monitoring devices, not the insulin pump portion of these systems. Also,
under development is what is known as an artificial pancreas or artificial
pancreas device system (APDS). The proposed artificial pancreas is a series
of devices, eg, a CGM, blood glucose device and an insulin pump, plus a
computer algorithm that communicates with all of the devices. The goal of the
APDS is to automatically monitor glucose levels and adjust insulin levels.
These systems are also called closed-loop systems or autonomous systems
for glucose control. One technology associated with artificial pancreas
development is a "low glucose suspend (LGS)" feature included with an
insulin pump. The LGS feature is designed to suspend insulin delivery when
plasma glucose levels fall below a prespecified threshold.

**Supplemental Devices**

Many additional tools are available to help with diabetic management
including the mySentry™ device which offers remote glucose monitoring and
provides continuous glucose monitoring (CGM) and insulin pump information
to users. The device allows users to monitor from up to 50 feet away.

**Other Devices**

The Eversense™ continuous glucose monitoring system includes an
implantable interstitial glucose sensor from Senseonics. The implantable
interstitial glucose sensor has not yet been FDA approved. The sensor lasts
up to 90 days, and information on the Eversense website indicates that the
insertion and removal could be done in the doctor's office. (31) On October
31, 2016, the ClinicalTrials. gov website noted that Clinical trial number
NCT02647905 Evaluation of the Accuracy of an Implanted Glucose Sensor
(Precisell) had been completed. No study results were posted. (32).

**Regulatory Status**

Several continuous glucose monitoring systems have been approved by FDA
through the premarket approval process:
Back to Top

- The Continuous Glucose Monitoring System (CGMS®) (MiniMed) in
  1999 (approved for 3-day use in a physician's office).

- The GlucoWatch G2® Biographer in 2001. Of note, neither the
  GlucoWatch nor the autosensors have been available after July 31,
  2008.

- The Guardian®-RT (Real-Time) CGMS (Medtronic, MiniMed) in July

EXHIBIT 21

122

2005. (MiniMed was purchased by Medtronic).

- The DexCom® STS CGMS system (DexCom) was approved by FDA in March 2006.

- The Paradigm® REAL-Time System (Medtronic, MiniMed) was approved by FDA in 2006. This system integrates a CGM with a Paradigm insulin pump. The second generation integrated system is called the MiniMed Paradigm Revel System.

- The FreeStyle Navigator® CGM System (Abbott) was approved in March 2008.

- The DexCom G4 Platinum (DexCom) CGM was approved for use in adults 18 years and older in October 2012. The device can be worn for up to 7 days. In February 2014, FDA expanded use of the Dexcom Platinum CGM to include patients with diabetes, age 2 to 17 years-old.

- Dexcom G5 Mobile Continuous Glucose Monitoring System received expanded indications in December 2016, to include replacement of fingerstick blood glucose testing for diabetes treatment decisions. The device in indicated as a glucose monitoring system for the management of diabetes in persons age 2 years and older. The Dexcom G5 also aids in the detection of episodes of hyperglycemia and hypoglycemia, facilitating both acute and long-term therapy adjustments.

**Artificial pancreas device systems:**

- The Minimed 530G System (Medtronic) integrating an insulin pump and glucose meter, and including a low glucose suspend feature, was cleared for marketing in September 2013. The threshold suspend tool temporarily suspends insulin delivery when the sensor glucose level is equal to or lower than a preset threshold within the 60 mg/dL to 90 mg/dL range. When the glucose value reaches this threshold, an alarm sounds. If patients respond to the alarm, they can choose to continue or cancel the insulin suspend feature. If patients fail to respond to the alarm, the pump automatically suspends action for 2 hours, and then insulin therapy resumes. The device is approved only for use in patients 16 years and older.

## Rationale:

This policy was originally created in 1990 and was updated regularly with searches of the MEDLINE database. A Blue Cross Blue Shield Association (BCBSA) Technology Evaluation Center (TEC) Assessment was published in 2003. (1) The most recent literature review was performed through February 3, 2014. This section of the current policy has been substantially revised. Following is a summary of the key literature to date:

Back to Top

### Continuous glucose monitoring systems

Most of the following discussion focuses on the clinical utility of continuous glucose monitoring (CGM) systems. That is, their ability to provide either additional information on glucose levels, leading to improved glucose control or to improve the morbidity/mortality associated with clinically significant severe and acute hypoglycemic or hyperglycemic events. Because diabetic

**EXHIBIT 21**
123

control encompasses numerous variables including the diabetic regimen and
patient self-management, randomized controlled trials (RCTs) are important
to isolate the contribution of interstitial glucose measurements to the overall
diabetic management. Data on patients with type 1 diabetes and type 2
diabetes are discussed separately.

<u>Type 1 diabetes</u>

Several meta-analyses of RCTs have been published; they have focused on
slightly different populations e.g, age and/or type of diabetes, and different
study designs, e.g, by length of follow-up. Two 2011 meta-analyses included
studies on adults and/or children. The study by Gandhi et al. identified
studies conducted among patients with type 1 and/or type 2 diabetes and
stratified findings by type of diabetes. (2) The investigators identified 19 RCTs
evaluating CGM interventions lasting at least 8 weeks and conducted in the
outpatient setting. Mean baseline hemoglobin A1c (HbA1c) was at least 7.0%
in all studies but included 1 in which the mean baseline HbA1c was 6.4%.
Overall, compared with self-monitoring of blood glucose, CGM was
associated with a statistically significant reduction in mean HbA1c (weighted
mean difference [WMD], -0.27%; 95% confidence interval [CI], -0.44% to
-0.10%). When stratified by age and type of diabetes, there was a statistically
significant reduction in HbA1c in adults with type 1 diabetes and adults with
type 2 diabetes, but not in studies of children and adolescents with type 1
diabetes.

Another 2011 meta-analysis of RCTs on CGM included trials conducted in
adults and children with type 1 diabetes who were on an intensive insulin
regimen (studies of type 2 diabetes were not included).(3) This meta-analysis
required a minimum of 12 weeks of follow-up in the studies (as compared
with at least 8 weeks in the Gandhi meta-analysis). Studies compared CGM
with self-monitored blood glucose (SMBG); there was no restriction related to
type of CGM device, but the CGM readings had to be used to adjust insulin
dose or modify diet. A total of 14 RCTs met eligibility criteria. In a pooled
analysis, there was a statistically significant reduction in HbA1c with CGM
compared with SMBG (WMD= -0.26%; 95% CI, -0.34% to -0.19%). In a
subgroup analysis by age, there were significant reductions in HbA1c with
CGM in studies of adults (n=5) (WMD= -0.33; 95% CI, -0.46 to -0.20) and in
studies with children and/or adolescents (n=8) (WMD= -0.25; 95% CI, -0.43
to -0.08).

Two 2012 meta-analyses evaluating the efficacy of CGM in patients with type
1 diabetes had similar findings: overall, use of CGM to result in significantly
greater reductions in HbA1c compared with SMBG. (4,5) Most recently, a
2013 systematic review by Poolsup et al. included RCTs that compared CGM
with SMBG, had interventions lasting at least 8 weeks, and reported HbA1c
as an outcome.(6) For type 1 diabetes, only studies in children were included.
Ten RCTs including pediatric patients with type 1 diabetes met inclusion
criteria and were included in a meta-analysis. Overall, the investigators did
not find that CGM had a significantly greater impact on HbA1c than SMBG.
The pooled estimate of the difference in HbA1c between groups was -0.13%
(95% CI, -0.38% to 0.11%). In a subgroup analysis by approach to CGM,
devices that provided data retrospectively (retrospective CGM) did not result

EXHIBIT 21
124

in better glucose control than SMBG (5 studies; pooled mean difference, -0.05%; 95% CI, 0.46% to 0.35%). However, real-time CGM was superior to SMBG in terms of improving glycemic control (5 studies; pooled mean difference, 0.18%; 95% CI, 0.35% to 0.02%).

**Representative RCTs follow:**

In 2008, the Juvenile Diabetes Research Foundation (JDRF) published results of a study that randomly assigned 322 adults and children with type I diabetes to CGM or self-(home) monitoring. (7) With HbA1c as the primary outcome measure, there was a significant difference among patients 25 years of age or older that favored continuous monitoring (mean HbA1c difference, 0.53%), while the difference between groups was not statistically significant for those ages 15 to 24 years or 8 to 14 years. The population in this study had relatively well-controlled diabetes in that entry criterion was glycated Hb of 7% to 10%, but approximately 70% had levels between 7% and 8%; in addition, more than 70% of patients were using an insulin pump. No significant differences were noted in rates of hypoglycemic events, but the study was likely not sufficiently large to detect potential differences. The authors also reported that monitor use was greatest in those patients ages 25 or older, the group in which 83% of patients used the monitor 6 or more days per week. The investigators also conducted a nonblinded single-arm 6-month extension to the randomized trial in which patients in the control group were offered a CGM device. (8) A total of 214 of 219 (98%) in the control group participated in the extension. This included 80 (37%) who were at least 25 years old, 73 (34%) who were 15 to 24-years old, and 61 (29%) who were 8 to 14-years old. The mean HbA1c level at the time of initiation of CGM use was 7.4%±0.7%. Patients were instructed to use the device on a daily basis. Among the 154 patients with baseline A1c at least 7%, there was a significant decrease in A1c 6 months after initiating device use in the older age group (mean change in A1c, -0.4%±0.5%; p<0.001). HbA1c did not decrease significantly in the 15 to 24-year olds (0.01%±0.7%, p=0.95) or in the 8 to 14-year olds (0.02±0.7%, p=0.85). Greater decrease in HbA1c was associated with more frequent use of the CGM device (p=0.001, adjusted for age group). Frequency of device use tended to decrease over time, with less of a decrease in the older age group. At month 6, median use of CGM devices was 6.5 days per week among the older age group, 3.3 days among the 15 to 24-year olds, and 3.7 days per week among the children. During the 6-month extension, the rate of severe hypoglycemic events was 15 per 100 person-years of follow-up.

An additional randomized trial by the JDRD, published in 2009, studied the potential benefits of CGM in the management of adults and children with well-controlled type 1 diabetes.(9) In this study, 129 adults and children with intensively treated type 1 diabetes (age range, 8-69 years) and HbA1c less than 7.0% were randomly assigned to either continuous or standard glucose monitoring for 26 weeks. The main study outcomes were time with glucose level at or below 70 mg/dL, HbA1c level, and severe hypoglycemic events. At 26 weeks, biochemical hypoglycemia (≤70 mg/dL) was less frequent in the CGM group than in the control group (median 54 vs 91 min/d, respectively), but the difference was not statistically significant (p=0.16). Time out of range (≤70 or >180 mg/dL) was significantly lower in the CGM group than in the

Back to Top

EXHIBIT 21
125

control group (57.7 vs 49.7 mmol, respectively; p=0.003). There was a significant treatment group difference favoring the CGM group in mean HbA1c at 26 weeks adjusted for baseline values. One or more severe hypoglycemic events occurred in 10% and 11% of the 2 groups, respectively (p not significant). The authors concluded that the weight of evidence suggests that CGM is beneficial for individuals with type 1 diabetes who have already achieved excellent control with HbA1c of less than 7.0%. This is a relatively small study. In addition, the clinical significance of some of these findings is not certain. Some of the patients in this group would likely meet policy statements for use of CGM.

The MITRE trial, published by Newman et al. in 2009, was conducted to evaluate whether the additional information provided by use of minimally invasive glucose monitors resulted in improved glucose control in patients with poorly controlled insulin-requiring diabetes. (10) This was a 4-arm RCT conducted at secondary care diabetes clinics in 4 hospitals in England. In this study, 404 people aged older than 18 years, with insulin-treated diabetes mellitus (types 1 or 2) for at least 6 months, who were receiving 2 or more injections of insulin daily, were eligible. Most participants, 57%, had type 1 diabetes, 41% had type 2 diabetes, and 2% were classified as "other." Participants had 2 HbA1c values of at least 7.5% in the 15 months prior to entry and were randomized to 1 of 4 groups. Two groups received minimally invasive glucose monitoring devices (GlucoWatch Biographer or MiniMed Continuous Glucose Monitoring System, CGMS). Intermittent CGM was used i.e., monitoring was performed over several days at various points in the study. These groups were compared with an attention control group (standard treatment with nurse feedback sessions at the same frequency as those in the device groups) and a standard control group (reflecting common practice in the clinical management of diabetes). Change in HbA1c from baseline to 3, 6, 12, and 18 months was the primary indicator of short- to long-term efficacy in this study. At 18 months, all groups demonstrated a decline in HbA1c levels from baseline. Mean percentage changes in HbA1c were -1.4 for the GlucoWatch group, -4.2 for the CGMS group, -5.1 for the attention control group, and -4.9 for the standard care control group. In the intention-to-treat (ITT) analysis, no significant differences were found between any of the groups at any of the assessment times. There was no evidence that the additional information provided by the devices resulted in any change in the number or nature of treatment recommendations offered by the nurses. Use and acceptability indicated a decline in use of both devices, which was most marked in the GlucoWatch group by 18 months (20% still using GlucoWatch vs 57% still using the CGMS). In this study of unselected patients, use of CGMs (CGMS on an intermittent basis) did not lead to improved clinical outcomes.

Back to Top

In 2011, Mauras et al. published an analysis from the Diabetes Research in Children Network (DirecNet) Study Group that evaluated CGM in the management of young children aged 4 to less than 10 years with type 1 diabetes.(11) A total of 146 children (mean age, 7.5 years) were randomized to CGM or usual care. At baseline, 30 children (42%) had an HbA1c of at least 8%. The primary outcome was clinical success as defined as reduction in HbA1c by at least 0.5% without the occurrence of severe hypoglycemia at

EXHIBIT 21
126

28 weeks. Clinical success was attained by 19% in the CGM group and 26% in the usual care group (p=0.17). Mean change in HbA1c, a secondary outcome, did not differ significantly between groups (-0.1 in each group, p=0.79).

<u>Section summary</u>

There are numerous RCTs and several systematic reviews of RCTs evaluating CGM in patients with type 1 diabetes. Systematic reviews generally found that CGM use resulted in improved glycemic control for adults with type 1 diabetes and for children with type 1 diabetes who used real-time CGM devices.

<u>Type 2 diabetes</u>

Two of the systematic reviews previously described in the section on type 1 diabetes also reported on the efficacy of CGM in patients with type 2 diabetes. Gandhi et al.(2) identified 3 RCTs that included patients with type 2 diabetes (one of these included patients with either type of diabetes). There was a mixture of patients with type 2 diabetes who did and did not require insulin. In a meta-analysis of the 3 trials, there was a statistically significant reduction in HbA1c with CGM compared with SMBG in adults with type 2 diabetes (WMD= -0.70; 95% CI, -1.14 to -0.27). In 2013, Poolsup et al.(6) conducted a meta-analysis of 4 trials conducted with adults with type 2 diabetes. In a pooled analysis, CGM had greater efficacy in terms of HbA1c than usual care. The pooled mean difference in HbA1c was -0.31% (95% CI, -0.6 to 0.02, p=0.04). Because of a lack of statistical heterogeneity among studies, subgroup analyses (eg, by type of CGM device) were not performed. However, there were some differences among studies; one used retrospective CGM and 2 used real-time CGM. Also, there was variability in the frequency of CGM use, making it difficult to determine the optimal frequency of use.

A representative study included in the 2013 meta-analysis evaluated intermittent use of a CGM device in 100 patients with type 2 diabetes who did not use prandial insulin.(12,13) Eligible participants were 18 or older, had type 2 diabetes for at least 3 months, and had an initial HbA1c of at least 7% but not more than 12%. The study compared real-time continuous monitoring with the DexCom device used for four 2-week cycles (2 weeks on/1 week off) with SMBG. The primary efficacy outcome was mean change in HbA1c. The mean decline from baseline HbA1c in the CGM versus the SMBG group was 1.0% versus 0.5% at 12 weeks, 1.2% versus 0.5% at 24 weeks, 0.8% versus 0.5% at 38 weeks, and 0.8% versus 0.2% at 1 year, respectively. Over the course of the study, the reduction in HbA1c was significantly greater than in the SMBG group (p=0.04). After adjusting for potential confounding variables including age, sex, baseline therapy, and whether the individual started taking insulin during the study, the difference between groups over time remained statistically significant (p<0.001).

Back to Top

<u>Section summary</u>

There are fewer RCTs on CGM in patients with type 2 diabetes than for patients with type 1 diabetes. Systematic reviews that included 3 to 4 RCTs found that there was variability in the intervention, eg, type of CGM device,

EXHIBIT 21
127

frequency of use and patient populations (eg, adults and/or children). Although
systematic reviews have found a statistically significant benefit of CGM in
terms of glycemic control, the small number of RCTs and variability among
interventions makes it difficult to identify an optimal approach to CGM use or
subgroup of type 2 diabetes patients who might benefit.

<u>Pregnant women with diabetes</u>

In 2013, Voormolen et al. published a systematic review of the literature on
CGM during pregnancy. (14) The authors identified 11 relevant studies (i.e.,
published in peer-review journals and evaluating the utility of CGM in
pregnancy). Two of the studies were RCTs. The 11 studies included a total of
534 women; the largest study was an RCT that had 154 participants. Seven
of the studies used retrospective CGM, and the remaining 4 studies used
real-time CGM. The authors did not pool study findings; they concluded that
evidence is limited on the efficacy of CGM during pregnancy. The 2 published
RCTs are described next:

The larger RCT was published by in 2013 by Secher et al. in Denmark.(15)
The investigators randomized 154 women to real-time CGM in addition to
routine pregnancy care (n=79) or routine pregnancy care alone (n=75). There
were 123 women with type 1 diabetes and 31 with type 2 diabetes. Patients
in the CGM group were instructed to use the CGM device for 6 days before
each of 5 study visits and were encouraged to use the devices continuously.
Participants in both groups were instructed to perform 8 daily self-monitored
plasma glucose measurements for 6 days before each visit. Baseline mean
HbA1c was 6.6% in the CGM group and 6.8% in the routine care group. The
154 pregnancies resulted in 149 live births and 5 miscarriages. The
prevalence of large-for-gestational age infants (at least 90th percentile), the
primary study outcome, was 45% in the CGM group and 34% in the routine
care group. The difference between groups was not statistically significant
(p=0.19). In addition, no statistically significant differences were found
between groups for secondary outcomes, including the prevalence of preterm
delivery and the prevalence of severe neonatal hypoglycemia. Women in this
study had low baseline HbA1c, which might help explain the lack of impact of
CGM on outcomes. Other factors potentially contributing to the negative
findings include the intensive SMBG routine in both groups and the relatively
low compliance rate (64%) in the CGM group with the instruction of use the
CGM devices for 6 days before each of 5 study visits.

In 2008, Murphy et al. in the U.K. randomized 71 pregnant women with type 1
(n=46) or type 2 (n=25) diabetes to CGM or usual care.(16) The intervention
consisted of up to 7 days of CGM at intervals of 4 to 6 weeks between 8 and
32 weeks' gestation. In addition to CGM, the women were advised to
measure blood glucose levels at least 7 times a day. Baseline HbA1c was
7.2% (SD=0.9) in the CGM group and 7.4% (SD=1.5) in the usual care group.
The primary study outcome was maternal glycemic control during the second
and third trimesters. Mean HbA1c levels were consistently lower in the
intervention arm, but differences between groups were not statistically
significant at any time point. For example, between 28 and 32 weeks'
gestation, mean HbA1c levels were 6.1% (SD=0.60) in the CGM group and
6.4% (SD=0.8) in the usual care group (p=0.10). The prevalence of large-for-

EXHIBIT 21
128

gestational age infants (at least 90th percentile) was a secondary outcome. Thirteen of 37 (35%) infants in the CGM group were large-for-gestational age compared with 18 of 30 (60%) in the usual care group. The odds ratio for reduced risk of a large-for-gestational age infant with CGM was 0.36 (95% CI, 0.13 to 0.98; p=0.05).

Neither RCT found a statistically significant difference in their primary outcome. The Murphy study found a borderline statistically significantly lower rate of large-for-gestational age infants in women who used CGM while pregnant. Taken together, 2 published RCTs on CGM in pregnancy do not provide strong evidence that routine CGM during pregnancy is beneficial. However, it is difficult to draw definitive conclusions from this limited evidence.

<u>Other diabetic subgroups</u>

CGM has been proposed for specific diabetic subgroups such as patients with poor diabetic control, as evidenced by recurrent hypoglycemia, hypoglycemia unawareness, postprandial hyperglycemia, and/or recurrent diabetic ketoacidosis. For these groups, CGM provides different types of information than single glucose measurements, such as trends in glucose and rates of change. There is only anecdotal evidence for the efficacy of this approach; there is no high-quality evidence available to evaluate the impact of this approach on health outcomes.

**Continuous glucose monitoring systems integrated with an insulin pump**

Recent advances in technology now allow linkage between the CGM device and an insulin pump. In a randomized study of 132 adults and children from France reported in 2009, Raccah et al. reported improved HbA1c levels (change in A1c of 0.96% vs 0.55%, respectively) in patients who were fully protocol compliant for use of an insulin pump integrated with CGMS compared with those using a pump with standard glucose self-monitoring.(17) In 2012, Battelino et al. published findings of a multicenter crossover study conducted in several European countries that included 153 children and adults with type 1 diabetes.(18) The study used the MiniMed Paradigm REAL-Time system, which integrates a CGM device and an insulin pump system. Patients were randomized to use of the system for 6 months with the sensor on and 6 months with the sensor off, in random order, with a washout period of 4 months between interventions. Baseline HbA1c ranged from 7.5% to 9.5%. After treatment, mean HbA1c was 8.04% in the sensor on arm and 8.47% in the sensor off arm. The mean difference in HbA1c between groups was -0.43% (95% CI, -0.32% to -0.55%; p<0.001). Neither of the above trials was blinded, and neither compared continuous with intermittent use of the CGM.

Back to Top

**Artificial pancreas device systems, including low glucose suspend technology**

The first device categorized by the FDA as an artificial pancreas device system was cleared for marketing by FDA in September 2013. The system integrates a CGM and insulin pump and includes a low glucose suspend (LGS) feature that can automatically temporarily suspend insulin delivery

EXHIBIT 21
129

A December 2013 BCBSA TEC Assessment addressed artificial pancreas device systems.(19) The Assessment included the following conclusion:

"The evidence is insufficient to permit conclusions on the impact of the artificial pancreas device system, with low glucose suspend feature, on health outcomes. A single trial has reported the results of its use in a home setting. Although the trial results are generally favorable, the study has limitations and further studies are needed."

The study referred to in the TEC Assessment was the in-home arm of the Automation to Simulate Pancreatic Insulin Response (ASPIRE) trial, published by Bergenstal et al. in 2013.(20) This was an industry-sponsored trial using the Medtronic Paradigm Veo pump. A total of 247 patients were randomly assigned to an experimental group, in which the low glucose suspend feature was used (n=121), or a control group that did not use the LGS feature (n=126). Key eligibility criteria were 16 to 70 years old, type 1 diabetes, and an HbA1c level between 5.8% and 10.0%. In addition, patients needed to have at least 2 nocturnal hypoglycemic events (≤65 mg/dL) lasting more than 20 minutes during a 2-week run-in phase. The randomized intervention phase lasted 3 months. Patients in the low glucose suspend group were required to use the feature at least between 10 pm and 8 am. The threshold value was initially set at 70 mg/dL and could be adusted to a value between 70 to 90 mg/dl. The primary efficacy outcome was the area under the curve (AUC) for nocturnal hypoglycemia events during the intervention phase and the primary safety outcome was change in HbA1c. Seven patients withdrew early from the study; all 247 were included in the ITT analysis.

Mean HbA1c changed from 7.26 to 7.24 in the low glucose suspend group and from 7.21 to 7.14 in the control group. Change was minimal and there was not a statistically significant difference between groups. The AUC for nocturnal events was 980 (SD=1200) in the low glucose suspend group and 1568 (SD=1995) in the control group. The difference between groups was statistically significant, $p<0.001$, favoring the intervention group. As cited in the TEC Assessment, among secondary outcomes, the LGS group also experienced fewer hypoglycemic episodes, 1 per week than the control group (3.3±2.0 vs 4.7±2.7; $p<0.001$), and the percentage of 2 sensor glucose values at or below 50 mg/dL was 57.1% lower in the LGS group 3 (0.9% vs 1.9%, respectively; $p<0.01$). For patients in the LGS group, the mean number of times the feature was triggered per patient was 2.08 per day, for a median of 1.42 minutes (mean, 25.5 minutes), and 0.77 times per night. Insulin infusion was suspended for the whole 2 hours in only 19.6% of episodes.

Back to Top
The TEC Assessment had the following comments on potential limitations of the Bergenstal et al. study:

"1. The authors reported that 43.1% of low glucose suspend events lasted less than 5 minutes, and 19.4% of the low suspend episodes were 120 minutes. Thus, most of the events were very short, for reasons that are not discussed. Also, the study did not track whether or not subjects who underwent low glucose suspend for 2 hours ate or drank food or glucose

EXHIBIT 21
130

during that time or in the 2 hours afterward. Therefore, it is not clear whether changes in hemoglobin levels were due to the suspension of insulin infusion or to the subject's response. The latter might produce overestimates of the impact of the low glucose suspend feature by attributing all improvements to it.

2. It was not reported whether subgroup results, grouped by age, HbA1c at randomization, and duration of diabetes, were prespecified.

3. There was 1 equipment malfunction (prolonged pump suspension in 1 patient with no adverse events), which might have had serious effects. Also, there were 3 adverse events in which the infusion-set malfunctioned resulting in severe hyperglycemia (>300 mg/dL). All were in the low glucose suspend group; none were in the control group."

Before reporting on in-home findings, in 2012 the ASPIRE researchers (Garg et al.) published data from the in-clinic arm.(21) This was a randomized crossover trial that included 50 patients with type 1 diabetes who had at least 3 months' experience with an insulin pump system. After a 2-week run-in period to verify and optimize basal rates, patients underwent 2 in-clinic exercise sessions to induce hypoglycemia. The LGS feature on the insulin pump was turned on in one session and off in the other session, in random order. When on, the LGS feature was set to suspend insulin delivery for 2 hours when levels reached 70 mg/dL or less. The goal of the study was to evaluate whether the severity and duration of hypoglycemia was reduced when the LGS feature was used. The study protocol called for patients to start exercise with a glucose level of 100 to 140 mg/dL, and to use a treadmill or stationary bicycle until their plasma glucose level was 85 mg/dL or less. The study outcome, duration of hypoglycemia, was defined as the period of time glucose values were lower than 70 mg/dL and above 50 mg/dL, and hypoglycemia severity was defined as the lowest observed glucose value. A successful session was defined as an observation period of 3 to 4 hours and with glucose levels above 50 mg/dL. Patients who did not attain success could repeat the experiment up to 3 times.

The 50 patients attempted 134 exercise sessions; 98 of these were successful. Duration of hypoglycemia was significantly less during the LGS-on sessions (mean, 138.5 minutes; SD=68 minutes) than the LGS-off sessions (mean, 170.7 minutes; SD=91) (p=0.006). Hypoglycemia severity was significantly lower in the LGS-on group. The mean lowest glucose level was 59.5 mg/dL (SD=72) in the LGS-on group and 57.6 mg/dL (SD=5.7) in the LGS-off group (p=0.015). The Garg study evaluated the LGS feature in a research setting and over a short time period.

Several small trials conducted outside the U.S. have evaluated a non-FDA-approved device, the MD-Logic artificial pancreas. This device is a closed-loop system that provides safety alerts before hypoglycemia and hypoglycemia events. A 2013 study included 56 type I diabetic children (10-18 years old) who were attending a diabetes camp and had used an insulin pump for at least 3 months.(22) The study was done over 2 consecutive nights, during which each patient received an artificial pancreas one night and a continuous glucose monitor the other night, in random order. The primary end points were the number of hypoglycemic episodes (defined

as glucose <63 mg/dL for at least 10 minutes), the total time that glucose levels were less than 60 mg/dL, and the mean overnight glucose levels. There were fewer episodes of hypoglycemia recorded in the artificial pancreas group compared with the CGM group (7 vs 22, p=0.003). The median time that patients had a glucose level less than 60 was 0 minutes in both groups, but the time was significantly less in the artificial pancreas group (p=0.02). There was no significant difference in the mean glucose level in the artificial pancreas group compared with the CGM group (126.4 mg/dL vs 140.4 mg/dL).

Also in 2013, Nimri et al. published a randomized crossover trial that included 12 patients at least 10 years-old who had type 1 diabetes and had used an insulin pump for at least 3 months.(23) The study was conducted in the inpatient setting over 2 consecutive nights. The artificial pancreas was used 1 night and an insulin pump was used the other night, in random order. The primary end point, number of hypoglycemic episodes defined as glucose less than 63 mg/dL for at least 10 minutes, did not differ significantly between groups (p=0.18). There were no events in the artificial pancreas group and 3 in the insulin pump group. A secondary outcome was the percentage of time spent in the target range, ie, a glucose level between 80 and 120 mg/dL. Time in the target range was significantly higher when the artificial pancreas device was used than when the insulin pump alone was used (p=0.002). The percentage of time in the target range was 94% (95% CI, 86 to 100) when the artificial pancreas device was used and 74% when it was not used (95% CI, 42 to 96).

<u>Section summary</u>

There are several RCTs evaluating the first FDA-approved artificial pancreas device, which includes a LGS feature. Only 1 of these studies was conducted in a real-life in-home setting. This study did not find a statistically significant difference in glucose control in the artificial pancreas device and control groups. The study showed an improvement in the primary outcome, AUC for nocturnal hypoglycemic events.

**Ongoing Clinical Trials**

A search of online site ClinicalTrials.gov on February 10, 2014, identified a number of open-label randomized crossover trials evaluating artificial pancreas device systems. This includes the following trials:

<u>The Performance of an Artificial Pancreas at Home in People With Type 1 Diabetes (NCT02040571)</u> (24): This randomized crossover study includes patients age 14 and older with type 1 diabetes. There will be a 1-night in-hospital phase and a 5-night in-home phase. A closed-loop artificial pancreas device will be compared with an open-loop insulin pump system. A Medtronic artificial pancreas device will be used. The study is currently recruiting patients; estimated enrollment is 24 patients. The expected date of study completion is January 2015.

<u>Overnight Type 1 Diabetes Control Under MD-Logic Closed Loop System at the Patient's Home (NCT01726829)</u>(25): This randomized crossover trial that is evaluating blood glucose control overnight with MD-Logic Artificial Pancreas system in patients with type 1 diabetes. The intervention consists

EXHIBIT 21
132

4 consecutive nights using the artificial pancreas device and 4 nights using regular pump therapy, with a 10-day washout period between arms. The study is currently recruiting patients; estimated enrollment is 75 patients. An interim analysis of this ongoing study was published in 2013. (26)

**Summary**

The available studies demonstrate that glucose monitoring may improve glucose control in type I diabetic patients. However, the data on the impact of long-term continuous glucose monitoring are still limited. Studies such as that of the Juvenile Diabetes Research Foundation (JDRF) suggest that more frequent use of continuous glucose monitors (CGMs) may result in better outcomes, but this finding is not consistent across all available studies. In addition, the magnitude of effect is modest, suggesting that either the efficacy is of a small magnitude or that only a subset of patients benefit from this type of monitoring. Thus, the impact of CGM use on glucose control for the general diabetic population is uncertain, and CGM is considered investigational for the purpose of improving glucose control in the general diabetic population.

CGM provides more data points on glucose levels, and also provides information about trends. This additional information is most likely to benefit subgroups of diabetic patients, ie, those patients with type I diabetes who do not have adequate control, including episodes of hypoglycemia, despite use of current best practices including multiple (≥4) daily checks of blood glucose and use of an insulin pump. Based on the available data, intermittent, ie, 72-hour, glucose monitoring may be considered medically necessary in those whose diabetes is poorly controlled, despite use of best practices.

Rationale similar to that just noted for intermittent monitoring, continuous monitoring can also be used in diabetic subpopulations. Continuous glucose monitoring may be considered medically necessary to provide additional data for management of those who have recurrent, unexplained, severe hypoglycemia that puts the patient or others at risk, despite use of current best practices, and also for pregnant patients with type I diabetes.

The available literature suggests that CGM systems may improve glycemic control in patients with type 2 diabetes but too few studies have focused on this population, and it is not clear what subset of patients with type 2 diabetes might benefit from intermittent or continuous glucose monitoring. Due to the limited evidence, use of CGM systems in patients with type 2 diabetes is considered experimental, investigational and/or unproven.

Although conclusions from a single RCT using an FDA-approved artificial pancreas device conducted in a real-life in-home setting resulted in noting that changes in glycated hemoglobin values had no statistically significant difference between the two groups; it was noted that the low glucose suspend (LGD) group experienced fewer hypoglycemic episodes.

**Supplemental Devices**

Although additional software or hardware required for downloading data to a device such as personal computer, smart phone, or tablet to aid in self-management of diabetes mellitus, or to remotely monitor glucose levels may

EXHIBIT 21
133

offer convenience or ease in observation in tracking glucose levels there is insufficient evidence to indicate a benefit from these additional tools to the overall health outcomes in diabetic management.

**Practice Guidelines and Position Statements**

In 2013, the American Diabetes Association made the following recommendations concerning continuous glucose monitoring (27):

• CGM in conjunction with intensive insulin regimens can be a useful tool to lower A1c in selected adults (age at least 25 years) with type 1 diabetes. (Level of evidence A)

• Although the evidence of A1c lowering is less strong in children, teens, and younger adults, CGM may be helpful in those groups. Success correlates with adherence to ongoing use of the device. (Level of evidence C)

• CGM may be a supplemental tool to SMBG [self-monitoring of blood glucose] in those with hypoglycemic unawareness and/or frequent hypoglycemic episodes. (Level of evidence E)

In 2011, the Endocrine Society published a clinical practice guideline developed by a task force that included the following recommendations on continuous glucose monitoring (28):

1. Real-time continuous glucose monitoring (RT-CGM) in adult hospital settings

   1. We recommend against the use of RT-CGM alone for glucose management in the intensive care unit or operating room until further studies provide sufficient evidence for its accuracy and safety in those settings.

2. Children and adolescent outpatients

   1. We recommend that RT-CGM with currently approved devices be used by children and adolescents with type 1 diabetes mellitus who have achieved HbA1c levels below 7.0%.
   2. We recommend RT-CGM devices be used with children and adolescents with type 1 diabetes who have HbA1c levels 7.0% or higher who are able to use these devices on a nearly daily basis.
   3. We make no recommendations for or against the use of RT-CGM by children with type 1 diabetes who are less than 8 yr of age.
   4. We suggest that treatment guidelines regarding use of RT-CGM be provided to patients.
   5. We suggest the intermittent use of CGM systems designed for short-term retrospective analysis in pediatric patients with diabetes in whom clinicians worry about nocturnal hypoglycemia, dawn phenomenon, and postprandial hyperglycemia; in patients with hypoglycemic unawareness; and in patients experimenting with important changes to their diabetes regimen.

3. Adult outpatients

   1. We recommend that RT-CGM devices be used by adult patients with type 1 diabetes who have HbA1c levels of at least 7.0% and who have

EXHIBIT 21
134

demonstrated that they can use these devices on a nearly daily basis.

2. We recommend that RT-CGM devices be used by adult patients with type 1 diabetes who have HbA1c levels less than 7.0% and who have demonstrated that they can use these devices on a nearly daily basis.

3. We suggest that intermittent use of CGM systems designed for short-term retrospective analysis may be of benefit in adult patients with diabetes to detect nocturnal hypoglycemia, the dawn phenomenon, and postprandial hyperglycemia, and to assist in the management of hypoglycemic unawareness and when significant changes are made to their diabetes regimen.

## Contract:

Each benefit plan, summary plan description or contract defines which services are covered, which services are excluded, and which services are subject to dollar caps or other limitations, conditions or exclusions. Members and their providers have the responsibility for consulting the member's benefit plan, summary plan description or contract to determine if there are any exclusions or other benefit limitations applicable to this service or supply. **If there is a discrepancy between a Medical Policy and a member's benefit plan, summary plan description or contract, the benefit plan, summary plan description or contract will govern.**

## Coding:

**CODING:**

**Disclaimer for coding information on Medical Policies**

Procedure and diagnosis codes on Medical Policy documents are included only as a general reference tool for each policy. **They may not be all-inclusive.**

The presence or absence of procedure, service, supply, device or diagnosis codes in a Medical Policy document has **no** relevance for determination of benefit coverage for members or reimbursement for providers. **Only the written coverage position in a medical policy should be used for such determinations.**

Benefit coverage determinations based on written Medical Policy coverage positions must include review of the member's benefit contract or Summary Plan Description (SPD) for defined coverage vs. non-coverage, benefit exclusions, and benefit limitations such as dollar or duration caps.

| CPT/HCPCS/ICD-9/ICD-10 Codes |
|---|
| **The following codes may be applicable to this Medical policy and may not be all inclusive.** |
| **CPT Codes** |
| 95249, 95250, 95251, 0446T, 0447T, 0448T |
| **HCPCS Codes** |

EXHIBIT 21
135

A4233, A4234, A4235, A4236, A4253, A9275, A9276, A9277, A9278, E0607, E2100, E2101, K0553, K0554, S1030, S1031, S1034, S1035, S1036, S1037

**ICD-9 Diagnosis Codes**

Refer to the ICD-9-CM manual

**ICD-9 Procedure Codes**

Refer to the ICD-9-CM manual

**ICD-10 Diagnosis Codes**

Refer to the ICD-10-CM manual

**ICD-10 Procedure Codes**

Refer to the ICD-10-CM manual

## Medicare Coverage:

The information contained in this section is for informational purposes only. HCSC makes no representation as to the accuracy of this information. It is not to be used for claims adjudication for HCSC Plans.

The Centers for Medicare and Medicaid Services (CMS) does have a national Medicare coverage position.

A national coverage position for Medicare may have been changed since this medical policy document was written. See Medicare's National Coverage at <http://www.cms.hhs.gov.

## References:

1. Blue Cross and Blue Shield Technology Evaluation Center (TEC). Use of Intermittent or Continuous Interstitial Fluid Glucose Monitoring in Patients with Diabetes Mellitus. TEC Assessments 2003; Volume 18, Tab 16.

2. Gandhi GY, Kovalaske M, Kudva Y et al. Efficacy of continuous glucose monitoring in improved glycemic control and reducing hypoglycemia: a systematic review and meta-analysis of randomized trials. J Diabetes Sci Technol 2011; 5(4):952-65.

3. Wojciechowski P, Rys P, Lipowska A et al. Efficacy and safety comparison of continuous glucose monitoring and self-monitoring of blood glucose in type 1 diabetes. Pol Arch Med Wewn 2011; 121(10):333-43.

4. Langendam M, Luijf YM, Hooft L et al. Continuous glucose monitoring systems for type 1 diabetes mellitus. Cochrane Database Syst Rev 2012; 1:CD008101.

5. Floyd B, Chandra P, Hall S et al. Comparative analysis of the efficacy of continuous glucose monitoring and self-monitoring of blood glucose in type 1 diabetes mellitus. J Diabetes Sci Technol 2012; 6(5):1094-102.

6. Poolsup N, Suksomboon N, Kyaw AM. Systematic review and meta-analysis of the effectiveness of continuous glucose monitoring (CGM) on

EXHIBIT 21
136

7. Juvenile Diabetes Research Foundation Continuous Glucose Monitoring Study Group. Continuous glucose monitoring and intensive treatment of type 1 diabetes. N Engl J Med 2008; 359(14):1469-76.

8. Juvenile Diabetes Research Foundation Continuous Glucose Monitoring Study Group. Effectiveness of continuous glucose monitoring in a clinical care environment. Diabetes Care 2010; 33(1):17-22.

9. Juvenile Diabetes Research Foundation Continuous Glucose Monitoring Study Group. The effect of continuous glucose monitoring in well-controlled type 1 diabetes. Diabetes Care 2009; 32(8):1378-83.

10. Newman SP, Cooke D, Casbard A et al. A randomised controlled trial to compare minimally invasive glucose monitoring devices with conventional monitoring in the management of insulin-treated diabetes mellitus (MITRE). Health Technol Assess 2009; 13(28):iii-iv, 1-194.

11. Mauras N, Beck R, Xing D et al. A randomized clinical trial to assess the efficacy and safety of real-time continuous glucose monitoring in the management of type 1 diabetes in young children aged 4 to <10 years. Diabetes Care 2012; 35(2):204-10.

12. Ehrhardt NM, Chellappa M, Walker MS et al. The effect of real-time continuous glucose monitoring on glycemic control in patients with type 2 diabetes mellitus. J Diabetes Sci Technol 2011; 5(3):668-75.

13. Vigersky RA, Fonda SJ, Chellappa M et al. Short- and long-term effects of real-time continuous glucose monitoring in patients with type 2 diabetes. Diabetes Care 2012; 35(1):32-8.

14. Voormolen DN, Devries JH, Evers IM et al. The efficacy and effectiveness of continuous glucose monitoring during pregnancy: a systematic review. Obstet Gynecol Surv 2013; 68(11):753-63.

15. Secher AL, Ringholm L, Andersen HU et al. The Effect of Real-Time Continuous Glucose Monitoring in Pregnant Women With Diabetes: A randomized controlled trial. Diabetes Care 2013.

16. Murphy HR, Rayman G, Lewis K et al. Effectiveness of continuous glucose monitoring in pregnant women with diabetes: randomised clinical trial. BMJ 2008; 337:a1680.

17. Raccah D, Sulmont V, Reznik Y et al. Incremental value of continuous glucose monitoring when starting pump therapy in patients with poorly controlled type 1 diabetes: the RealTrend study. Diabetes Care 2009; 32(12):2245-50.

18. Battelino T, Conget I, Olsen B et al. The use and efficacy of continuous glucose monitoring in type 1 diabetes treated with insulin pump therapy: a randomised controlled trial. Diabetologia 2012; 55(12):3155-62.

19. Artificial Pancreas Device Systems. Chicago, Illinois: Blue Cross and Blue Shield Technology Evaluation Center (TEC). TEC Assessments 2013; Volume 28.

Back to Top

EXHIBIT 21
137

20. Bergenstal RM, Klonoff DC, Garg SK et al. Threshold-based insulin-pump interruption for reduction of hypoglycemia. N Engl J Med 2013; 369(3):224-32.

21. Garg S, Brazg RL, Bailey TS et al. Reduction in duration of hypoglycemia by automatic suspension of insulin delivery: the in-clinic ASPIRE study. Diabetes Technol Ther 2012; 14(3):205-9.

22. Phillip M, Battelino T, Atlas E et al. Nocturnal glucose control with an artificial pancreas at a diabetes camp. N Engl J Med 2013; 368(9):824-33.

23. Nimri R, Danne T, Kordonouri O et al. The "Glucositter" overnight automated closed loop system for type 1 diabetes: a randomized crossover trial. Pediatr Diabetes 2013; 14(3):159-67.

24. Melbourne SVH. The Performance of an Artificial Pancreas at Home in People With Type 1 Diabetes (NCT02040571). Available online at: www.clinicaltrials.gov. Last accessed February, 2014.

25. Sponsored by Rabin Medical Center (Israel). Overnight Type 1 Diabetes Control Under MD-Logic Closed Loop System at the Patient's Home (NCT01726829). Available online at: www.clinicaltrials.gov. Last accessed February, 2014.

26. Nimri R, Muller I, Atlas E et al. Night glucose control with MD-Logic artificial pancreas in home setting: a single blind, randomized crossover trial-interim analysis. Pediatr Diabetes 2013.

27. American Diabetes A. Standards of medical care in diabetes–2013. Diabetes Care 2013; 36 Suppl 1:S11-66.

28. Klonoff DC, Buckingham B, Christiansen JS et al. Continuous glucose monitoring: an Endocrine Society clinical practice guideline. J Clin Endocrinol Metab 2011; 96(10):2968-79.

29. Continuous or Intermittent Monitoring of Glucose in Interstitial Fluid. Chicago, Illinois: Blue Cross Blue Shield Association Medical Policy Reference Manual (2014 March) Durable Medical Equipment 1.01.20.

30. mySentry™ Remote Glucose Monitor - product information. Available at <www.medtronicdiabetes.com>. Accessed on 6-11-2014.

31. Eversense Long Lasting Sensor. Features and Functions. Available at: <http://eversensediabetes.com> (accessed October 31, 2016).

32. ClinicalTrials.gov – Evaluation of the Accuracy of an Implanted Glucose Sensor (PRECISEII). (NCT02647905) (2016 August 8). U.S. National Institutes of Health – Clinical Trials. Available at: <https://www.clinicaltrials.gov> (accessed October 31, 2016).

33. Food and Drug Administration, Dexcom G5 Mobile Continuous Glucose Monitoring System (December 20, 2016). Available at <https://www.accessdata.fda.gov> (accessed June 2, 2017).

**Policy History:**

Date          Reason

EXHIBIT 21
138

| 1/1/2017 | Coverage for Artificial Pancrease Device Systems has changed, "for persons 16 years and older" was removed from the criteria and the following information was added to the coverage statement: Artificial pancreas device systems are medical devices that link a glucose monitor to an insulin infusion pump that automatically takes action based on the glucose monitor reading. These devices are proposed to improve glycemic control in patients with insulin-dependent diabetes, in particular, control of nocturnal hypoglycemia. The following coverage statement was added: Medical devices that are not U. S. Food and Drug Administration (FDA) approved, including but not limited to the implantable interstitial glucose sensor from Senseonics are considered experimental investigational and/or unproven. |
|---|---|
| 2/15/2015 | Document updated with literature review. The following was added to the coverage section: Additional software or hardware required for downloading data to a device such as personal computer, smart phone, or tablet to aid in self-management of diabetes mellitus, to include remote glucose monitoring device (i.e., mySentry) are considered a convenience item and therefore not medically necessary. |
| 8/1/2014 | The coverage specific to artificial pancreas systems was changed to include the following: Use of an artificial pancreas system, with low-glucose suspend (LGS) features when performed according to FDA-approved indications for persons 16 years and older, may be considered medically necessary when: Patient meets criteria for insulin infusion pump (see separate policy DME101.048 Insulin Infusion Pump) and Patient meets criteria for personal continuous glucose (long-term) monitoring noted above and Patient has one of the following: Hypoglycemic unawareness or Multiple documented episodes of nocturnal hypoglycemia, (less than 50mg/dL). |
| 7/1/2014 | Document updated with literature review. The following was added to Coverage: Use of an artificial pancreas system, including but not limited to closed-loop monitoring devices with low-glucose suspend (LGS) features are considered experimental, investigational and/or unproven. CPT/HCPCS code(s) updated. |

Back to Top

EXHIBIT 21
139

| | |
|---|---|
| 6/1/2012 | Document updated with literature review. The following changes were made to the Personal CGM coverage: 1) Removed conditional criteria for patients with Type I insulin dependent diabetes who are pregnant. 2) "Hypoglycemic unawareness or frequent hypoglycemia" is a new option added under the requirement for "And have not achieved adequate metabolic control as evidenced by at least one of the following:" 3) Removed requirement for previous professional (intermittent 72 hour) glucose monitoring. |
| 1/1/2011 | Document updated with literature review. The following was changed: "in patients age 26 years or older" was removed from the criteria for personal (continuous long-term) monitoring. |
| 10/15/2009 | Policy updated without literature review. No change in coverage. |
| 4/15/2009 | Policy updated with literature, change in coverage. Change in coverage to conditionally allow Professional (intermittent 72 hour) monitoring of glucose levels in interstitial fluid for patients with Type I or Type II insulin dependent diabetes. Change in coverage to conditionally allow Personal (continuous long term) monitoring of glucose levels in interstitial fluid, including real-time monitoring, as a technique of diabetic monitoring, in patients age 25 years or older with Type I insulin dependent diabetes. |
| 1/1/2008 | Codes Revised/Added/Deleted |
| 9/15/2007 | Revised/updated entire document |
| 5/1/2006 | Revised/updated entire document |
| 10/24/2003 | Revised/updated entire document |
| 1/1/2000 | Revised/updated entire document |
| 11/1/1997 | Revised/updated entire document |
| 12/1/1996 | Revised/updated entire document |
| Back to Top 5/1/1996 | Revised/updated entire document |
| 5/1/1990 | New medical document |

**Archived Document(s):**

| Title: | Effective Date: | End Date: |
|---|---|---|

EXHIBIT 21
140

| | | |
|---|---|---|
| Glucose Monitoring and Insulin Delivery Devices for Managing Diabetes | 10-15-2019 | 07-14-2020 |
| Glucose Monitoring and Insulin Delivery Devices for Managing Diabetes | 05-09-2019 | 10-14-2019 |
| Glucose Monitoring and Insulin Delivery Devices for Managing Diabetes | 04-01-2018 | 05-08-2019 |
| Continuous or Intermittent Monitoring of Glucose in Interstitial Fluid | 01-01-2017 | 03-31-2018 |
| Continuous or Intermittent Monitoring of Glucose in Interstitial Fluid | 02-15-2015 | 12-31-2016 |
| Continuous or Intermittent Monitoring of Glucose in Interstitial Fluid | 08-01-2014 | 02-14-2015 |
| Continuous or Intermittent Monitoring of Glucose in Interstitial Fluid | 07-01-2014 | 07-31-2014 |
| Continuous or Intermittent Monitoring of Glucose in Interstitial Fluid | 06-01-2012 | 06-30-2014 |
| Continuous or Intermittent Monitoring of Glucose in Interstitial Fluid | 01-01-2011 | 05-31-2012 |
| Continuous or Intermittent Monitoring of Glucose in Interstitial Fluid | 10-15-2009 | 12-31-2010 |
| Continuous or Intermittent Monitoring of Glucose in Interstitial Fluid | 04-15-2009 | 10-14-2009 |
| Blood Glucose Monitoring | 01-15-2009 | 04-14-2009 |
| Blood Glucose Monitoring | 09-15-2007 | 01-14-2009 |
| Blood Glucose Monitoring | 11-15-2006 | 09-14-2007 |
| Blood Glucose Monitoring | 05-15-2006 | 11-14-2006 |
| Blood Glucose Monitoring | 10-24-2003 | 05-14-2006 |

Back to Top

EXHIBIT 21
141

# EXHIBIT 22

EXHIBIT 22
142

# Reimbursement of Continuous Glucose Monitoring for Individuals with Type 1 Diabetes

Effective November 1, 2017, New York State (NYS) Medicaid will begin covering Continuous Glucose Monitors (CGM) for members who have a diagnosis of Type 1 diabetes and meet the coverage criteria outlined in this policy.

NYS Medicaid members who meet each of the following criteria may be eligible for a CGM device. The member must:
- Have a diagnosis of Type 1 diabetes; and
- Be under the care of the endocrinologist who orders the device; and
- Currently be performing at least four finger stick glucose tests daily; and
- Be on an insulin treatment plan that requires frequent adjustment of insulin dosing; and
- Be able, or have a caregiver who is able, to hear and view CGM alerts and respond appropriately.

Additional CGM Guidelines:
- In addition to the above coverage criteria, ordering providers should verify that their patients meet manufacturer's recommendations for appropriate age range, testing and calibration requirements, etc., prior to prescribing the CGM device.
- Members must comply with the manufacturer's specified finger stick testing recommendations for the CGM device prescribed.
- Only one type of monitor will be covered: either therapeutic (such as but not limited to DexCom5) or non-therapeutic (such as but not limited to Metronics Minimed).
- Ancillary devices (such as but not limited: smart phones, tablets, personal computers) are not covered
- Replacement will be considered when medically necessary and outside of manufacturer's warranty and not for recent technology upgrades.
- Repairs will be funded if outside of manufacturer's warranty and cost effective (< 50% of Fee).
- Claims submitted for all supplies and receiver (monitor) without a diagnosis of Type 1 diabetes will be denied.

Reimbursement for receiver (monitor) and supplies will be as follows:

**Therapeutic Devices**

| Code | Description | Fee | Max Units/ Frequency |
|------|-------------|-----|----------------------|
| K0554 | Receiver (monitor), dedicated, for use with therapeutic continuous glucose monitor system | 261.29 | 1 unit/ every 3 years |
| K0553 | # Supply allowance for therapeutic continuous glucose monitor (CGM), includes all supplies and accessories, 1 month supply = 1 unit of service | 248.38 | 1 unit/ once a month |

**EXHIBIT 22**
143

The supply allowance (K0553) includes all supplies necessary for monitoring glucose levels using CGM, which **includes but is not limited to**: therapeutic sensors, therapeutic transmitters, test strips, home glucose monitor, lancets, alcohol wipes, batteries.

**Non-Therapeutic Devices**

| Code | Description | Fee | Max Units/ Frequency |
|------|-------------|-----|----------------------|
| A9276 | # Sensor; invasive (e.g. subcutaneous), disposable, for use with interstitial continuous glucose monitoring system, one unit = 1 day * | 25.20 | Up to 5 units/ once a month |
| A9277 | # Transmitter; external, for use with interstitial continuous glucose monitoring system | 358.71 | 1 unit/ every 3 months |
| A9278 | Receiver (monitor); external, for use with interstitial continuous glucose monitoring system | 261.29 | 1 unit/ every 3 years |

* For FFS Medicaid, disregard the following text for sensors (A9276): "one unit = 1 day". Providers would access DVS once every 30 days for up to 5 units total per month.

Codes K0554 and A9278 require Prior Approval. (underlined)
Codes K0553, A9276 and A9277 require DVS Authorization. (#)

For questions regarding CGM Prior Approval or DVS authorization, contact the Bureau of Medical Review at 1 800 342-3005, option 1 or email at OHIPMEDPA@health.ny.gov.
For questions regarding CGM coverage guidelines, contact OHIP Policy unit at 518 473-2160 or email at pffs@health.ny.gov

**EXHIBIT 22**
**144**

# EXHIBIT 23

**EXHIBIT 23**
**145**

# Diabetic Care
Payment policy



**MASSACHUSETTS**

Policy

Blue Cross Blue Shield of Massachusetts (Blue Cross*) reimburses contracted health care providers for covered, medically necessary diabetes-related services.

Diabetic care includes equipment, education and management, and supplies when medically necessary for the diagnosis and treatment of diabetes, including type I or type II, gestational, and insulin or non-insulin dependent diabetes.

## General benefit information

Covered services and payment are based on the member's benefit plan and provider Agreement. Providers and their office staff may use our online tools to verify effective dates and member copayments before providing services. Visit our eTools page for information on member eligibility and benefits. Member liability may include, but is not limited to: copayments, deductibles, and co-insurance. Members' costs depend on member benefits.

Certain services require prior authorization or referral.

## Payment information

Blue Cross reimburses health care providers based on your contracted rates and member benefits.

Claims are subject to payment edits, which Blue Cross updates regularly.

**Blue Cross reimburses**
- Dialysis
  - o Home dialysis under the direction of a provider
  - o Outpatient dialysis services when provided by a hospital, free-standing dialysis facility, or physician
- Durable medical equipment (DME) when medically necessary
  - o Blood glucose monitors (excluding batteries)
  - o Blood glucose monitors with special features, such as voice synthesizers and automatic timers for the visually impaired and members with severely impaired manual dexterity
  - o Continuous glucose monitoring systems
  - o Insulin pumps and supplies
  - o Therapeutic molded shoes
- Laboratory services
  - o Routine diabetic related laboratory tests and urinary profiles including but not limited to:
    - ▪ Glycosylated hemoglobin (HbA1c)
    - ▪ Lipid panel
    - ▪ Urinary protein/microalbumin
- Outpatient services
  - o Diabetic nutritional therapy services
  - o Diabetes self-management services
  - o Hyperbaric oxygen therapy for the treatment of diabetic wounds of the lower extremities for approved medical conditions
- Prescription drugs and supplies
  - o Blood glucose test or reagent strips for home blood glucose monitor
  - o Insulin, insulin syringes
    - o Injectors (insulin injection aids like Novolin Pen, Inject-ease)
    - o Ketone strips
    - o Lancets
    - o Needle-less injection systems for members or their caregivers unable to safely administer insulin with a needle or syringe due to a visual or neurological impairment
    - o Oral diabetic medications
    - o Urine test, reagent strips or tablets
- Routine and non-routine foot care and debridement of toenails when medically necessary
- Vision services

EXHIBIT 23
146

- o Medically necessary glaucoma testing
- o Medically necessary treatment for eye conditions

**Blue Cross does not reimburse**
- Batteries for glucose monitors
- Dialysis training for professional providers
- Shipping, sales tax, and handling for durable medical equipment items
- Medically unnecessary insulin pumps whose sole purpose is to integrate (with wireless communication technology) an insulin pump and interstitial glucose monitor, jet pressure infusion devices, surgically implanted infusion systems and chronic intermittent infusion therapy (CIIT), and pulsatile IV insulin therapy (PIVIT) as per the medical policy

**General reimbursement information:**
- Blue Cross reimburses the least costly equipment that meets the members' needs

## Diabetes prevention program (DPP)
For commercial members with an indication of pre-diabetes, Blue Cross will reimburse evidence-based diabetes prevention services with the goal of improving health and decreasing the rate of progression to type 2 diabetes. Diabetes prevention services include dietary education, increased physical activity, and weight loss strategies.

- Medicare Advantage: . Medicare Diabetes Prevention Program must adhere to CMS program rules and guidelines. See CMS guidelines for additional information
- Federal Employee Program (FEP): Not reimbursed
- **Services provided under a Diabetes Prevention Program are limited to once per lifetime per eligible member**
- **Individual services may be available to members outside of a diabetes prevention**

## Diabetes Prevention Program reimbursement & guidelines
- **Performance & Reimbursement Goals:**
  - Core Sessions attended (0 - 6 months), 1, 4 and/or 9 sessions, reimbursement regardless of achievement of weight loss (WL)
  - Core Maintenance Sessions attended (6 - 12 months), 2 intervals 7- 9, 10-12 months, reimbursement will be tiered according to weight loss goal achieved (5% WL) or not achieved (without 5% WL).
  - Ongoing Maintenance Session attended (12 – 24 months), 4 intervals 13-15, 16-18, 19-21, 22-24 months reimbursed only if 5% WL maintained.
  - Weight loss performance payments, 5 percent of weight loss achieved in 1-12 months and 9 percent of weight loss achieved 1-24 months.

- **General reimbursement information**
  - No reimbursement for member with previous diagnosis of type 1 or type 2 diabetes (other than gestational diabetes)
  - Diabetes diagnosis during DPP service period does not disqualify the member
  - Co-pay, deductible, and co-insurance may apply
  - Reimbursement is based on Medicare rates that are reviewed and updated annually
  - Virtual make-up sessions:
    - o Only by beneficiary request
    - o Maximum of four during core services period of which no more than two are for core maintenance sessions
    - o Maximum of three for ongoing maintenance sessions
    - o Weigh-in measurements cannot be done at virtual meetings
  - Blue Cross reserves the right to routinely verify that services are appropriately documented in the members records and billed according to the guidelines stated in this policy.

- **Provider Eligibility & Requirements:**
  - Achieve MDPP preliminary recognition (either MDPP interim preliminary recognition or CDC preliminary recognition or CDC full recognition.)
  - Maintain records of attendance/weight loss for auditing purposes
  - Comply with CMS Medicare Diabetes Prevention Program MDPP supplier standards

**Blue Cross does not reimburse**

EXHIBIT 23
147

- Providers with revoked CDC recognition.
- Ongoing maintenance sessions, without achieving minimum weight loss.
- Federal Employee Program members.
- Diabetes prevention program services by a facility.

## Billing information

The list of codes below is included for *informational purposes only*. This may not be a complete list of all the codes related to this service. Whether or not a code is listed here does not guarantee coverage or reimbursement.

**Specific billing guidelines**
- DME items must be reported with the appropriate DME modifier.
- The UE modifier should be reported in the second modifier field when a member purchases any used equipment listed on the DME fee schedule.
- Reimbursement is dependent on medically necessary criteria.
- V-Go insulin delivery system is reimbursed when the item is obtained from a participating ESI pharmacy. DME providers may not bill for this. Any payments issued to DME providers for V-Go are subject to retraction.

| Code | Service description | Comments |
|------|---------------------|----------|
| *Modifiers* | | |
| NU | New equipment | Use when DME is a new purchase |
| RR | Rental | Use when DME is to be rented |
| UE | Used durable medical equipment | Report in second modifier field when DME is used |
| *CPT and HCPCS codes* | | |
| 11055-11057 | Paring or cutting of benign hyperkeratotic lesion | |
| 11719 | Trimming of nondystrophic nails | Bill with a count of one |
| 11720-11721 | Debridement of nails by any method | Bill with a count of one |
| 80000 series | Laboratory service codes | Bill:<br>• HbA1c with CPT 83036<br>• Lipid panel with CPT 80061<br>• Urine micro albumin with CPT 82043 or 82044 |
| 90989, 90993 | Dialysis training | Not reimbursed to professional providers |
| 95249 | Ambulatory continuous glucose monitoring of interstitial tissue fluid via a subcutaneous sensor for a minimum of 72 hours; patient-provided equipment, sensor placement, hook-up, calibration of monitor, patient training, and printout of recording | |
| 95250-95251 | Ambulatory continuous glucose monitoring of interstitial tissue fluid via a subcutaneous sensor for a minimum of 72 hours | Bill:<br>• 95250 when reporting the placement, hook-up, calibration of monitor, patient training, removal of sensor, and printout of recording<br>• 95251 for reporting the interpretation and report |
| A4210 | Needle-free injection device, each | |
| A4230 | Infusion set for external insulin pump, non-needle cannula type | |
| A4231 | Infusion set for external insulin pump, needle type | |
| A4232 | Syringe with needle for external insulin pump, sterile, 3 cc | |
| A9274 | External ambulatory insulin delivery system, disposable, each, includes all supplies and accessories | Reimbursed up to 15 units per 30 days. This applies to all products including FEP plans. |

**EXHIBIT 23**
**148**

| Code | Service description | Comments |
|---|---|---|
| A9276 | Sensor; invasive (example: subcutaneous), disposable, for use with interstitial continuous glucose monitoring system, 1 unit = 1 day supply | Not reimbursed when reported with an evaluation and management service. <br><br> Member must have either pharmacy coverage with Blue Cross or have a benefit rider that covers diabetic testing supplies as part of their medical benefit in order for claims to process for payment when submitted by a contracted DME provider |
| A9277 | Transmitter; external, for use with interstitial continuous glucose monitoring system | Reimbursed via member's DME benefit. Prior authorization required as of 01/01/20. Please see Medical Policies. |
| A9278 | Receiver (monitor); external, for use with interstitial continuous glucose monitoring system | Reimbursed via member's DME benefit |
| E0784 | External ambulatory infusion pump, insulin | Reimbursed one per four years |
| G0108 | Diabetes outpatient self-management training services, individual, per 30 minutes | Reimbursed up to six units for LDNs who are a certified diabetic educator (CDE) |
| G0109 | Diabetes outpatient self-management training services, group session (2 or more), per 30 minutes | Reimbursed up to 12 units for LDNs who are a certified diabetic educator (CDE) |
| G0127 | Trimming of dystrophic nails, any number | Bill with a count of one |
| G0247 | Routine foot care by a physician of a diabetic patient with diabetic sensory neuropathy resulting in a loss of protective sensation (LOPS) to include the local care of superficial wounds (example: superficial to muscle and fascia) and at least the following, if present: <br> (1) local care of superficial wounds, <br> (2) debridement of corns and calluses, and <br> (3) trimming and debridement of nails | |
| G0270 | Medical nutrition therapy; reassessment and subsequent intervention(s) following second referral in same year for change in diagnosis, medical condition or treatment regimen (including additional hours needed for renal disease), individual, face-to-face with the patient, each 15 minutes | Reimbursed up to eight units |
| G0271 | Medical nutrition therapy, reassessment and subsequent intervention(s) following second referral in same year for change in diagnosis, medical condition, or treatment regimen (including additional hours needed for renal disease), group (2 or more individuals), each 30 minutes | Reimbursed up to four units |
| K0553 | Supply allowance for therapeutic continuous glucose monitor (CGM), includes all supplies and accessories, 1-month supply = 1 unit of service | Must be reported for Medicare Advantage claims. Prior authorization required as of 01/01/20. Please see Medical Policies. |
| K0554 | Receiver (monitor), dedicated, for use with therapeutic glucose continuous monitor system | |

**Diabetes prevention program billing guidelines**
- Use the non-payable G-code (G9891) to report attendance at sessions that are not associated with a performance goal. These codes should be listed on the same claim as the payable code with which they are associated (example: report G9891 for sessions 2 and 3 if G9874 for session 4 attendance is being reported).
- Submit claims when a performance goal is met. Reimbursement will be allowed only if the number of sessions meets the requirements in the individual code. No partial payment will be made.

**EXHIBIT 23**
**149**

- The VM modifier (virtual make-up session), should be billed with any G-code that is associated with a session that was furnished as a virtual make-up session. The VM modifier may be reported on all codes except G9873, G9880, and G9881.
- The initial/first session or bridge payment claim must be submitted before any other claims will be paid.

| Code | Service description | Comments |
|------|---------------------|----------|
| **Core sessions (0-6 months)** | | |
| G9873 | First core session attended | Reimbursed regardless of achievement of weight loss |
| G9874 | Four total core sessions attended | |
| G9875 | Nine total core sessions attended | |
| | | Report each code as one unit |
| **Core maintenance sessions (7-12 months)** | | |
| G9876 | Two core maintenance sessions attended in months 7-9 (weight loss goal not achieved or maintained) | Interval 1 (7- 9 months) |
| | | Report only one code from group |
| G9878 | Two core maintenance sessions attended in months 7-9 and weight loss goal achieved or maintained | Report each code as one unit |
| G9877 | Two core maintenance sessions attended in months 10-12 (weight loss goal not achieved or maintained) | Interval 2 (10-12 months) |
| G9879 | Two core maintenance sessions attended in months 10-12 and weight loss goal achieved or maintained | Report only one code from group |
| | | Report each code as one unit |
| **Ongoing maintenance sessions (13-24 months)** | | |
| G9882 | Two ongoing maintenance sessions attended in months 13-15 and weight loss goal maintained | 4 intervals 13-15, 16-18, 19-21, 22-24 months, report only if 5% WL maintained |
| G9883 | Two ongoing maintenance sessions attended in months 16-18 and weight loss goal maintained | |
| G9884 | Two ongoing maintenance sessions attended in months 19-21 and weight loss goal maintained | Report each code as one unit |
| G9885 | Two ongoing maintenance sessions attended in months 22-24 and weight loss goal maintained | |
| **Weight loss performance achieved** | | |
| G9880 | Five percent weight loss from baseline achieved months 1-12 | Report each code as one unit |
| G9881 | Nine percent weight loss from baseline achieved months 1-24 | |
| **Bridge payment and sessions furnished** | | |
| G9890 | Bridge payment-first session furnished by Medicare diabetes prevention program supplier to a beneficiary who has previously received services from a different Medicare diabetes prevention program supplier | Report each code as one unit |
| G9891 | Medicare diabetes prevention program session reported as a line-item on a claim for a payable service HCPCS G-code for a session furnished by the billing supplier that counts towards achievement of the attendance performance goal for the payable Medicare diabetes prevention program services HCPCS G-code | Not reimbursed<br><br>Report attendance at sessions that are not associated with a performance goal. These codes should be listed on the same claim as the payable code with which they are associated (e.g., report G9891 for sessions two and three if G9874 for session four attendance is being reported). |
| *Modifier* | | |
| VM | Medicare diabetes prevention program virtual make-up session | Do not report with G9873, G9880, and G9881 |

5 of 7

EXHIBIT 23
150

**Billing examples**

A member is seen for their first core session of a Medicare diabetes prevention program on January 1. They then complete three additional core sessions on February 1, March 1, and April 1. The third core session is a virtual session. Bill as follows:

| Date of service | Coding |
|---|---|
| January 1 | Bill **G9873** for initial session reimbursement. |
| February 1 | Bill **G9891** for second core session. No reimbursement provided (informational only). |
| March 1 | Bill **G9891** with modifier VM for third core session. No reimbursement provided (informational only). |
| April 1 | Bill **G9874** for reimbursement at completion of fourth core session. |

The same member is seen for two core maintenance sessions in person on July 1 and August 1. Bill as follows:

| Date of service | Coding |
|---|---|
| July 1 | Bill **G9891** for first core maintenance session. No reimbursement provided. |
| August 1 | Bill **G9876** for two core maintenance sessions attended in months 7-9 for reimbursement. |

## Related Policies

Note: <u>Log into Provider Central</u> before clicking Payment Policy links.

<u>Dialysis</u>
<u>Durable Medical Equipment</u>
<u>Laboratory and Pathology</u>
<u>Medical Nutrition Therapy/Licensed Dietitian Nutritionist</u>
<u>Podiatry</u>
<u>Vision Services</u>

## Policy Update History

| | |
|---|---|
| 07/01/2014 | Documentation of existing policy |
| 08/05/2014 | Edits for clarity |
| 07/10/2015 | Annual review, template update |
| 06/01/2017 | Annual review; template update; inclusion of reimbursement guidelines and specific billing information; removal of reference to community health centers; removal of reference to visual magnifying aids and shoe inserts; removal of prosthetic and orthotic devices section, information about these services can be found in the durable medical equipment payment policy |
| 01/01/2018 | Annual review; addition of code 95249 |
| 03/31/2018 | Added K codes for CGM monitor; updated billing info for A9276 |
| 10/22/2018 | Correction to A9276 benefit coverage |
| 12/31/2018 | Inclusion of information on diabetes prevention program effective January 1, 2019 |
| 03/31/2020 | Annual review; Updated auth requirements for A9277 and K0553; updated billing requirements for MDPP |

This document is designed for informational purposes only and is not an authorization, an explanation of benefits or a contract. Receipt of benefits is subject to satisfaction of all terms and conditions of the coverage. Medical technology is constantly changing, and we reserve the right to review and update our policies periodically.

Blue Cross refers to Blue Cross and Blue Shield of Massachusetts, Inc., and/or Blue Cross and Blue Shield of Massachusetts HMO Blue, Inc. based on product participation. ® 2020 Blue Cross and Blue Shield of Massachusetts, Inc., and Blue Cross and Blue Shield of Massachusetts HMO Blue, Inc. ® Registered marks of the Blue Cross Blue Shield Association. ® and ™ Registered marks of Blue Cross Blue Shield of Massachusetts, and ™ Registered marks of their respective companies. All rights reserved. Blue Cross and Blue Shield of Massachusetts, Inc. is an Independent Licensee of the Blue Cross and Blue Shield Association.

**EXHIBIT 23**
**151**

Payment policies are intended to help providers obtain Blue Cross Blue Shield of Massachusetts' payment information. Payment policy determines the rationale by which a submitted claim for service is processed and paid. Payment policy formulation takes into consideration the terms of the participating provider's contracts; the scope of benefits included in a given member's benefit plan; clinical rationale, industry-standard procedure code edits; and industry-standard coding conventions.

MPC_053017-3B-5-PP

**EXHIBIT 23**
**152**

# EXHIBIT 24

EXHIBIT 24
153



**DHCS**

JENNIFER KENT
*Director*

State of California—Health and Human Services Agency
# Department of Health Care Services



EDMOND G. BROWN JR
*Governor*

**DATE:** August 29, 2018

N.L.: 14-0818
Supersedes: NL: 03-0317
Index: Benefits

**TO:**   ALL COUNTY CALIFORNIA CHILDREN SERVICES (CCS) PROGRAM
ADMINISTRATORS, MEDICAL CONSULTANTS, STATEWIDE
CONSULTANTS AND INTEGRATED SYSTEMS OF CARE DIVISION (ISCD)
STAFF

**SUBJECT:**   CONTINUOUS GLUCOSE MONITORING (CGM) AS A CCS/GHPP
PROGRAM BENEFIT- REVISED WITH ATTACHMENT

## I.   PURPOSE

The purpose of this Numbered Letter (N.L.) is to modify policy for the California Children's
Services (CCS) Program and the Genetically Handicapped Persons Program (GHPP)
regarding authorization of continuous glucose monitoring (CGM) systems for CCS
Program and GHPP clients.

## II.   BACKGROUND

The CGM systems are minimally invasive devices that measure subcutaneous interstitial
fluid glucose every five minutes. The availability of real-time CGM data allows the
individual or caregiver to be aware of dangerously high or low blood glucose levels and
adjust diet and medications to avert adverse hypoglycemic or hyperglycemic events. In
2016, the American Diabetes Association (ADA) stated, "For some patients, CGM are
essential tools to assess therapy and detect incipient hypoglycemia."[1] In 2018, the ADA
modified its recommended age range for prescribing CGM from 25 years of age to
starting at age 18 years.[2] The CGM systems may be particularly beneficial for those with
hypoglycemic unawareness, consistent hyperglycemia, and nocturnal hypoglycemia.
The CGM system is comprised of up to three main components:

---

[1] American Diabetes Association Professional Practice Group. Standards of medical care in diabetes – 2016. Diabetes
Care.2016; 39 (Suppl1).
[2] American Diabetes Association Professional Practice Group. Standards of medical care in diabetes – 2018. Diabetes
Care.2018 January; 41 (Suppl1).

**EXHIBIT 24**
154

A. Sensor: An adhesive device containing a small wire placed subcutaneously in the abdomen, arm, hip, or buttock, which measures interstitial glucose and remains in place for four to ten days, depending on the CGM system used.

B. Transmitter: A device that attaches to the top of the sensor and sends glucose levels via radio waves to the receiver.

C. Receiver: A device that collects and tracks data so the client, caregiver, and/or healthcare provider can adjust diet and/or insulin regimen for improved diabetes management. Some receivers are equipped with an alarm that alerts the client or client's caregiver when an individual is at risk for hypoglycemia or hyperglycemia. Some CGM systems allow use of compatible smart device instead of receiver.

The U. S. Food and Drug Administration (FDA) has approved a number of CGM systems for use in children and adults to monitor real-time glucose levels, including a limited number of models for use in children as young as two years old.

Users of some CGM systems still are required to do self-monitoring blood glucose (SMBG) finger sticks for CGM calibration and to confirm blood glucose values prior to insulin dosing.

Other CGM systems have received FDA approval to allow for replacement of SMBG finger sticks prior to making a diabetes treatment decision. These systems are classified by Center for Medicare and Medicaid as "therapeutic" CGMs. Currently; two of the "therapeutic" CGM systems allow replacement of SMBG finger sticks for calibration, as well.

Current recommendations from the American Association of Clinical Endocrinologists (AACE) and the American College of Endocrinology (ACE) support the use of CGMs in individuals with type 1 diabetes. The International Society for Pediatric and Adolescent Diabetes (ISPAD) supports CGM use in children and adolescents, especially in children with hypoglycemic unawareness and consistent hyperglycemia. ISPAD also states that CGMs may be helpful in the management of hyperglycemia in patients with cystic-fibrosis related diabetes.[3]

---

[3] Rewers, M.J., Pillay, K. de Beaufort, C., etc. ISPAD Clinical Practice Consensus Guidelines 2014 Compendium: Assessment and monitoring of glycemic control in children and adolescents with diabetes. Pediatric Diabetes. 2014: 15 (suppl. 20): 102 – 114.

**EXHIBIT 24**
155

Numerous insulin pumps have the ability to integrate with a CGM system. This includes two recently FDA-approved integrated insulin pumps with an automatic low glucose suspend feature. The American Diabetes Association states, "These devices may offer the opportunity to reduce severe hypoglycemia for those with a history of nocturnal hypoglycemia."[4]

## III. POLICY

A CGM system may be authorized at the county level for a CCS Program client or a GHPP client for six months provided all requirements stated in this policy are met. Effective the date of this letter, CGM systems are a program benefit when:

A. Prescribed by:

　1. A CCS Program-paneled endocrinologist for CCS Program clients.

　2. An adult endocrinologist at an approved Metabolic/Endocrine Special Care Center (SCC).

　3. A specialist treating the GHPP eligible condition at the appropriate SCC for GHPP clients.

　4. A CCS paneled community pediatric endocrinologist if:

　　a. The client is over eight years old,

　　b. Has been seen by the endocrine SCC in the past 12 months; and

　　c. Will continue to follow up at that SCC at least annually.

B. The CCS Program or GHPP client meets the following medical eligibility criteria:

　1. The CCS Program client has a diagnosis of type 1 diabetes mellitus (T1D), cystic-fibrosis (cf) related diabetes, or sequelae of a CCS Program eligible condition that requires chronic insulin use. Requests for CGM for clients with conditions other than T1D or cf related diabetes will be submitted to and reviewed by a county CCS Program Medical Consultant on a case-by-case basis.

　2. The GHPP client has cf related diabetes, or sequelae of a GHPP eligible condition requiring chronic insulin use. Requests for CGM for clients' conditions other than cf

---

[4] Numerous insulin pumps have the ability to integrate with a CGM system. This includes two recently FDA-approved integrated insulin pumps with an automatic low glucose suspend feature. The American Diabetes Association states, "These devices may offer the opportunity to reduce severe hypoglycemia for those with a history of nocturnal hypoglycemia

**EXHIBIT 24**
**156**

related diabetes will be submitted to and reviewed by a GHPP Medical Consultant on a case-by-case basis.

   3. The client requires analog insulin injections at least three times per day or uses an insulin pump.

C. The CCS Program or GHPP client has **at least one** of the following additional documented medical criteria:

   1. History of hypoglycemia (blood glucose <65 mg/dl for children under eight years old or <55 mg/dl for all other clients), including recurrent hypoglycemia or nocturnal hypoglycemia, as documented in a SCC physician report.

   2. History of hyperglycemia due to client/caretaker fear of hypoglycemia, as documented in a SCC physician report.

   3. Hypoglycemic unawareness as documented in a SCC physician report.

D. The CCS Program County Nurse case manager or designated staff has received documentation from the Metabolic/Endocrine SCC which confirm **all** of the following:

   1. CGM is medically necessary based on the medical report from an approved Metabolic/Endocrine SCC report.

   2. The client meets eligibility criteria described in III-B and III-C above.

   3. The CCS Program client has been seen by a CCS Program-paneled endocrinologist from a Metabolic/Endocrine SCC at least 2 times in the last six months to optimize glucose control.

   4. When provider capacity to see patients is severely impacted, such that the provider can only see the client once every six months, one of the two required visits may be conducted by a CCS Program-paneled SCC non-physician provider (nurse practitioner or diabetes educator) trained or certified in diabetes management or by a CCS Program-paneled community endocrinologist.

   5. The client and/or caregiver agrees to use the CGM most days.

   6. The client and/or caregiver demonstrate a high-level of motivation to achieve tighter glucose control and competency to accurately use the CGM system and comply with recommended use.

E. Reauthorization - A CGM system may be reauthorized for up to 12 months provided documentation from the Metabolic/Endocrine SCC or the CCS Program-paneled

**EXHIBIT 24**
**157**

community endocrinologist demonstrates the client is meeting recommended use guidelines and the CGM has contributed to improved diabetes management. (See section IV-D for reauthorization requirements.)

F. Integrated Insulin Pumps - A CGM system integrated with insulin pump may be authorized if the client:

1. Meets criteria for an insulin pump, described in NL 11-1017, and does not have a pump or requires a new pump, and

2. Meets the criteria described above for CGM.

G. The following items related to CGM systems are non-benefits of the CCS Program and GHPP and are not reimbursable:

1. Smart/mobile phone, tablet, or computer for downloading glucose values.

2. Mobile phone plans, even if the CGM systems has a way to share downloaded values with client's healthcare provider.

3. Mobile applications or PC software related to CGM systems.

4. Professional or personal CGM systems when used intermittently.

## IV. Policy Implementation

A. The CCS Program or GHPP Nurse Case Manager or designated staff shall ensure that the following are verified prior to authorizing:

1. The request for the CGM is from a provider listed in Section III-A.

2. The request is accompanied by all necessary documentation as stated in Section III of this policy.

B. If the request is determined to be medically appropriate, the authorizations are to be processed by the Nurse Case Manager or designated staff as follows:

1. For full-scope Medi-Cal, no share of cost clients, the request is to be processed as an Early Periodic Screening, Diagnosis, and Treatment – Supplemental Service (EPSDT-SS) (91) Service Authorization Request (SAR). Instructions for completing the EPSDT-SS (91) SAR can be found in Section 12.3 of the CMS Net SAR/Web Manual. These instructions can be accessed at http://www.dhcs.ca.gov/services/ccs/cmsnet/Pages/WebManual.aspx.

**EXHIBIT 24**
**158**

2. For the CCS Program-only and Medi-Cal Share of Cost clients, the request is to be processed using the 97 SAR prefix.

3. For therapeutic CGMs:

   a) Review attachment for information on FDA approved "therapeutic" CGMs and coding for receiver and supplies.

   b) **Note:** there are new HCPCS codes (K0553 and K0554) for authorizing "therapeutic" CGM services.

4. For "non-therapeutic" CGMs, each component of the CGM requires a **separate** SAR.

   a. Receiver: One unit every three years. Exceptions will be evaluated on a case-by-case basis.

   b. Transmitter: The recommended number (units), currently one or two, per six-month period depending on the specific CGM model. Code SAR for six- months. For some CGM systems, there is no transmitter.

   c. Sensors: Six-month supply of sensors - with monthly (31 day) dispensing for initials authorization and 12-month supply for reauthorization. Lifespan of each sensor varies by manufacturer. Consult product literature for how long a sensor can be used before replacement. The billing unit is "one" sensor. Also, sensor packaging varies by manufacturer. Consult product literature for number of sensors per package.

5. For "non-therapeutic" CGMs, each SAR should be authorized using the EPSDT-SS Z5999 miscellaneous code, until a permanent HCPCS becomes available. Information regarding the processing of Z5999 claims can be found in This Computes # 421.

6. For "non-therapeutic" CGMs, each SAR is to be processed by using the "Category" drop-down list and choosing "Continuous Glucose Monitoring System" on the SAR form. See picture below.

**EXHIBIT 24**
159



C. Pharmacy and durable medical equipment providers must submit claims for EPSDT-SS services on a separate claim form without other Medi-Cal items or services. The following items must be submitted in order for Z5999 claims to be processed:

1. On CMS-1500 Claim Form, for paper claiming.

2. Copy of the CCS Program or GHPP authorization.

3. Manufacturer's purchase invoice for billed services.

4. Copy of the MSRP (Manufacturer's Suggested Retail Price) from a catalog published on or before the date of service. The copy must show the published date and include a description of the item, the model number, and the MSRP.

D. Reauthorization - Reauthorization requires documentation that the client is meeting recommended use guidelines and the CGM has contributed to improved diabetes management. A CGM system may be reauthorized for up to 1 year once the CCS Program County or GHPP Nurse Case Manager or designated staff has received a

**EXHIBIT 24**
**160**

report from a CCS Program approved Metabolic/Endocrine SCC after the CGM was initiated that contains or summarizes the following information:

1. Date CGM use was initiated.

2. Dates of data download – A two-week download of CGM data within the last 90 days is required prior to initial request for reauthorization and for clients with poor glucose control while on CGM. CGM data download may be within 180 days for clients who have had good glucose control on CGM.

3. Medical record documentation of:

   a. Average days per week CGM is used.

   b. Percent of time glucose is in target range or a statement in the medical record that the client used CGM most days.

4. HbA1c level within the last 180 days. A level the same or lower than baseline is required, without an increase in hypoglycemia episodes, is required for reauthorization unless SCC staff member describes reason for continuing medical necessity despite no documented clinical improvement is in the medical report.

E. All requests to replace a lost or damaged CGM component will be reviewed and approved by a CCS Program County or GHPP Medical Consultant or by an ISCD Medical Officer prior to reauthorization.

ISCD will continue to monitor developments in the use of CGM systems and will update authorization for services as appropriate.

If you have any questions regarding this N.L., please contact Dr. Jill Abramson via e-mail at Jill.Abramson@dhcs.ca.gov or by telephone at (916) 713-8388.

Sincerely,


**ORIGINAL SIGNED BY**

Sarah Eberhardt-Rios, Chief
Integrated Systems of Care Division

Attachment

**EXHIBIT 24**
161

On January 12, 2017, the Centers for Medicare & Medicaid Services issued a ruling that certain Continuous Glucose Monitoring (CGMs) systems, called "therapeutic" CGMs, to be a durable medical equipment benefit service when:

1. Equipment is U.S. Food and Drug Administration (FDA) approved for use in place of a blood glucose monitor for making diabetic treatment decisions ("non-adjunctive" use).

2. Generally not useful to the individual in the absence of an illness or injury.

3. Appropriate for home use.

4. Considered durable, lifespan of at least 3 years with repeated use.

CGM devices not having FDA designation as a therapeutic CGM are considered "non-therapeutic" CGMs and are considered as an "adjunct use" to blood glucose monitor testing. Diabetic treatment decisions must still be made using a home blood glucose monitor test.

On December 20, 2016, the FDA expanded its approval of the Dexcom's G5 Mobile CGM System to allow for replacement of the blood glucose monitor finger stick. As a result, use of a Dexcom G5 Mobile CGM System for treatment decisions can be made without confirmation with a finger stick glucose test. The FDA considers these systems as "non-adjunctive" use. However, daily calibration with finger stick glucose readings are still required. This device is approved for adults and pediatric patients two years of age and older.

On September 27, 2017, the FDA approved Abbott's Free Style Libre Flash CGM without need for finger stick calibration and for making diabetic treatment decisions. This device is approved for adults only, aged 18 years or older.

March 27, 2018, Dexcom's G6 was FDA approved.as an iCGM, a new category to integrate with automated insulin dosing systems). No calibration is needed and diabetes treatment decision can be made without need for finger sticks, so it is considered to be a "therapeutic CGM". In addition, the sensor will now last ten-days. The G6 may be used as a standalone CGM or integrated into an automated insulin dosing system, for ages two years and older.

The Medi-Cal Program will consider coverage of "therapeutic" CGMs on a case-by-case basis while "non-therapeutic" CGMs remain a Medi-Cal non-benefit service.

Two new HCPCS codes were implemented, effective retroactively back to dates of service July 1, 2017:

1. K0553: Supply allowance for therapeutic CGM, includes all supplies and accessories, 1 unit of service = 1 month's supply.

EXHIBIT 24
162

2. Supplies and accessories include the following: CGM sensor, CGM transmitter, home blood glucose monitor, related blood glucose monitor supplies (test strips, lancets, lancing device, and calibration solutions), and batteries. When Provider bills K0553, these items are considered included in the payment, therefore no longer separately payable.

3. K0554: Receiver (Monitor), dedicated, for use with therapeutic continuous glucose monitor system.

Beginning with the date of this new revised number letter with attachment, CCS County/Special Populations Authorization Unit, and GHPP Service Authorization Request (SAR) processing should proceed as follows:

1. If the CGM system is, FDA approved and considered "therapeutic", HCPCS code K0554 must be used for the receiver.

2. If the CGM system is, FDA approved and considered "therapeutic", HCPCS code K0553 must be used for all supplies and accessories.

3. If K0553 is authorized, the provider is no longer eligible to separately bill for any supplies listed as included in the monthly allowance for K0553. Any current SARs for these supplies and accessories should be end-dated. Future SARs for these supplies and accessories will not be separately authorized, so long as the client continues to use a therapeutic CGM and should bill K0553 monthly.

4. If the CGM system is deemed "non-therapeutic", continue to use Early Periodic Screening, Diagnosis, and Treatment – Supplemental Service EPSDT-SS code, Z5999, as instructed in this numbered letter, for all "non-therapeutic" CGM sensors, transmitters, receiver. Use of Z5999 for authorizing "non-therapeutic" CGM systems will continue until this code is cross-walked to another HCPCS code.

5. If the client is approved for a therapeutic CGM, K0553 replaces the following but not limited to these HCPCS codes:

   a. E0607

   b. E2100

   c. E2101

   d. A4233-A4236

   e. A4244-A4247

   f. A4250

EXHIBIT 24
163

g. A4253

h. A4255-A4259

i. NDCs for contracted diabetic test strips and lancets

j. Z5999 for non-contracted diabetic test strips and lancets

Currently, the following systems are FDA approved "therapeutic" CGM Systems:

1. Dexcom G5 Mobile CGM System.

2. Abbott FreeStyle Libre Flash Glucose Monitoring System.

3. Dexcom G6 CGM System, pending.

EXHIBIT 24
164

# EXHIBIT 25

**EXHIBIT 25**
165



# MONTANA HEALTHCARE PROGRAMS NOTICE
## July 23 2019

**Durable Medical Equipment, IHS/Tribal 638, Physician, and Mid-Level Providers**

**Effective January 1, 2019**

## Therapeutic Continuous Glucose Monitor and Sensors — K0554 & K0553

This notice is to inform providers that Montana Medicaid covers Therapeutic Continuous Glucose Monitors (CGM's) for adult members who meet the coverage criteria as it is outlined in the Medicare Region D supplier manual, Local Coverage Determination (LCD) L33822 at: https://med.noridianmedicare.com/documents/2230703/7218263/Glucose+Monitors+LCD+and+PAP. Prior authorization for eligible Medicaid members is not required.

Covered Therapeutic CGM's approved by the FDA and Montana Medicaid can be found on the Medicare Pricing, Data Analysis and Coding (PDAC) Product Classification List for HCPCS code K0554 at: https://www4.palmettogba.com/pdac_dmecs/searchProductClassificationResults.do?code=K0554

1. The member has diabetes mellitus and,
2. The member has been using a blood glucose monitor and performing frequent (four or more times a day) testing; and,
3. The member is insulin-treated with multiple (three or more) daily injections of insulin or a Medicare-covered continuous subcutaneous insulin infusion (CSII) pump; and,
4. The member's insulin treatment regimen requires frequent adjustment and,
5. Within six (6) months prior to ordering the CGM, the treating practitioner has an in-person visit with the member to evaluate their diabetes control and determined that criteria (1-4) above are met; and,
6. Every six (6) months following the initial prescription of the CGM, the treating practitioner has an in-person visit with the member to assess adherence to their CGM regimen and diabetes treatment plan.

When a therapeutic CGM (code K0554) is covered, the related supply allowance (code K0553) is also covered.

If any of coverage criteria (1-6) are not met, the CGM and related supply allowance will be denied as not reasonable and necessary.

**The supply allowance (code K0553) is billed as 1 Unit of Service (UOS) per month.** Only one (1) UOS of code K0553 may be billed to the DME MACs at a time. Billing more than 1 UOS per month of code K0553 will be denied as not reasonable and necessary.

**Codes A9278, A9277, and A9276:** These codes will be covered by Montana Medicaid under the Early and Periodic Screening, Diagnosis and Treatment (EPSDT) benefit for eligible Medicaid members if the following criteria are met:

- Member is age 4 through age 20.
- Member has a diagnosis of insulin dependent diabetes mellitus.

- Clinically documented compliance with diabetes management plan, with current clinical notes dated within 90 days.
- Patient and/or parent education provided on proper use of the device.

For continuation of supplies the following criteria must be met:

- Clinically documented compliance with diabetes management plan.
- Continued use of the CGM.

**Please note:**

- All clinical documentation must be dated within 90 days of the member receiving the device or supplies.
- Members 3 years of age and under who meet the above criteria will be reviewed by the Department on a case-by-case basis.
- The reasonable and useful lifetime for DME items is 5 years. Replacements due to loss or irreparable damage will be reviewed on a case-by-case basis.

## Contact Information

Aleasha Horn, DME Program Officer, email ahorn@mt.gov or telephone (406) 444-4518.

For claims questions or additional information, contact Montana Provider Relations at (800) 624-3958 or (406) 442-1837 or email MTPRHelpdesk@conduent.com.

Visit the Montana Healthcare Programs Provider Information website at https://medicaidprovider.mt.gov.

EXHIBIT 25
167

# EXHIBIT 26

EXHIBIT 26
168

Client: (DX) Dexcom -- Version: HARP v3.70.00 -- Operator: JBDX -- Date: 08/06/2020 -- Session: 1925485039 -- Program: REPORT-h3sel&x~search
• l)Return to Lookup

## Patient Search Results

◉ Inquiry    Demographics   ∶ Charges   ∶ Receipts   ∘ Adjustments   ○ Reverse Charges

| Client | Account # | Soc Sec# | Name | DOB | DOS | Coll | INS1 | Balance |
|--------|-----------|----------|------|-----|-----|------|------|---------|
| DX | REDACTED | | REDACTED | 03/12/07 | 12/27/19 | | 8 | 0.00 |
| DX | | | | 03/12/07 | 06/29/20 | | 1 | 0.00 |

(Selected 2 records in 0.7 seconds)

© 2020 Quadax, Inc. :: Terms of Use :: Quadax Support :: 08/06/2020 :: AtbP05

EXHIBIT 26
169

Client: (DX) Dexcom -- Version: HARP v3.70.00 -- Operator: JBDX -- Date: 08/11/2020 -- Session: 1932137438 -- Program: REPORT-h3inq&x-open

**Patient Account #** REDACTED

REDACTED

# REDACTED

| | | | | DOB | REDACTED | Stmnt | Y ⊞ | Acct Bal | 0.00 |
| | | | | SSN | | Coll | Y | Ins | REDACTED ⊞ |
| | | | | MR# | REDACTED | | | PAS Sync | N |
| | | | | | | | | Acct Msgs | ⊞ |
| | | | | | | | | Demo Updt | 12/03/19 ⊞ |

Displaying tickets 1 - 3

| Ticket# | Bill | Ship | Referral | Date | Billed | Status | Status Dt | Chg Amt | Rec Amt | Last | Adj Amt | Last | Dun | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 129826 | DEX | 03 | Q-3601 | 12/27/2019 | SELF | DP | 01/27/2020 | 607.17 | -350.70 | ANTH | -256.47 | CE | 0 | 0.00 |
| 76285 | DEX | 03 | Q-3601 | 12/02/2019 | SELF | DP | 03/13/2020 | 607.17 | -350.70 | ANTH | -256.47 | CE | 0 | 0.00 |
| 33496 | DEX | 03 | Q-3601 | 11/09/2019 | SELF | DP | 03/13/2020 | 607.17 | -350.70 | ANTH | -256.47 | CE | 0 | 0.00 |

Displaying tickets 1 - 3

© 2020 Quadax, Inc. :: Terms of Use :: Quadax Support :: 08/11/2020 :: AtbP05

**EXHIBIT 26**
**170**

Client: (DX) Dexcom -- Version: HARP v3.70.00 -- Operator: JBDX -- Date: 08/06/2020 -- Session: 1925485039 -- Program: REPORT=h3inqTick&x=disp
• 1)Ticket Summary   • 2)Show Documents   ≍ 3)Pay by Phone   ♥ 4)Messaging   ♥ 5)Claims   ♥ 6)Updates   ♥ 7)Printing
≍ 8)Upload Client Docs

**Patient Account #** REDACTED

## REDACTED

## REDACTED

| | | DOB | REDACTED | Stmnt | Y ⊞ | Acct Bal | 0.00 |
|---|---|---|---|---|---|---|---|
| | | SSN | REDACTED | Coll | Y | Ins | REDACTED ⊞ |
| | | MR# | REDACTED | | | PAS Sync | N |
| | | | | | | Acct Msgs | ⊞ |
| | | | | | | Demo Updt | 12/03/19 ⊞ |

**Ticket # 33496** 🖶 Ɛ **Zero Balance**
Bill   DEX   Ship 03   Prod   SENS   Stat   CA   Inst
Spec   Clnt   Referral Q-3601   Bill Grp 01   Summ Ins 8   Balance 0.00
PAS Case# No Case # ⊞

### Charges ⚙ Ⓖ

| Line | Date | Op | Proc | Desc | ICD-10 | Units | POS | TOS | CPT | Bill Dt | Chg Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 11/09/19 | LOAD | STSOR003 | G6 Sensor Kit 3-Pack Us | E119 E1065 | 30.0 | 12 | | A9276 | 02/27/20 | 607.17 |
| Totals | | | | | | 30.0 | | | | | 607.17 |

### History ⚙

☑ Rec  ☑ Adj  ☑ Msg  ☑ Bill  ☑ Denial  ☑ Stmnt  ☑ Remit

| Date | Time | Type | Op | Code | Description | Amt |
|---|---|---|---|---|---|---|
| 11/10/19 | 12:24:53 | Rec | MMAR | VISA | Visa    Pt Ins   Chk    Dep 11/11/19 DCC 2 | -105.21 |
| 11/21/19 | 15:06:52 | Rec | SDOM | ANTH | Anthem Insurance (all Plans)   Pt Ins ANTH   Chk 11/15/19 REDACTED Dep 11/15/19 DLBI 9 | -8.19 |
| 11/21/19 | 15:06:52 | Adj | SDOM | CE | Insurance Adjustment | -595.48 |
| 02/25/20 | 13:08:34 | Rec | GCAS | ANTH | Anthem Insurance (all Plans)    Pt Ins ANTH   Chk 02/20/20 REDACTED Dep 02/20/20 DLBI 21 | 0.00 |
| 03/13/20 | 12:59:48 | Rec | SDOM | ANTH | (Reverse)Anthem Insurance (all Plans)Pt Ins ANTH   Chk 03/04/20 REDACTED Dep 03/04/20 DLBI 38 | 8.19 |
| 03/13/20 | 12:59:48 | Adj | SDOM | DCE | Insurance Adjustment Debit | 595.48 |
| 03/13/20 | 12:59:48 | Rec | SDOM | ANTH | Anthem Insurance (all Plans)   Pt Ins ANTH   Chk 03/04/20 REDACTED Dep 03/04/20 DLBI 38 | -245.49 |
| 03/13/20 | 12:59:48 | Adj | SDOM | CE | Insurance Adjustment | -256.47 |
| 11/09/19 | 12:56:38 | Msg | LOAD | IM | K0554 OBTAINED   St N In A | |
| 11/10/19 | 12:56:39 | Msg | LOAD | HO(PY) | PREPAYMENT HOLD   St N In N | |
| 11/12/19 | 07:09:22 | Msg | SYS | TM | XPEDITOR ACCEPT:   St N In N | |
| 11/12/19 | 07:09:22 | Msg | | | CABS02 | |
| 11/12/19 | 10:57:53 | Msg | | | XPEDITOR ACCEPT: forwarded to (Direct): Office Ally - | |
| 11/12/19 | 10:57:53 | Msg | | | Physician | |
| 11/12/19 | 05:13:00 | Msg | SYS | TM | PAYER MESSAGE: FRONTEND ACCEPT   St N In N | |
| 11/13/19 | 05:13:00 | Msg | SYS | TM | 837 FILE ACCEPTED OfAllyPh 000003123   St N In N | |
| 11/14/19 | 12:21:52 | Msg | SYS | TM | PAYER MESSAGE: FRONTEND ACCEPT   St N In N | |
| 11/14/19 | 12:22:01 | Msg | | | PAYER MESSAGE: FRONTEND ACCEPT | |
| 11/14/19 | 12:24:53 | Msg | MMAR | TM | TICKET RECYCLED   St N In N | |

**EXHIBIT 26**
171

| | | | |
|---|---|---|---|
| | | | REDACTED |
| 11/21/19 15:06:49 Msg | SDOM | TM | St N In A |
| 11/21/19 15:06:49 Msg | SDOM | TM | COINSURANCE AMOUNT<br>St N In N |
| 11/21/19 15:06:49 Msg | | | CHARGE EXCEEDS FEE SCHEDULE/MAXIMUM ALLOWABLE OR CONTRACTED/ |
| 11/21/19 15:06:49 Msg | | | LEGISLATED FEE ARRANGEMENT. USAGE: THIS ADJUSTMENT AMOUNT |
| 11/21/19 15:06:49 Msg | | | CANNOT EQUAL THE TOTAL SERVICE OR CLAIM CHARGE AMOUNT; AND |
| 11/21/19 15:06:49 Msg | | | MUST NOT DUPLICATE PROVIDER ADJUSTMENT AMOUNTS (PAYMENTS |
| 11/21/19 15:06:49 Msg | | | AND CONTRACTUAL REDUCTIONS) THAT HAVE RESULTED FROM PRIOR |
| 11/21/19 15:06:49 Msg | | | PAYER(S) ADJUDICATION. (USE ONLY WITH GROUP CODES PR OR CO |
| 11/21/19 15:06:49 Msg | | | DEPENDING UPON LIABILITY) |
| 11/21/19 15:06:49 Msg | | | SEE THE PAYER'S WEB SITE OR CONTACT THE PAYER'S CUSTOMER |
| 11/21/19 15:06:49 Msg | | | SERVICE DEPARTMENT TO OBTAIN FORMS AND INSTRUCTIONS FOR |
| 11/21/19 15:06:49 Msg | | | FILING A PROVIDER DISPUTE. |
| 11/21/19 15:06:52 Msg | SDOM | TM | $3.50 APPLIED TO YOUR COPAY/COINSURANCE PER ANTHEM INSURANCE<br>St A In N |
| 02/05/20 15:32:21 Msg | DI | TM | HD#1077047 UNIT UPDATE PROJECT<br>St N In N |
| 02/05/20 16:08:04 Msg | DI | IM | CORRECTED CLAIM<br>St N In 0 |
| 02/07/20 10:53:18 Msg | MROT | HO(RA) | REIMBURSEMENT FROM AR CREDIT HOLD (FWUP)<br>St N In N |
| 02/07/20 11:13:36 Msg | BREA | TM | WORKLIST RESOLVED<br>St N In N |
| 02/14/20 07:06:45 Msg | SYS | TM | XPEDITOR ACCEPT:<br>St N In N |
| 02/14/20 07:06:45 Msg | | | CABS02 |
| 02/17/20 05:13:17 Msg | SYS | TM | XPEDITOR ACCEPT: forwarded to (Direct): Office Ally -<br>St N In N |
| 02/17/20 05:13:17 Msg | | | Physician |
| 02/14/20 05:13:17 Msg | SYS | TM | PAYER MESSAGE: FRONTEND ACCEPT<br>St N In N |
| 02/18/20 05:14:43 Msg | SYS | TM | PAYER MESSAGE: FRONTEND ACCEPT<br>St N In N |
| 02/18/20 05:15:18 Msg | | | PAYER MESSAGE: FRONTEND ACCEPT |
| 02/18/20 10:24:09 Msg | | | 837 FILE ACCEPTED OfAllyPh 000003373 |
| 02/25/20 13:08:27 Msg | GCAS | TM | REDACTED<br>St N In A |
| 02/25/20 13:08:27 Msg | GCAS | TM | EXACT DUPLICATE CLAIM/SERVICE (USE ONLY WITH GROUP CODE OA<br>St N In N |
| 02/25/20 13:08:27 Msg | | | EXCEPT WHERE STATE WORKERS' COMPENSATION REGULATIONS |
| 02/25/20 13:08:27 Msg | | | REQUIRES CO) |
| 02/25/20 13:08:27 Msg | | | SEE THE PAYER'S WEB SITE OR CONTACT THE PAYER'S CUSTOMER |
| 02/25/20 13:08:27 Msg | | | SERVICE DEPARTMENT TO OBTAIN FORMS AND INSTRUCTIONS FOR |
| 02/25/20 13:08:27 Msg | | | FILING A PROVIDER DISPUTE. |

EXHIBIT 26
172

| Date/Time | Code | Code2 | Message | Amount |
|---|---|---|---|---|
| 02/25/20 13:08:27 Msg | | | AUTOPOST DENIAL - CHECK# REDACTED  DATE 02/20/20 | |
| 02/25/20 13:08:34 Msg | | | TICKET RECYCLED | |
| 02/25/20 13:08:34 Msg | GCAS | HO(R7) | AUTOPOSTING - RMX1 TOTAL DENIAL HOLD<br>St N In N | |
| 02/25/20 15:14:20 Msg | SYS | MP | CRN REDACTED<br>St N In A | |
| 02/25/20 15:35:57 Msg | DI | IM | UNITS UPDATED<br>St N In 0 | |
| 02/27/20 14:41:14 Msg | MROT | TM | TICKET RECYCLED<br>St N In N | |
| 02/28/20 07:13:47 Msg | SYS | TM | XPEDITOR ACCEPT:<br>St N In N | |
| 02/28/20 07:13:47 Msg | | | CABS02 | |
| 02/28/20 10:15:58 Msg | | | XPEDITOR ACCEPT: forwarded to (Direct): California Blue | |
| 02/28/20 10:15:58 Msg | | | Shield - Physician | |
| 02/28/20 05:08:57 Msg | SYS | TM | PAYER MESSAGE: FRONTEND ACCEPT<br>St N In N | |
| 03/10/20 05:08:57 Msg | SYS | TM | 837 FILE ACCEPTED CaBsPh 000050012<br>St N In N | |
| 03/13/20 12:59:33 Msg | SDOM | TM | REDACTED<br>St N In A | |
| 03/13/20 12:59:33 Msg | SDOM | TM | COINSURANCE AMOUNT<br>St N In N | |
| 03/13/20 12:59:33 Msg | | | CHARGE EXCEEDS FEE SCHEDULE/MAXIMUM ALLOWABLE OR CONTRACTED/ | |
| 03/13/20 12:59:33 Msg | | | LEGISLATED FEE ARRANGEMENT. USAGE: THIS ADJUSTMENT AMOUNT | |
| 03/13/20 12:59:33 Msg | | | CANNOT EQUAL THE TOTAL SERVICE OR CLAIM CHARGE AMOUNT; AND | |
| 03/13/20 12:59:33 Msg | | | MUST NOT DUPLICATE PROVIDER ADJUSTMENT AMOUNTS (PAYMENTS | |
| 03/13/20 12:59:33 Msg | | | AND CONTRACTUAL REDUCTIONS) THAT HAVE RESULTED FROM PRIOR | |
| 03/13/20 12:59:33 Msg | | | PAYER(S) ADJUDICATION. (USE ONLY WITH GROUP CODES PR OR CO | |
| 03/13/20 12:59:33 Msg | | | DEPENDING UPON LIABILITY) | |
| 03/13/20 12:59:33 Msg | | | SEE THE PAYER'S WEB SITE OR CONTACT THE PAYER'S CUSTOMER | |
| 03/13/20 12:59:33 Msg | | | SERVICE DEPARTMENT TO OBTAIN FORMS AND INSTRUCTIONS FOR | |
| 03/13/20 12:59:33 Msg | | | Denial not posted for reversal | |
| 03/13/20 12:59:33 Msg | | | FILING A PROVIDER DISPUTE. | |
| 03/13/20 12:59:33 Msg | SDOM | TM | REDACTED<br>St N In A | |
| 03/13/20 12:59:48 Msg | SDOM | TM | $3.50 APPLIED TO YOUR COPAY/COINSURANCE<br>St A In N | |
| 03/13/20 12:59:48 Msg | SDOM | HO(R6) | AUTOPOSTING - RMX1 REVIEW HOLD<br>St N In N | |
| 03/13/20 12:59:48 Msg | SDOM | TM | $105.21 APPLIED TO YOUR COPAY/COINSURANCE<br>St A In N | |
| 03/13/20 12:59:48 Msg | SDOM | TM | TICKET IS AT ZERO BALANCE<br>St N In N | |
| 11/10/19 12:56:39 Bill | LOAD | 8 | Fep  Seq Pri  Origin Initial BilAsn Yes  Media ElectronicType Phys File<br>Submitted 8 - CABS02/CABCS | 607.17 |

EXHIBIT 26
173

| 02/13/20 08:50:29 Bill | DI | 8 | Fep  Seq Pri  Origin Mass BillAsn Yes  Media ElectronicType Phys File Submitted 8 - CABS02/CABCS | 607.17 |
| 02/27/20 14:41:14 Bill | MROT | 8 | Fep  Seq Pri  Origin Mass BillAsn Yes  Media ElectronicType Phys File Submitted 8 - CABS02/BS001 | 607.17 |
| 02/20/20 13:08:27 Den | GCAS | ☞ | Level Line Anthem Insurance (all Plans) | |
| 11/14/19 17:55:46 Rmt | | ANTH | Chk 11/15/19 REDACTED   -1,103.9ICN# REDACTED  Clm 607.17 All 11.69 | -8.19 |
| 02/20/20 12:26:57 Rmt | | ANTH | Chk 02/20/20 REDACTED   -1,025.1ICN# REDACTED  Clm 607.17 All 0.00 | 0.00 |
| 03/03/20 18:36:55 Rmt | | ANTH | Chk 03/04/20 REDACTED  -7,426.8ICN# REDACTED  Clm -607.17 All -11.69 | 8.19 |
| 03/03/20 18:36:55 Rmt | | ANTH | Chk 03/04/2 REDACTED  -7,426.8 ICN# REDACTED  Clm 607.17 All 350.70 | -245.49 |

Patient Name: ROBERTS, GAVYN
Account Number: REDACTED
MRN: REDACTED
Field Name:

Document Number: 0002621909
Claim Type/Ordinal: CABS02, P

| Claim Data ▾ | Notes ▾ | Tracking ▾ | Print ▾ |

## PATIENT NAME

| | PATIENT ID NUMBER | PATIENT SSN | MEDICAL REC NUM |
|---|---|---|---|
| NAME REDACTED | | | |
| | DOB REDACTED SEX: M | | REDACTED |
| ADDRESS: REDACTED | | | |
| TELEPHONE REDACTED | EMPL STAT | 10. a. EMPL RELATED | b. ACCCODE | State | d: |

## PRIMARY INSURED

| CLAIM TYPE CABS02 | PAYER FEP | | CABCS | |
|---|---|---|---|---|
| NAME REDACTED | | | | |
| | DOB REDACTED EX: M | REL: 04 | ID REDACTED | GRP # REDACTED |
| ADDRESS: REDACTED | | | | |
| TELEPHONE: | EMPLOYER: | | ORIGINAL REF. NUM | |

## SECONDARY INSURED

| CLAIM TYPE | PAYER | | | INSURANCE TYPE |
|---|---|---|---|---|
| NAME: | DOB: | SEX: | REL: | ID | GRP # |
| ADDRESS: | | | | |
| TELEPHONE: | EMPLOYER: | | ORIGINAL REF. NUM | |

## TERTIARY INSURED

| CLAIM TYPE | PAYER | | | INSURANCE TYPE |
|---|---|---|---|---|
| NAME: | DOB: | SEX: | REL: | ID | GRP # |
| ADDRESS: | | | | |
| TELEPHONE: | EMPLOYER: | | ORIGINAL REF. NUM | |

| 14. DATE OF CURRENT: | ILLNESS(First symptom) OR INJURY(Accident) OR PREGNANCY(LMP) | 15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS, GIVE FIRST DATE. | 16. DATES UNABLE TO WORK IN OCCUPATION |
|---|---|---|---|
| | | | From: To: |

| 18. HOSPITAL DATES RELATED TO SERVICES | 19. RESERVED FOR LOCAL USE | 20. OUTSIDE LAB $CHARGES |
|---|---|---|
| From: To: | | .00 |

### 21. DIAGNOSIS/NATURE OF ILLNESS/INJURY

| DX Qual | | | | | 22. RESUBMISSION CODE |
|---|---|---|---|---|---|
| 0 | 1. E119 | 3. | 5. | 7. | 9. | 11. | |
| 0 | 2. E1065 | 4. | 6. | 8. | 10. | 12. | 23. QUAL PRIOR AUTHORIZATION / REFERRAL |

| Line | DOS (from) | DOS (to) | POS | CPT | Mod1 | Mod2 | Mod3 | Mod4 | Diag 1 | $ Charges | Units | Anes Qual [***] | EPSDT | EMG | COB | OTAF | 24I | PHYS | Co-Ins Amount | Deduct Amt. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ⊗ 1 | 11/09/2019 | 11/09/2019 | 12 | A9276 | | | | | E119 | 607.17 | 1 | | | | COB: | | | ☺ | | |

EXHIBIT 26
175

EXPLANATION OF BENEFITS

PAYER          : FEP BASIC CLAIMS ACCOUNT-FACETS
PAYEE          : DEXCOM
PROV/TAX ID#   : REDACTED
CHECK/EFT#
CHECK DATE     : 11/15/19
CLAIM STATUS   : 1-Processed as Primary

PAGE#          : 1
PRINTED DATE   : 08/06/20
INS PLAN       :
DEMAND EOB     :
OPERATOR CD    : JBDX

| PERF PROV | SERV DATE | POS | NOS | PROC | MODS | HIC | BILLED | ALLOWED | DEDUCT | CO-INS+PAY | GRP/RC-AMT | PROV PD |
|-----------|-----------|-----|-----|------|------|-----|--------|---------|--------|------------|------------|---------|
| NAME REDACTED |  |  |  |  |  | HIC REDACTED | | ACNT REDACTED | | CTL REDACTED | ASG Y MOA | |
| REDACTED | | | 1 | A9276 | | | 607.17 | 11.69 | 0.00 | (3.50) PR-2 | 3.50 | 8.19 |
|  |  |  |  |  |  |  |  |  |  | CO-45 | 595.48 | |
|  |  |  |  |  |  |  |  |  |  | N220 | 0.00 | |
|  | | | | CLAIM TOTALS | | | 607.17 | 11.69 | 0.00 | (3.50) | 598.98 | 8.19 |
| PT RESP | 3.50 | | | | | | | | | | | 8.19 NET |

EXHIBIT 26
176

EXPLANATION OF BENEFITS

PAYER       : FEP BASIC CLAIMS ACCOUNT-FACETS
PAYEE       : DEXCOM
PROV/TAX ID# : REDACTED
CHECK/EFT#
CHECK DATE   : 03/04/20
CLAIM STATUS : 22-Reversal of Previous Payment

PAGE#         : 1
PRINTED DATE  : 08/06/20
INS PLAN      :
DEMAND EOB    :
OPERATOR CD   : JBDX

| PERF PROV | SERV DATE | POS | NOS | PROC | MODS | BILLED | ALLOWED | DEDUCT | CO-INS+PAY | GRP/RC-AMT | PROV PD |
|-----------|-----------|-----|-----|------|------|--------|---------|--------|------------|------------|---------|
| NAME REDACTED | | | | HIC REDACTED | | | ACNT REDACTED | | CTL REDACTED | ASG Y MOA | |
| REDACTED | | | 1 | A9276 | | (607.17) | (11.69) | 0.00 | 3.50 | PR-2 (3.50) | (8.19) |
| | | | | | | | | | | CO-45 (595.48) | |
| | | | | | | | | | | N220 0.00 | |
| PT RESP | (3.50) | | | CLAIM TOTALS | | (607.17) | (11.69) | 0.00 | 3.50 | (598.98) | (8.19) |
| | | | | | | | | | | | (8.19)NET |

EXHIBIT 26
177

Patient Name: ROBERTS, GAVYN
Account Number: REDACTED
MRN: REDACTED
Field Name:

Document Number: REDACTED
Claim Type/Ordinal: CAB502, P

| Claim Data ▼ | Notes ▼ | Tracking ▼ | Print ▼ |

**PATIENT NAME**

| PATIENT ID NUMBER | PATIENT SSN | MEDICAL RECNUM |

NAME: REDACTED    DOB: REDACTED  SEX: M                                  REDACTED

ADDRESS: REDACTED

TELEPHONE: REDACTED    EMPL STAT    10. a. EMPL RELATED    b. ACCCODE    State    d.

**PRIMARY INSURED**    CLAIM TYPE CAB502    PAYER FEP

NAME: REDACTED    DOB: REDACTED  SEX: M  REL: 04    ID CABCS REDACTED    GRP # REDACTED

ADDRESS: REDACTED

TELEPHONE:    EMPLOYER:    ORIGINAL REF. NUM

**SECONDARY INSURED**    CLAIM TYPE    PAYER    INSURANCE TYPE

NAME:    DOB:    SEX:    REL:    ID    GRP #

ADDRESS:

TELEPHONE:    EMPLOYER:    ORIGINAL REF. NUM

**TERTIARY INSURED**    CLAIM TYPE    PAYER    INSURANCE TYPE

NAME:    DOB:    SEX:    REL:    ID    GRP #

ADDRESS:

TELEPHONE:    EMPLOYER:    ORIGINAL REF. NUM

| 14. DATE OF CURRENT: | ILLNESS(First symptom) OR INJURY(Accident) OR PREGNANCY(LMP) | 15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS, GIVE FIRST DATE. | 16. DATES UNABLE TO WORK IN OCCUPATION |
|---|---|---|---|
| | | | From:    To: |

| 18. HOSPITAL DATES RELATED TO SERVICES | 19. RESERVED FOR LOCAL USE | 20. OUTSIDE LAB    $CHARGES |
|---|---|---|
| From:    To: | | .00 |

**21. DIAGNOSIS/NATURE OF ILLNESS/INJURY**

DX Qual    1. E119    3.    5.    7.    9.    11.

0    2. E1065    4.    6.    8.    10.    12.

**22. RESUBMISSION CODE**

**23. QUAL    PRIOR AUTHORIZATION / REFERRAL**

| Line | DOS (from) | DOS (to) | POS | CPT | Mod1 | Mod2 | Mod3 | Mod4 | Diag 1 | $ Charges | Units | Anes Qual | EPSDT | EMG [***] | COB | OTAF | 24I | PHYS | Co-Ins Amount | Deduct Amt. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ⚙1 | 11/09/2019 | 11/09/2019 | 12 | A9276 | | | | | E119 | 607.17 | 30 | | | | COB: | | | ♻ | | |

EXHIBIT 26
178

EXPLANATION OF BENEFITS

PAYER           : FEP BASIC CLAIMS ACCOUNT-FACETS
PAYEE           : DEXCOM
PROV/TAX ID#    : REDACTED
CHECK/EFT#      : 03/04/20
CHECK DATE      :
CLAIM STATUS    : 1-Processed as Primary

PAGE#           : 1
PRINTED DATE    : 08/06/20
INS PLAN        :
DEMAND EOB      :
OPERATOR CD     : JBDX

| PERF PROV | SERV DATE | POS | NOS | PROC | MODS | BILLED | ALLOWED | DEDUCT | CO-INS+PAY | GRP/RC-AMT | PROV PD |
|-----------|-----------|-----|-----|------|------|--------|---------|--------|------------|------------|---------|
| NAME REDACTED | | | | HIC REDACTED | | | ACNT REDACTED | | CTL REDACTED | ASG Y MOA | |
| REDACTED | | | 1 | A9276 | | 607.17 | 350.70 | 0.00 | (105.21) PR-2 | 105.21 | 245.49 |
| | | | | | | | | | CO-45 | 256.47 | |
| | | | | | | | | | N220 | 0.00 | |
| PT RESP | 105.21 | | | CLAIM TOTALS | | 607.17 | 350.70 | 0.00 | (105.21) | 361.68 | 245.49 |
| | | | | | | | | | | | 245.49 NET |

EXHIBIT 26
179

Client: (DX) Dexcom -- Version: HARP v3.70.00 -- Operator: JBDX -- Date: 08/06/2020 -- Session: 1925485039 -- Program: REPORT-h3inqTick&x=disp
◆ 1)Ticket Summary   ◆ 2)Show Documents   ✖ 3)Pay by Phone   ▼ 4)Messaging   ▼ 5)Claims   ▼ 6)Updates   ▼ 7)Printing
✖ 8)Upload Client Docs

**Patient Account #** REDACTED

REDACTED

| | DOB | REDACTED | Stmnt Y ⊞ | Acct Bal | 0.00 |
|---|---|---|---|---|---|
| REDACTED | SSN | | Coll Y | Ins | REDACTED ⊞ |
| | MR# | REDACTED | | PAS Sync | N |
| | | | | Acct Msgs | ⊞ |
| | | | | Demo Updt | 12/03/19 ⊞ |

**Ticket # 76285** 🖷 ⊞ **Zero Balance**
**Bill** DEX **Ship** 03 **Prod** SENS **Stat** CA **Inst**
**Spec** **Clnt** **Referral** Q-3601 **Bill Grp** 01 **Summ Ins** 1 **Balance** 0.00
**PAS Case#** No Case # ⊞

**Charges** 🛠 ⊙ ⊙

| Line | Date | Op | Proc | Desc | ICD-10 | Units | POS | TOS | CPT | Bill Dt | Chg Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 12/02/19 | LOAD | STSOR003 | G6 Sensor Kit 3-Pack Us | E119 E1065 | 30.0 | 12 | | A9276 | 02/27/20 | 607.17 |
| | Totals | | | | | 30.0 | | | | | 607.17 |

**History** 🛠

☑ Rec ☑ Adj ☑ Msg ☑ Bill ☑ Denial ☑ Stmnt ☑ Remit

| Date | Time | Type | Op | Code | Description | Amt |
|---|---|---|---|---|---|---|
| 12/03/19 | 10:30:57 | Rec | MMAR | VISA | Visa **Pt Ins** | -105.21 |
| | | | | | Chk Dep 12/04/19 DCC 6 | |
| 12/11/19 | 16:24:14 | Rec | SDOM | ANTH | Anthem Insurance (all Plans) **Pt Ins ANTH** | -8.19 |
| | | | | | Chk 12/09/19 REDACTED Dep 12/09/19 DLBI 6 | |
| 12/11/19 | 16:24:14 | Adj | SDOM | CE | Insurance Adjustment | -595.48 |
| 03/13/20 | 12:59:48 | Rec | SDOM | ANTH | (Reverse)Anthem Insurance (all Plans) **Pt Ins ANTH** | 8.19 |
| | | | | | Chk 03/04/20 REDACTED Dep 03/04/20 DLBI 38 | |
| 03/13/20 | 12:59:48 | Adj | SDOM | DCE | Insurance Adjustment Debit | 595.48 |
| 03/13/20 | 12:59:48 | Rec | SDOM | ANTH | Anthem Insurance (all Plans) **Pt Ins ANTH** | -245.49 |
| | | | | | Chk 03/04/20 REDACTED Dep 03/04/20 DLBI 38 | |
| 03/13/20 | 12:59:49 | Adj | SDOM | CE | Insurance Adjustment | -256.47 |
| 12/03/19 | 11:26:26 | Msg | LOAD | HO(PY) | PREPAYMENT HOLD St N In N | |
| 12/04/19 | 07:08:33 | Msg | SYS | TM | XPEDITOR ACCEPT: St N In N | |
| 12/04/19 | 07:08:33 | Msg | | | CABS02 | |
| 12/04/19 | 10:40:24 | Msg | | | XPEDITOR ACCEPT: forwarded to (Direct): Office Ally - | |
| 12/04/19 | 10:40:24 | Msg | | | Physician | |
| 12/05/19 | 05:07:08 | Msg | SYS | TM | PAYER MESSAGE: FRONTEND ACCEPT St N In N | |
| 12/05/19 | 05:07:08 | Msg | | | 837 FILE ACCEPTED OfAllyPh 000003191 | |
| 12/05/19 | 05:07:09 | Msg | | | PAYER MESSAGE: FRONTEND ACCEPT | |
| 12/05/19 | 10:30:57 | Msg | MMAR | TM | TICKET RECYCLED St N In N | |
| 12/09/19 | 05:10:22 | Msg | SYS | TM | PAYER MESSAGE: FRONTEND ACCEPT St N In N | |
| 12/09/19 | 05:10:35 | Msg | | | PAYER MESSAGE: FRONTEND ACCEPT REDACTED | |
| 12/11/19 | 16:23:02 | Msg | SDOM | TM | St N In A | |
| 12/11/19 | 16:23:02 | Msg | SDOM | TM | COINSURANCE AMOUNT St N In N | |

**EXHIBIT 26**
**180**

| Date/Time | Code | | Message |
|---|---|---|---|
| 12/11/19 16:23:02 Msg | | | CHARGE EXCEEDS FEE SCHEDULE/MAXIMUM ALLOWABLE OR CONTRACTED/ |
| 12/11/19 16:23:02 Msg | | | LEGISLATED FEE ARRANGEMENT. USAGE: THIS ADJUSTMENT AMOUNT |
| 12/11/19 16:23:02 Msg | | | CANNOT EQUAL THE TOTAL SERVICE OR CLAIM CHARGE AMOUNT; AND |
| 12/11/19 16:23:02 Msg | | | MUST NOT DUPLICATE PROVIDER ADJUSTMENT AMOUNTS (PAYMENTS |
| 12/11/19 16:23:02 Msg | | | AND CONTRACTUAL REDUCTIONS) THAT HAVE RESULTED FROM PRIOR |
| 12/11/19 16:23:02 Msg | | | PAYER(S) ADJUDICATION. (USE ONLY WITH GROUP CODES PR OR CO |
| 12/11/19 16:23:02 Msg | | | DEPENDING UPON LIABILITY) |
| 12/11/19 16:23:02 Msg | | | SEE THE PAYER'S WEB SITE OR CONTACT THE PAYER'S CUSTOMER |
| 12/11/19 16:23:02 Msg | | | SERVICE DEPARTMENT TO OBTAIN FORMS AND INSTRUCTIONS FOR |
| 12/11/19 16:23:02 Msg | | | FILING A PROVIDER DISPUTE. |
| 12/11/19 16:24:14 Msg | SDOM | TM | $3.50 APPLIED TO YOUR COPAY/COINSURANCE PER ANTHEM INSURANCE<br>St A In N |
| 02/05/20 15:32:27 Msg | DI | TM | HD#1077047 UNIT UPDATE PROJECT<br>St N In N |
| 02/05/20 16:08:10 Msg | DI | IM | CORRECTED CLAIM<br>St N In 0 |
| 02/07/20 10:53:18 Msg | MROT | HO(RA) | REIMBURSEMENT FROM AR CREDIT HOLD (FWUP)<br>St N In N |
| 02/07/20 11:13:36 Msg | BREA | TM | WORKLIST RESOLVED<br>St N In N |
| 02/14/20 07:07:04 Msg | SYS | TM | XPEDITOR ACCEPT:<br>St N In N |
| 02/14/20 07:07:04 Msg | | | CABS02 |
| 02/17/20 05:13:49 Msg | SYS | TM | XPEDITOR ACCEPT: forwarded to (Direct): Office Ally -<br>St N In N |
| 02/17/20 05:13:49 Msg | | | Physician |
| 02/14/20 05:13:49 Msg | SYS | TM | PAYER ERROR<sup>REDACTED</sup> Duplicate of a previously processed<br>St N In N |
| 02/14/20 05:13:49 Msg | | | claim/line. |
| 02/14/20 05:13:49 Msg | | | FILE INFO:officeally/phys/DX0214201235312695QF.PDF |
| 02/17/20 05:13:49 Msg | SYS | HO(PR) | PAYER FRONT END ERRORS (PAYREJ W/L)<br>St N In N |
| 02/18/20 10:24:10 Msg | SYS | TM | 837 FILE ACCEPTED OfAllyPh 000003373<br>St N In N |
| 02/25/20 15:14:20 Msg | SYS | MP | CRN REDACTED<br>St N In A |
| 02/25/20 15:35:57 Msg | DI | IM | UNITS UPDATED<br>St N In 0 |
| 02/27/20 14:39:33 Msg | MROT | TM | TICKET RECYCLED<br>St N In N |
| 02/28/20 07:14:12 Msg | SYS | TM | XPEDITOR ACCEPT:<br>St N In N |
| 02/28/20 07:14:12 Msg | | | CABS02 |
| 02/28/20 10:16:04 Msg | | | XPEDITOR ACCEPT: forwarded to (Direct): California Blue |
| 02/28/20 10:16:04 Msg | | | Shield - Physician |

EXHIBIT 26
181

| | | | | | |
|---|---|---|---|---|---|
| 02/28/20 05:08:59 Msg | SYS | TM | PAYER MESSAGE: FRONTEND ACCEPT<br>St N In N | | |
| 03/10/20 05:08:59 Msg | SYS | TM | 837 FILE ACCEPTED CaBsPh 000050012<br>St N In N | | |
| 03/13/20 12:59:33 Msg | SDOM | TM | REDACTED<br>St N In A | | |
| 03/13/20 12:59:33 Msg | SDOM | TM | COINSURANCE AMOUNT<br>St N In N | | |
| 03/13/20 12:59:33 Msg | | | CHARGE EXCEEDS FEE SCHEDULE/MAXIMUM ALLOWABLE OR CONTRACTED/ | | |
| 03/13/20 12:59:33 Msg | | | LEGISLATED FEE ARRANGEMENT. USAGE: THIS ADJUSTMENT AMOUNT | | |
| 03/13/20 12:59:33 Msg | | | CANNOT EQUAL THE TOTAL SERVICE OR CLAIM CHARGE AMOUNT; AND | | |
| 03/13/20 12:59:33 Msg | | | MUST NOT DUPLICATE PROVIDER ADJUSTMENT AMOUNTS (PAYMENTS | | |
| 03/13/20 12:59:33 Msg | | | AND CONTRACTUAL REDUCTIONS) THAT HAVE RESULTED FROM PRIOR | | |
| 03/13/20 12:59:33 Msg | | | PAYER(S) ADJUDICATION. (USE ONLY WITH GROUP CODES PR OR CO | | |
| 03/13/20 12:59:33 Msg | | | DEPENDING UPON LIABILITY) | | |
| 03/13/20 12:59:33 Msg | | | SEE THE PAYER'S WEB SITE OR CONTACT THE PAYER'S CUSTOMER | | |
| 03/13/20 12:59:33 Msg | | | SERVICE DEPARTMENT TO OBTAIN FORMS AND INSTRUCTIONS FOR | | |
| 03/13/20 12:59:33 Msg | | | Denial not posted for reversal | | |
| 03/13/20 12:59:33 Msg | | | FILING A PROVIDER DISPUTE. | | |
| 03/13/20 12:59:33 Msg | SDOM | TM | REDACTED<br>St N In A | | |
| 03/13/20 12:59:48 Msg | SDOM | TM | $3.50 APPLIED TO YOUR COPAY/COINSURANCE<br>St A In N | | |
| 03/13/20 12:59:48 Msg | SDOM | HO(R6) | AUTOPOSTING - RMX1 REVIEW HOLD<br>St N In N | | |
| 03/13/20 12:59:48 Msg | SDOM | TM | $105.21 APPLIED TO YOUR COPAY/COINSURANCE<br>St A In N | | |
| 03/13/20 12:59:49 Msg | SDOM | TM | TICKET IS AT ZERO BALANCE<br>St N In N | | |
| 12/03/19 11:26:26 Bill | LOAD | 1 | Blue Shield Of CalifornȘeq Pri Origin Initial BillAsn Yes Media Electronic<br>Type Phys File Submitted 1 - CABS02/CABCS | | 607.17 |
| 02/13/20 08:48:44 Bill | DI | 1 | Blue Shield Of CalifornȘeq Pri Origin Mass BillAsn Yes Media Electronic<br>Type Phys File Submitted 1 - CABS02/CABCS | | 607.17 |
| 02/27/20 14:39:33 Bill | MROT | 1 | Blue Shield Of CalifornȘeq Pri Origin Mass BillAsn Yes Media Electronic<br>Type Phys File Submitted 1 - CABS02/BS001 | | 607.17 |
| 12/06/19 11:54:34 Rmt | | ANTH | Chk 12/09/19 REDACTED -52.35 ICN# REDACTED Clm 607.17<br>All 11.69 | | -8.19 |
| 03/03/20 18:36:55 Rmt | | ANTH | Chk 03/04/20 REDACTED -7,426.8CN# REDACTED Clm -607.17<br>All -11.69 | | 8.19 |
| 03/03/20 18:36:55 Rmt | | ANTH | Chk 03/04/20 REDACTED -7,426.8CN# REDACTED Clm 607.17<br>All 350.70 | | -245.49 |

**EXHIBIT 26**
**182**

EXPLANATION OF BENEFITS

PAYER        : FEP BASIC CLAIMS ACCOUNT-FACETS
PAYEE        : DEXCOM
PROV/TAX ID# : REDACTED
CHECK/EFT#   :
CHECK DATE   : 12/09/19
CLAIM STATUS : 1-Processed as Primary

PAGE#          : 1
PRINTED DATE   : 08/06/20
INS PLAN       :
DEMAND EOB     :
OPERATOR CD    : JBDX

| PERF PROV | SERV DATE | POS | NOS | PROC | MODS | HIC | BILLED | ALLOWED | DEDUCT | CO-INS+PAY | GRP/RC-AMT | PROV PD |
|-----------|-----------|-----|-----|------|------|-----|--------|---------|--------|------------|------------|---------|
| NAME REDACTED | | | | HIC REDACTED | | | | ACNT REDACTED | | CTL REDACTED | ASG Y MOA | |
| REDACTED | | 1 | | A9276 NU | | | 607.17 | 11.69 | 0.00 | (3.50) PR-2 | 3.50 | 8.19 |
| | | | | | | | | | | CO-45 | 595.48 | |
| | | | | | | | | | | N220 | 0.00 | |
| | | | | CLAIM TOTALS | | | 607.17 | 11.69 | 0.00 | (3.50) | 598.98 | 8.19 |
| PT RESP | 3.50 | | | | | | | | | | | 8.19 NET |

EXHIBIT 26
183

EXPLANATION OF BENEFITS

PAYER          : FEP BASIC CLAIMS ACCOUNT-FACETS
PAYEE          : DEXCOM
PROV/TAX ID#   : REDACTED
CHECK/EFT#     :
CHECK DATE     : 03/04/20
CLAIM STATUS   : 22-Reversal of Previous Payment

PAGE#          : 1
PRINTED DATE   : 08/06/20
INS PLAN       :
DEMAND EOB     :
OPERATOR CD    : JBDX

| PERF PROV | SERV DATE | POS | NOS | PROC MODS | BILLED | ALLOWED | DEDUCT | CO-INS+PAY | GRP/RC-AMT | PROV PD |
|-----------|-----------|-----|-----|-----------|--------|---------|--------|------------|------------|---------|
| NAME REDACTED | | | | HIC REDACTED | | ACNT REDACTED | | CTL REDACTED | ASG Y MOA | |
| REDACTED | | | 1 | A9276 NU | (607.17) | (11.69) | 0.00 | 3.50 PR-2 | (3.50) | (8.19) |
| | | | | | | | | CO-45 | (595.48) | |
| | | | | | | | | N220 | 0.00 | |
| PT RESP | (3.50) | | | CLAIM TOTALS | (607.17) | (11.69) | 0.00 | 3.50 | (598.98) | (8.19) |
| | | | | | | | | | | (8.19) NET |

EXHIBIT 26
184

EXPLANATION OF BENEFITS

PAYER        : FEP BASIC CLAIMS ACCOUNT-FACETS
PAYEE        : DEXCOM
PROV/TAX ID# : REDACTED
CHECK/EFT#   :
CHECK DATE   : 03/04/20
CLAIM STATUS : 1-Processed as Primary

PAGE#           : 1
PRINTED DATE    : 08/06/20
INS PLAN        :
DEMAND EOB      :
OPERATOR CD     : JBDX

| PERF PROV | SERV DATE | POS | NOS | PROC | MODS | HIC | BILLED | ALLOWED | DEDUCT | CO-INS+PAY | GRP/RC-AMT | PROV PD |
|-----------|-----------|-----|-----|------|------|-----|--------|---------|--------|------------|------------|---------|
| NAME REDACTED | | | | | | HIC REDACTED | | ACNT REDACTED | | CTL REDACTED | ASG Y MOA | |
| | REDACTED | | 1 | A9276 NU | | | 607.17 | 350.70 | 0.00 | (105.21) PR-2 | 105.21 | 245.49 |
| | | | | | | | | | | CO-45 | 256.47 | |
| | | | | | | | | | | N220 | 0.00 | |
| PT RESP | 105.21 | | | CLAIM TOTALS | | | 607.17 | 350.70 | 0.00 | (105.21) | 361.68 | 245.49 |
| | | | | | | | | | | | | 245.49 NET |

EXHIBIT 26
185

Client: (DX) Dexcom -- Version: HARP v3.70.00 -- Operator: JBDX -- Date: 08/06/2020 -- Session: 1925485059 -- Program: REPORT-h3inqTick&x=dsp
　• 1)Ticket Summary　　• 2)Show Documents　　✖ 3)Pay by Phone　　▼ 4)Messaging　　▼ 5)Claims　　　　▼ 6)Updates　　　　• 7)Printing
　✖ 8)Upload Client Docs

**Patient Account #** REDACTED

REDACTED

# REDACTED

| | | |
|---|---|---|
| **DOB** REDACTED | **Stmnt** Y ⊞ | **Acct Bal** 0.00 REDACTED |
| **SSN** | **Coll** Y | **Ins** ⊞ |
| **MR#** REDACTED | | **PAS Sync** N |
| | | **Acct Msgs** ⊞ |
| | | **Demo Updt** 12/03/19 ⊞ |

**Ticket #** 129826 🖶 ⊞ **Zero Balance**
**Bill** DEX　**Ship** 03　**Prod**　SENS　**Stat**　CA　**Inst**
**Spec**　　**Clnt**　　**Referral** Q-3601　**Bill Grp** 01　**Summ Ins** 1　**Balance** 0.00
**PAS Case#** No Case # ⊞

**Charges** 🛠 ✪

| Line | Date | Op | Proc | Desc | ICD-10 | Units | POS | TOS | CPT | Bill Dt | Chg Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 12/27/19 | LOAD | STSOR003 | G6 Sensor Kit 3-Pack Us | E119 E1065 | 30.0 | 12 | | A9276 | | 607.17 |
| Totals | | | | | | 30.0 | | | | | 607.17 |

**History** 🛠

☑ Rec ☑ Adj ☑ Msg ☑ Bill ☑ Denial ☑ Stmnt ☑ Remit

| Date | Time | Type! | Op | Code | Description | Amt |
|---|---|---|---|---|---|---|
| 12/28/19 | 17:02:50 | Rec | MMAR | VISA | Visa　　　　　　Pt Ins　Chk<br>Dep 12/29/19 DCC 2 | -105.21 |
| 01/27/20 | 13:01:33 | Rec | MMAR | ANTH | Anthem Insurance (all Plans Pt Ins ANTH Chk 01/06/20 REDACTED<br>Dep 01/06/20 DLBI 21 | -245.49 |
| 01/27/20 | 13:01:33 | Adj | MMAR | CE | Insurance Adjustment | -256.47 |
| 12/28/19 | 06:25:52 | Msg | LOAD | HO(PY) | PREPAYMENT HOLD<br>St N In N | |
| 12/30/19 | 17:02:50 | Msg | MMAR | TM | TICKET RECYCLED<br>St N In N | |
| 12/31/19 | 07:06:05 | Msg | SYS | TM | XPEDITOR ACCEPT:<br>St N In N | |
| 12/31/19 | 07:06:05 | Msg | | | CABS02 | |
| 12/31/19 | 10:19:02 | Msg | | | XPEDITOR ACCEPT: forwarded to (Direct): Office Ally - | |
| 12/31/19 | 10:19:02 | Msg | | | Physician | |
| 01/01/20 | 05:13:39 | Msg | SYS | TM | PAYER MESSAGE: FRONTEND ACCEPT<br>St N In N | |
| 01/01/20 | 05:13:49 | Msg | | | PAYER MESSAGE: FRONTEND ACCEPT | |
| 01/02/20 | 05:09:32 | Msg | SYS | TM | PAYER MESSAGE: FRONTEND ACCEPT<br>St N In N | |
| 01/02/20 | 05:09:33 | Msg | | | PAYER MESSAGE: FRONTEND ACCEPT | |
| 01/03/20 | 10:09:22 | Msg | SYS | TM | 837 FILE ACCEPTED OfAllyPh 000003252<br>St N In N | |
| 01/27/20 | 13:01:20 | Msg | MMAR | TM | REDACTED<br>St N In A | |
| 01/27/20 | 13:01:20 | Msg | MMAR | TM | COINSURANCE AMOUNT<br>St N In N | |
| 01/27/20 | 13:01:20 | Msg | | | CHARGE EXCEEDS FEE SCHEDULE/MAXIMUM ALLOWABLE OR CONTRACTED/ | |
| 01/27/20 | 13:01:20 | Msg | | | LEGISLATED FEE ARRANGEMENT. USAGE: THIS ADJUSTMENT AMOUNT | |
| 01/27/20 | 13:01:20 | Msg | | | CANNOT EQUAL THE TOTAL SERVICE OR CLAIM CHARGE AMOUNT; AND | |
| 01/27/20 | 13:01:20 | Msg | | | MUST NOT DUPLICATE PROVIDER ADJUSTMENT AMOUNTS (PAYMENTS | |

**EXHIBIT 26**
**186**

| | | | | |
|---|---|---|---|---|
| 01/27/20 13:01:20 Msg | | AND CONTRACTUAL REDUCTIONS) THAT HAVE RESULTED FROM PRIOR | |
| 01/27/20 13:01:20 Msg | | PAYER(S) ADJUDICATION. (USE ONLY WITH GROUP CODES PR OR CO | |
| 01/27/20 13:01:20 Msg | | DEPENDING UPON LIABILITY) | |
| 01/27/20 13:01:20 Msg | | SEE THE PAYER'S WEB SITE OR CONTACT THE PAYER'S CUSTOMER | |
| 01/27/20 13:01:20 Msg | | SERVICE DEPARTMENT TO OBTAIN FORMS AND INSTRUCTIONS FOR | |
| 01/27/20 13:01:20 Msg | | FILING A PROVIDER DISPUTE. | |
| 01/27/20 13:01:33 Msg MMAR TM | | $105.21 APPLIED TO YOUR COPAY/COINSURANCE PER ANTHEM INSURAN | |
| | | St A In N | |
| 01/27/20 13:01:33 Msg MMAR TM | | TICKET IS AT ZERO BALANCE | |
| | | St N In N | |
| 12/28/19 06:25:52 Bill LOAD 1 | | Blue Shield Of CalifornSeq Pri  Origin Initial BilAsn Yes  Media Electronic | 607.17 |
| | | Type Phys File Submitted 1 - CABS02/CABCS | |
| 01/03/20 12:18:06 Rmt ☞ ☎ ANTH | | Chk 01/06/20 REDACTED  -1,189.06 CN# REDACTED Clm 607.17 | -245.49 |
| | | All 350.70 | |

© 2020 Quadax, Inc. :: Terms of Use :: Quadax Support :: 08/06/2020 :: AtbP05

EXPLANATION OF BENEFITS

PAYER       : FEP BASIC CLAIMS ACCOUNT-FACETS
PAYEE       : DEXCOM
PROV/TAX ID# : REDACTED
CHECK/EFT#  :
CHECK DATE  : 01/06/20
CLAIM STATUS : 1-Processed as Primary

PAGE#           : 1
PRINTED DATE    : 08/06/20
INS PLAN        :
DEMAND EOB      :
OPERATOR CD     : JBDX

| PERF PROV | SERV DATE | POS | NOS | PROC | MODS | BILLED | ALLOWED | DEDUCT | CO-INS+PAY | GRP/RC-AMT | PROV PD |
|-----------|-----------|-----|-----|------|------|--------|---------|--------|------------|------------|---------|
| NAME REDACTED | | | | HIC REDACTED | | | ACNT REDACTED | | CTL REDACTED | ASG Y MOA | |
| REDACTED | | | 30 | A9276 | NU | 607.17 | 350.70 | 0.00 | (105.21) PR-2 | 105.21 | 245.49 |
| | | | | | | | | | CO-45 | 256.47 | |
| | | | | | | | | | N220 | 0.00 | |
| | | | CLAIM TOTALS | | | 607.17 | 350.70 | 0.00 | (105.21) | 361.68 | 245.49 |
| PT RESP | 105.21 | | | | | | | | | | 245.49 NET |

EXHIBIT 26
188

Client: (DX) Dexcom -- Version: HARP v3.70.00 -- Operator: JBDX -- Date: 08/06/2020 -- Session: 1925485039 -- Program: REPORT-h3iaq&x=open

**Patient Account #** REDACTED

REDACTED

# REDACTED

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DOB | REDACTED | | **Stmnt** | Y ⊞ | | **Acct Bal** | 0.00 | | | | | |
| SSN | | | **Coll** | Y | | **Ins** | REDACTED ⊞ | | | | | |
| MR# | REDACTED | | | | | **PAS Sync** | N | | | | | |
| | | | | | | **Acct Msgs** | ⊞ | | | | | |
| | | | | | | **Demo Updt** | 01/22/20 ⊞ | | | | | |

Displaying tickets 1 - 7

| Ticket# | Bill | Ship | Referral | Date | Billed | Status | Status Dt | Chg Amt | Rec Amt | Last | Adj Amt | Last | Dun | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 449886 | DEX | 03 | Q-3601 | 06/29/2020 | SELF | DP | 07/08/2020 | 607.17 | -350.70 | ANTH | -256.47 | CE | 0 | 0.00 |
| 414175 | DEX | 03 | Q-3601 | 06/04/2020 | SELF | DP | 06/16/2020 | 607.17 | -350.70 | ANTH | -256.47 | CE | 0 | 0.00 |
| 375658 | DEX | 03 | Q-3601 | 05/12/2020 | SELF | DP | 05/22/2020 | 607.17 | -350.70 | ANTH | -256.47 | CE | 0 | 0.00 |
| 266442 | DEX | 03 | Q-3601 | 03/19/2020 | SELF | DP | 03/28/2020 | 607.17 | -350.70 | ANTH | -256.47 | CE | 0 | 0.00 |
| 220155 | DEX | 03 | Q-3601 | 02/21/2020 | SELF | DP | 04/18/2020 | 607.17 | -350.70 | ANTH | -256.47 | CE | 0 | 0.00 |
| 208858 | DEX | 03 | Q-3601 | 02/14/2020 | SELF | DP | 02/25/2020 | 907.36 | -596.00 | ANTH | -311.36 | CE | 0 | 0.00 |
| 171119 | DEX | 03 | Q-3601 | 01/21/2020 | SELF | DP | 01/30/2020 | 607.17 | -350.70 | ANTH | -256.47 | CE | 0 | 0.00 |

Displaying tickets 1 - 7

© 2020 Quadax, Inc. :: Terms of Use :: Quadax Support :: 08/06/2020 :: AtbP05

EXHIBIT 26
189

Client: (DX) Dexcom -- Version: HARP v3.70.00 -- Operator: JBDX -- Date: 08/06/2020 -- Session: 1925485039 -- Program: REPORT-h3inqTick&x=diap
• 1)Ticket Summary    • 2)Show Documents    ▼ 3)Pay by Phone    ▼ 4)Messaging    ▼ 5)Claims    ▼ 6)Updates    ▼ 7)Printing
✖ 8)Upload Client Docs

**Patient Account #** REDACTED

REDACTED

# REDACTED

| | DOB REDACTED | Stmnt Y ⊞ | Acct Bal    0.00 |
|---|---|---|---|
| | SSN | Coll    Y | Ins           REDACTED ⊞ |
| | MR# REDACTED | | PAS Sync    N |
| | | | Acct Msgs    ⊞ |
| | | | Demo Updt 01/22/20 ⊞ |

**Ticket # 171119** 🗗 ⊞ **Zero Balance**
**Bill** DEX  **Ship** 03  **Prod**    SENS    **Stat**    CA    **Inst**
**Spec**    **Clnt**    **Referral** Q-3601    **Bill Grp** 01    **Summ** Ins 1    **Balance** 0.00
**PAS Case#** No Case # ⊞

**Charges** ⚒ ⏱

| Line | Date | Op | Proc | Desc | ICD-10 | Units | POS | TOS | CPT | Bill Dt | Chg Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 01/21/20 | LOAD | STSOR003 | G6 Sensor Kit 3-Pack Us | E119 E1065 | 30.0 | 12 | | A9276 | | 607.17 |
| Totals | | | | | | 30.0 | | | | | 607.17 |

**History** ⚒                                          ☑ Rec ☑ Adj ☑ Msg ☑ Bill ☑ Denial ☑ Stmnt ☑ Remit

| Date | Time | Type‡ | Op | Code | Description | Amt |
|---|---|---|---|---|---|---|
| 01/22/20 | 17:10:59 | Rec | SDOM | VISA | Visa                              Pt Ins    Chk<br>Dep 01/23/20 DCC 1 | -105.21 |
| 01/30/20 | 17:42:10 | Rec | JCON | ANTH | Anthem Insurance (all Plans)Pt Ins  ANTHChk 01/28/20 REDACTED<br>Dep 01/28/20 DLBI 22 | -245.49 |
| 01/30/20 | 17:42:10 | Adj | JCON | CE | Insurance Adjustment | -256.47 |
| 01/22/20 | 08:14:47 | Msg | LOAD | HO(PY) | PREPAYMENT HOLD<br>St N In N | |
| 01/23/20 | 07:05:39 | Msg | SYS | TM | XPEDITER ACCEPT:<br>St N In N | |
| 01/23/20 | 07:05:39 | Msg | | | CABS02 | |
| 01/23/20 | 12:12:22 | Msg | | | XPEDITER ACCEPT: forwarded to (Direct): Office Ally - | |
| 01/23/20 | 12:12:22 | Msg | | | Physician | |
| 01/23/20 | 12:12:22 | Msg | | | 837 FILE ACCEPTED OfAllyPh 000003309 | |
| 01/24/20 | 17:10:59 | Msg | SDOM | TM | TICKET RECYCLED<br>St N In N | |
| 01/30/20 | 17:40:58 | Msg | JCON | TM | REDACTED<br>St N In A | |
| 01/30/20 | 17:40:58 | Msg | JCON | TM | COINSURANCE AMOUNT<br>St N In N | |
| 01/30/20 | 17:40:58 | Msg | | | CHARGE EXCEEDS FEE SCHEDULE/MAXIMUM ALLOWABLE OR CONTRACTED/ | |
| 01/30/20 | 17:40:58 | Msg | | | LEGISLATED FEE ARRANGEMENT. USAGE: THIS ADJUSTMENT AMOUNT | |
| 01/30/20 | 17:40:58 | Msg | | | CANNOT EQUAL THE TOTAL SERVICE OR CLAIM CHARGE AMOUNT; AND | |
| 01/30/20 | 17:40:58 | Msg | | | MUST NOT DUPLICATE PROVIDER ADJUSTMENT AMOUNTS (PAYMENTS | |
| 01/30/20 | 17:40:58 | Msg | | | AND CONTRACTUAL REDUCTIONS) THAT HAVE RESULTED FROM PRIOR | |
| 01/30/20 | 17:40:58 | Msg | | | PAYER(S) ADJUDICATION. (USE ONLY WITH GROUP CODES PR OR CO | |
| 01/30/20 | 17:40:58 | Msg | | | DEPENDING UPON LIABILITY) | |
| 01/30/20 | 17:40:58 | Msg | | | SEE THE PAYER'S WEB SITE OR CONTACT THE PAYER'S CUSTOMER | |
| 01/30/20 | 17:40:58 | Msg | | | SERVICE DEPARTMENT TO OBTAIN FORMS AND INSTRUCTIONS FOR | |
| 01/30/20 | 17:40:58 | Msg | | | FILING A PROVIDER DISPUTE. | |

**EXHIBIT 26**
**190**

| | | | | |
|---|---|---|---|---|
| 01/30/20 17:42:10 Msg JCON TM | $105.21 APPLIED TO YOUR COPAY/COINSURANCE PER ANTHEM INSURAN St A In N | | | |
| 01/30/20 17:42:10 Msg JCON TM | TICKET IS AT ZERO BALANCE St N In N | | | |
| 01/22/20 08:14:47 Bill LOAD 1 | Blue Shield Of CaliforniaSeq Pri  Origin Initial BillAsn Yes  Media Electronic Type Phys File Submitted 1 - CABS02/CABCS | | | 607.17 |
| 01/25/20 18:34:12 Rmt   ANTH | Chk 01/28/20 REDACTED -490.96 CN# REDACTED Clm 607.17 All 350.70 | | | -245.49 |

© 2020 Quadax, Inc. :: Terms of Use :: Quadax Support :: 08/06/2020 :: AtbP05

EXPLANATION OF BENEFITS

| | |
|---|---|
| PAYER | : FEP BASIC CLAIMS ACCOUNT-FACETS |
| PAYEE | : DEXCON |
| PROV/TAX ID# | : REDACTED |
| CHECK/EFT# | : 01/28/20 |
| CHECK DATE | : |
| CLAIM STATUS | : 1-Processed as Primary |

| | |
|---|---|
| PAGE# | : 1 |
| PRINTED DATE | : 08/06/20 |
| INS PLAN | : |
| DEMAND EOB | : |
| OPERATOR CD | : JBDX |

| PERF PROV | SERV DATE | POS | NOS | PROC MODS | BILLED | ALLOWED | DEDUCT | CO-INS+PAY | GRP/RC-AMT | PROV PD |
|---|---|---|---|---|---|---|---|---|---|---|
| NAME REDACTED | | | | HIC REDACTED | | ACNT REDACTED | | CTL REDACTED | ASG Y MOA | |
| | REDACTED | | 30 | A9276 NU | 607.17 | 350.70 | 0.00 | (105.21) PR-2<br>CO-45<br>N220 | 105.21<br>256.47<br>0.00 | 245.49 |
| PT RESP | 105.21 | | | CLAIM TOTALS | 607.17 | 350.70 | 0.00 | (105.21) | 361.68 | 245.49<br>245.49 NET |

EXHIBIT 26
192

Client: (DX) Dexcom -- Version: HARP v3.70.00 -- Operator: JBDX -- Date: 08/06/2020 -- Session: 1925485039 -- Program: REPORT-h3inqTick,fx=.disp
• 1)Ticket Summary   • 2)Show Documents   • 3)Pay by Phone   ▾ 4)Messaging   ▾ 5)Claims   ▾ 6)Updates   ▾ 7)Printing
✖ 8)Upload Client Docs

**Patient Account #** REDACTED

REDACTED

| | DOB REDACTED | Stmnt Y ⊞ | Acct Bal | 0.00 |
| | SSN REDACTED | Coll Y | Ins REDACTED ⊞ | |
| REDACTED | MR# REDACTED | | PAS Sync | N |
| | | | Acct Msgs | ⊞ |
| | | | Demo Updt 01/22/20 ⊞ | |

**Ticket # 208858** ⊡ ⊞ **Zero Balance**
**Bill** DEX  **Ship** 03  **Prod** TRAN  **Stat** CA  **Inst**
**Spec**  **Clnt**  **Referral** Q-3601  **Bill Grp** 01  **Summ Ins** 1  **Balance** 0.00
**PAS Case#** No Case # ⊞

**Charges** ⚒ ⊕ ⊙

| Line | Date | Op | Proc | Desc | ICD-10 | Units | POS | TOS | CPT | Bill Dt | Chg Amt |
|------|------|----|----|------|--------|-------|-----|-----|-----|---------|---------|
| 1 | 02/14/20 | LOAD | BUNORTX6 | G6 Bundled Transmitter Kit | E119 E1065 | 1.0 | 12 | | A9277 | | 907.36 |
| Totals | | | | | | 1.0 | | | | | 907.36 |

**History** ⚒

☑ Rec ☑ Adj ☑ Msg ☑ Bill ☑ Denial ☑ Stmnt ☑ Remit

| Date | Time | Type | Op | Code | Description | Amt |
|------|------|------|----|----|-------------|-----|
| 02/15/20 | 12:21:16 | Rec | MMAR | VISA | Visa   Pt Ins   Chk   Dep 02/16/20 DCC 1 | -178.80 |
| 02/25/20 | 16:03:45 | Rec | GCAS | ANTH | Anthem Insurance (all Plans)Pt Ins ANTHChk 02/21/20 REDACTED   Dep 02/21/20 DLBI 18 | -417.20 |
| 02/25/20 | 16:03:45 | Adj | GCAS | CE | Insurance Adjustment | -311.36 |
| 02/15/20 | 08:52:23 | Msg | LOAD | HO(PY) | PREPAYMENT HOLD   St N In N | |
| 02/18/20 | 07:07:44 | Msg | SYS | TM | XPEDITOR ACCEPT:   St N In N | |
| 02/18/20 | 07:07:44 | Msg | | | CABS02 | |
| 02/18/20 | 10:24:08 | Msg | | | XPEDITOR ACCEPT: forwarded to (Direct): Office Ally - | |
| 02/18/20 | 10:24:08 | Msg | | | Physician | |
| 02/19/20 | 05:12:57 | Msg | SYS | TM | PAYER MESSAGE: FRONTEND ACCEPT   St N In N | |
| 02/19/20 | 05:12:57 | Msg | | | 837 FILE ACCEPTED OfAllyPh 000003379 | |
| 02/19/20 | 05:13:00 | Msg | | | PAYER MESSAGE: FRONTEND ACCEPT | |
| 02/19/20 | 12:21:16 | Msg | MMAR | TM | TICKET RECYCLED   St N In N | |
| 02/21/20 | 05:14:16 | Msg | SYS | TM | PAYER MESSAGE: FRONTEND ACCEPT   St N In N | |
| 02/21/20 | 05:14:27 | Msg | | | PAYER MESSAGE: FRONTEND ACCEPT   REDACTED | |
| 02/25/20 | 16:03:23 | Msg | GCAS | TM | St N In A | |
| 02/25/20 | 16:03:23 | Msg | GCAS | TM | COINSURANCE AMOUNT   St N In N | |
| 02/25/20 | 16:03:23 | Msg | | | CHARGE EXCEEDS FEE SCHEDULE/MAXIMUM ALLOWABLE OR CONTRACTED/ | |
| 02/25/20 | 16:03:23 | Msg | | | LEGISLATED FEE ARRANGEMENT. USAGE: THIS ADJUSTMENT AMOUNT | |
| 02/25/20 | 16:03:23 | Msg | | | CANNOT EQUAL THE TOTAL SERVICE OR CLAIM CHARGE AMOUNT; AND | |
| 02/25/20 | 16:03:23 | Msg | | | MUST NOT DUPLICATE PROVIDER ADJUSTMENT AMOUNTS (PAYMENTS | |
| 02/25/20 | 16:03:23 | Msg | | | AND CONTRACTUAL REDUCTIONS) THAT HAVE RESULTED FROM PRIOR | |

8/6/2020, 1:23 PM

**EXHIBIT 26**
193

| | | | | | |
|---|---|---|---|---|---|
| 02/25/20 16:03:23 Msg | | | PAYER(S) ADJUDICATION. (USE ONLY WITH GROUP CODES PR OR CO | | |
| 02/25/20 16:03:23 Msg | | | DEPENDING UPON LIABILITY) | | |
| 02/25/20 16:03:23 Msg | | | SEE THE PAYER'S WEB SITE OR CONTACT THE PAYER'S CUSTOMER | | |
| 02/25/20 16:03:23 Msg | | | SERVICE DEPARTMENT TO OBTAIN FORMS AND INSTRUCTIONS FOR | | |
| 02/25/20 16:03:23 Msg | | | FILING A PROVIDER DISPUTE. | | |
| 02/25/20 16:03:45 Msg | GCAS | TM | $178.80 APPLIED TO YOUR COPAY/COINSURANCE | | |
| | | | St A In N | | |
| 02/25/20 16:03:45 Msg | GCAS | TM | TICKET IS AT ZERO BALANCE | | |
| | | | St N In N | | |
| 02/15/20 08:52:23 Bill | LOAD | 1 | Blue Shield Of Californ Seq Pri Origin Initial Bill Asn Yes Media Electronic | | 907.36 |
| | | | Type Phys File Submitted 1 - CABS02/CABCS | | |
| 02/21/20 08:58:56 Rmt | | ANTH | Chk 02/21/20 REDACTED        -417.20 Dt N# REDACTED Ttm 907.36 | | -417.20 |
| | | | All 596.00 | | |

EXHIBIT 26
194

EXPLANATION OF BENEFITS

PAYER        : FEP BASIC CLAIMS ACCOUNT-FACETS
PAYEE        : DEXCOM
PROV/TAX ID# : REDACTED
CHECK/EFT#   :
CHECK DATE   : 02/21/20
CLAIM STATUS : 1-Processed as Primary

PAGE#        : 1
PRINTED DATE : 08/06/20
INS PLAN     :
DEMAND EOB   :
OPERATOR CD  : JBDX

| PERF PROV | SERV DATE | POS | NOS | PROC | MODS | BILLED | ALLOWED | DEDUCT | CO-INS+PAY | GRP/RC-AMT | PROV PD |
|-----------|-----------|-----|-----|------|------|--------|---------|--------|------------|-----------|---------|
| NAME REDACTED | | | | HIC REDACTED | | | ACNT REDACTED | | CTL REDACTED | ASG Y NOA | |
| | REDACTED | | 1 | A9277 NU | | 907.36 | 596.00 | 0.00 | (178.80) PR-2 | 178.80 | 417.20 |
| | | | | | | | | | CO-45 | 311.36 | |
| | | | | | | | | | N220 | 0.00 | |
| PT RESP | 178.80 | | | CLAIM TOTALS | | 907.36 | 596.00 | 0.00 | (178.80) | 490.16 | 417.20 |
| | | | | | | | | | | | 417.20 NET |

EXHIBIT 26
195

Client: (DX) Dexcom -- Version: HARP v3.70.00 -- Operator: JHDX -- Date: 08/06/2020 -- Session: 1925485039 -- Program: REPORT-h3inqTick&x=disp
• 1)Ticket Summary    • 2)Show Documents    • 3)Pay by Phone    ▼ 4)Messaging    ▼ 5)Claims    ▼ 6)Updates    ▼ 7)Printing
✖ 8)Upload Client Docs

**Patient Account #** REDACTED

REDACTED

| | | |
|---|---|---|
| **DOB** REDACTED | **Stmnt** Y ⊞ | **Acct Bal** 0.00 |
| **SSN** | **Coll** Y | **Ins** REDACTED ⊞ |
| **MR#** REDACTED | | **PAS Sync** N |
| | | **Acct Msgs** ⊞ |
| | | **Demo Updt** 01/22/20 ⊞ |

# REDACTED

**Ticket # 220155** 🗗 ⊞ **Zero Balance**
**Bill** DEX **Ship** 03 **Prod** SENS **Stat** CA **Inst**
**Spec** **Clnt** **Referral** Q-3601 **Bill Grp** 01 **Summ Ins** 1 **Balance** 0.00
**PAS Case#** No Case # ⊞

**Charges** 🛠 ⊕ ⊘

| Line | Date | Op | Proc | Desc | ICD-10 | Units | POS | TOS | CPT | Bill Dt | Chg Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 02/21/20 | LOAD | STSOR003 | G6 Sensor Kit 3-Pack Us | E119 E1065 | 30.0 | 12 | | A9276 | | 607.17 |
| Totals | | | | | | 30.0 | | | | | 607.17 |

**History** 🛠

☑ Rec ☑ Adj ☑ Msg ☑ Bill ☑ Denial ☑ Stmnt ☑ Remit

| Date | Time | Typel | Op | Code | Description | Amt |
|---|---|---|---|---|---|---|
| 02/22/20 | 14:47:14 | Rec | MMAR | VISA | Visa Pt Ins Chk | -105.21 |
| | | | | | Dep 02/23/20 DCC 5 | |
| 04/18/20 | 21:02:56 | Rec | RPDX | ANTH | Anthem Insurance (all Plans)Pt Ins ANTHChk 02/28/20 REDACTED | -245.49 |
| | | | | | Dep 02/28/20 DLBI 13 | |
| 04/18/20 | 21:02:56 | Adj | RPDX | CE | Insurance Adjustment | -256.47 |
| 02/22/20 | 13:21:57 | Msg | LOAD | HO(PY) | PREPAYMENT HOLD St N In N | |
| 02/24/20 | 14:47:14 | Msg | MMAR | TM | TICKET RECYCLED St N In N | |
| 02/25/20 | 07:07:51 | Msg | SYS | TM | XPEDITOR ACCEPT: St N In N | |
| 02/25/20 | 07:07:51 | Msg | | | CABS02 | |
| 02/26/20 | 05:10:53 | Msg | SYS | TM | XPEDITOR ACCEPT: forwarded to (Direct): California Blue St N In N | |
| 02/26/20 | 05:10:53 | Msg | | | Shield - Physician | |
| 02/26/20 | 10:16:17 | Msg | | | 837 FILE ACCEPTED CaBsPh 000050009 | |
| 02/26/20 | 05:09:13 | Msg | SYS | TM | PAYER MESSAGE: FRONTEND ACCEPT St N In N | |
| 04/08/20 | 07:05:28 | Msg | SYS | TM | XPEDITOR ACCEPT: St N In N | |
| 04/08/20 | 07:05:28 | Msg | | | CABS02 | |
| 04/08/20 | 10:07:21 | Msg | | | XPEDITOR ACCEPT: forwarded to (Direct): California Blue | |
| 04/08/20 | 10:07:21 | Msg | | | Shield - Physician | |
| 04/09/20 | 10:24:18 | Msg | SYS | TM | 837 FILE ACCEPTED CaBsPh 000050042 | |
| 04/08/20 | 05:03:13 | Msg | SYS | TM | PAYER MESSAGE: FRONTEND ACCEPT St N In N | |
| 04/18/20 | 21:02:52 | Msg | RPDX | TM | REDACTED St N In A | |
| 04/18/20 | 21:02:52 | Msg | RPDX | TM | COINSURANCE AMOUNT St N In N | |

**EXHIBIT 26**
**196**

| | | | | |
|---|---|---|---|---|
| 04/18/20 21:02:52 Msg | | | CHARGE EXCEEDS FEE SCHEDULE/MAXIMUM ALLOWABLE OR CONTRACTED/ | |
| 04/18/20 21:02:52 Msg | | | LEGISLATED FEE ARRANGEMENT. USAGE: THIS ADJUSTMENT AMOUNT | |
| 04/18/20 21:02:52 Msg | | | CANNOT EQUAL THE TOTAL SERVICE OR CLAIM CHARGE AMOUNT; AND | |
| 04/18/20 21:02:52 Msg | | | MUST NOT DUPLICATE PROVIDER ADJUSTMENT AMOUNTS (PAYMENTS | |
| 04/18/20 21:02:52 Msg | | | AND CONTRACTUAL REDUCTIONS) THAT HAVE RESULTED FROM PRIOR | |
| 04/18/20 21:02:52 Msg | | | PAYER(S) ADJUDICATION. (USE ONLY WITH GROUP CODES PR OR CO | |
| 04/18/20 21:02:52 Msg | | | DEPENDING UPON LIABILITY) | |
| 04/18/20 21:02:52 Msg | | | SEE THE PAYER'S WEB SITE OR CONTACT THE PAYER'S CUSTOMER | |
| 04/18/20 21:02:52 Msg | | | SERVICE DEPARTMENT TO OBTAIN FORMS AND INSTRUCTIONS FOR | |
| 04/18/20 21:02:52 Msg | | | FILING A PROVIDER DISPUTE. | |
| 04/18/20 21:02:56 Msg | RPDX | TM | $105.21 APPLIED TO YOUR COPAY/COINSURANCE<br>St A In N | |
| 04/18/20 21:02:56 Msg | RPDX | TM | TICKET IS AT ZERO BALANCE<br>St N In N | |
| 02/22/20 13:21:57 Bill | LOAD | 1 | Blue Shield Of CalifornSeq Pri  Origin Initial Bill    Asn Yes Media Electronic<br>Type Phys File Submitted 1 - CABS02/BS001 | 607.17 |
| 04/07/20 23:54:40 Bill | SYS | 1 | Blue Shield Of CalifornSeq Pri  Origin Follow-Up BillAsn Yes Media Electronic<br>Type Phys File Submitted 1 - CABS02/BS001 | 607.17 |
| 02/27/20 19:10:03 Rmt | | ANTH | Chk 02/28/20REDACTED          714.0CCN# 20097368640CClm 607.17<br>All 350.70 | -245.49 |
| 04/13/20 18:18:37 Rmt | | ANTH | Chk 04/13/20 REDACTED       -7.22 LCN# 20161746910CClm 607.17<br>All 0.00 | 0.00 |

© 2020 Quadax, Inc. :: Terms of Use :: Quadax Support :: 08-06-2020 :: AtbP05

EXHIBIT 26
197

EXPLANATION OF BENEFITS

PAYER    : FEP BASIC CLAIMS ACCOUNT-FACETS
PAYEE    : DEXCOM
PROV/TAX ID# : REDACTED
CHECK/EFT# :
CHECK DATE : 02/28/20
CLAIM STATUS : 1-Processed as Primary

PAGE#          : 1
PRINTED DATE   : 08/06/20
INS PLAN       :
DEMAND EOB     :
OPERATOR CD    : JBDX

| PERF PROV | SERV DATE | POS | NOS | PROC | MODS | BILLED | ALLOWED | DEDUCT | CO-INS+PAY | GRP/RC-AMT | PROV PD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| NAME REDACTED | REDACTED | | | HIC REDACTED | | | ACNT DX220155 | | CTL REDACTED | ASG Y MOA | |
| | | 30 | | A9276 | NU | 607.17 | 350.70 | 0.00 | (105.21) PR-2 CO-45 N220 | 105.21 256.47 0.00 | 245.49 |
| PT RESP | 105.21 | | | CLAIM TOTALS | | 607.17 | 350.70 | 0.00 | (105.21) | 361.68 | 245.49 |
| | | | | | | | | | | | 245.49 NET |

EXHIBIT 26
198

Client: (DX) Dexcom -- Version: HARP v3.70.00 -- Operator: JBDX -- Date: 08/06/2020 -- Session: 1925485039 -- Program: REPORT-h3InqTick&x=dap
 • 1)Ticket Summary    • 2)Show Documents    ✖ 3)Pay by Phone    ▼ 4)Messaging    ▼ 5)Claims    ▼ 6)Updates    ▼ 7)Printing
 ✖ 8)Upload Client Docs

**Patient Account #** REDACTED

REDACTED

# REDACTED

| | | | |
|---|---|---|---|
| | **DOB** REDACTED | **Stmnt** Y ⊞ | **Acct Bal** 0.00 |
| | **SSN** | **Coll** Y | **Ins** REDACTED ⊞ |
| | **MR#** REDACTED | | **PAS Sync** N |
| | | | **Acct Msgs** ⊞ |
| | | | **Demo Updt** 01/22/20 ⊞ |

**Ticket # 266442** 🗗 ⊞ **Zero Balance**
**Bill** DEX **Ship** 03 **Prod** SENS **Stat** CA **Inst**
**Spec** **Clnt** **Referral** Q-3601 **Bill Grp** 01 **Summ** Ins 1 **Balance** 0.00
**PAS Case#** No Case # ⊞

**Charges** ⚒ ➊ ➋

| Line | Date | Op | Proc | Desc | ICD-10 | Units | POS | TOS | CPT | Bill Dt | Chg Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 03/19/20 | LOAD | STSOR003 | G6 Sensor Kit 3-Pack Us | E119 E1065 | 30.0 | 12 | | A9276 | | 607.17 |
| Totals | | | | | | 30.0 | | | | | 607.17 |

**History** ⚒

| | | | | | ☑ Rec ☑ Adj ☑ Msg ☑ Bill ☑ Denial ☑ Stmnt ☑ Remit |
|---|---|---|---|---|---|
| **Date** | **Time** | **Type** | **Op** | **Code** | **Description** | **Amt** |

| Date | Time | Type | Op | Code | Description | Amt |
|---|---|---|---|---|---|---|
| 03/23/20 | 16:06:30 | Rec | JCRU | VISA | Visa    Pt Ins    Chk    Dep 03/21/20 DCC 1 | -105.21 |
| 03/28/20 | 17:08:01 | Rec | SDOM | ANTH | Anthem Insurance (all Plans) Pt Ins  ANTH Chk 03/26/20 REDACTED    Dep 03/26/20 DLB1 15 | -245.49 |
| 03/28/20 | 17:08:01 | Adj | SDOM | CE | Insurance Adjustment | -256.47 |
| 03/20/20 | 04:22:00 | Msg | LOAD | TM | PREPAYMENT TICKET    St In | |
| 03/20/20 | 04:22:00 | Msg | LOAD | HO(PY) | PREPAYMENT HOLD    St N In N | |
| 03/23/20 | 05:08:27 | Msg | SYS | TM | XPEDITOR ACCEPT:    St N In N | |
| 03/23/20 | 05:08:27 | Msg | | | CABS02 | |
| 03/23/20 | 10:06:52 | Msg | | | XPEDITOR ACCEPT: forwarded to (Direct): Califomia Blue | |
| 03/23/20 | 10:06:52 | Msg | | | Shield - Physician | |
| 03/23/20 | 16:06:30 | Msg | JCRU | TM | TICKET RECYCLED    St N In N | |
| 03/24/20 | 10:23:01 | Msg | SYS | TM | 837 FILE ACCEPTED CaBsPh 000050029    St N In N | |
| 03/23/20 | 05:11:38 | Msg | SYS | TM | PAYER MESSAGE: FRONTEND ACCEPT    St N In N | |
| 03/28/20 | 17:04:28 | Msg | SDOM | TM | REDACTED    St N In A | |
| 03/28/20 | 17:04:28 | Msg | SDOM | TM | COINSURANCE AMOUNT    St N In N | |
| 03/28/20 | 17:04:28 | Msg | | | CHARGE EXCEEDS FEE SCHEDULE/MAXIMUM ALLOWABLE OR CONTRACTED/ | |
| 03/28/20 | 17:04:28 | Msg | | | LEGISLATED FEE ARRANGEMENT. USAGE: THIS ADJUSTMENT AMOUNT | |
| 03/28/20 | 17:04:28 | Msg | | | CANNOT EQUAL THE TOTAL SERVICE OR CLAIM CHARGE AMOUNT; AND | |
| 03/28/20 | 17:04:28 | Msg | | | MUST NOT DUPLICATE PROVIDER ADJUSTMENT AMOUNTS (PAYMENTS | |
| 03/28/20 | 17:04:28 | Msg | | | AND CONTRACTUAL REDUCTIONS) THAT HAVE RESULTED FROM PRIOR | |
| 03/28/20 | 17:04:28 | Msg | | | PAYER(S) ADJUDICATION. (USE ONLY WITH GROUP CODES PR OR CO | |

**EXHIBIT 26**
**199**

| | | | | |
|---|---|---|---|---|
| 03/28/20 17:04:28 Msg | | | DEPENDING UPON LIABILITY) | |
| 03/28/20 17:04:28 Msg | | | SEE THE PAYER'S WEB SITE OR CONTACT THE PAYER'S CUSTOMER | |
| 03/28/20 17:04:28 Msg | | | SERVICE DEPARTMENT TO OBTAIN FORMS AND INSTRUCTIONS FOR | |
| 03/28/20 17:04:28 Msg | | | FILING A PROVIDER DISPUTE. | |
| 03/28/20 17:08:01 Msg | SDOM TM | | $105.21 APPLIED TO YOUR COPAY/COINSURANCE<br>St A In N | |
| 03/28/20 17:08:01 Msg | SDOM TM | | TICKET IS AT ZERO BALANCE<br>St N In N | |
| 03/20/20 04:22:00 Bill | LOAD I | | Blue Shield Of Californ Seq Pri  Origin Initial Bil Asn Yes Media Electronic<br>Type Phys File Submitted 1 - CABS02/BS001 | 607.17 |
| 03/25/20 20:51:25 Rmt | | ANTH | Chk 03/26/20 REDACTED -490.96 CCN# REDACTED Clm 607.17<br>All 350.70 | -245.49 |

© 2020 Quadax, Inc. :: Terms of Use :: Quadax Support :: 09/06/2020 :: AtbP05

EXPLANATION OF BENEFITS

PAYER           : FEP BASIC CLAIMS ACCOUNT-FACETS
PAYEE           : DEXCOM
PROV/TAX ID#    : REDACTED
CHECK/EFT#      :
CHECK DATE      : 03/26/20
CLAIM STATUS    : 1-Processed as Primary

PAGE#           : 1
PRINTED DATE    : 08/06/20
INS PLAN        :
DEMAND EOB      :
OPERATOR CD     : JBDX

| PERF PROV | SERV DATE | POS | NOS | PROC | MODS | BILLED | ALLOWED | DEDUCT | CO-INS+PAY | GRP/RC-AMT | PROV PD |
|-----------|-----------|-----|-----|------|------|--------|---------|--------|------------|------------|---------|
| NAME REDACTED | | | | HIC REDACTED | | | ACNT REDACTED | | CTL REDACTED | ASG Y MOA | |
| REDACTED | | | 30 | A9276 | NU | 607.17 | 350.70 | 0.00 | (105.21) PR-2 | 105.21 | 245.49 |
| | | | | | | | | | CO-45 | 256.47 | |
| | | | | | | | | | N220 | 0.00 | |
| PT RESP | 105.21 | | | CLAIM TOTALS | | 607.17 | 350.70 | 0.00 | (105.21) | 361.68 | 245.49 |
| | | | | | | | | | | | 245.49 NET |

EXHIBIT 26
201

Client: (DX) Dexcom -- Version: HARP v3.70.00 -- Operator: JBDX -- Date: 08/06/2020 -- Session: 1925485039 -- Program: REPORT-h3inqTick&x=disp
• 1)Ticket Summary   • 2)Show Documents   ⊠ 3)Pay by Phone   ▼ 4)Messaging   ▼ 5)Claims   ▼ 6)Updates   ▼ 7)Printing
⊠ 8)Upload Client Docs

**Patient Account #** REDACTED

REDACTED

# REDACTED

| | | |
|---|---|---|
| **DOB** REDACTED | **Stmnt** Y ⊞ | **Acct Bal** 0.00 |
| **SSN** | **Coll** Y | **Ins** REDACTED ⊞ |
| **MR#** REDACTED | | **PAS Sync** N |
| | | **Acct Msgs** ⊞ |
| | | **Demo Updt** 01/22/20 ⊞ |

**Ticket #** 375658 ⊟ ⊞ **Zero Balance**
**Bill** DEX **Ship** 03 **Prod** SENS **Stat** CA **Inst**
**Spec** **Clnt** **Referral** Q-3601 **Bill Grp** 01 **Summ Ins** 1 **Balance** 0.00
**PAS Case#** No Case # ⊞

**Charges** ⚒ ⊕ ⊙

| Line | Date | Op | Proc | Desc | ICD-10 | Units | POS | TOS | CPT | Bill Dt | Chg Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 05/12/20 | LOAD | STSOR003 | G6 Sensor Kit 3-Pack Us | E119 E1065 | 30.0 | 12 | | A9276 | | 607.17 |
| Totals | | | | | | 30.0 | | | | | 607.17 |

**History** ⚒

⊠ Rec ⊠ Adj ⊠ Msg ⊠ Bill ⊠ Denial ⊠ Stmnt ⊠ Remit

| Date | Time | Type | Op | Code | Description | Amt |
|---|---|---|---|---|---|---|
| 05/14/20 | 10:19:12 | Rec | MMAR | VISA | Visa Pt Ins Chk | -105.21 |
| | | | | | Dep 05/14/20 DCC 1 | |
| 05/22/20 | 21:57:20 | Rec | SDOM | ANTH | Anthem Insurance (all Plans)Pt Ins ANTHChk 05/19/20 REDACTED | -245.49 |
| | | | | | Dep 05/19/20 DLBI 42 | |
| 05/22/20 | 21:57:20 | Adj | SDOM | CE | Insurance Adjustment | -256.47 |
| 05/13/20 | 04:23:58 | Msg | LOAD | TM | PREPAYMENT TICKET St In | |
| 05/13/20 | 04:23:58 | Msg | LOAD | HO(PY) | PREPAYMENT HOLD St N In N | |
| 05/14/20 | 07:18:10 | Msg | SYS | TM | XPEDITOR ACCEPT: St N In N | |
| 05/14/20 | 07:18:10 | Msg | | | CABS02 | |
| 05/14/20 | 08:21:52 | Msg | | | XPEDITOR ACCEPT: forwarded to (Direct): California Blue | |
| 05/14/20 | 08:21:52 | Msg | | | Shield - Physician | |
| 05/14/20 | 10:19:12 | Msg | MMAR | TM | TICKET RECYCLED St N In N | |
| 05/15/20 | 10:08:12 | Msg | SYS | TM | 837 FILE ACCEPTED CaBsPh 000050078 St N In N | |
| 05/14/20 | 05:07:46 | Msg | SYS | TM | PAYER MESSAGE: FRONTEND ACCEPT St N In N REDACTED | |
| 05/22/20 | 21:57:11 | Msg | SDOM | TM | St N In A | |
| 05/22/20 | 21:57:11 | Msg | SDOM | TM | COINSURANCE AMOUNT St N In N | |
| 05/22/20 | 21:57:11 | Msg | | | CHARGE EXCEEDS FEE SCHEDULE/MAXIMUM ALLOWABLE OR CONTRACTED/ | |
| 05/22/20 | 21:57:11 | Msg | | | LEGISLATED FEE ARRANGEMENT. USAGE: THIS ADJUSTMENT AMOUNT | |
| 05/22/20 | 21:57:11 | Msg | | | CANNOT EQUAL THE TOTAL SERVICE OR CLAIM CHARGE AMOUNT; AND | |
| 05/22/20 | 21:57:11 | Msg | | | MUST NOT DUPLICATE PROVIDER ADJUSTMENT AMOUNTS (PAYMENTS | |
| 05/22/20 | 21:57:11 | Msg | | | AND CONTRACTUAL REDUCTIONS) THAT HAVE RESULTED FROM PRIOR | |
| 05/22/20 | 21:57:11 | Msg | | | PAYER(S) ADJUDICATION. (USE ONLY WITH GROUP CODES PR OR CO | |

**EXHIBIT 26**
**202**

| | | | | |
|---|---|---|---|---|
| 05/22/20 21:57:11 Msg | | | DEPENDING UPON LIABILITY) | |
| 05/22/20 21:57:11 Msg | | | SEE THE PAYER'S WEB SITE OR CONTACT THE PAYER'S CUSTOMER | |
| 05/22/20 21:57:11 Msg | | | SERVICE DEPARTMENT TO OBTAIN FORMS AND INSTRUCTIONS FOR | |
| 05/22/20 21:57:11 Msg | | | FILING A PROVIDER DISPUTE. | |
| 05/22/20 21:57:20 Msg | SDOM | TM | $105.21 APPLIED TO YOUR COPAY/COINSURANCE<br>St A In N | |
| 05/22/20 21:57:20 Msg | SDOM | TM | TICKET IS AT ZERO BALANCE<br>St N In N | |
| 05/13/20 04:23:58 Bill | LOAD | 1 | Blue Shield Of California Req Pri  Origin Initial Bill Asn Yes Media Electronic<br>Type Phys File Submitted 1 - CABS02/BS001 | 607.17 |
| 05/16/20 18:39:55 Rmt | | ANTH | Chk 05/19/20 REDACTED -3,094.8 CN# REDACTED Elm 607.17<br>All 350.70 | -245.49 |

© 2020 Quadax, Inc. :: Terms of Use :: Quadax Support :: 08/06/2020 :: AtbP05

EXHIBIT 26
203

EXPLANATION OF BENEFITS

PAYER       : FEP BASIC CLAIMS ACCOUNT-FACETS
PAYEE       : DEXCOM
PROV/TAX ID# : REDACTED
CHECK/EFT#  :
CHECK DATE  : 05/19/20
CLAIM STATUS : 1-Processed as Primary

PAGE#          : 1
PRINTED DATE   : 08/06/20
INS PLAN       :
DEMAND EOB     :
OPERATOR CD    : JBDX

| PERF PROV | SERV DATE | POS | NOS | PROC | MODS | BILLED | ALLOWED | DEDUCT | CO-INS+PAY | GRP/RC-AMT | PROV PD |
|-----------|-----------|-----|-----|------|------|--------|---------|--------|------------|------------|---------|
| NAME REDACTED | | | | HIC REDACTED | | | ACNT REDACTED | | CTL REDACTED | ASG Y MOA | |
| REDACTED | | | 30 | A9276 | NU | 607.17 | 350.70 | 0.00 | (105.21) PR-2<br>CO-45<br>N220 | 105.21<br>256.47<br>0.00 | 245.49 |
| | CLAIM TOTALS | | | | | 607.17 | 350.70 | 0.00 | (105.21) | 361.68 | 245.49 |
| PT RESP | 105.21 | | | | | | | | | | 245.49 NET |

EXHIBIT 26
204

Client: (DX) Dexcom -- Version: HARP v3.70.00 -- Operator: JBDX -- Date: 08/06/2020 -- Session: 1925485039 -- Program: REPORT>h3inqTick&x=disp
● 1)Ticket Summary    ● 2)Show Documents    ● 3)Pay by Phone    ▼ 4)Messaging    ● 5)Claims    ▼ 6)Updates    ▼ 7)Printing
✕ 8)Upload Client Docs

**Patient Account #** REDACTED

REDACTED

| | | |
|---|---|---|
| **DOB** REDACTED | **Stmnt** Y ⊞ | **Acct Bal** 0.00 |
| **SSN** | **Coll** Y | **Ins** REDACTED⊞ |
| **MR#** REDACTED | | **PAS Sync** N |
| | | **Acct Msgs** ⊞ |
| | | **Demo Updt** 01/22/20 ⊞ |

# REDACTED

**Ticket # 414175** ⊡ ⊞ **Zero Balance**
**Bill** DEX **Ship** 03 **Prod** SENS **Stnt** CA **Inst**
**Spec** **Clnt** **Referral** Q-3601 **Bill Grp** 01 **Summ Ins** 1 **Balance** 0.00
**PAS Case#** No Case # ⊞

**Charges** ✄ ◐ ◑

| Line | Date | Op | Proc | Desc | ICD-10 | Units | POS | TOS | CPT | Bill Dt | Chg Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 06/04/20 | LOAD | STSOR003 | G6 Sensor Kit 3-Pack Us | E119 E1065 | 30.0 | 12 | | A9276 | | 607.17 |
| Totals | | | | | | 30.0 | | | | | 607.17 |

**History** ✄

☑ Rec  ☑ Adj  ☑ Msg  ☑ Bill  ☑ Denial  ☑ Stmnt  ☑ Remit

| Date | Time | Type↕ | Op | Code | Description | Amt |
|---|---|---|---|---|---|---|
| 06/08/20 | 10:40:06 | Rec | JCRU | VISA | Visa<br>**Dep** 06/06/20 DCC 2 | Pt Ins    Chk | -105.21 |
| 06/16/20 | 13:43:00 | Rec | DPDX | ANTH | Anthem Insurance (all Plans) Pt Ins  ANTH Chk 06/11/20 REDACTED<br>**Dep** 06/11/20 DLBI 12 | -245.49 |
| 06/16/20 | 13:43:00 | Adj | DPDX | CE | Insurance Adjustment | -256.47 |
| 06/05/20 | 04:25:29 | Msg | LOAD | TM | PREPAYMENT TICKET<br>St In | |
| 06/05/20 | 04:25:29 | Msg | LOAD | HO(PY) | PREPAYMENT HOLD<br>St N In N | |
| 06/08/20 | 05:14:39 | Msg | SYS | TM | XPEDITOR ACCEPT:<br>St N In N | |
| 06/08/20 | 05:14:39 | Msg | | | CABS02 | |
| 06/08/20 | 10:10:17 | Msg | | | XPEDITOR ACCEPT: forwarded to (Direct): California Blue | |
| 06/08/20 | 10:10:17 | Msg | | | Shield - Physician | |
| 06/08/20 | 10:40:06 | Msg | JCRU | TM | TICKET RECYCLED<br>St N In N | |
| 06/09/20 | 10:12:12 | Msg | SYS | TM | 837 FILE ACCEPTED CaBsPh 000050099<br>St N In N | |
| 06/16/20 | 13:42:56 | Msg | DPDX | TM | REDACTED<br>St N In A | |
| 06/16/20 | 13:42:56 | Msg | DPDX | TM | COINSURANCE AMOUNT<br>St N In N | |
| 06/16/20 | 13:42:56 | Msg | | | CHARGE EXCEEDS FEE SCHEDULE/MAXIMUM ALLOWABLE OR CONTRACTED/ | |
| 06/16/20 | 13:42:56 | Msg | | | LEGISLATED FEE ARRANGEMENT. USAGE: THIS ADJUSTMENT AMOUNT | |
| 06/16/20 | 13:42:56 | Msg | | | CANNOT EQUAL THE TOTAL SERVICE OR CLAIM CHARGE AMOUNT; AND | |
| 06/16/20 | 13:42:56 | Msg | | | MUST NOT DUPLICATE PROVIDER ADJUSTMENT AMOUNTS (PAYMENTS | |
| 06/16/20 | 13:42:56 | Msg | | | AND CONTRACTUAL REDUCTIONS) THAT HAVE RESULTED FROM PRIOR | |
| 06/16/20 | 13:42:56 | Msg | | | PAYER(S) ADJUDICATION. (USE ONLY WITH GROUP CODES PR OR CO | |
| 06/16/20 | 13:42:56 | Msg | | | DEPENDING UPON LIABILITY) | |
| 06/16/20 | 13:42:56 | Msg | | | SEE THE PAYER'S WEB SITE OR CONTACT THE PAYER'S CUSTOMER | |

**EXHIBIT 26**
**205**

| | | |
|---|---|---|
| 06/16/20 13:42:56 Msg | | SERVICE DEPARTMENT TO OBTAIN FORMS AND INSTRUCTIONS FOR |
| 06/16/20 13:42:56 Msg | | FILING A PROVIDER DISPUTE. |
| 06/16/20 13:43:00 Msg DPDX TM | | $105.21 APPLIED TO YOUR COPAY/COINSURANCE<br>St A In N |
| 06/16/20 13:43:00 Msg DPDX TM | | TICKET IS AT ZERO BALANCE<br>St N In N |
| 06/05/20 04:25:29 Bill LOAD 1 | | Blue Shield Of CaliforniaSeq Pri Origin Initial BillAsn Yes Media Electronic<br>Type Phys File Submitted 1 - CABS02/BS001 | 607.17 |
| 06/10/20 20:12:42 Rmt ANTH | | Clk 06/11/20 REDACTED 290.00 CN# REDACTED Clm 607.17<br>All 350.70 | -245.49 |

© 2020 Quadax, Inc. :: Terms of Use :: Quadax Support :: 08/06/2020 :: AtbP05

EXHIBIT 26
206

EXPLANATION OF BENEFITS

PAYER        : FEP BASIC CLAIMS ACCOUNT-FACETS
PAYEE        : DEXCOM
PROV/TAX ID# : REDACTED
CHECK/EFT#   :
CHECK DATE   : 06/11/20
CLAIM STATUS : 1-Processed as Primary

PAGE#          : 1
PRINTED DATE   : 08/06/20
INS PLAN       :
DEMAND EOB     :
OPERATOR CD    : JBDX

| PERF PROV | SERV DATE | POS | NOS | PROC | MODS | BILLED | ALLOWED | DEDUCT | CO-INS+PAY | GRP/RC-AMT | PROV PD |
|-----------|-----------|-----|-----|------|------|--------|---------|--------|------------|------------|---------|
| NAME REDACTED | | | | HIC REDACTED | | | ACNT REDACTED | | CTL REDACTED | ASG Y MOA | |
| REDACTED | | | 30 | A9276 | NU | 607.17 | 350.70 | 0.00 | (105.21) PR-2 CO-45 N220 | 105.21 256.47 0.00 | 245.49 |
| PT RESP | 105.21 | | | CLAIM TOTALS | | 607.17 | 350.70 | 0.00 | (105.21) | 361.68 | 245.49 |
| | | | | | | | | | | | 245.49 NET |

EXHIBIT 26
207

Client: (DX) Dexcom -- Version: HARP v3.70.00 -- Operator: JBDX -- Date: 08 06/2020 -- Session: 1925485039 -- Program: REPORT-h3inqTick&x-disp
• 1)Ticket Summary　　• 2)Show Documents　　✱ 3)Pay by Phone　　▼ 4)Messaging　　▼ 5)Claims　　▼ 6)Updates　　▼ 7)Printing
✱ 8)Upload Client Docs

**Patient Account #** REDACTED

REDACTED

# REDACTED

| | | | |
|---|---|---|---|
| | DOB REDACTED | Stmnt Y ⊞ | Acct Bal 0.00 |
| | SSN | Coll Y | Ins REDACTED ⊞ |
| | MR# REDACTED | | PAS Sync N |
| | | | Acct Msgs ⊞ |
| | | | Demo Updt 01/22/20 ⊞ |

**Ticket # 449886** 🖰 ⊞ **Zero Balance**
Bill DEX Ship 03 Prod SENS Stat CA Inst
Spec Clnt Referral Q-3601 Bill Grp 01 Summ Ins 1 Balance 0.00
**PAS Case#** No Case # ⊞

**Charges** ⚒ ◷

| Line | Date | Op | Proc | Desc | ICD-10 | Units | POS | TOS | CPT | Bill Dt | Chg Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 06/29/20 | LOAD | STSOR003 | G6 Sensor Kit 3-Pack Us | E119 E1065 | 30.0 | 12 | | A9276 | | 607.17 |
| Totals | | | | | | 30.0 | | | | | 607.17 |

**History** ⚒

☑ Rec ☑ Adj ☑ Msg ☑ Bill ☑ Denial ☑ Stmnt ☑ Remit

| Date | Time | Type | Op | Code | Description | Amt |
|---|---|---|---|---|---|---|
| 07/02/20 | 15:38:18 | Rec | MMAR | VISA | Visa Pt Ins Chk | -105.21 |
| | | | | | Dep 07/01/20 DCC 2 | |
| 07/08/20 | 16:14:21 | Rec | DPDX | ANTH | Anthem Insurance (all Plans)Pt Ins ANTHChk 07/07/20 REDACTED | -245.49 |
| | | | | | Dep 07/06/20 DLBI 17 | |
| 07/08/20 | 16:14:21 | Adj | DPDX | CE | Insurance Adjustment | -256.47 |
| 06/30/20 | 04:23:47 | Msg | LOAD | TM | PREPAYMENT TICKET St In | |
| 06/30/20 | 04:23:47 | Msg | LOAD | HO(PY) | PREPAYMENT HOLD St N In N | |
| 07/01/20 | 07:12:38 | Msg | SYS | TM | XPEDITOR ACCEPT: St N In N | |
| 07/01/20 | 07:12:38 | Msg | | | CABS02 | |
| 07/01/20 | 10:03:37 | Msg | | | XPEDITOR ACCEPT: forwarded to (Direct): California Blue | |
| 07/01/20 | 10:03:37 | Msg | | | Shield - Physician | |
| 07/02/20 | 10:10:15 | Msg | SYS | TM | 837 FILE ACCEPTED CaBsPh 000050118 St N In N | |
| 07/02/20 | 15:38:18 | Msg | MMAR | TM | TICKET RECYCLED St N In N | |
| 07/01/20 | 05:09:07 | Msg | SYS | TM | PAYER MESSAGE: FRONTEND ACCEPT St N In N | |
| 07/08/20 | 16:14:17 | Msg | DPDX | TM | REDACTED St N In A | |
| 07/08/20 | 16:14:17 | Msg | DPDX | TM | COINSURANCE AMOUNT St N In N | |
| 07/08/20 | 16:14:17 | Msg | | | CHARGE EXCEEDS FEE SCHEDULE/MAXIMUM ALLOWABLE OR CONTRACTED/ | |
| 07/08/20 | 16:14:17 | Msg | | | LEGISLATED FEE ARRANGEMENT. USAGE: THIS ADJUSTMENT AMOUNT | |
| 07/08/20 | 16:14:17 | Msg | | | CANNOT EQUAL THE TOTAL SERVICE OR CLAIM CHARGE AMOUNT; AND | |
| 07/08/20 | 16:14:17 | Msg | | | MUST NOT DUPLICATE PROVIDER ADJUSTMENT AMOUNTS (PAYMENTS | |
| 07/08/20 | 16:14:17 | Msg | | | AND CONTRACTUAL REDUCTIONS) THAT HAVE RESULTED FROM PRIOR | |
| 07/08/20 | 16:14:17 | Msg | | | PAYER(S) ADJUDICATION. (USE ONLY WITH GROUP CODES PR OR CO | |

**EXHIBIT 26**
**208**

| | | | | | |
|---|---|---|---|---|---|
| 07/08/20 16:14:17 Msg | | | DEPENDING UPON LIABILITY) | | |
| 07/08/20 16:14:17 Msg | | | SEE THE PAYER'S WEB SITE OR CONTACT THE PAYER'S CUSTOMER | | |
| 07/08/20 16:14:17 Msg | | | SERVICE DEPARTMENT TO OBTAIN FORMS AND INSTRUCTIONS FOR | | |
| 07/08/20 16:14:17 Msg | | | FILING A PROVIDER DISPUTE. | | |
| 07/08/20 16:14:21 Msg | DPDX | TM | $105.21 APPLIED TO YOUR COPAY/COINSURANCE St A In N | | |
| 07/08/20 16:14:21 Msg | DPDX | TM | TICKET IS AT ZERO BALANCE St N In N | | |
| 06/30/20 04:23:47 Bill | LOAD | I | Blue Shield Of California Seq Pri Origin Initial Bill sn Yes Media Electronic Type Phys File Submitted 1 - CABS02/BS001 | 607.17 | |
| 07/03/20 18:35:56 Rmt | | ANTH | Chk 07/07/20 REDACTED -3,062. ICN# REDACTED Clm 607.17 All 350.70 | | -245.49 |

© 2020 Quadax, Inc. :: Terms of Use :: Quadax Support :: 08/06/2020 :: AtbP05

EXHIBIT 26
209

EXPLANATION OF BENEFITS

PAYER       : FEP BASIC CLAIMS ACCOUNT-FACETS
PAYEE       : DEXCOM
PROV/TAX ID# : REDACTED
CHECK/EFT#  : 07/07/20
CHECK DATE  :
CLAIM STATUS : 1-Processed as Primary

PAGE#         : 1
PRINTED DATE  : 08/06/20
INS PLAN      :
DEMAND EOB    :
OPERATOR CD   : JBDX

| PERF PROV | SERV DATE | POS | NOS | PROC | MODS | BILLED | ALLOWED | DEDUCT | CO-INS+PAY | GRP/RC-AMT | PROV PD |
|-----------|-----------|-----|-----|------|------|--------|---------|--------|------------|------------|---------|
| NAME REDACTED | | | | HIC REDACTED | | | ACNT REDACTED | | CTL REDACTED | ASG Y MOA | |
| REDACTED | | | 30 | A9276 NU | | 607.17 | 350.70 | 0.00 | (105.21) PR-2 CO-45 N220 | 105.21 256.47 0.00 | 245.49 |
| PT RESP | 105.21 | | | CLAIM TOTALS | | 607.17 | 350.70 | 0.00 | (105.21) | 361.68 | 245.49 |
| | | | | | | | | | | | 245.49 NET |

EXHIBIT 26
210

# EXHIBIT 27

EXHIBIT 27
211

EXHIBIT 27
212

| Patient Name: | Patient ID: | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Payer: Anthem | HCPCS Code | Quantity | Charge Amount Pd | 01/10/2019 | 01/24/2019 | 03/07/2019 | 03/07/2019 | 4/00/2019 | 5/23/2019 | 6/27/2019 | 7/10/2019 | 7/25/2019 | 8/07/2019 | 9/19/2019 | 10/17/2019 | 11/7/2019 |
| 05 & US | | | | | | | | | | | | | | | | |
| | A9278 | 1 | 793.68 | 896 | | | | | | 896 | | | | | | |
| | A4277 | 1 | 960.04 | 583.5 | | | | | | | | | | | | |
| | A4276 | 30 | 407.17 | 360.07 | 350.7 | 350.7 | 350.7 | 350.7 | 350.7 | 350.7 | 350.7 | 350.7 | 350.7 | 350.7 | 350.7 |
| | 10554 | 1 | 276.20 | 270.24 | | | | | | | | | | | | |
| | 81055 13 | 1 | 256.89 | 256.89 | 256.89 | 256.89 | 256.89 | 256.89 | 256.89 | 256.89 | 256.89 | 256.89 | 256.89 | 256.89 | 220.78 |
| | 81055 | 1 | 256.89 | | | | | | | | | | | | 220.78 |

| | | |
|---|---|---|
| 2019 Difference | $ 1,050.97 | 953.07 | 93.81 | 93.81 | 93.81 | 93.81 | 689.81 | 93.81 | 93.81 | 689.81 | 129.92 | 129.92 | 129.92 | 129.92 |
| 2020 Difference | $ 3,345.44 | | | | | | | | | | | | | |
| TOTAL Difference | $ 4,401.41 | FALSE | FALSE | 93.81 | 93.81 | 93.81 | 93.81 | 687.41 | 93.81 | 93.81 | 506 | 129.92 | 129.92 | 129.92 | 129.92 |

# EXHIBIT 28

EXHIBIT 28
213

# Explanation of Benefits (EOB)
Adjudicated at Line Level

## Provider Information

| | | | |
|---|---|---|---|
| DEXCOM INC | FYE: | EFT/Check#: | REDACTED |
| DEPT LA 24120 | Check Date: 10/28/2019 | Payer Name: | BLUECROSS BLUESHIELD OF ILLINO |
| PASADENA CA 91185 | NPI/Legacy #: REDACTED | | |

## Patient Information

| | | |
|---|---|---|
| Patient Name: REDACTED | PCN: REDACTED | |
| Patient Status: | MRN: | |
| Claim Status: 01 - Processed as Primary | ICN: REDACTED | |
| Bill Type: 121 | Member ID#: | |

Service Dates: 10/17/2019 - 10/17/2019

## Payment Information

| | | | | | |
|---|---|---|---|---|---|
| Charge Amount: | 3522.67 | Payment Amt: | 2077.70 | Blood Deductible: 0.00 | DRG Code: |
| Covered: | 3522.67 | Deductible: | 0.00 | Interest: 0.00 | DRG Amount: 0.00 |
| Non-Covered: | 0.00 | Coinsurance: | 0.00 | Contractual Adj: 1444.97 | DSH Amount: 0.00 |
| Denied: | 0.00 | Copayment: | 0.00 | Allowed Amt: 2077.70 | MSP Pri Payer 0.00 |

## Claim Level Information

| Group & Reason Code | Amount | Units | Remark Codes |
|---|---|---|---|
| No claim level information to display | | | |

## Line Level Information

| RCC | HCPCS/ Modifier | Units | DOS | Charges | Allowed | Paid | Remark Code | Group & Reason Code | Reason Code Amt | Reason Code Units |
|---|---|---|---|---|---|---|---|---|---|---|
| | A9277 | 1 | 10/17/2019 | 907.36 | 597.00 | 597.00 | | CO45 | 310.36 | 0 |
| | A9278 | 1 | 10/17/2019 | 793.80 | 506.00 | 506.00 | | CO45 | 287.80 | 0 |
| | A9276 | 90 | 10/17/2019 | 1821.51 | 974.70 | 974.70 | | CO45 | 846.81 | 0 |

*Claim was adjudicated by payer at Line Level

## Reason/Remark Summation

| Group/ Reason Code | Amount | Units | Description |
|---|---|---|---|
| CO45 | 1444.97 | 0 | CHARGE EXCEEDS FEE SCHEDULE/MAXIMUM ALLOWABLE OR CONTRACTED/LEGISLATED FEE ARRANGEMENT. USAGE: THIS ADJUSTMENT AMOUNT CANNOT EQUAL THE TOTAL SERVICE OR CLAIM CHARGE AMOUNT; AND MUST NOT DUPLICATE PROVIDER ADJUSTMENT AMOUNTS (PAYMENTS AND CONTRACTUAL REDUCTIONS) THAT HAVE RESULTED FROM PRIOR PAYER(S) ADJUDICATION. (USE ONLY WITH GROUP CODES PR OR CO DEPENDING UPON LIABILITY) |

Document number: 0002522122

EXHIBIT 28
214

Client: (DX) Dexcom -- Version: HARP v3.70.00 -- Operator: JBDX -- Date: 08/13/2020 -- Session: 1935058508 -- Program: REPORF-h3inqTick&xvdisp
• 1)Ticket Summary   • 2)Show Documents   ✕ 3)Pay by Phone   ▼ 4)Messaging   ▼ 5)Claims   ▼ 6)Updates
▼ 7)Printing   ✕ 8)Upload Client Docs

## Patient Account # REDACTED

REDACTED   DOB REDACTED  Stmnt Y ⊞   Acct Bal  0.00
# REDACTED
SSN   Coll  Y   Ins  REDACTED⊞
MR# REDACTED         PAS Sync  N
                 Acct Msgs  ⊞
                 Demo Updt 03/25/20 ⊞

**Ticket # 274997** ⊟ ⊞ Zero Balance
**Bill** DEX **Ship** 02 **Prod**  SENS **Stat**  IL  **Inst**
**Spec**  **Clnt**  **Referral** Q-3  **Bill Grp** 01  **Summ Ins** 76  **Balance** 0.00
**PAS Case#** No Case # ⊞

**Charges** ✕ 🕐

| Line | Date | Op | Proc | Desc | ICD-10 | Units | POS | TOS | CPT | Bill Dt | Chg Amt |
|------|------|-----|------|------|--------|-------|-----|-----|------|---------|---------|
| 1 | 03/24/20 | LOAD | STSOR003 | G6 Sensor Kit 3-Pack Us | E1065 | 90.0 | 12 | | A9276 | | 1,821.51 |
| Totals | | | | | | 90.0 | | | | | 1,821.51 |

**History** ✕

☑ Rec ☑ Adj ☑ Msg ☑ Bill ☑ Denial ☑ Stmnt ☑ Remit

| Date | Time | Type | Op | Code | Description | Amt |
|------|------|------|-----|------|-------------|-----|
| 04/03/20 | 09:04:27 | Rec | RPDX | 76 | Bcbs Of IllinoisPt Ins _76_ Chk 03/30/20 REDACTED Rep 03/30/20 DLBV 61 | -974.70 |
| 04/03/20 | 09:04:27 | Adj | RPDX | CE | Insurance Adjustment | -846.81 |
| 03/26/20 | 07:02:28 | Msg | SYS | TM | XPEDITER ACCEPT:<br>St N In N | |
| 03/26/20 | 07:02:28 | Msg | | | ILBS01 | |
| 03/26/20 | 10:10:00 | Msg | | | XPEDITOR ACCEPT: forwarded to (Direct): Availity/THIN - | |
| 03/26/20 | 10:10:00 | Msg | | | Physician | |
| 03/26/20 | 05:06:39 | Msg | SYS | TM | PAYER MESSAGE: FRONTEND ACCEPT<br>St N In N | |
| 03/27/20 | 05:06:39 | Msg | SYS | TM | 837 FILE ACCEPTED ThinBsPh 000328480<br>St N In N | |
| 03/26/20 | 05:08:34 | Msg | SYS | TM | PAYER MESSAGE: FRONTEND ACCEPT<br>St N In N | |
| 04/03/20 | 09:04:14 | Msg | RPDX | TM | REDACTED<br>St N In A | |
| 04/03/20 | 09:04:14 | Msg | RPDX | TM | CHARGE EXCEEDS FEE SCHEDULE/MAXIMUM ALLOWABLE OR CONTRACTED/<br>St N In N | |
| 04/03/20 | 09:04:14 | Msg | | | LEGISLATED FEE ARRANGEMENT. USAGE: THIS ADJUSTMENT AMOUNT | |
| 04/03/20 | 09:04:14 | Msg | | | CANNOT EQUAL THE TOTAL SERVICE OR CLAIM CHARGE AMOUNT; AND | |
| 04/03/20 | 09:04:14 | Msg | | | MUST NOT DUPLICATE PROVIDER ADJUSTMENT AMOUNTS (PAYMENTS | |
| 04/03/20 | 09:04:14 | Msg | | | AND CONTRACTUAL REDUCTIONS) THAT HAVE RESULTED FROM PRIOR | |
| 04/03/20 | 09:04:14 | Msg | | | PAYER(S) ADJUDICATION. (USE ONLY WITH GROUP CODES PR OR CO | |
| 04/03/20 | 09:04:14 | Msg | | | DEPENDING UPON LIABILITY) | |
| 04/03/20 | 09:04:27 | Msg | RPDX | TM | TICKET IS AT ZERO BALANCE<br>St N In N | |
| 03/25/20 | 04:27:54 | Bill | LOAD | 76 | Bcbs Of IllinoisSeq Pri Origin Initial BilAsn Yes Media Electronic<br>Type Phys File Submitted 76 - ILBS01/IBCS | 1,821.51 |
| 03/27/20 | 11:29:28 | Rmt | | 76 | Chk 03/30/20 REDACTED -75,686.44 CN# REDACTED<br>Clm 1,821.51 All 974.70 | -974.70 |

**EXHIBIT 28**
**215**

© 2020 Quadax, Inc. :: Terms of Use :: Quadax Support :: 08/13/2020 :: AtbP07

EXHIBIT 28
216

EXPLANATION OF BENEFITS

PAYER     : BLUECROSS BLUESHIELD OF ILLINOIS
PAYEE     : DEXCOM
PROV/TAX ID# : REDACTED
CHECK/EFT# :
CHECK DATE : 03/30/20
CLAIM STATUS : 1-Processed as Primary

PAGE# : 1
PRINTED DATE : 08/13/20
INS PLAN : 76
DEMAND EOB
OPERATOR CD : JBDX

| PERF PROV | SERV DATE | POS | NOS | PROC | MODS | BILLED | ALLOWED | DEDUCT | CO-INS+PAY | GRP/RC-AMT | PROV PD |
|-----------|-----------|-----|-----|------|------|--------|---------|--------|------------|-----------|---------|
| NAME REDACTED | | | | HIC REDACTED | | | ACNT REDACTED | | CTL REDACTED | MSG Y MOA | |
| | | | 90 | A9276 | | 1821.51 | 974.70 | 0.00 | 0.00 CO-45 | 846.81 | 974.70 |
| PT RESP | 0.00 | | | CLAIM TOTALS | | 1821.51 | 974.70 | 0.00 | 0.00 | 846.81 | 974.70 |
| | | | | | | | | | | | 974.70 NET |

EXHIBIT 28
217

Client: (DX) Devcem -- Version: HARP v3.70.00 -- Operator: JBDX -- Date: 08/13/2020 -- Session: 1935058508 -- Program: REPORT-b3inqTick&x=disp
- 1)Ticket Summary    • 2)Show Documents    × 3)Pay by Phone    ▾ 4)Messaging    ▾ 5)Claims    ▾ 6)Updates
- 7)Printing    × 8)Upload Client Docs

**Patient Account #** REDACTED

REDACTED

# REDACTED

| | | |
|---|---|---|
| DOB REDACTED | Stmnt Y ⊞ | Acct Bal 0.00 |
| SSN | Coll Y | Ins REDACTED ⊞ |
| MR# REDACTED | | PAS Sync N |
| | | Acct Msgs ⊞ |
| | | Demo Updt 03/25/20 ⊞ |

**Ticket #** 330550 ⊡ ⊞ Zero Balance
**Bill** DEX **Ship** 02 **Prod** TRAN **Stat** IL **Inst**
**Spec** **Clnt** **Referral** Q-3 **Bill Grp** 01 **Summ Ins** 76 **Balance** 0.00
**PAS Case#** No Case # ⊞

**Charges** ⚒ ◉ ◉

| Line | Date | Op | Proc | Desc | ICD-10 | Units | POS | TOS | CPT | Bill Dt | Chg Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 04/16/20 | LOAD | BUNORTX6 | G6 Bundled Transmitter Kit | E1065 | 1.0 | 12 | | A9277 | | 907.36 |
| Totals | | | | | | 1.0 | | | | | 907.36 |

**History** ⚒

☑ Rec ☑ Adj ☑ Msg ☑ Bill ☑ Denial ☑ Stmnt ☑ Remit

| Date | Time | Type | Op | Code | Description | Amt |
|---|---|---|---|---|---|---|
| 04/28/20 | 09:15:22 | Rec | RPDX | 76 | Bcbs Of Illinois Pt Ins 76 Chk 04/27/20 REDACTED Dep 04/27/20 DLBV 39 | -597.00 |
| 04/28/20 | 09:15:22 | Adj | RPDX | CE | Insurance Adjustment | -310.36 |
| 04/20/20 | 05:07:10 | Msg | SYS | TM | XPEDITOR ACCEPT:<br>St N In N | |
| 04/20/20 | 05:07:10 | Msg | | | ILBS01 | |
| 04/20/20 | 10:08:31 | Msg | | | XPEDITOR ACCEPT: forwarded to (Direct): Availity/THIN - | |
| 04/20/20 | 10:08:31 | Msg | | | Physician | |
| 04/20/20 | 05:08:01 | Msg | SYS | TM | PAYER MESSAGE: FRONTEND ACCEPT<br>St N In N | |
| 04/21/20 | 05:08:01 | Msg | SYS | TM | 837 FILE ACCEPTED ThinBsPh 000328527<br>St N In N | |
| 04/20/20 | 07:44:20 | Msg | SYS | TM | PAYER MESSAGE: FRONTEND ACCEPT<br>St N In N | |
| 04/28/20 | 09:15:12 | Msg | RPDX | TM | REDACTED<br>St N In A | |
| 04/28/20 | 09:15:12 | Msg | RPDX | TM | CHARGE EXCEEDS FEE SCHEDULE/MAXIMUM ALLOWABLE OR CONTRACTED/<br>St N In N | |
| 04/28/20 | 09:15:12 | Msg | | | LEGISLATED FEE ARRANGEMENT. USAGE: THIS ADJUSTMENT AMOUNT | |
| 04/28/20 | 09:15:12 | Msg | | | CANNOT EQUAL THE TOTAL SERVICE OR CLAIM CHARGE AMOUNT; AND | |
| 04/28/20 | 09:15:12 | Msg | | | MUST NOT DUPLICATE PROVIDER ADJUSTMENT AMOUNTS (PAYMENTS | |
| 04/28/20 | 09:15:12 | Msg | | | AND CONTRACTUAL REDUCTIONS) THAT HAVE RESULTED FROM PRIOR | |
| 04/28/20 | 09:15:12 | Msg | | | PAYER(S) ADJUDICATION. (USE ONLY WITH GROUP CODES PR OR CO | |
| 04/28/20 | 09:15:12 | Msg | | | DEPENDING UPON LIABILITY) | |
| 04/28/20 | 09:15:22 | Msg | RPDX | TM | TICKET IS AT ZERO BALANCE<br>St N In N | |
| 04/17/20 | 04:18:51 | Bill | LOAD | 76 | Bcbs Of Illinois Seq Pri Origin Initial Bill Asn Yes Media Electronic Type Phys File Submitted 76 - ILBS01/IBCS | 907.36 |
| 04/24/20 | 11:58:10 | Rmt | | 76 | Chk 04/27/20 REDACTED ·80,306.9 ICN# REDACTED CO# 907.36<br>All 597.00 | -597.00 |

**EXHIBIT 28**
**218**

© 2020 Quadax, Inc. :: Terms of Use :: Quadax Support :: 08/13/2020 :: AtbP07

EXHIBIT 28
219

EXPLANATION OF BENEFITS

PAYER           : BLUECROSS BLUESHIELD OF ILLINOIS
PAYEE           : DEXCOM
PROV/TAX ID#    : REDACTED
CHECK DEPT#     :
CHECK DATE      : 04/27/20
CLAIM STATUS    : 1-Processed as Primary

PAGE#          : 1
PRINTED DATE   : 08/13/20
INS PLAN       : 76
DEMAND EOB     :
OPERATOR CD    : JBDX

| PERF PROV | SERV DATE | POS | NOS | PROC | MODS | BILLED | ALLOWED | DEDUCT | CO-INS+PAY | GRP/RC-AMT | PROV PD |
|-----------|-----------|-----|-----|------|------|--------|---------|--------|-----------|-----------|---------|
| NAME REDACTED | | | | HIC REDACTED | | | ACNT REDACTED | | CTL REDACTED | ASG Y MOA | |
| | REDACTED | | 1 | A9277 | | 907.36 | 597.00 | 0.00 | 0.00 CO-45 | 310.36 | 597.00 |
| | | | | CLAIM TOTALS | | 907.36 | 597.00 | 0.00 | 0.00 | 310.36 | 597.00 |
| PT RESP | 0.00 | | | | | | | | | | 597.00 NET |

EXHIBIT 28
220

Client: (DX) Dexcom -- Version: HARP v3.70.00 -- Operator: JBDX -- Date: 08/13/2020 -- Session: 1935058508 -- Program: REPORT-t3inqTick&x~disp
 • 1)Ticket Summary   • 2)Show Documents   ✕ 3)Pay by Phone   ▼ 4)Messaging   ▼ 5)Claims   ▼ 6)Updates
 ▼ 7)Printing       ✕ 8)Upload Client Docs

**Patient Account #** REDACTED

REDACTED

# REDACTED

| | | | | |
|---|---|---|---|---|
| | DOB REDACTED | Stmnt Y ⊞ | Acct Bal | 0.00 |
| | SSN | Coll Y | Ins REDACTED ⊞ | |
| | MR# REDACTED | | PAS Sync N | |
| | | | Acct Msgs ⊞ | |
| | | | Demo Updt 03/25/20 ⊞ | |

**Ticket #** 423606 🖶 ⊞ **Zero Balance**
| | | | | | |
|---|---|---|---|---|---|
| Bill DEX | Ship 02 | Prod SENS | Stat IL | Inst | |
| Spec | Clnt | Referral Q-3 | Bill Grp 01 | Summ Ins 76 | Balance 0.00 |

**PAS Case#** No Case # ⊞

**Charges** ⚒ ➲

| Line | Date | Op | Proc | Desc | ICD-10 | Units | POS | TOS | CPT | Bill Dt | Chg Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 06/11/20 | LOAD | STSOR003 | G6 Sensor Kit 3-Pack Us | E1065 | 90.0 | 12 | | A9276 | | 1,821.51 |
| Totals | | | | | | 90.0 | | | | | 1,821.51 |

**History** ⚒

☑ Rec ☑ Adj ☑ Msg ☑ Bill ☑ Denial ☑ Stmnt ☑ Remit

| Date | Time | Type | Op | Code | Description | Amt |
|---|---|---|---|---|---|---|
| 06/24/20 | 18:54:34 | Rec | DSDX | 76 | Bcbs Of IllinoisPt Ins 76 Chk 06/22/20 REDACTED Dep 06/22/20 REDACTED | -974.70 |
| 06/24/20 | 18:54:34 | Adj | DSDX | CE | Insurance Adjustment | -846.81 |
| 06/15/20 | 05:06:32 | Msg | SYS | TM | XPEDITOR ACCEPT: St N In N | |
| 06/15/20 | 05:06:32 | Msg | | | ILBS01 | |
| 06/15/20 | 10:09:17 | Msg | | | XPEDITOR ACCEPT: forwarded to (Direct): Availity/THIN - | |
| 06/15/20 | 10:09:17 | Msg | | | Physician | |
| 06/15/20 | 05:13:13 | Msg | SYS | TM | PAYER MESSAGE: FRONTEND ACCEPT St N In N | |
| 06/16/20 | 05:13:13 | Msg | SYS | TM | 837 FILE ACCEPTED ThinBsPh 000328653 St N In N | |
| 06/15/20 | 05:10:19 | Msg | SYS | TM | PAYER MESSAGE: FRONTEND ACCEPT St N In N | |
| | | | | | REDACTED | |
| 06/24/20 | 18:54:26 | Msg | DSDX | TM | St N In A | |
| 06/24/20 | 18:54:26 | Msg | DSDX | TM | CHARGE EXCEEDS FEE SCHEDULE/MAXIMUM ALLOWABLE OR CONTRACTED/ St N In N | |
| 06/24/20 | 18:54:26 | Msg | | | LEGISLATED FEE ARRANGEMENT. USAGE: THIS ADJUSTMENT AMOUNT | |
| 06/24/20 | 18:54:26 | Msg | | | CANNOT EQUAL THE TOTAL SERVICE OR CLAIM CHARGE AMOUNT; AND | |
| 06/24/20 | 18:54:26 | Msg | | | MUST NOT DUPLICATE PROVIDER ADJUSTMENT AMOUNTS (PAYMENTS | |
| 06/24/20 | 18:54:26 | Msg | | | AND CONTRACTUAL REDUCTIONS) THAT HAVE RESULTED FROM PRIOR | |
| 06/24/20 | 18:54:26 | Msg | | | PAYER(S) ADJUDICATION. (USE ONLY WITH GROUP CODES PR OR CO | |
| 06/24/20 | 18:54:26 | Msg | | | DEPENDING UPON LIABILITY) | |
| 06/24/20 | 18:54:34 | Msg | DSDX | TM | TICKET IS AT ZERO BALANCE St N In N | |
| 06/12/20 | 04:23:31 | Bill | LOAD | 76 | Bcbs Of IllinoisSeq Pri Origin Initial BilAsn Yes Media Electronic Type Phys File Submitted 76 - ILBS01/IBCS | 1,821.51 |
| 06/19/20 | 12:03:09 | Rmt | | 76 | Chk 06/22/20 REDACTED -112,627.35 ID# REDACTED Clm 1,821.51 All 974.70 | -974.70 |

**EXHIBIT 28**
**221**

© 2020 Quadax, Inc. :: Terms of Use :: Quadax Support :: 08/13/2020 :: AtbP07

**EXHIBIT 28**
**222**

EXPLANATION OF BENEFITS

VENDOR : BLUECROSS BLUESHIELD OF ILLINOIS
: DEXCOM
TAX ID# : REDACTED
EFT# :
DATE : 06/22/20
STATUS : 1-Processed as Primary

| PERF | REC/COV | SERV DATE | POS | NOS | PROC | MODS | BILLED | ALLOWED | DEDUCT | CO-INS/PAY | GRP/RC-AMT | PROV PD |
|------|---------|-----------|-----|-----|------|------|--------|---------|--------|------------|----------------|---------|
| REDACTED | | REDACTED | | 90 | HIC REDACTED | | | ACNT REDACTED | | CTL REDACTED | ASG Y MOA | |
| PI | REC/COV P | 0.00 | | | A9276 | | 1821.51 | 974.70 | 0.00 | 0.00 CO-45 | 846.81 | 974.70 |
| | | | | | CLAIM TOTALS | | 1821.51 | 974.70 | 0.00 | 0.00 | 846.81 | 974.70 |
| | | | | | | | | | | | | 974.70 NET |

EXHIBIT 28
223

# EXHIBIT 29

**EXHIBIT 29**
**224**

EXHIBIT 29
225

**Patient Name: Patient IL**
**Payer: BCBS IL**
**GS & GG**

| HCPCS Codes | Quantity | Charge Amounts | 10/17/2019 | 3/24/2020 | 4/16/2020 | 6/11/2020 | 6/24/2020 | 7/19/2020 | Missing | 5/19/2020 | 5/12/2020 | 5/4/2020 | 4/6/2020 | 3/6/2020 | 8/14/2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A9278 | 1 | 793.8 | | | | | | | | | | | | | |
| A9277 | 1 | 907.36 | 506 | | | | | | | | | | | | |
| A9276 | 90 | 607.17 | 597 | | 597 | 974.7 | | | | | | | | | 596 |
| K0554 | 1 | 270.24 | 974.7 | 974.7 | | | | | | | | | | | |
| K0553 KF | 3 | 256.89 | 270.2 | | | | | | | | | | | | |
| K0553 | 3 | 256.89 | 662.34 | 662.34 | | 662.34 | | | | | | | | | |

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2019 Difference | $ 2,366.88 | | 1145.16 | 312.36 | 597 | 312.36 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2020 Difference | | | | | | | | | | | | | | | |
| TOTAL Difference | | | 974.7 | 974.7 | 0 | 974.7 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 596 |

# EXHIBIT 30

EXHIBIT 30
226

# Explanation of Benefits (EOB)
## Adjudicated at Line Level

### Provider Information

| | | | |
|---|---|---|---|
| DEXCOM INC | FYE: | 12/31/2019 | EFT/Check#: REDACTED |
| DEXCOM INC | Check Date: | 08/19/2019 | Payer Name: STATE OF MONTANA |
| PASADENA CA 91185 | NPI/Legacy #: | REDACTED | |

### Patient Information

| | | |
|---|---|---|
| Patient Name: REDACTED | PCN: | REDACTED |
| Patient Status: | MRN: | |
| Claim Status: 01 - Processed as Primary | ICN: | REDACTED |
| Bill Type: | Member ID#: | |

Service Dates: 07/18/2019 - 07/18/2019

### Payment Information

| | | | | | |
|---|---|---|---|---|---|
| Charge Amount: | 2308.33 | Payment Amt: | 1731.25 | Blood Deductible: | 0.00 | DRG Code: | |
| Covered: | 2308.33 | Deductible: | 0.00 | Interest: | 0.00 | DRG Amount: | 0.00 |
| Non-Covered: | 0.00 | Coinsurance: | 0.00 | Contractual Adj: | 577.08 | DSH Amount: | 0.00 |
| Denied: | 0.00 | Copayment: | 0.00 | Allowed Amt: | 1731.25 | MSP Pri Payer | 0.00 |

### Claim Level Information

| Group & Reason Code | Amount | Units | Remark Codes |
|---|---|---|---|
| No claim level information to display | | | |

### Line Level Information

| RCC | HCPCS/ Modifier | Units | DOS | Charges | Allowed | Paid | Remark Code | Group & Reason Code | Reason Code Amt | Reason Code Units |
|---|---|---|---|---|---|---|---|---|---|---|
| | A9277 | 1 | 07/18/2019 | 907.36 | 680.52 | 680.52 | | CO45 | 226.84 | 0 |
| | A9278 | 1 | 07/18/2019 | 793.80 | 595.35 | 595.35 | | CO45 | 198.45 | 0 |
| | A9276 | 30 | 07/18/2019 | 607.17 | 455.38 | 455.38 | | CO45 | 151.79 | 0 |

*Claim was adjudicated by payer at Line Level

### Reason/Remark Summation

| Group/ Reason Code | Amount | Units | Description |
|---|---|---|---|
| CO45 | 577.08 | 0 | CHARGE EXCEEDS FEE SCHEDULE/MAXIMUM ALLOWABLE OR CONTRACTED/LEGISLATED FEE ARRANGEMENT. USAGE: THIS ADJUSTMENT AMOUNT CANNOT EQUAL THE TOTAL SERVICE OR CLAIM CHARGE AMOUNT; AND MUST NOT DUPLICATE PROVIDER ADJUSTMENT AMOUNTS (PAYMENTS AND CONTRACTUAL REDUCTIONS) THAT HAVE RESULTED FROM PRIOR PAYER(S) ADJUDICATION. (USE ONLY WITH GROUP CODES PR OR CO DEPENDING UPON LIABILITY) |

Document number: 0001892874

EXHIBIT 30
227

## Explanation of Benefits (EOB)
### Adjudicated at Line Level

### Provider Information

| | | | |
|---|---|---|---|
| DEXCOM INC | FYE: | 12/31/2019 | EFT/Check#: REDACTED |
| DEXCOM INC | Check Date: | 08/26/2019 | Payer Name: STATE OF MONTANA |
| PASADENA CA 91185 | NPI/Legacy #: | REDACTED | |

### Patient Information

| | | |
|---|---|---|
| Patient Name REDACTED | PCN: | REDACTED |
| Patient Status: | MRN: | |
| Claim Status: 04 - Denied | ICN: | REDACTED |
| Bill Type: | Member ID#: | |

Service Dates: 08/13/2019 - 08/13/2019

### Payment Information

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Charge Amount: | 1214.34 | Payment Amt: | 0.00 | Blood Deductible: | 0.00 | DRG Code: | |
| Covered: | 1214.34 | Deductible: | 0.00 | Interest: | 0.00 | DRG Amount: | 0.00 |
| Non-Covered: | 0.00 | Coinsurance: | 0.00 | Contractual Adj: | 0.00 | DSH Amount: | 0.00 |
| Denied: | 1214.34 | Copayment: | 0.00 | Allowed Amt: | 0.00 | MSP Pri Payer | 0.00 |

### Claim Level Information

| Group & Reason Code | Amount | Units | Remark Codes |
|---|---|---|---|
| No claim level information to display | | | |

### Line Level Information

| RCC | HCPCS/ Modifier | Units | DOS | Charges | Allowed | Paid | Remark Code | Group & Reason Code | Reason Code Amt | Reason Code Units |
|---|---|---|---|---|---|---|---|---|---|---|
| | A9276/NU | 60 | 08/13/2019 | 1214.34 | 0.00 | 0.00 | M53 | CO119 | 1214.34 | 0 |
| | | | | | | | | *Claim was adjudicated by payer at Line Level | | |

### Reason/Remark Summation

| Group/ Reason Code | Amount | Units | Description |
|---|---|---|---|
| CO119 | 1214.34 | 0 | BENEFIT MAXIMUM FOR THIS TIME PERIOD OR OCCURRENCE HAS BEEN REACHED. |

| Remark Code | Description |
|---|---|
| M53 | MISSING/INCOMPLETE/INVALID DAYS OR UNITS OF SERVICE. |

Document number: 0001939568

EXHIBIT 30
228

## Explanation of Benefits (EOB)
### Adjudicated at Line Level

### Provider Information

| | | | | |
|---|---|---|---|---|
| DEXCOM INC | FYE: | 12/31/2019 | EFT/Check#: | REDACTED |
| DEXCOM INC | Check Date: | 10/14/2019 | Payer Name: | STATE OF MONTANA |
| PASADENA CA  91185 | NPI/Legacy #: | REDACTED | | |

### Patient Information

| | | |
|---|---|---|
| Patient Name: REDACTED | PCN: | REDACTED |
| Patient Status: | MRN: | |
| Claim Status:  01 - Processed as Primary | ICN: | |
| Bill Type: | Member ID#: | |

Service Dates: 10/05/2019 - 10/05/2019

### Payment Information

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Charge Amount: | 1821.51 | Payment Amt: | 1366.13 | Blood Deductible: | 0.00 | DRG Code: | |
| Covered: | 1821.51 | Deductible: | 0.00 | Interest: | 0.00 | DRG Amount: | 0.00 |
| Non-Covered: | 0.00 | Coinsurance: | 0.00 | Contractual Adj: | 455.38 | DSH Amount: | 0.00 |
| Denied: | 0.00 | Copayment: | 0.00 | Allowed Amt: | 1366.13 | MSP Pri Payer | 0.00 |

### Claim Level Information

| Group & Reason Code | Amount | Units | Remark Codes |
|---|---|---|---|
| No claim level information to display | | | |

### Line Level Information

| RCC | HCPCS/ Modifier | Units | DOS | Charges | Allowed | Paid | Remark Code | Group & Reason Code | Reason Code Amt | Reason Code Units |
|---|---|---|---|---|---|---|---|---|---|---|
| | A9276 | 30 | 10/05/2019 | 1821.51 | 1366.13 | 1366.13 | | CO45 | 455.38 | 0 |
| | | | | | | | | *Claim was adjudicated by payer at Line Level | | |

### Reason/Remark Summation

| Group/ Reason Code | Amount | Units | Description |
|---|---|---|---|
| CO45 | 455.38 | 0 | CHARGE EXCEEDS FEE SCHEDULE/MAXIMUM ALLOWABLE OR CONTRACTED/LEGISLATED FEE ARRANGEMENT. USAGE: THIS ADJUSTMENT AMOUNT CANNOT EQUAL THE TOTAL SERVICE OR CLAIM CHARGE AMOUNT; AND MUST NOT DUPLICATE PROVIDER ADJUSTMENT AMOUNTS (PAYMENTS AND CONTRACTUAL REDUCTIONS) THAT HAVE RESULTED FROM PRIOR PAYER(S) ADJUDICATION. (USE ONLY WITH GROUP CODES PR OR CO DEPENDING UPON LIABILITY) |

Client: (DX) Dexcom -- Version: HARP v3.70.00 -- Operator: JBDX -- Date: 08/14/2020 -- Session 1936676193 -- Program: REPORT-hlinqTick&v-disp

- 1)Ticket Summary    • 2)Show Documents    ✗ 3)Pay by Phone    ▼ 4)Messaging    ▼ 5)Claims    ▼ 6)Updates    ▼ 7)Printing
- ✗ 8)Upload Client Docs

**Patient Account #** REDACTED

REDACTED

# REDACTED

| | | | |
|---|---|---|---|
| **DOB** REDACTED | **Stmnt** Y ⊞ | **Acct Bal** 607.17 | |
| **SSN** REDACTED | **Coll** Y | **Ins** REDACTED ⊞ | |
| **MR#** REDACTED | | **PAS Sync** N | |
| | | **Acct Msgs** ⊞ | |
| | | **Demo Updt** 01/07/20 ⊞ | |

**Ticket # 142196** 🖶 ⊞ **Zero Balance**
**Bill** DEX  **Ship** 03  **Prod** SENS  **Stat** MT  **Inst**
**Spec**  **Clnt**  **Referral** Q-3845  **Bill Grp** 01  **Summ Ins** 94  **Balance** 0.00
**PAS Case#** No Case # ⊞

**Charges** ⚒ 🕓

| Line | Date | Op | Proc | Desc | ICD-10 | Units | POS | TOS | CPT | Bill Dt | Chg Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 01/06/20 | LOAD | STSOR003 | G6 Sensor Kit 3-Pack Us | E109 | 30.0 | 12 | | A9276 | | 607.17 |
| Totals | | | | | | 30.0 | | | | | 607.17 |

**History** ⚒

☑ Rec ☑ Adj ☑ Msg ☑ Bill ☑ Denial ☑ Stmnt ☑ Remit

| Date | Time | Type | Op | Code | Description | Amt |
|---|---|---|---|---|---|---|
| 06/15/20 | 19:15:21 | Rec | SDOM | 94 | Montana Medicaid Pt Ins 94 Chk 01/13/20 REDACTED Dep 01/13/20 DLBV 112 | -455.38 |
| 06/15/20 | 19:15:21 | Adj | SDOM | CE | Insurance Adjustment | -151.79 |
| 01/08/20 | 07:06:14 | Msg | SYS | TM | XPEDITOR ACCEPT:<br>St N In N | |
| 01/08/20 | 07:06:14 | Msg | | | MTMD01 | |
| 01/08/20 | 10:06:54 | Msg | | | XPEDITOR ACCEPT: re-routed to (Gateway): Availity/THIN | |
| 01/08/20 | 10:06:54 | Msg | | | Commercial - Physician | |
| 01/08/20 | 05:07:41 | Msg | SYS | TM | PAYER MESSAGE: FRONTEND ACCEPT<br>St N In N | |
| 01/09/20 | 05:07:41 | Msg | SYS | TM | 837 FILE ACCEPTED TxThinPh 000061170<br>St N In N | |
| 01/08/20 | 05:08:36 | Msg | SYS | TM | PAYER MESSAGE: FRONTEND ACCEPT<br>St N In N | |
| 01/09/20 | 05:07:48 | Msg | SYS | TM | PAYER MESSAGE: FRONTEND ACCEPT<br>St N In N | |
| 02/21/20 | 23:43:15 | Msg | SYS | TM | TICKET ON INS REVIEW STATUS<br>St N In N | |
| 05/09/20 | 03:54:58 | Msg | EELE | HO(30) | 30-DAY HOLD (FWUP)<br>St N In N | |
| 05/09/20 | 03:54:58 | Msg | EELE | TM | FOR A/R POSTING<br>St N In N | |
| 05/09/20 | 03:55:25 | Msg | | | WORKLIST COMPLETED | |
| | | | | | REDACTED | |
| 06/15/20 | 19:15:17 | Msg | SDOM | TM | St N In A | |
| 06/15/20 | 19:15:17 | Msg | SDOM | TM | CHARGE EXCEEDS FEE SCHEDULE/MAXIMUM ALLOWABLE OR CONTRACTED/<br>St N In N | |
| 06/15/20 | 19:15:17 | Msg | | | LEGISLATED FEE ARRANGEMENT. USAGE: THIS ADJUSTMENT AMOUNT | |
| 06/15/20 | 19:15:17 | Msg | | | CANNOT EQUAL THE TOTAL SERVICE OR CLAIM CHARGE AMOUNT; AND | |
| 06/15/20 | 19:15:17 | Msg | | | MUST NOT DUPLICATE PROVIDER ADJUSTMENT AMOUNTS (PAYMENTS | |
| 06/15/20 | 19:15:17 | Msg | | | AND CONTRACTUAL REDUCTIONS) THAT HAVE RESULTED FROM PRIOR | |

**EXHIBIT 30**
**230**

| | | | |
|---|---|---|---|
| 06/15/20 19:15:17 Msg | | PAYER(S) ADJUDICATION. (USE ONLY WITH GROUP CODES PR OR CO | |
| 06/15/20 19:15:17 Msg | | DEPENDING UPON LIABILITY) | |
| 06/15/20 19:15:21 Msg | | TICKET RECYCLED | |
| 06/15/20 19:15:21 Msg  SDOM  TM | | TICKET IS AT ZERO BALANCE<br>St N In N | |
| 01/07/20 05:15:06 Bill   LOAD  94 | | Montana MedicaidSeq Pri  Origin Initial BilAsn Yes Media Electronic<br>Type Phys File Submitted 94 - MTMD01/MTMCD | 607.17 |
| 01/14/20 07:15:57 Rmt        42 | | Chk 01/13/20 REDACTED -9,580.97 CN# REDACTED      Clm 607.17<br>All 455.38 | -455.38 |

© 2020 Quadax, Inc. :: Terms of Use :: Quadax Servers :: 08/14/2020 :: AtbP08

EXHIBIT 30
231

EXPLANATION OF BENEFITS

PAYER         : STATE OF MONTANA
PAYEE         : DEXCOM
PROV/TAX ID#  : REDACTED
CHECK/EFT#    :
CHECK DATE    : 01/13/20
CLAIM STATUS  : 1-Processed as Primary

PAGE#          : 1
PRINTED DATE   : 08/14/20
INS PLAN       : 94
DEMAND EOB     :
OPERATOR CD    : JBDX

| PERF PROV | SERV DATE | POS | NOS | PROC | MODS | BILLED | ALLOWED | DEDUCT | CO-INS+PAY | GRP/RC-AMT | PROV PD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| NAME REDACTED | | | | HIC REDACTED | | | ACNT REDACTED | | CTL REDACTED | ASG Y NOA | |
| REDACTED | 0106 010620 | | 30 | A9276 | | 607.17 | 455.38 | 0.00 | 0.00  CO-45 | 151.79 | 455.38 |
| PT RESP | 0.00 | | | CLAIM TOTALS | | 607.17 | 455.38 | 0.00 | 0.00 | 151.79 | 455.38 |
| | | | | | | | | | | | 455.38 NET |

EXHIBIT 30
232

Client: (DX) Dexcom -- Version: HARP v3.70.00 -- Operator: JBDX -- Date: 08/14/2020 -- Session: 1936676193 -- Program: REPORT-h3inqTick&x=disp
- 1)Ticket Summary   • 2)Show Documents   × 3)Pay by Phone   ▼ 4)Messaging   ▼ 5)Claims   ▼ 6)Updates
- ▼ 7)Printing      × 8)Upload Client Docs

**Patient Account # 20-1658740**

REDACTED

# REDACTED

| | | | |
|---|---|---|---|
| | **DOB** 06/22/2009 | **Stmnt** Y ⊞ | **Acct Bal** 607.17 |
| | **SSN** | **Coll** Y | **Ins** REDACTED⊞ |
| | **MR#** 1658740 | | **PAS Sync** N |
| | | | **Acct Msgs** ⊞ |
| | | | **Demo Updt** 01/07/20 ⊞ |

**Ticket # 189369** ⊡ ⊞ Zero Balance
**Bill** DEX  **Ship** 03  **Prod**  TRAN  **Stat**  MT  **Inst**
**Spec**  **Clnt**  **Referral** Q-3845  **Bill Grp** 01  **Summ Ins** 94  **Balance 0.00**
**PAS Case#** No Case # ⊞

**Charges** ⚒ ⊙ ⊙

| Line | Date | Op | Proc | Desc | ICD-10 | Units | POS | TOS | CPT | Bill Dt | Chg Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 01/30/20 | LOAD | BUNORTX6 | G6 Bundled Transmitter Kit | E109 | 1.0 | 12 | | A9277 | | 907.36 |
| 2 | 01/30/20 | LOAD | STSOR003 | G6 Sensor Kit 3-Pack Us | E109 | 30.0 | 12 | | A9276 | | 607.17 |
| Totals | | | | | | 31.0 | | | | | 1,514.53 |

**History** ⚒                   ☑ Rec ☑ Adj ☑ Msg ☑ Bill ☑ Denial ☑ Stmnt ☑ Remit

| Date | Time | Type | Op | Code | Description | Amt |
|---|---|---|---|---|---|---|
| 02/28/20 | 15:44:43 | Rec | GCAS | 94 | Montana MedicaidPt Ins 94 Chk 02/17/20 REDACTED Dep 02/18/20 REDACTED | -1,135.90 |
| 02/28/20 | 15:44:43 | Adj | GCAS | CE | Insurance Adjustment | -378.63 |
| 02/04/20 | 05:11:07 | Msg | SYS | TM | UNRESOLVED CLAIM: 229045 <br> St N In N | |
| 02/06/20 | 05:10:13 | Msg | SYS | TM | XPEDITOR ACCEPT: <br> St N In N | |
| 02/06/20 | 05:10:13 | Msg | | | MTMD01 | |
| 02/06/20 | 05:10:13 | Msg | | | XPEDITOR ACCEPT: re-routed to (Gateway): Availity/THIN | |
| 02/06/20 | 05:10:13 | Msg | | | Commercial - Physician | |
| 02/06/20 | 07:10:12 | Msg | | | 837 FILE ACCEPTED TxThinPh 000061368 | |
| 02/06/20 | 05:15:34 | Msg | SYS | TM | PAYER MESSAGE: FRONTEND ACCEPT <br> St N In N | |
| 02/06/20 | 05:11:51 | Msg | SYS | TM | PAYER MESSAGE: FRONTEND ACCEPT <br> St N In N | |
| 02/28/20 | 15:44:39 | Msg | GCAS | TM | REDACTED <br> St N In A | |
| 02/28/20 | 15:44:39 | Msg | GCAS | TM | CHARGE EXCEEDS FEE SCHEDULE/MAXIMUM ALLOWABLE OR CONTRACTED/ <br> St N In N | |
| 02/28/20 | 15:44:39 | Msg | | | LEGISLATED FEE ARRANGEMENT. USAGE: THIS ADJUSTMENT AMOUNT | |
| 02/28/20 | 15:44:39 | Msg | | | CANNOT EQUAL THE TOTAL SERVICE OR CLAIM CHARGE AMOUNT; AND | |
| 02/28/20 | 15:44:39 | Msg | | | MUST NOT DUPLICATE PROVIDER ADJUSTMENT AMOUNTS (PAYMENTS | |
| 02/28/20 | 15:44:39 | Msg | | | AND CONTRACTUAL REDUCTIONS) THAT HAVE RESULTED FROM PRIOR | |
| 02/28/20 | 15:44:39 | Msg | | | PAYER(S) ADJUDICATION. (USE ONLY WITH GROUP CODES PR OR CO | |
| 02/28/20 | 15:44:39 | Msg | | | DEPENDING UPON LIABILITY) | |
| 02/28/20 | 15:44:43 | Msg | GCAS | TM | TICKET IS AT ZERO BALANCE <br> St N In N | |

**EXHIBIT 30**

**233**

| | | | | |
|---|---|---|---|---|
| 01/31/20 06:17:31 Bill | LOAD 94 | Montana Medicaid Seq Pri Origin Initial Bill Asn Yes Media Electronic Type Phys File Submitted 94 - MTMD01/MTMCD | | 1,514.53 |
| 02/18/20 07:05:42 Rmt | 42 | Chk 02/17/20 REDACTED -17,924.28 Ctl#REDACTED Clm 1,514.53 All 1,135.90 | | -1,135.90 |

© 2020 Quadax, Inc. :: Terms of Use :: Quadax Support :: 08/14/2020 :: AtbP08

EXHIBIT 30
234

EXPLANATION OF BENEFITS

PAYER     : STATE OF MONTANA
PAYEE     : DEXCOM
PROV/TAX ID# : REDACTED
CHECK/EFT# :
CHECK DATE : 02/17/20
CLAIM STATUS : 1-Processed as Primary

| PERF PROV | SERV DATE | POS | NOS | PROC | MODS | BILLED | ALLOWED | DEDUCT | CO-INS+PAY | | GRP/RC-AMT | PROV PD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NAME REDACTED | | | | HIC REDACTED | | | ACNT REDACTED | | CTL REDACTED | | ASG Y MOA | |
| REDACTED | 0130 013020 | | 1 | A9277 | | 907.36 | 680.52 | 0.00 | 0.00 | CO-45 | 226.84 | 680.52 |
| | 0130 013020 | | 30 | A9276 | | 607.17 | 455.38 | 0.00 | 0.00 | CO-45 | 151.79 | 455.38 |
| PT RESP | 0.00 | | | CLAIM TOTALS | | 1514.53 | 1135.90 | 0.00 | 0.00 | | 378.63 | 1135.90 |
| | | | | | | | | | | | | 1135.90 NET |

EXHIBIT 30
235

Client: (DX) Dexcom -- Version: HARP v3.70.00 -- Operator: JBDX -- Date: 08/14/2020 -- Session: 1936676193 -- Program: REPORT-h3inqTick&x=disp
• 1)Ticket Summary    • 2)Show Documents    × 3)Pay by Phone    ▾ 4)Messaging    ▾ 5)Claims    ▾ 6)Updates    ▾ 7)Printing
× 8)Upload Client Docs

**Patient Account #** REDACTED

REDACTED

# REDACTED

| | | |
|---|---|---|
| **DOB** REDACTED | **Stmnt** Y ⊞ | **Acct Bal** 607.17 |
| **SSN** REDACTED | **Coll** Y | **Ins** REDACTED ⊞ |
| **MR#** | | **PAS Sync** N |
| | | **Acct Msgs** ⊞ |
| | | **Demo Updt** 01/07/20 ⊞ |

**Ticket # 243005** ⊡ ⊞ Zero Balance

| | | | | | | |
|---|---|---|---|---|---|---|
| **Bill** DEX | **Ship** 03 | **Prod** | **SENS** | **Stat** | **MT** | **Inst** |
| **Spec** | **Clnt** | **Referral** Q-3845 | **Bill Grp** 01 | **Summ Ins** 94 | **Balance 0.00** | |

**PAS Case#** No Case # ⊞

**Charges** ⚒ ◉ ◉

| Line | Date | Op | Proc | Desc | ICD-10 | Units | POS | TOS | CPT | Bill Dt | Chg Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 03/05/20 | LOAD | STSOR003 | G6 Sensor Kit 3-Pack Us | E109 | 30.0 | 12 | | A9276 | | 607.17 |
| Totals | | | | | | 30.0 | | | | | 607.17 |

**History** ⚒                                ☑ Rec ☑ Adj ☑ Msg ☑ Bill ☑ Denial ☑ Stmnt ☑ Remit

| Date | Time | Type | Op | Code | Description | Amt |
|---|---|---|---|---|---|---|
| 03/31/20 | 07:51:05 | Rec | MMAR | 94 | Montana MedicaidPt Ins 94 Chk 03/16/20 REDACTED Dep 03/16/20 REDACTED | -455.38 |
| 03/31/20 | 07:51:05 | Adj | MMAR | CE | Insurance Adjustment | -151.79 |
| 03/09/20 | 05:10:51 | Msg | SYS | TM | XPEDITOR ACCEPT:<br>St N In N | |
| 03/09/20 | 05:10:51 | Msg | | | MTMD01 | |
| 03/09/20 | 10:13:22 | Msg | | | XPEDITOR ACCEPT: re-routed to (Gateway): Availity/THIN | |
| 03/09/20 | 10:13:22 | Msg | | | Commercial - Physician | |
| 03/09/20 | 05:08:56 | Msg | SYS | TM | PAYER MESSAGE: FRONTEND ACCEPT<br>St N In N | |
| 03/10/20 | 05:08:56 | Msg | SYS | TM | 837 FILE ACCEPTED TxThinPh 000061562<br>St N In N | |
| 03/09/20 | 05:13:17 | Msg | SYS | TM | PAYER MESSAGE: FRONTEND ACCEPT<br>St N In N | |
| 03/10/20 | 05:07:15 | Msg | SYS | TM | PAYER MESSAGE: FRONTEND ACCEPT<br>St N In N | |
| 03/31/20 | 07:51:01 | Msg | MMAR | TM | REDACTED<br>St N In A | |
| 03/31/20 | 07:51:01 | Msg | MMAR | TM | CHARGE EXCEEDS FEE SCHEDULE/MAXIMUM ALLOWABLE OR CONTRACTED/<br>St N In N | |
| 03/31/20 | 07:51:01 | Msg | | | LEGISLATED FEE ARRANGEMENT. USAGE: THIS ADJUSTMENT AMOUNT | |
| 03/31/20 | 07:51:01 | Msg | | | CANNOT EQUAL THE TOTAL SERVICE OR CLAIM CHARGE AMOUNT; AND | |
| 03/31/20 | 07:51:01 | Msg | | | MUST NOT DUPLICATE PROVIDER ADJUSTMENT AMOUNTS (PAYMENTS | |
| 03/31/20 | 07:51:01 | Msg | | | AND CONTRACTUAL REDUCTIONS) THAT HAVE RESULTED FROM PRIOR | |
| 03/31/20 | 07:51:01 | Msg | | | PAYER(S) ADJUDICATION. (USE ONLY WITH GROUP CODES PR OR CO | |
| 03/31/20 | 07:51:01 | Msg | | | DEPENDING UPON LIABILITY) | |
| 03/31/20 | 07:51:05 | Msg | MMAR | TM | TICKET IS AT ZERO BALANCE<br>St N In N | |
| 03/06/20 | 16:29:10 | Bill | LOAD | 94 | Montana MedicaidSeq Pri Origin Initial BillAsn Yes Media Electronic<br>Type Phys File Submitted 94 - MTMD01/MTMCD | 607.17 |

**EXHIBIT 30**
**236**

03/17/20 08:00:29 Rmt    42    Chk 03/16/20 REDACTED 12,025.83 CN# REDACTED Clm 607.17     -455.38
All 455.38

© 2020 Quadax, Inc. :: Terms of Use :: Quadax Support :: 05/14/2020 :: AtbP08

8/14/2020, 3:43 PM

EXHIBIT 30
237

EXPLANATION OF BENEFITS

PAYER          : STATE OF MONTANA
PAYEE          : DEXCOM
PROV/TAX ID#   : REDACTED
CHECK/EFT#     :
CHECK DATE     : 03/16/20
CLAIM STATUS   : 1-Processed as Primary

PAGE#          : 1
PRINTED DATE   : 08/14/20
INS PLAN       : 94
DEMAND EOB     :
OPERATOR CD    : JBDX

| PERF PROV | SERV DATE | POS | NOS | PROC | MODS | BILLED | ALLOWED | DEDUCT | CO-INS+PAY | GRP/RC-AMT | PROV PD |
|-----------|-----------|-----|-----|------|------|--------|---------|--------|------------|------------|---------|
| NAME REDACTED | | | | HIC REDACTED | | | ACNT REDACTED | CTL REDACTED | | SG Y MOA | |
| REDACTED | 0305 030520 | | 30 | A9276 | | 607.17 | 455.38 | 0.00 | 0.00 CO-45 | 151.79 | 455.38 |
| PT RESP | 0.00 | | | CLAIM TOTALS | | 607.17 | 455.38 | 0.00 | 0.00 | 151.79 | 455.38 |
| | | | | | | | | | | | 455.38 NET |

EXHIBIT 30
238

Client: (DX) Dexcom -- Version: HARP v3.70.00 -- Operator: JBDX -- Date: 08/14/2020 -- Session: 1936676193 -- Program: REPORT-h3inqTick&x=disp

- 1)Ticket Summary    • 2)Show Documents    ✖ 3)Pay by Phone    ▾ 4)Messaging    ▾ 5)Claims
- ▾ 6)Updates    ▾ 7)Printing    ✖ 8)Upload Client Docs

|  | Work List | Status | Status Date | Aging Date |
|---|---|---|---|---|
|  | 30DAY | Incomplete | 08/13/20 | 05/21/20 |

**Patient Account #** REDACTED

REDACTED

# REDACTED

| | | | |
|---|---|---|---|
| **DOB** REDACTED | **Stmnt** Y ⊞ | **Acct Bal** | **607.17** |
| **SSN** REDACTED | **Coll** Y | **Ins** | REDACTED⊞ |
| **MR#** REDACTED | | **PAS Sync** | N |
| | | **Acct Msgs** | ⊞ |
| | | **Demo Updt** | 01/07/20 ⊞ |

**Ticket # 306933** ⎘ ⊞ **30-Day Hold**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Bill** DEX | **Ship** 02 | **Prod** SENS | **Stat** MT | **Inst** | | | |
| **Spec** | **Clnt** | **Referral** Q-3845 | **Bill Grp** 01 | **Summ Ins** 94 | **Balance** 607.17 | | |

**PAS Case#** No Case # ⊞

**Charges** ✖ ⊖ ⊙

| Line | Date | Op | Proc | Desc | ICD-10 | Units | POS | TOS | CPT | Bill Dt | Chg Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 04/04/20 | LOAD | STSOR003 | G6 Sensor Kit 3-Pack Us | E109 | 30.0 | 12 | | A9276 | | 607.17 |
| **Totals** | | | | | | **30.0** | | | | | **607.17** |

**History** ✖

☑ Rec ☑ Adj ☑ Msg ☑ Bill ☑ Denial ☑ Stmnt ☑ Remit

| Date | Time | Type | Op | Code | Description | Amt |
|---|---|---|---|---|---|---|
| 04/07/20 | 07:06:21 | Msg | SYS | TM | XPEDITOR ACCEPT: St N In N | |
| 04/07/20 | 07:06:21 | Msg | | | MTMD01 | |
| 04/07/20 | 10:10:48 | Msg | | | XPEDITOR ACCEPT: re-routed to (Gateway): Availity/THIN | |
| 04/07/20 | 10:10:48 | Msg | | | Commercial - Physician | |
| 04/07/20 | 05:04:23 | Msg | SYS | TM | PAYER MESSAGE: FRONTEND ACCEPT St N In N | |
| 04/08/20 | 05:04:23 | Msg | SYS | TM | 837 FILE ACCEPTED TxThinPh 000061748 St N In N | |
| 04/07/20 | 06:49:59 | Msg | SYS | TM | PAYER MESSAGE: FRONTEND ACCEPT St N In N | |
| 04/08/20 | 05:03:14 | Msg | SYS | TM | PAYER MESSAGE: FRONTEND ACCEPT St N In N | |
| 05/20/20 | 00:01:37 | Msg | SYS | TM | TICKET ON INS REVIEW STATUS St N In N | |

**EXHIBIT 30**
**239**

| 05/21/20 04:35:03 Msg | EELE | HO(30) | 30-DAY HOLD (FWUP)<br>St N In N | |
|---|---|---|---|---|
| 05/21/20 04:35:03 Msg | EELE | TM | FOR A/R POSTING.<br>St N In N | |
| 05/21/20 04:35:15 Msg | | | MEDICAID WORKLIST COMPLETED | |
| 04/05/20 12:16:11 Bill | LOAD | 94 | Montana Medicaid Seq Pri  Origin Initial Bill Asn Yes<br>**Media** Electronic **Type** Phys File<br>**Submitted** 94 - MTMD01/MTMCD | 607.17 |
| 04/14/20 12:45:16 Rmt | 📩 📄 | 42 | **Chk** 04/13/20 013847006 -10,368.22 U<br>ICN#REDACTED Clm 607.17 All 455.38 | -455.38 |

© 2020 Quadax, Inc. :: Terms of Use :: Quadax Support :: 08/14/2020 :: AtbP08

**EXHIBIT 30**
**240**

EXPLANATION OF BENEFITS

PAYER          : STATE OF MONTANA
PAYEE          : DEXCOM
PROV/TAX ID#   : REDACTED
CHECK/EFT#     :
CHECK DATE     : 04/13/20
CLAIM STATUS   : 1-Processed as Primary

| PERF PROV | SERV DATE | POS | NOS | PROC | MODS | BILLED | ALLOWED | DEDUCT | CO-INS+PAY | GRP/RC-AMT | PROV PD |
|-----------|-----------|-----|-----|------|------|--------|---------|--------|-----------|-----------|---------|
| NAME REDACTED | | | | HIC REDACTED | | | ACNT REDACTED | | CTL REDACTED ASG Y NOA | | |
| REDACTED | | | | | | | | | | | |
| PT RESP | 0404 040420 | | 30 | A9276 | | 607.17 | 455.38 | 0.00 | 0.00  CO-45 | 151.79 | 455.38 |
| | 0.00 | | | CLAIM TOTALS | | 607.17 | 455.38 | 0.00 | 0.00 | 151.79 | 455.38 |
| | | | | | | | | | | | 455.38 NET |

EXHIBIT 30
241

Client: (DX) Dexcom -- Version: HARP v3.70.00 -- Operator: JBDX -- Date: 08/14/2020 -- Session: 1936676193 -- Program: REPORT-h3inqTick&x=disp

- •1)Ticket Summary      • 3)Show Documents      ✖ 3)Pay by Phone      ▼ 4)Messaging      ▼ 5)Claims
- ▼6)Updates            ▼ 7)Printing           ✖ 8)Upload Client Docs

**Patient Account #** REDACTED

REDACTED

# REDACTED

| | |
|---|---|
| **DOB** REDACTED | **Stmnt** Y ⊞    **Acct Bal**    607.17 |
| **SSN** | **Coll** Y    **Ins** REDACTED  ⊞ |
| **MR#** REDACTED | **PAS Sync**   N |
| | **Acct Msgs**   ⊞ |
| | **Demo Updt** 01/07/20 ⊞ |

**Ticket # 389552** ☐ ⊞ **Zero Balance**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Bill** DEX | **Ship** 03 | **Prod** SENS | **Stat** MT | **Inst** | | | |
| **Spec** | **Clnt** | **Referral** Q-3845 | **Bill Grp** 01 | **Summ Ins** 94 | **Balance** 0.00 | | |

**PAS Case#** No Case # ⊞

**Charges** ✂ Ⓖ Ⓔ

| Line | Date | Op | Proc | Desc | ICD-10 | Units | POS | TOS | CPT | Bill Dt | Chg Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 05/20/20 | LOAD | STSOR003 | G6 Sensor Kit 3-Pack Us | E109 | 30.0 | 12 | | A9276 | | 607.17 |
| **Totals** | | | | | | 30.0 | | | | | 607.17 |

**History** ✂

☑ Rec ☑ Adj ☑ Msg ☑ Bill ☑ Denial ☑ Stmnt ☑ Remit

| Date | Time | Type | Op | Code | Description | Amt |
|---|---|---|---|---|---|---|
| 06/15/20 | 18:16:58 | Rec | RENT | 94 | Montana Medicaid Pt Ins 94 Chk 06/01/20 014008165 Dep 06/01/20 DLBV 0089 | -455.38 |
| 06/15/20 | 18:16:58 | Adj | RENT | CE | Insurance Adjustment | -151.79 |
| 05/22/20 | 07:13:36 | Msg | SYS | TM | XPEDITOR ACCEPT: St N In N | |
| 05/22/20 | 07:13:36 | Msg | | | MTMD01 | |
| 05/22/20 | 10:11:39 | Msg | | | XPEDITOR ACCEPT: re-routed to (Gateway): Availity/THIN | |
| 05/22/20 | 10:11:39 | Msg | | | Commercial - Physician | |
| 05/22/20 | 05:15:37 | Msg | SYS | TM | PAYER MESSAGE: FRONTEND ACCEPT St N In N | |
| 05/25/20 | 05:15:37 | Msg | SYS | TM | 837 FILE ACCEPTED TxThinPh 000063450 St N In N | |
| 06/15/20 | 18:16:58 | Msg | RENT | TM | TICKET IS AT ZERO BALANCE St N In N | |
| 05/21/20 | 04:36:43 | Bill | LOAD | 94 | Montana Medicaid Seq Pri Origin Initial Bill Asn Yes Media Electronic Type Phys File Submitted 94 - MTMD01/MTMCD | 607.17 |
| 06/02/20 | 06:47:03 | Rmt | ☞ ⏏ | 42 | Chk 06/01/20 REDACTED 3,956.58 U ICN# REDACTED    Clm 607.17 All 455.38 | -455.38 |

EXHIBIT 30
242

© 2020 Quadax, Inc. :: Terms of Use :: Quadax Support :: 08/14/2020 :: AtbP08

EXHIBIT 30
243

EXPLANATION OF BENEFITS

PAYER          : STATE OF MONTANA
PAYEE          : DEXCOM
PROV/TAX ID#   : REDACTED
CHECK/EFT#     :
CHECK DATE     : 06/01/20
CLAIM STATUS   : 1-Processed as Primary

PAGE#          : 1
PRINTED DATE   : 08/14/20
INS PLAN       : 94
DEMAND EOB     :
OPERATOR CD    : JBDX

| PERF PROV | SERV DATE | POS | NOS | PROC | MODS | BILLED | ALLOWED | DEDUCT | CO-INS+PAY | | GRP/RC-AMT | | PROV PD |
|-----------|-----------|-----|-----|------|------|--------|---------|--------|-----------|---|-----------|---|---------|
| NAME REDACTED | | | | HIC REDACTED | | | ACNT REDACTED | | CTL REDACTED | | ASG Y MOA | | |
| REDACTED | 0520 052020 | | 30 | A9276 | | 607.17 | 455.38 | 0.00 | 0.00 | CO-45 | | 151.79 | 455.38 |
| PT RSBF | 0.00 | | | CLAIM TOTALS | | 607.17 | 455.38 | 0.00 | 0.00 | | | 151.79 | 455.38 |
| | | | | | | | | | | | | | 455.38 NET |

EXHIBIT 30
244

Client: (DX) Dexcom -- Version: HARP v3.70.00 -- Operator: JBDX -- Date: 08/14/2020 -- Session: 1936676193 -- Program: REPORT-h3inqTick&x=disp
* 1)Ticket Summary  * 2)Show Documents  * 3)Pay by Phone  * 4)Messaging  * 5)Claims  * 6)Updates
* 7)Printing  * 8)Upload Client Docs

**Patient Account #** REDACTED

REDACTED

## REDACTED

| | | | |
|---|---|---|---|
| | DOB REDACTED | Stmnt Y ⊞ | Acct Bal 607.17 |
| | SSN REDACTED | Coll Y | Ins REDACTED⊞ |
| | MR# | | PAS Sync N |
| | | | Acct Msgs ⊞ |
| | | | Demo Updt 01/07/20 ⊞ |

**Ticket # 434788** 🗗 ⊞ Zero Balance
Bill  DEX  Ship 03  Prod  SENS  Stat  MT  Inst
Spec  Clnt  Referral Q-3845  Bill Grp 01  Summ Ins 94  Balance 0.00
**PAS Case#** No Case # ⊞

**Charges** ⚒ 🕐 ➊

| Line | Date | Op | Proc | Desc | ICD-10 | Units | POS | TOS | CPT | Bill Dt | Chg Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 06/18/20 | LOAD | STSOR003 | G6 Sensor Kit 3-Pack Us | E109 | 30.0 | 12 | | A9276 | | 607.17 |
| | Totals | | | | | 30.0 | | | | | 607.17 |

**History** ⚒

☑ Rec  ☑ Adj  ☑ Msg  ☑ Bill  ☑ Denial  ☑ Stmnt  ☑ Remit

| Date | Time | Type | Op | Code | Description | Amt |
|---|---|---|---|---|---|---|
| 07/07/20 | 16:37:21 | Rec | RCDX | 94 | Montana Medicaid Pt Ins 94 Chk 06/29/20 REDACTED Dep 06/29/20 REDACTED | -455.38 |
| 07/07/20 | 16:37:21 | Adj | RCDX | CE | Insurance Adjustment | -151.79 |
| 06/22/20 | 10:12:52 | Msg | SYS | TM | XPEDITOR ACCEPT: re-routed to (Gateway): Availity/THIN St N In N | |
| 06/22/20 | 10:12:52 | Msg | | | Commercial - Physician | |
| 06/22/20 | 10:12:52 | Msg | | | XPEDITOR ACCEPT: | |
| 06/22/20 | 10:12:52 | Msg | | | MTMD01 | |
| 06/22/20 | 05:10:49 | Msg | SYS | TM | PAYER MESSAGE: FRONTEND ACCEPT St N In N | |
| 06/23/20 | 05:10:49 | Msg | SYS | TM | 837 FILE ACCEPTED TxThinPh 000063660 St N In N | |
| 06/22/20 | 05:05:14 | Msg | SYS | TM | PAYER MESSAGE: FRONTEND ACCEPT St N In N | |
| 06/23/20 | 05:05:23 | Msg | SYS | TM | PAYER MESSAGE: FRONTEND ACCEPT St N In N | |
| 07/07/20 | 16:37:18 | Msg | RCDX | TM | REDACTED St N In A | |
| 07/07/20 | 16:37:18 | Msg | RCDX | TM | CHARGE EXCEEDS FEE SCHEDULE/MAXIMUM ALLOWABLE OR CONTRACTED/ St N In N | |
| 07/07/20 | 16:37:18 | Msg | | | LEGISLATED FEE ARRANGEMENT. USAGE: THIS ADJUSTMENT AMOUNT | |
| 07/07/20 | 16:37:18 | Msg | | | CANNOT EQUAL THE TOTAL SERVICE OR CLAIM CHARGE AMOUNT; AND | |
| 07/07/20 | 16:37:18 | Msg | | | MUST NOT DUPLICATE PROVIDER ADJUSTMENT AMOUNTS (PAYMENTS | |
| 07/07/20 | 16:37:18 | Msg | | | AND CONTRACTUAL REDUCTIONS) THAT HAVE RESULTED FROM PRIOR | |
| 07/07/20 | 16:37:18 | Msg | | | PAYER(S) ADJUDICATION. (USE ONLY WITH GROUP CODES PR OR CO | |
| 07/07/20 | 16:37:18 | Msg | | | DEPENDING UPON LIABILITY) | |
| 07/07/20 | 16:37:21 | Msg | RCDX | TM | TICKET IS AT ZERO BALANCE St N In N | |
| 06/19/20 | 04:24:44 | Bill | LOAD | 94 | Montana Medicaid Seq Pri Origin Initial Bill Asn Yes Media Electronic Type Phys File Submitted 94 - MTMD01/MTMCD | 607.17 |

**EXHIBIT 30**
245

06/30/20 07:48:55 Rmt     42   Chk 06/29/20 REDACTED -12,196.16 CN# REDACTED Clm 607.17      -455.38
                            All 455.38

© 2020 Quadax, Inc. :: Terms of Use :: Quadax Support :: 08/14/2020 :: AtbP08

EXHIBIT 30
246

EXPLANATION OF BENEFITS

PAYER          : STATE OF MONTANA
PAYEE          : DEXCOM
PROV/TAX ID#   : REDACTED
CHECK/EFT#     :
CHECK DATE     : 06/29/20
CLAIM STATUS   : 1-Processed as Primary

PAGE#          : 1
PRINTED DATE   : 08/14/20
INS PLAN       : 94
DEMAND EOB     :
OPERATOR CD    : JBDX

| PERF PROV | SERV DATE | POS | NOS | PROC | MODS | BILLED | ALLOWED | DEDUCT | CO-INS+PAY | GRP/RC-AMT | PROV PD |
|-----------|-----------|-----|-----|------|------|--------|---------|--------|------------|------------|---------|
| | | | | HIC REDACTED | | | ACNT REDACTED | | CTL REDACTED | ASG Y MOA | |
| NAME REDACTED | | | | | | | | | | | |
| REDACTED | | | | | | | | | | | |
| PT RESP | 0618 061820 | | 30 | A9276 | | 607.17 | 455.38 | 0.00 | 0.00   CO-45 | 151.79 | 455.38 |
| | 0.00 | | | CLAIM TOTALS | | 607.17 | 455.38 | 0.00 | 0.00 | 151.79 | 455.38 |
| | | | | | | | | | | | 455.38 NET |

EXHIBIT 30
247

Client: (DX) Dexcom -- Version: HARP v3.70.00 -- Operator: JBDX -- Date: 08/14/2020 -- Session: 1936676193 -- Program: REPORT-h3inqTick&v-disp

- 1)Ticket Summary   • 2)Show Documents   x 3)Pay by Phone   ▼ 4)Messaging   ▼ 5)Claims   ▼ 6)Updates
- ▼7)Printing   x 8)Upload Client Docs

**Patient Account #** REDACTED

# REDACTED
## REDACTED

| | | | | |
|---|---|---|---|---|
| | DOB REDACTED | Stmnt Y ⊞ | Acct Bal | 607.17 |
| | SSN | Coll Y | Ins | REDACTED ⊞ |
| | MR# REDACTED | | PAS Sync | N |
| | | | Acct Msgs | ⊞ |
| | | | Demo Updt | 01/07/20 ⊞ |

**Ticket # 494404** 🗗 ⊞ Zero Balance

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Bill | DEX | Ship 03 | Prod | TRAN | Stat | MT | Inst |
| Spec | | Clnt | Referral Q-3845 | Bill Grp 01 | Summ Ins 94 | Balance 0.00 | |

**PAS Case#** No Case # ⊞

**Charges** ⚒ ❺

| Line | Date | Op | Proc | Desc | ICD-10 | Units | POS | TOS | CPT | Bill Dt | Chg Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 07/31/20 | LOAD | BUNORTX6 | G6 Bundled Transmitter Kit | E109 | 1.0 | 12 | | A9277 | | 907.36 |
| 2 | 07/31/20 | LOAD | STKOR001 | G6 Receiver Kit Us | E109 | 1.0 | 12 | | A9278 | | 793.80 |
| 3 | 07/31/20 | LOAD | STSOR003 | G6 Sensor Kit 3-Pack Us | E109 | 30.0 | 12 | | A9276 | | 607.17 |
| Totals | | | | | | 32.0 | | | | | 2,308.33 |

**History** ⚒        ☑ Rec ☑ Adj ☑ Msg ☑ Bill ☑ Denial ☑ Stmnt ☑ Remit

| Date | Time | Type | Op | Code | Description | Amt |
|---|---|---|---|---|---|---|
| 08/13/20 | 18:47:05 | Rec | RCDX | 94 | Montana Medicaid Pt Ins 94 Chk 08/10/20 01418990 Dep 08/10/20 DLBV 90 | -1,731.25 |
| 08/13/20 | 18:47:05 | Adj | RCDX | CE | Insurance Adjustment | -577.08 |
| 07/31/20 | 04:20:32 | Msg | LOAD | TM | STT-OR-001 St N In N | |
| 08/04/20 | 07:01:52 | Msg | SYS | TM | XPEDITOR ACCEPT: St N In N | |
| 08/04/20 | 07:01:52 | Msg | | | MTMD01 | |
| 08/04/20 | 10:09:24 | Msg | | | XPEDITOR ACCEPT: re-routed to (Gateway): Availity/THIN | |
| 08/04/20 | 10:09:24 | Msg | | | Commercial - Physician | |
| 08/04/20 | 05:08:34 | Msg | SYS | TM | PAYER MESSAGE: FRONTEND ACCEPT St N In N | |
| 08/05/20 | 05:08:34 | Msg | SYS | TM | 837 FILE ACCEPTED TxThinPh 000063939 St N In N | |
| 08/06/20 | 05:09:13 | Msg | SYS | TM | PAYER MESSAGE: FRONTEND ACCEPT St N In N | |
| 08/13/20 | 18:47:00 | Msg | RCDX | TM | REDACTED St N In A | |
| 08/13/20 | 18:47:00 | Msg | RCDX | TM | CHARGE EXCEEDS FEE SCHEDULE/MAXIMUM ALLOWABLE OR CONTRACTED/ St N In N | |
| 08/13/20 | 18:47:00 | Msg | | | LEGISLATED FEE ARRANGEMENT. USAGE: THIS ADJUSTMENT AMOUNT | |
| 08/13/20 | 18:47:00 | Msg | | | CANNOT EQUAL THE TOTAL SERVICE OR CLAIM CHARGE AMOUNT; AND | |
| 08/13/20 | 18:47:00 | Msg | | | MUST NOT DUPLICATE PROVIDER ADJUSTMENT AMOUNTS (PAYMENTS | |
| 08/13/20 | 18:47:00 | Msg | | | AND CONTRACTUAL REDUCTIONS) THAT HAVE RESULTED FROM PRIOR | |
| 08/13/20 | 18:47:00 | Msg | | | PAYER(S) ADJUDICATION. (USE ONLY WITH GROUP CODES PR OR CO | |
| 08/13/20 | 18:47:00 | Msg | | | DEPENDING UPON LIABILITY) | |
| 08/13/20 | 18:47:05 | Msg | RCDX | TM | TICKET IS AT ZERO BALANCE St N In N | |

**EXHIBIT 30**
**248**

| | | | | | |
|---|---|---|---|---|---|
| 08/01/20 04:20:34 | Bill | LOAD 94 | Montana Medicaid Seq Pri Origin Initial Bill Asn Yes Media Electronic Type Phys File Submitted 94 - MTMD01/MTMCD | | 2,308.33 |
| 08/11/20 06:43:21 | Rmt | 42 | Chk 08/10/20 REDACTED 14,714.73 CN# REDACTED Elm 2,308.33 All 1,731.25 | | -1,731.25 |

© 2020 Quadax, Inc. :: Terms of Use :: Quadax Support :: 08/14/2020 :: AtbPOB

EXHIBIT 30
249

EXPLANATION OF BENEFITS

PAYER          : STATE OF MONTANA
PAYEE          : DEXCOM
PROV/TAX ID#   : REDACTED
CHECK/EFT#     :
CHECK DATE     : 08/10/20
CLAIM STATUS   : 1-Processed as Primary

PAGE#          : 1
PRINTED DATE   : 08/14/20
INS PLAN       : 94
DEMAND EOB     :
OPERATOR CD    : JBDX

| PERF PROV | SERV DATE | POS | NOS | PROC | MODS | BILLED | ALLOWED | DEDUCT | CO-INS+PAY | GRP/RC-AMT | PROV PD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| NAME REDACTED | | | | HIC REDACTED | | | | | CTL REDACTED | | |
| REDACTED | | | | | | | ACNT REDACTED | | | ASG Y MOA | |
| | 0731 073120 | | 1 | A9277 | | 907.36 | 680.52 | 0.00 | 0.00 CO-45 | 226.84 | 680.52 |
| | 0731 073120 | | 1 | A9278 | | 793.80 | 595.35 | 0.00 | 0.00 CO-45 | 198.45 | 595.35 |
| | 0731 073120 | | 30 | A9276 | | 607.17 | 455.38 | 0.00 | 0.00 CO-45 | 151.79 | 455.38 |
| PT RESP | 0.00 | | | CLAIM TOTALS | | 2308.33 | 1731.25 | 0.00 | 0.00 | 577.08 | 1731.25 |
| | | | | | | | | | | | 1731.25 NET |

EXHIBIT 30
250

# EXHIBIT 31

EXHIBIT 31
251

EXHIBIT 31
252

Patient Name: Patient ID:
Payer: Montana

| HCPCS Codes | Quantity | Charge Amounts | 7/18/2019 | 8/13/2019 | 10/5/2019 | 1/6/2020 | 1/30/2020 | 3/5/2020 | 4/7/2020 | 5/20/2020 | 6/18/2020 | 7/31/2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GS & G6 | | | | | | | | | | | | |
| A9278 | 1 | | 595.35 | | | | | | | | | 595.35 |
| A9277 | 1 | | 680.52 | | | | 680.52 | | | | | 680.52 |
| A9276 | 30 | 455.38 | 455.38 | | 1366.13 | 455.38 | 455.38 | 455.38 | 455.38 | 455.38 | 455.38 | 455.38 |
| K0554 | 1 | | 223.12 | | | | | | | | | 223.12 |
| K0553 KF | 1 | | | | | | | | | | | |
| K0553 | 1 | | 220.78 | | 220.78 | | 220.78 | 220.78 | 220.78 | 220.78 | 220.78 | 220.78 |
| 2019 Difference | $ 2,423.67 | | 1278.32 | | 1145.35 | | | | | | | |
| 2020 Difference | $ 3,140.87 | | | | | 234.6 | 915.12 | 234.6 | 234.6 | 234.6 | 234.6 | 1287.35 |
| TOTAL Difference | $ 5,564.54 | FALSE | | 0 | 1366.13 | 455.38 | 455.38 | 455.38 | 455.38 | 455.38 | 455.38 | 234.6 |