| | |
|---|---|
| 1 | Roger A. Lewis (pending PHV, IL Bar No. 6229704) |
| 2 | David J. Chizewer (pending PHV, IL Bar No. 6206747)<br>GOLDBERG KOHN LTD. |
| 3 | 55 East Monroe Street – Suite 3300<br>Chicago, Illinois  60603 |
| 4 | (312) 201-4000<br>roger.lewis@goldbergkohn.com |
| 5 | david.chizewer@goldbergkohn.com |
| 6 | Ross H. Hyslop (CSB #149358)<br>PESTOTNIK LLP |
| 7 | 501 West Broadway – Suite 1025<br>San Diego, California  92101 |
| 8 | (619) 237-3000<br>hyslop@pestotnik.com |
| 9 | *Counsel for Plaintiff-Relator* |

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE UNITED STATES OF AMERICA, the **STATE OF CALIFORNIA**, the **STATE OF ILLINOIS**, and the **STATE OF MONTANA**, *ex rel.* JEFFREY BIERMAN,<br><br>Plaintiffs,<br><br>vs.<br><br>DEXCOM, INC.<br><br>Defendant. | Case No.<br><br>**TABLE OF CONTENTS - EXHIBITS**<br><br>**JURY TRIAL DEMANDED**<br><br>**FILED IN CAMERA AND UNDER SEAL (Pursuant to 31 U.S.C. § 3730)**<br>**DO NOT PLACE ON PACER**<br>**DO NOT PLACE IN PRESS BOX** |

**EXHIBIT, PAGES**

CMS Ruling 1682-R (Jan. 12, 2017) .................................................................. Exhibit 1, 001-017

J. Bierman email to A. Booras, B. Keyt, and S. Moss regarding draft

    DWO claim form (Aug. 14, 2017) ............................................................. Exhibit 2, 018-020

M. May email to J. Bierman forwarding results of two CERT audits

    (Jan. 28, 2020) ............................................................................................ Exhibit 3, 021-028

CGS Letter to Dexcom re:  "Probe Review Results" (Nov. 18, 2019) ............... Exhibit 4, 029-039

J. Updegraff email to J. Bierman, et al. regarding "cert" (Jan. 28, 2020) ........... Exhibit 5, 040-043

| # | Entry | Reference |
|---|---|---|
| 1-2 | J. Updegraff email to C. Kastner regarding Medicare's recent denial of claim (July 26, 2018) | Exhibit 6, 044-049 |
| 3 | Spreadsheet regarding M. May internal audit of 50 file sample | Exhibit 7, 050-051 |
| 4-5 | Materials regarding Dexcom internal audit of payments received on behalf of Patient A (May 21, 2020) | Exhibit 8, 052-057 |
| 6-7 | Materials regarding Dexcom internal audit of payments received on behalf of Patient B (May 21, 2020) | Exhibit 9, 058-063 |
| 8-9 | Materials regarding Dexcom internal audit of payments received on behalf of Patient C (May 21, 2020) | Exhibit 10, 064-067 |
| 10 | Spreadsheet regarding billing history for 38 Medicare patients | Exhibit 11, 068-069 |
| 11 | Dexcom form, "Medicare Certificate of Medical Necessity" (blank) | Exhibit 12, 070-072 |
| 12-13 | FAQ from www.dexcom.com: "Q: How long does the Dexcom G6 transmitter last?" (Aug. 24, 2020) | Exhibit 13, 073-074 |
| 14-15 | CMS "Application for Code Verification Review" for Palmetto PDAC (blank) | Exhibit 14, 075-080 |
| 16 | "Advance Beneficiary Notice of Noncoverage (ABN)" (Feb. 15, 2018) | Exhibit 15, 081-082 |
| 17 | Dexcom form, "Certificate of Medical Necessity" (blank) | Exhibit 16, 083-084 |
| 18-19 | J. Bierman email to B. Keyt, et al. forwarding Aetna policy on CGM (Nov. 14, 2017) | Exhibit 17, 085-100 |
| 20-21 | J. Bierman email to T. Conn, et al. re: "Dexcom CGM updates and Medicare coverage" (Nov. 14, 2017) | Exhibit 18, 101-105 |
| 22 | BlueCross BlueShield of Alabama – "Coding Coach Coding Tips" | Exhibit 19, 106-111 |
| 23-25 | BlueCross BlueShield of California (Anthem) Clinical UM Guideline - "Non-implantable Insulin Infusion and Blood Glucose Monitoring Devices" (Dec. 31, 2019) | Exhibit 20, 112-117 |
| 26-27 | BlueCross BlueShield of Illinois, "Continuous or Intermittent Monitoring of Glucose in Interstitial Fluid" (Jan. 1, 2017 – Mar. 31, 2018) | Exhibit 21, 118-141 |

New York State Medicaid, "Reimbursement of Continuous Glucose Monitoring for Individuals with Type 1 Diabetes" (Nov. 1, 2017) ...... Exhibit 22, 142-144

BlueCross & BlueShield of Massachusetts - "Diabetic Care – Payment Policy" (Mar. 2018) .......................................................................... Exhibit 23, 145-152

Policy Memo from State of California Department of Health Care Services (Medicaid) re: "Continuous Glucose Monitoring (CGM) as a CCS/GHPP Program Benefit – Revised with Attachment" (Aug. 29, 2018) ................................................................ Exhibit 24, 153-164

Montana Healthcare Programs (Medicaid) Notice - "Therapeutic Continuous Glucose Monitor and Sensors – K0554 & K0553" (Jan. 1, 2019) ........................................................................................ Exhibit 25, 165-167

Example Claim No. 4 (California) - Records re: Patient D .............................. Exhibit 26, 168-210

Example Claim No. 4 (California) - Spreadsheet re "Patient D" ...................... Exhibit 27, 211-212

Example Claim No. 5 (Illinois) - Records re: "Patient E" ................................ Exhibit 28, 213-223

Example Claim No. 5 (Illinois) - Spreadsheet re "Patient E" ........................... Exhibit 29, 224-225

Example Claim No. 6 (Montana) - Records re: "Patient F" ............................. Exhibit 30, 226-250

Example Claim No. 6 (Montana) - Spreadsheet re "Patient F" ......................... Exhibit 31, 251-252