# EXHIBIT 3

EXHIBIT 3
0021

**Subject:**   FW: CERT AUDIT FW: Nov 2020 Summary for Dexcom
**Attachments:**   Jan 2020 Dexcom Supplier Drilldown - Nov 2020.xlsx

**From:** Matthew May [mailto:mmay@Dexcom.com]
**Sent:** Tuesday, January 28, 2020 1:52 PM
**To:** Jeffrey Bierman <jbierman@mednetinc.net>
**Subject:** CERT AUDIT FW: Nov 2020 Summary for Dexcom


Matt May
Manager, Inside Sales - East Region | Dexcom
6340 Sequence Drive | San Diego, CA 92121
(858) 200-0251 | www.dexcom.com

**Dexcom CGM now available at pharmacy.**
*Learn more at dexcom.com/rx*

**Questions about using your Dexcom CGM System?**
*Watch videos at dexcom.com/youtube*


**From:** Erica Adkins <eadkins@Dexcom.com>
**Sent:** Thursday, January 23, 2020 1:50 PM
**To:** Matthew May <mmay@Dexcom.com>
**Subject:** FW: Nov 2020 Summary for Dexcom


*Erica Adkins*
*Manager, Cash Collections*
*6310 Sequence Drive*
*San Diego, CA 92121*
*Office: (858) 875-9622*
*Fax: (858) 332-0223*
*Email: Eadkins@dexcom.com*
*Website: www.dexcom.com*
**Dexcom**
(One Step Ahead)

**From:** Joan Updegraff <Joan.Updegraff@Dexcom.com>
**Sent:** Wednesday, January 22, 2020 4:31 PM
**To:** Jereme Sylvain <jereme.sylvain@Dexcom.com>
**Cc:** Erica Adkins <eadkins@Dexcom.com>; Mahta Nakic <mahta.nakic@dexcom.com>
**Subject:** FW: Nov 2020 Summary for Dexcom

Good Afternoon Jereme,

1

EXHIBIT 3
0022

I had a great conversation with one of my contacts at Noridian today, Paula Berriche, RN, who is a CERT Educator for Noridian, JD, and was head of the three-person team who paid us a site visit in January 2019. Paula was returning my call regarding questions I had about the new CMS Standard Work Order (SWO- formerly called a DWO). I reached out to her prior to receiving emails from Beth Keyt regarding the same.

Paula took the opportunity to discuss some of the CERT audit errors that have occurred. In this conversation, she made mention of the "Weighted Error Rate" for one of the CERT audits that was found in error- the "rate" is expressed in dollar amounts. To my knowledge it is an "extrapolated" view, but I am not 100% certain that is the correct way to explain it.

I advised that it would be important for our Financial and Billing teams to have knowledge of and a thorough understanding of our "Weighted Error Rate" is and what it means for us as a biller of Medicare. Paula advised we should be receiving a report soon. My concern was it might not be delivered appropriately so Paula had her counterpart run a report and email it over so I could get it to you and Erica.

Erica and I spoke together today about the report, and she advised she will be reaching out to Paula for more insight tomorrow. She will then be able to provide clarity to the report and recommend any further process that may be needed regarding "containment" so-to-speak.

Please let me know if you have any questions and thank you for your time,

**Joan Updegraff**
Operational Compliance Specialist 2
RD – Corporate Compliance
Dexcom, Inc
6350 Sequence Drive
San Diego, CA 92121
Direct line: 858.529.4238
Fax: 858-333-8210
Toll Free: (800) 339.2664 Ext: 114238
joan.updegraff@dexcom.com

# Dexcom

Visit our website: www.dexcom.com

---

**From:** Bekah Nelson <Rebekah.Nelson@noridian.com>
**Sent:** Wednesday, January 22, 2020 1:22 PM
**To:** Joan Updegraff <Joan.Updegraff@Dexcom.com>
**Cc:** Paula Berriche <Paula.Berriche@noridian.com>
**Subject:** Nov 2020 Summary for Dexcom

Hi Joan,

Paula had me run a summary report on Dexcom per your request. Attached is the current standings of Dexcom's CERT reviews. Please work with Paula regarding any questions you may have.

**Thanks,**

2

**EXHIBIT 3**
**0023**

**Bekah Nelson**
CERT Coordinator – Jurisdiction A and D
NORIDIAN HEALTHCARE SOLUTIONS LLC, FARGO
Phone: (701) 715-9510
rebekah.nelson@noridian.com
www.noridian.com | www.noridianmedicare.com



Confidentiality Notice: This communication and any attachments are for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure, distribution or copying is prohibited. If you are not the intended recipient(s), please contact the sender by replying to this e-mail and destroy/delete all copies of this e-mail message

Sample Summary

## Sample Summary - Dexcom (PTAN: 6683790001)
### Jurisdiction: A
### Download Date: 01/16/2020

| PTAN | Total Claims In Error | Total Claims Sampled | $ Allowed | $ Paid in Error | Appealed Claims | $ Paid in Error On Appeal | Weighted $ Allowed | Weighted $ in Error On Appeal | Sample Error Rate | Weighted Error Rate |
|---|---|---|---|---|---|---|---|---|---|---|
| REDACTED | 5 | 12 | $3,297.07 | $1,267.11 | 0 | $1,267.11 | $11,355,632.56 | $4,395,561.73 | 38.43% | 38.71% |
| TOTAL | 5 | 12 | $3,297.07 | $1,267.11 | 0 | $1,267.11 | $11,355,632.56 | $4,395,561.73 | 38.43% | 38.71% |

Totals are calculated using only claims in a completed status.

## Sample Summary - Dexcom (PTAN: 6683790001)
### Jurisdiction: D
### Download Date: 01/16/2020

| PTAN | Total Claims In Error | Total Claims Sampled | $ Allowed | $ Paid in Error | Appealed Claims | $ Paid in Error On Appeal | Weighted $ Allowed | Weighted $ in Error On Appeal | Sample Error Rate | Weighted Error Rate |
|---|---|---|---|---|---|---|---|---|---|---|
| REDACTED | 13 | 22 | $5,084.08 | $3,300.60 | 0 | $3,300.60 | $17,496,408.03 | $11,393,022.95 | 64.92% | 65.12% |
| TOTAL | 13 | 22 | $5,084.08 | $3,300.60 | 0 | $3,300.60 | $17,496,408.03 | $11,393,022.95 | 64.92% | 65.12% |

Totals are calculated using only claims in a completed status.

EXHIBIT 3
0025

JA Nov 2020

Claim Detail – Dexcom (PTAN: REDACTED)
Jurisdiction: A
Download Date: 01/16/2020

Errors

| PTAN | CID | Line | DOS | HCPCS | Line Error Status | Error Code | $ Paid in Error | Final Decision | $ Allowed After Appeals | Weighted $ Allowed | Weighted $ In Error | Reviewer Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REDACTED | | 1 | 09/05/2018 | K0553 | In Error | 21 | $251.11 | | | $869,286.11 | $869,286.11 | 09/20/2019 MISSING: 1) Order that is claimed to include the Order Date… (illegible detailed text) … Insufficient documentation. |
| | | 1 | 09/01/2018 | K0553 | In Error | 21 | $251.11 | | | $869,286.11 | $869,286.11 | 09/13/2019 MISSING: 1) Order that is claimed to include the Order Date… (illegible detailed text) … Insufficient documentation. |
| | | 1 | 12/06/2018 | K0553 | In Error | 21 | $251.11 | | | $855,000.89 | $855,000.89 | 09/24/2019 MISSING: 1) Supplier to bill on the supplier's created order… (illegible detailed text) … Insufficient documentation. |
| | | 1 | 02/18/2019 | K0553 | In Error | 21 | $256.89 | | | $900,978.80 | $900,978.80 | 10/22/2019 MISSING: 1) physician order for continuous glucose monitoring… (illegible detailed text) … revision effective 01/01/2019. |
| | | 1 | 02/25/2019 | K0553 | In Error | 21 | $256.89 | | | $900,018.80 | $900,018.80 | 09/18/2019 MISSING: 1) The supplied supplier template order is missing a start/order date… (illegible detailed text) … Insufficient documentation. |

No Errors

| PTAN | CID | Line | DOS | HCPCS | Line Error Status | $ Allowed | Weighted $ Allowed |
|---|---|---|---|---|---|---|---|
| REDACTED | | 1 | 10/20/2018 | K0553 | No Error | $251.11 | $855,000.89 |
| | | 1 | 11/20/2018 | K0553 | No Error | $251.11 | $855,000.89 |
| | | 1 | 02/28/2019 | K0553 | No Error | $256.89 | $900,978.80 |
| | | 1 | 05/15/2019 | K0553 | No Error | $256.89 | $870,123.17 |
| | 2 | | 05/15/2019 | K0553 | No Error | $256.89 | $12,581.68 |
| | | 1 | 05/20/2019 | K0553 | No Error | $256.89 | $870,123.17 |
| | | 1 | 02/26/2019 | K0553 | No Error | $256.89 | $870,123.17 |
| | | 1 | 04/10/2019 | K0553 | No Error | $256.89 | $870,123.17 |

EXHIBIT 3
0026

Claim Detail - Dexcom (PTAN: 6683790001)
Jurisdiction: D
Download Date: 01/16/2020
Errors

| PTAN | CID | Line | DOS | HCPCS | Line Error Status | Error Code | $ Paid in Error | Final Decision | Allowed $ After Appeals | Weighted $ Allowed | Weighted $ In Error | Reviewer Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REDACTED | D | 1 | 05/02/2018 | K0553 | In Error | 21 | $251.11 | | | $869,299.11 | $869,299.11 | 05/22/2019 MISSING: [illegible narrative regarding order date, signature, CGM, proof of delivery, LCD requirements] |
| | | 1 | 06/29/2018 | K0553 | In Error | 21 | $251.11 | | | $869,299.11 | $869,299.11 | 05/10/2019 MISSING: [illegible narrative] |
| | | 1 | 09/04/2018 | K0553 | In Error | 21 | $251.11 | | | $869,299.11 | $869,299.11 | 06/14/2019 MISSING: [illegible narrative] |
| | | 1 | 09/14/2018 | K0553 | In Error | 21 | $251.11 | | | $869,299.11 | $869,299.11 | 06/31/2019 MISSING: [illegible narrative] |
| | | 1 | 09/21/2018 | K0553 | In Error | 21 | $251.11 | | | $869,299.11 | $869,299.11 | 07/22/2019 MISSING: [illegible narrative] |
| | | 1 | 09/06/2018 | K0554 | In Error | 21 | $284.16 | | | $899,444.12 | $899,444.12 | 07/23/2019 MISSING: [illegible narrative] |
| | | 2 | 09/06/2018 | K0553 | In Error | 21 | $251.11 | | | $855,009.89 | $855,009.89 | 07/23/2019 MISSING: [illegible narrative] |
| | | 1 | 11/09/2018 | K0553 | In Error | 21 | $251.11 | | | $855,009.89 | $855,009.89 | 08/04/2019 MISSING: [illegible narrative] |
| | | 1 | 11/29/2018 | K0553 | In Error | 21 | $251.11 | | | $855,009.89 | $855,009.89 | 06/24/2019 MISSING: [illegible narrative] |

EXHIBIT 3
0027

REDACTED

| | DOS | HCPCS | Line Error Stat. | $ Allowed | Sighted $ Allowed | Notes |
|---|---|---|---|---|---|---|
| 1 | 02/19/2019 | K0553 | In Error | 21 | $256.89 | $900,976.80 | 10/11/2019 MISSING: 1) Supplier documentation to support previous delivery of supplies (such as, CGM sensor, CGM transmitter, home BGM and related BGM supplies (test strips, lancets, lancing device, calibration solutions) and batteries) that are sufficient to last for one (1) full month following DOS 02/19/2019. RECEIVED: 1) Letter from supplier stating, "claim review date of 2/19/2019 was for a Medicare Monthly Subscription only and no products or supplier were delivered, thus, there is no POD", 2) Detailed order dated 09/25/2018, 3) Physician's clinical record dated 11/17/2020 supporting Insulin treated Diabetes on Insulin Pump testing 4-6 times daily. 4) Delivery of CGM dated 09/26/2017. SSA 1833(e), 42 CFR 424.5(a)(6) (sufficient Information), 42 CFR 424.57(c)(12) (POD), PUB 100-8 Chapter 4 § 4.26 (supplier proof of delivery documentation requirements), § 4.26.1 (Proof of Delivery and Delivery Methods), PUB 100-8 Chapter 3 § § 3.2.4 (Use of Claims History Information in Claim Payment Determinations), PUB 100-8 Chapter 5 § 5.2.3 (Detailed Written Orders), § 5.7 (documentation in the patient's medical record), § 5.8 (supplier documentation), § 5.9 (evidence of medical necessity), LCD: Glucose Monitors (L33822) Rev. Eff. 01/01/2019, Local Coverage Article: Glucose Monitors – Policy Article (A52464) Rev. Eff. 01/01/2019, and Local Coverage Article: Standard Documentation Requirements for All Claims Submitted to DME MACs (A55426) Rev. Eff. 01/01/2019. Tech Stop completed. Insufficient documentation. |
| 1 | 01/29/2019 | K0553 | In Error | 21 | $256.89 | $900,976.80 | 10/15/2019 MISSING: 1) Order date on the supplier's created order; 2) Proof of delivery prior to, or, on the claim date of service 01/29/2019. RECEIVED: 1) Supplier's created order with no order date, signed by the physician on 03/19/2019; 2) Clinical note dated 12/20/2018 documenting the beneficiary with type 2 diabetes treated with insulin infections; 3) Proof of delivery dated 01/30/2019, after the claim date of service 01/29/2019. SSA 1833(e), 42 CFR 424.5(a)(6) (Sufficient Information), 42 CFR 424.57(c)(12) (POD), PUB 100-8 Chapter 3 § 3.2.4 (Use of Claims History Information in Claim Payment Determinations), PUB 100-8 Chapter 3 § 3.6.2.4 (Coding Determinations), PUB 100-8 Chapter 4 § 4.26 (Supplier Proof of Delivery Documentation Requirements), § 4.26.1 (Proof of Delivery and Delivery Methods), PUB 100-8 Chapter 5 § § 5.2.3 (Detailed Written Orders), § 5.7 (Documentation in the Patient's Medical Record), § 5.8 (Supplier Documentation), § 5.9 (Evidence of Medical Necessity), LCD for Glucose Monitors (L33822) revision effective 01/01/2019, Glucose Monitors – Policy Article (A52464) revision effective 01/01/2019, and Standard Documentation Requirements for All Claims Submitted to DME MACs (A55426) effective 01/01/2019. Tech stop completed. Insufficient documentation. |
| 1 | 02/11/2019 | K0553 | In Error | 21 | $256.89 | $900,976.80 | 05/13/2019 MISSING: 1) Order Date on the submitted supplier generated order form signed 05/01/2019. RECEIVED: 1) Supplier generated order form signed 05/01/2019, missing the Order Date; 2) NPP's clinical record dated 01/14/2019 supporting Insulin treated Diabetes using Dexcom CGM Device; 3) Proof of delivery dated 02/11/2019. SSA 1833(e), 42 CFR 424.5(a)(6) (sufficient information), 42 CFR 424.57(c)(12) (POD), PUB 100-8 Chapter 4 § 4.26 (supplier proof of delivery documentation requirements), § 4.26.1 (Proof of Delivery and Delivery Methods), PUB 100-8 Chapter 3 § § 3.2.4 (Use of Claims History Information in Claim Payment Determinations), PUB 100-8 Chapter 5 § § 5.2.3 (Detailed Written Orders), § 5.7 (documentation in the patient's medical record, § 5.8 (supplier documentation), § 5.9 (evidence of medical necessity), LCD: Glucose Monitors (L33822) Rev. Eff. 01/01/2019, Local Coverage Article: Glucose Monitors – Policy Article (A52464) Rev. Eff. 01/01/2019, and Local Coverage Article: Standard Documentation Requirements for All Claims Submitted to DME MACs (A55426) Rev. Eff. 01/01/2019. If someone other than the prescriber (e.g., DME supplier) creates the DWO then the prescription must be reviewed and, "…personally signed and dated…" by the prescriber. In this scenario, two dates are required: an "order date" and a prescriber-entered "signature date". Insufficient documentation. |
| 1 | 03/22/2019 | K0553 | In Error | 21 | $256.89 | $879,123.17 | 11/25/2019 MISSING: 1) Order Date on the submitted supplier generated order. RECEIVED: 1) Supplier generated order signed 08/29/2019, missing the Order Date; 2) NPP's clinical records dated 10/08/2018 and 02/26/2019 supporting Type 1 DM on insulin therapy; 3) Proof of delivery of supplies dated 03/22/2019. SSA 1833(e), 42 CFR 424.5(a)(6) (sufficient information), 42 CFR 424.57(c)(12) (POD), PUB 100-8 Chapter 4 § 4.26 (supplier proof of delivery documentation requirements), § 4.26.1 (Proof of Delivery and Delivery Methods), PUB 100-8 Chapter 3 § 3.2.4 (Use of Claims History Information in Claim Payment Determinations), PUB 100-8 Chapter 5 § 5.2.3 (Detailed Written Orders), § 5.7 (documentation in the patient's medical record), § 5.8 (supplier documentation), § 5.9 (evidence of medical necessity), LCD: Glucose Monitors (L33822) Rev. Eff. 01/01/2019, Local Coverage Article: Glucose Monitors – Policy Article (A52464) Rev. Eff. 01/01/2019, and Local Coverage Article: Standard Documentation Requirements for All Claims Submitted to DME MACs (A55426) Rev. Eff. 01/01/2019. ADR completed. If someone other than the prescriber (e.g., DME supplier) creates the DWO then the prescription must be reviewed and, "…personally signed and dated…" by the prescriber. In this scenario, two dates are required: an "order date" and a prescriber-entered "signature date". Insufficient documentation. |
| 1 | 05/17/2019 | K0553 | In Error | 21 | $0.00 | $879,123.17 | 12/02/2019 MISSING: 1) Proof of delivery of CGM supplies on or prior to claim date of service 05/17/2019 to support that this supplier previously delivered quantities of supplies that are sufficient to last for one (1) full month following the DOS on the claim. RECEIVED: 1) Proof of delivery dated 05/30/2019, after claim date of service 05/17/2019; 2) Detailed order dated 09/12/2018; 3) Physician's clinical record dated 03/22/2019 supporting insulin-treated Diabetes on CGM device. SSA 1833(e), 42 CFR 424.5(a)(6) (sufficient information), 42 CFR 424.57(c)(12) (POD), PUB 100-8 Chapter 4 § 4.26 (supplier proof of delivery documentation requirements), § 4.26.1 (Proof of Delivery and Delivery Methods), PUB 100-8 Chapter 3 § 3.2.4 (Use of Claims History Information in Claim Payment Determinations), PUB 100-8 Chapter 5 § 5.2.3 (Detailed Written Orders), § 5.7 (documentation in the patient's medical record), § 5.8 (supplier documentation), § 5.9 (supplier documentation), § 5.9 (evidence of medical necessity), LCD: Glucose Monitors (L33822) Rev. Eff. 01/01/2019, and Local Coverage Article: Glucose Monitors – Policy Article (A52464) Rev. Eff. 01/01/2019, and Local Coverage Article: Standard Documentation Requirements for All Claims Submitted to DME MACs (A55426) Rev. Eff. 01/01/2019. ADR completed with return of duplicate records. Insufficient documentation. |

No Errors

| PTAN | CID | Line | DOS | HCPCS | Line Error Stat. | $ Allowed | Sighted $ Allowed |
|---|---|---|---|---|---|---|---|
| REDACTED | | 1 | 05/09/2018 | K0553 | No Error | $0.00 | $0.00 |
| | | 1 | 01/30/2019 | K0553 | No Error | $0.00 | $0.00 |
| | | 1 | 03/14/2019 | K0553 | No Error | $0.00 | $0.00 |
| | | 1 | 05/13/2019 | K0554 | No Error | $242.14 | $828,646.05 |
| | | 1 | 06/07/2019 | K0553 | No Error | $256.89 | $879,123.17 |
| | | 1 | 06/01/2019 | K0553 | No Error | $256.89 | $879,123.17 |
| | | 1 | 06/14/2019 | K0553 | No Error | $256.89 | $879,123.17 |
| | | 1 | 06/14/2019 | K0553 | No Error | $256.89 | $879,123.17 |
| | | 1 | 06/19/2019 | K0553 | No Error | $256.89 | $879,123.17 |

EXHIBIT 3
0028