# EXHIBIT 6

**EXHIBIT 6**
**044**

**Subject:** FW: Acct <sup>REDACTED</sup> Findings
**Attachments:** Detailed Written Order - Noridian.pdf; 308 Medicare CMN Q4 CURRENT MCR CMN 2018.pdf

**From:** Catherine Kastner [mailto:catherine.kastner@dexcom.com]
**Sent:** Thursday, July 26, 2018 9:49 PM
**To:** Jeffrey Bierman <jbierman@mednetinc.net>
**Subject:** FW: Acct <sup>REDACTED</sup> Findings

Joan comes from the Managed Care group and is working for me in Compliance. I gave her a denial to review, and also asked for her analysis.

As it is very late in the day for both of us, I am sharing and wanted your comments to the analysis. I too will read it more thoroughly with coffee and a fresh set of eyes.

10 hours in a conference room surround with CHAP crap – so I am beat!

Catherine

**From:** Joan Updegraff
**Sent:** Thursday, July 26, 2018 11:40 AM
**To:** Catherine Kastner <catherine.kastner@dexcom.com>
**Subject:** Acct <sup>REDACTED</sup> Findings

Hello Catherine,
I reviewed the denial info from Noridian. Please see below for my findings, suggestions and recommendation regarding Dexcom's current Medicare CMN. I have attached information from Noridian regarding: Detailed Written Orders and a blank copy of our current Medicare CMN as well. Please let me know if you have any questions.

## Medicare Appeal for Acct <sup>REDACTED</sup> - Medicare Region D.

I. Denial reason continues to be for: **Detailed order for the items billed**
II. Additional info is given in the "OF NOTE" details:

   a. Per the policy article, if someone <u>other than</u> the prescriber creates the DWO (Detailed Work Order- PWO- CMN) in this case, Dexcom, then **TWO dates are required**, the **Order Date and the Prescriber signature date**:

      i. The "Order Date" is defined as the date that we verbally received the prescriber's order for a CGM for their patient -OR- can be date the CMN is sent to the prescriber to be completed. This date signifies when the patient can begin receiving supplies. This is missing from our CMN. It appears Dexcom will need to add this detail to the Medicare CMN, maybe have it auto-generate the date when the CMN is printed/ or faxed to the prescriber to complete.

      <u>Document update SUGGESTION:</u>
      1. Can state something like: Beginning today, **- OR-** As of: XX/XX/XXXX, through XX/XX/XXXX (12 months) Patient can receive:
      - K0554 Receiver (Monitor), dedicated for use with therapeutic Continuous Glucose Monitor system – 1-unit Dexcom G-5 Receiver

1

**EXHIBIT 6**
**045**

- K0553- Supply Allowance for therapeutic Continuous Glucose Monitor (CGM), includes all supplies and accessories, 1-month supply = 1 unit of service: 5 sensors/1 per week: 1 Transmitter/90 days; 1 glucose monitor, 100-Lancets/30 days; 1- control solution; 150 test strips/30 days; 1-spring powered lancing devise per 8 months
  Refills: XXXX

RECOMMENDATION:

   I.   Have all Medicare Jurisdictions review our Medicare CMN and sign-off for acceptance. Region D is especially picky.

The screen shot below was taken from: **Supplier Manual-Summer 2018 (DME MAC Jurisdiction C) Chapter 3-Supplier Documentation**

> For the "date of the order" described above, use the dispensing order date i.e., the date you were contacted by the prescribing practitioner (for verbal orders) or the date entered by the prescribing practitioner (for written dispensing orders).
>
> Additional order date instructions:
>
> - If the prescriber creates a complete and compliant DWO, only a single date—the "order date"—is required. This order date may be the date that the prescriber signs the document (either wet signature or electronic signature).
>
> - If someone other than the prescriber (e.g., DME supplier) creates the DWO, then the prescription must be reviewed and, "…personally signed and dated…" by the prescriber. In this scenario, two (2) dates are required: an "order date" and a prescriber-entered "signature date".

Thank you,

**Joan Updegraff**
Compliance Specialist II Quality & Regulatory Affairs Dexcom, Inc
6350 Sequence Drive
San Diego, CA 92121
Direct line: 858.529.4238
Toll Free: (800) 339.2664 Ext: 114238
joan.updegraff@dexcom.com

# Dexcom

Visit our website: www.dexcom.com

2

EXHIBIT 6
046



JD DME / Browse by Topic / Documentation / Detailed Written Orders

# Detailed Written Orders

A DWO is required before billing. Someone other than the physician may complete the DWO of the item unless statute, manual instructions, the contractor's LCD or policy articles specify otherwise. However, the prescribing physician must review the content and sign and date the document. It must contain:

- Beneficiary's name
- Prescribing physician's name
- Date of the order
- All items, options or additional features that are separately billed or require an upgraded code. The description can be either a narrative description (e.g., lightweight wheelchair base), a HCPCS code, a HCPCS code narrative, or a brand name/model number.
- Prescribing physician's signature
- Signature date, if applicable (see below)

For items provided on a periodic basis, including drugs, the written order must include:

- Item(s) to be dispensed
- Dosage or concentration, if applicable
- Route of Administration, if applicable
- Frequency of use
- Duration of infusion, if applicable
- Quantity to be dispensed
- Number of refills

For the "Date of the order" described above, use the dispensing order date i.e., the date the supplier was contacted by the prescribing physician (for verbal orders) or the date entered by the prescribing physician (for written dispensing orders).

Additional order date instructions:

- If the prescriber creates the DWO, only a single date - the "order date" - is required. This order date may be the date that the prescriber signs the document.
- If someone other than the prescriber (e.g., DME supplier) creates the DWO then the prescription must be reviewed and, "...personally signed and dated..." by the prescriber. In this scenario, two dates are required: an "order date" and a prescriber-entered "signature date".

In some cases, the prescribing physician may specify a future start date for therapy that is different from the date of the order. This start date does not impact the date of the order, DOS entered on the claim, Medicare-required forms (e.g., CMN, DIF) or refill/delivery timelines. As long as the supplier has a properly completed dispensing order with a correctly determined prescription date, an item may be shipped or delivered on or after the date of the dispensing order (except for items that require written order prior to delivery).

Frequency of use information on orders must contain detailed instructions for use and specific amounts to be dispensed. Reimbursement shall be based on the specific utilization amount only. Orders that only state "PRN" or "as needed" utilization estimates for replacement frequency, use, or consumption are not sufficient to justify payment.

The detailed description in the written order may be either a narrative description (e.g., lightweight wheelchair base), a HCPCS code, a HCPCS code narrative, or a brand name/model number.

## Reminders

Signature and date stamps are not allowed. Signatures must comply with the CMS signature requirements outlined in PIM 3.3.2.4.

The DWO must be available upon request.

A prescription is not considered as part of the medical record. Medical information intended to demonstrate compliance with coverage criteria may be included on the prescription but must be corroborated by information contained in the medical record.

If a supplier does not have a faxed, photocopied, electronic or pen and ink detailed written order signed and dated by the treating physician/practitioner in their records before they submit a claim to Medicare (i.e., if there is no order or only a verbal order), the claim will be denied. If the claim is for an item for which an order is required by statute (e.g., therapeutic shoes for diabetics, oral anticancer drugs, oral antiemetic drugs which are a replacement for intravenous antiemetic drugs), the claim will be denied as not meeting the benefit category and is therefore not appealable

**EXHIBIT 6**
**047**

by the supplier (see *CMS Manual System*, Pub. 100-04, *Medicare Claims Processing Manual*, Chapter 29, for more information on appeals). For all other items, if the supplier does not have an order that has been both signed and dated by the treating physician before billing the Medicare program, the item will be denied as not reasonable and necessary, with the exception of items requiring a written order prior to delivery as indicated below.

If an order is taken verbally and sent to the physician for a signature and date, there are two documents: the verbal order and the written order with the physician's signature and date.
If a beneficiary comes in with a prescription containing all of the elements of a detailed written order, then one document is on file.

It is important to remember that if an item is dispensed based on a verbal order and a written order is provided afterwards, both orders must be retained. It is not adequate to **only** have a written order **after** dispensing an item. There must be documentation to show the verbal order was received **prior** to dispensing the item.

### Examples

Example: The treating physician calls the supplier and prescribes a glucose monitor with a verbal order. The supplier can then create a detailed written order that includes an itemized listing of all directly related, separately billable items - i.e., the glucose monitor, test strips, lancets, calibration solution, batteries and lancing device. This detailed written order is then returned to the physician for their signature.

Although the initial dispensing order from the physician did not specifically include the test strips, lancets, and other supplies, they are clearly related to the glucose monitor. Therefore, it is an acceptable detailed written order. For detailed written orders of this type, no further action is required from the physician beyond their signature and date. However, for other types of detailed written orders other actions by the physician may be required. (See below)
In the example above, it is not acceptable for the supplier to include additional, unprescribed and unrelated items, such as a vacuum erection device, water circulating heating pad or wrist orthosis to the detailed written order. While the test strips, lancets, and other supplies are related to the glucose monitor in the original order, the vacuum erection device, water circulating heating pad and wrist orthosis are not related and therefore must not be included on the detailed written order.

Some suppliers use preprinted forms for their detailed written orders that include a listing of many different items, not all of which may be needed by an individual beneficiary. These listings often create incompatible combinations. For example, an order form for CPAP accessories might list all possible interfaces. On these forms, the final document that is signed and dated by the physician must clearly identify the specific items that are being ordered for that patient. This may be accomplished in one of two ways:

- The supplier may indicate the items that are being provided before sending the form to the physician. The physician can then review the form and accept either the items marked by the supplier or make any necessary changes. The physician must then initial and date the revised entries; **or**
- The supplier may send the form to the physician without any items selected and ask the physician to indicate which items are being ordered. The physician must make their choice clear. Check marks, circling items or other affirmative indicators are acceptable ways to show that the physician selected the item(s).

In each case, the physician must sign and date the form.
The following are examples (not all-inclusive) of forms listing multiple items, which would be considered invalid detailed written orders:

- Forms listing incompatible items without specific items being selected. For example, for CPAP, a form which includes full-face mask, nasal mask, and nasal pillows with none being specifically selected by the physician.
- Forms in which incompatible items are checked off or selected by either the supplier or the physician. For example, a form which includes full-face mask, nasal mask, and nasal pillows and two or all three are selected.

### Resource

- CMS Internet Only Manual (IOM) Publication 100-08, Medicare Program Integrity Manual (PIM), Chapter 5, Section 5.2.3

Last Updated Jan 09, 2018

| Contact | Support | Tools | External Resources | Keep Current |
|---|---|---|---|---|
| 877-320-0390 | Help | Noridian Medicare Portal (NMP) | www.CMS.gov | |
| IVR Guide | Site Map | Redetermination Form | CMS Links | **Email Updates** |
| Fax Us | Site Tour | Remittance Advice | Internet Only Manuals | Receive Medicare's "Latest Updates" every Tuesday and Friday. |
| Mail Us | Web Feedback | Acronyms/Glossary | External Links | |
| Email Us | Adobe Reader | Tools | PDAC DMECS | |
| | Excel Viewer | Same or Similar Chart | CEDI | |
| | | Fee Schedule Look Up | NSC | |
| Bookmark this page | **Text Size:** A A A | | New Medicare Card | |
| | | | ISO 9001 Certified | |



**EXHIBIT 6**
**048**

Dexcom, Inc.
6340 Sequence Drive
San Diego, CA 92121

Barcode:

# DEXCOM

## MEDICARE DETAILED WRITTEN ORDER

- ● K0554 Receiver (Monitor), dedicated, for use with therapeutic Continuous Glucose Monitor system - 1 unit Dexcom G5 Receiver
- ● K0553 – Supply allowance for therapeutic continuous glucose monitor (CGM), includes all supplies and accessories, 1 month supply = 1 unit of service

**EST. LENGTH OF NEED (# OF MONTHS):** 0 9 9   1-99 (99=LIFETIME)

### PATIENT INFORMATION

Patient Last Name:
Patient First Name:
Date of Birth:
Patient Address:
City:
State:
Zip:
Phone Number:
Patient ID#:
Primary Insurance Name:
Member ID:
Secondary Insurance Name:
Member ID:

### PHYSICIAN INFORMATION

Physician Last Name:
Physician First Name:
Phone Number:
Hospital/Clinic:
Fax Number:
Hospital/Clinic Address:
City:
State:
Zip:
NPI #:

### STATEMENT OF MEDICAL NECESSITY

Currently on CGM Therapy? ◯ Yes ◯ No
#SMBG ___ per day
# Multiple Daily Injections per day ___

Date of Last Visit (Must be within 6 months of this order): __ / __ / ____
On insulin pump? ◯ Yes ◯ No

Diagnosis Code:
ICD-10 Code: ◯ E10.65  ◯ E10.9  ◯ E11.9  ◯ Other ___

This document serves as a Prescription and Statement of Medical Necessity for the above referenced patient for a Dexcom, Inc. Continuous Glucose Monitoring System, Dexcom, Inc. Sensors, Dexcom, Inc. Replacement Transmitter or Dexcom, Inc. Replacement Receiver and all associated diabetes supplies to be provided by Dexcom or an authorized distributor.

I certify that I am the physician identified on the above section and I certify that the medical necessity information contained in this document is true, accurate and complete, to the best of my knowledge.

Signature: ___
Date: __ / __ / ____

Please send completed form to: CSTR@dexcom.com or fax to   8 4 4 . 5 4 6 . 7 7 8 9

LBL015374 Rev004

**EXHIBIT 6**
049