# EXHIBIT 7

EXHIBIT 7
050

| Patient Name | Acct# | Recent Order Date | Original Notes (Valid/Invalid) | Recent Notes (Valid/Invalid) | Notes | Medical Terminology included? | Good/Bad signature included? | |
|---|---|---|---|---|---|---|---|---|
| REDACTED | | 12/17/2019 | Valid | Valid | CN are handwritten difficult to read but they do appear to meet all criteria | Medical Terminology | Good | Jesse |
| | | 12/17/2019 | Valid | Valid | CN are handwritten difficult to read but they do appear to meet all criteria | Medical Terminology | Good | Jesse |
| | | 12/17/2019 | Valid | Valid | Both CN look good | Included | Good | Jesse |
| | | 12/17/2019 | Valid | Valid | Both CN look good | Included | Good | Jesse |
| | | 12/18/2019 | Valid | Valid | Both CN look good | Included | Good | Jesse |
| | | 12/17/2019 | Valid | Valid | Both CN look good | Included | Good | Jesse |
| | | 12/30/2019 | Valid | Valid | Both CN look good | Included | Good | Jesse |
| | | 12/16/2019 | Valid | Valid | Both CN look good | Included | good | |
| | | 12/14/2019 | Valid | Valid | Both CN look good | Medical Terminology | good | |
| | | 12/16/2019 | Valid | Valid | Both CN look good | Medical Terminology | good | |
| | | 1/17/2019 | Valid | Valid | 1st set of uploaded original notes valid, recent notes valid. | Included | Good | Dom |
| | | 12/16/2019 | Valid | Valid | Original and recent notes valid. | Medical Terminology | Good | Dom |
| | | 12/17/2019 | Valid | Valid | 2nd set of uploaded original notes valid, added addendum and electronically sig | Included | Good | Dom |
| | | 12/17/2019 | Valid | Valid | Both CN look good | Included | Good | Baca |
| | | 12/17/2019 | Valid | Valid | Original notes valid. Dr. added addendum for SN info. | Included | Good | Dom |
| | | 12/16/2019 | Valid | Valid | Both CN look good | Included/Addendum | Good | Baca |
| | | 11/20/2019 | Valid | Valid | Both CN look good | Included | Good | Baca |
| | | 12/17/2019 | Valid | Valid | Both CN look good | Included | | Baca |
| | | 12/16/2019 | Valid | Valid | Original and recent notes valid. | Included | Good | Dom |
| | | 12/17/2019 | Valid | Valid | Original and recent notes valid. | Included, Medical Termin | Good | Dom |
| | | 12/26/2019 | Valid | Valid | Original and recent notes valid, Original CN for the order uploaded [illegible] | Included | Good | Dom |
| | | 12/16/2019 | Valid | Valid | Original and recent notes valid | Included | Good | Dom |
| | | 12/17/2019 | Valid | Valid | Original and recent notes valid | Included | Good | Dom |
| | | 1/17/2020 | Valid | Valid | Original and recent notes valid | Medical Terminology | Good | Dom |
| | | 1/17/2020 | Valid | Valid | Original and recent notes valid | Included | Good | Dom |

EXHIBIT 7
051