# EXHIBIT 8

EXHIBIT 8
052

Inquiry -- HARP 3 -- Quadax, Inc.   https://atbsvr.quadax.com/scripts/harp3.exe/execute?program=R...

Client: (DX) Dexcom -- Version: HARP v3.68.00 -- Operator: JBDX -- Date: 05/21/2020 -- Session: 1819076788 -- Program: REPORT-h3inqTick&x=disp
- 1)Ticket Summary   • 2)Show Documents   × 3)Pay by Phone   ▼ 4)Messaging   ▼ 5)Claims   ▼ 6)Updates
▼ 7)Printing   × 8)Upload Client Docs

**Patient Account #** REDACTED

| REDACTED | DOB REDACTED | Stmnt Y ⊞ | Acct Bal | 102.76 | |
| | SSN | Coll Y | Ins | REDACTED | ⊞ |
| | MR# REDACTED | | PAS Sync | N | |
| | | | Acct Msgs | ⊞ | |
| | | | Demo Updt | 12/19/19 ⊞ | |

**Ticket # 43353** ⊞ L06 Secondary + Insurance On Demo
Bill DEX   Ship 03   Prod   DEFT   Stat   CA   Inst
Spec   Clnt REDACTED   Referral Q-379   Bill Grp 01   Summ Ins 454   Balance 51.38
**PAS Case#**

**Charges**

| Line | Date | Op | Proc | Desc | ICD-10 | Units | POS | TOS | CPT | Bill Dt | Chg Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 11/14/19 | LOAD | MTMCSUB | Medicare Monthly Subscription | E1065 E109 | 1.0 | 12 | | K0553 | | 256.89 |
| Totals | | | | | | 1.0 | | | | | 256.89 |

**History**
☑ Rec ☑ Adj ☑ Msg ☑ Bill ☑ Denial ☑ Stmnt ☑ Remit

| Date | Time | Type | Op | Code | Description | Amt |
|---|---|---|---|---|---|---|
| 12/06/19 | 14:25:04 | Rec | MMAR | 454 | Medicare MississippPt Ins 454 Chk 12/04/19 REDACTED Dep 12/04/19 DLBI 3 | -201.40 |
| 12/06/19 | 14:25:04 | Adj | MMAR | C223 | Government Mandated Adj | -4.11 |
| 11/14/19 | 04:58:28 | Msg | LOAD | IM | K0554 OBTAINED 01/26/2018  St N In A | |
| 11/15/19 | 04:58:29 | Msg | LOAD | HO(06) | L06 SECONDARY + INSURANCE ON DEMO  St N In N | |
| 11/18/19 | 05:15:40 | Msg | SYS | TM | XPEDITOR ACCEPT:  St N In N | |
| 11/18/19 | 05:15:40 | Msg | | | NAMC01 | |
| 11/18/19 | 10:29:01 | Msg | | | XPEDITOR ACCEPT: forwarded to (MAC-SNF/Regular): Ohio | |
| 11/18/19 | 10:29:01 | Msg | | | Medicare DME - Physician | |
| 11/18/19 | 05:09:41 | Msg | SYS | TM | PAYER MESSAGE: FRONTEND ACCEPT  St N In N | |
| 11/19/19 | 05:09:41 | Msg | SYS | TM | 837 FILE ACCEPTED OhDmePh 000006492  St N In N | |
| 12/06/19 | 14:24:45 | Msg | MMAR | TM | REDACTED  St N In A | |
| 12/06/19 | 14:24:45 | Msg | MMAR | TM | COINSURANCE AMOUNT  St N In N | |
| 12/06/19 | 14:24:45 | Msg | | | SEQUESTRATION - REDUCTION IN FEDERAL PAYMENT | |
| 12/06/19 | 14:24:45 | Msg | | | PATIENT IS A MEDICAID/ QUALIFIED MEDICARE BENEFICIARY. | |
| 12/06/19 | 14:24:45 | Msg | | | REVIEW YOUR RECORDS FOR ANY WRONGFULLY COLLECTED | |
| 12/06/19 | 14:24:45 | Msg | | | COINSURANCE. THIS AMOUNT MAY BE BILLED TO A SUBSEQUENT | |
| 12/06/19 | 14:24:45 | Msg | | | PAYER. | |
| 12/06/19 | 14:24:45 | Msg | | | THE CLAIM INFORMATION HAS ALSO BEEN FORWARDED TO MEDICAID | |
| 12/06/19 | 14:24:45 | Msg | | | FOR REVIEW. | |

EXHIBIT 8
053

Inquiry -- HARP 3 -- Quadax, Inc.  https://atbsvr.quadax.com/scripts/harp3.exe/execute?program=R...

| Date/Time | Type | Code | | Description | Amount |
|---|---|---|---|---|---|
| 12/06/19 14:25:04 | Msg | MMAR | TM | $51.38 APPLIED TO YOUR COPAY/COINSURANCE PER MEDICARE MISSIS St A In N | |
| 12/19/19 09:27:34 | Msg | PSAL | TM | ADDED SECONDARY INSURANCE St N In N | |
| 11/15/19 04:58:29 | Bill | LOAD | 454 | Medicare MississippSeq Pri  Origin Initial BilAsn Yes Media Electronic Type Phys File Submitted 454 - NAMC01/DME | 256.89 |
| 12/03/19 08:31:41 | Rmt | | 431 | Chk 12/04/19REDACTED      -69,524.4ICN# REDACTED Clm 256.89 All 256.89 | -201.40 |

© 2020 Quadax, Inc. :: Terms of Use :: Quadax Support :: 05/21/2020 :: AtbP07

EXHIBIT 8
054

Inquiry -- HARP 3 -- Quadax, Inc.	https://atbsvr.quadax.com/scripts/harp3.exe/execute?program=R...

Client: (DX) Dexcom -- Version: HARP v3.68.00 -- Operator: JBDX -- Date: 05/21/2020 -- Session: 1819076788 -- Program: REPORT-h3inqTick&x=disp
- 1)Ticket Summary   • 2)Show Documents   × 3)Pay by Phone   ▼ 4)Messaging   ▼ 5)Claims   ▼ 6)Updates
▼ 7)Printing   × 8)Upload Client Docs

**Patient Account #**REDACTED

| REDACTED | DOB REDACTED | Stmnt Y | Acct Bal | 102.76 |
| | SSN | Coll Y | Ins | REDACTED |
| | MR# REDACTED | | PAS Sync | N |
| | | | Acct Msgs | |
| | | | Demo Updt | 12/19/19 |

Ticket # 106912   L06 Secondary + Insurance On Demo
Bill DEX   Ship 01   Prod   DEFT   Stat   CA   Inst
Spec   Clnt   Referral Q-379   Bill Grp 01   Summ Ins 434   Balance 51.38
PAS Case# REDACTED

**Charges**

| Line | Date | Op | Proc | Desc | ICD-10 | Units | POS | TOS | CPT | Bill Dt | Chg Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 12/17/19 | LOAD | MTMCSUB | Medicare Monthly Subscription | E1065 E109 | 1.0 | 12 | | K0553 | | 256.89 |
| Totals | | | | | | 1.0 | | | | | 256.89 |

**History**    ☑ Rec ☑ Adj ☑ Msg ☑ Bill ☑ Denial ☑ Stmnt ☑ Remit

| Date | Time | Type | Op | Code | Description | Amt |
|---|---|---|---|---|---|---|
| 01/21/20 | 15:15:42 | Rec | SDOM | 434 | Medicare CaliforniPt Ins 434 Chk 01/06/20 REDACTED Dep 01/06/20 DLBl 4 | -201.40 |
| 01/21/20 | 15:15:42 | Adj | SDOM | C223 | Government Mandated Adj | -4.11 |
| 12/17/19 | 06:29:39 | Msg | LOAD | IM | K0554 OBTAINED01/26/2018 St N In A | |
| 12/18/19 | 06:29:41 | Msg | LOAD | HO(06) | L06 SECONDARY + INSURANCE ON DEMO St N In N | |
| 12/19/19 | 07:07:17 | Msg | SYS | TM | XPEDITOR ACCEPT: St N In N | |
| 12/19/19 | 07:07:17 | Msg | | | NAMC01 | |
| 12/19/19 | 10:07:45 | Msg | | | XPEDITOR ACCEPT: forwarded to (MAC-SNF/Regular): Ohio | |
| 12/19/19 | 10:07:45 | Msg | | | Medicare DME - Physician | |
| 12/19/19 | 05:08:20 | Msg | SYS | TM | PAYER MESSAGE: FRONTEND ACCEPT St N In N | |
| 12/20/19 | 05:08:20 | Msg | SYS | TM | 837 FILE ACCEPTED OhDmePh 000006555 St N In N | |
| 01/21/20 | 15:15:03 | Msg | SDOM | TM | REDACTED St N In A | |
| 01/21/20 | 15:15:03 | Msg | SDOM | TM | COINSURANCE AMOUNT St N In N | |
| 01/21/20 | 15:15:03 | Msg | | | SEQUESTRATION - REDUCTION IN FEDERAL PAYMENT | |
| 01/21/20 | 15:15:03 | Msg | | | PATIENT IS A MEDICAID/ QUALIFIED MEDICARE BENEFICIARY. | |
| 01/21/20 | 15:15:03 | Msg | | | REVIEW YOUR RECORDS FOR ANY WRONGFULLY COLLECTED | |
| 01/21/20 | 15:15:03 | Msg | | | COINSURANCE. THIS AMOUNT MAY BE BILLED TO A SUBSEQUENT | |
| 01/21/20 | 15:15:03 | Msg | | | PAYER. | |
| 01/21/20 | 15:15:03 | Msg | | | THE CLAIM INFORMATION HAS ALSO BEEN FORWARDED TO MEDICAID | |
| 01/21/20 | 15:15:03 | Msg | | | FOR REVIEW. | |

EXHIBIT 8
055

Inquiry -- HARP 3 -- Quadax, Inc.    https://atbsvr.quadax.com/scripts/harp3.exe/execute?program=R...

| | | |
|---|---|---|
| 01/21/20 15:15:42 Msg SDOM TM | S51.38 APPLIED TO YOUR COPAY/COINSURANCE PER MEDICARE CALIFO St A In N | |
| 12/18/19 06:29:41 Bill LOAD 434 | Medicare CaliforniSeq Pri  Origin Initial BilAsn Yes Media Electronic Type Phys File Submitted 434 - NAMC01/DME | 256.89 |
| 01/03/20 06:44:37 Rmt  431 | Chk 01/06/20 REDACTED   -74,050.4ICN#REDACTED  Clm 256.89 All 256.89 | -201.40 |

© 2020 Quadax, Inc. :: Terms of Use :: Quadax Support :: 05/21/2020 :: AtbP07

EXHIBIT 8
056

Ticket Summary List -- HARP 3 -- Quadax, Inc.   https://atbsvr.quadax.com/scripts/harp3.exe/execute?program=UT...

Client: (DX) Dexcom -- Version: HARP v3.68.00 -- Operator: JBDX -- Date: 05/21/2020 -- Session: 1819076788 -- Program: REPORT-h3inq&x=open

**Patient Account #**REDACTED

| REDACTED | DOB REDACTED | Stmnt Y ⊞ | Acct Bal 395.97 |
|---|---|---|---|
| | SSN | Coll Y | Ins REDACTED ⊞ |
| | MR# REDACTED | | PAS Sync N |
| | | | Acct Msgs ⊞ |
| | | | Demo Updt 02/19/20 ⊞ |

Displaying tickets 1 - 4

| Ticket# | Bill | Ship | Referral | Date | Billed | Status | Status Dt | Chg Amt | Rec Amt | Last | Adj Amt | Last | Dun | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 342432 | DEX | NA | Q-379 | 04/23/2020 | 434 | BI | 05/13/2020 | 222.77 | -174.66 | 434 | -3.56 | C223 | 0 | 44.55 |
| 293351 | DEX | NA | Q-379 | 03/23/2020 | 434 | BI | 04/23/2020 | 222.77 | -178.83 | 548 | -3.56 | C223 | 0 | 40.38 |
| 253379 | DEX | NA | Q-379 | 02/22/2020 | HOLD | HO(R7) | 04/08/2020 | 259.20 | -203.21 | 548 | -4.15 | C223 | 0 | 51.84 |
| 172732 | DEX | 01 | Q-379 | 01/22/2020 | HOLD | HO(M7) | 02/11/2020 | 259.20 | 0.00 | 434 | 0.00 | | 0 | 259.20 |

Displaying tickets 1 - 4

© 2020 Quadax, Inc. :: Terms of Use :: Quadax Support :: 05/21/2020 :: AtbP07

1 of 1   5/21/2020, 2:10 PM

EXHIBIT 8
057