# EXHIBIT 9

EXHIBIT 9
058

Ticket Summary List -- HARP 3 -- Quadax, Inc.　　　　https://atbsvr.quadax.com/scripts/harp3.exe/execute?program=UT...

Client: (DX) Dexcom -- Version: HARP v3.68.00 -- Operator: JBDX -- Date: 05/21/2020 -- Session: 1819076788 -- Program: REPORT-h3inq&x=open

**Patient Account #** REDACTED

| REDACTED | DOB REDACTED<br>SSN<br>MR# REDACTED | Stmnt Y ⊞<br>Coll  Y | Acct Bal  0.00<br>Ins     REDACTED ⊞<br>PAS Sync  N<br>Acct Msgs  ⊞<br>Demo Updt 12/17/19 ⊞ |
|---|---|---|---|

Displaying tickets 1 - 2

| Ticket# | Bill | Ship | Referral | Date | Billed | Status | Status Dt | Chg Amt | Rec Amt | Last | Adj Amt | Last | Dun | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 105146 | DEX | NA | Q-1277 | 12/16/2019 | 434 | BI | 01/21/2020 | 256.89 | -252.78 | RMX1 | -4.11 | C223 | 0 | 0.00 |
| 31877 | DEX | 03 | Q-1277 | 11/09/2019 | L06 | BI | 11/28/2019 | 256.89 | -252.78 | RMX1 | -4.11 | C223 | 0 | 0.00 |

Displaying tickets 1 - 2

© 2020 Quadax, Inc. :: Terms of Use :: Quadax Support :: 05/21/2020 :: AtbP07

1 of 1

5/21/2020, 2:14 PM

**EXHIBIT 9**
**059**

Inquiry -- HARP 3 -- Quadax, Inc.                                     https://atbsvr.quadax.com/scripts/harp3.exe/execute?program=R...

Client: (DX) Dexcom -- Version: HARP v3.68.00 -- Operator: JBDX -- Date: 05/21/2020 -- Session: 1819076788 -- Program: REPORT-h3inqTick&x=disp
• 1)Ticket Summary     • 2)Show Documents     ✖ 3)Pay by Phone     ▼ 4)Messaging     ▼ 5)Claims     ▼ 6)Updates
▼ 7)Printing           ✖ 8)Upload Client Docs

**Patient Account #** REDACTED

| REDACTED | DOB REDACTED | Stmnt Y ⊞ | Acct Bal 0.00 |
|---|---|---|---|
|  | SSN | Coll Y | Ins REDACTED ⊞ |
|  | MR# REDACTED |  | PAS Sync N |
|  |  |  | Acct Msgs ⊞ |
|  |  |  | Demo Updt 12/17/19 ⊞ |

**Ticket # 105146**  ⊞ Zero Balance
Bill DEX  Ship NA  Prod  DEFT  Stat  CA  Inst
Spec      Clnt     Referral Q-1277  Bill Grp 01  Summ Ins 434  Balance 0.00
**PAS Case#** REDACTED

**Charges**

| Line | Date | Op | Proc | Desc | ICD-10 | Units | POS | TOS | CPT | Bill Dt | Chg Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 12/16/19 | LOAD | MTMCSUB | Medicare Monthly Subscription | E119 | 1.0 | 12 |  | K0553 |  | 256.89 |
| Totals |  |  |  |  |  | 1.0 |  |  |  |  | 256.89 |

**History**                                       ☑ Rec ☑ Adj ☑ Msg ☑ Bill ☑ Denial ☑ Stmnt ☑ Remit

| Date | Time | Type | Op | Code | Description | Amt |
|---|---|---|---|---|---|---|
| 01/21/20 | 15:15:13 | Rec | SDOM | 434 | Medicare CalifomiPt Ins 434  Chk 01/06/20 REDACTED  Dep 01/06/20 DLBI 3 | -201.40 |
| 01/21/20 | 15:15:13 | Adj | SDOM | C223 | Government Mandated Adj | -4.11 |
| 01/24/20 | 09:35:12 | Rec | LBIL | RMX1 | Remitmax  Pt Ins RMX Chk 01/14/20 REDACTED  Dep 01/21/20 CHKB 4 | -51.38 |
| 12/16/19 | 06:28:40 | Msg | LOAD | IM | K0554 OBTAINED11/01/2017  St N In A |  |
| 12/18/19 | 06:28:42 | Msg | LOAD | HO(06) | L06 SECONDARY + INSURANCE ON DEMO  St N In N |  |
| 12/19/19 | 07:07:14 | Msg | SYS | TM | XPEDITOR ACCEPT:  St N In N |  |
| 12/19/19 | 07:07:14 | Msg |  |  | NAMC01 |  |
| 12/19/19 | 10:07:44 | Msg |  |  | XPEDITOR ACCEPT: forwarded to (MAC-SNF/Regular): Ohio |  |
| 12/19/19 | 10:07:44 | Msg |  |  | Medicare DME - Physician |  |
| 12/19/19 | 05:08:18 | Msg | SYS | TM | PAYER MESSAGE: FRONTEND ACCEPT  St N In N |  |
| 12/20/19 | 05:08:18 | Msg | SYS | TM | 837 FILE ACCEPTED OhDmePh 000006555  St N In N |  |
| 01/21/20 | 15:14:46 | Msg | SDOM | TM | REDACTED  St N In A |  |
| 01/21/20 | 15:14:46 | Msg | SDOM | TM | COINSURANCE AMOUNT  St N In N |  |
| 01/21/20 | 15:14:46 | Msg |  |  | SEQUESTRATION - REDUCTION IN FEDERAL PAYMENT |  |
| 01/21/20 | 15:14:46 | Msg |  |  | THE CLAIM INFORMATION IS ALSO BEING FORWARDED TO THE |  |
| 01/21/20 | 15:14:46 | Msg |  |  | PATIENT'S SUPPLEMENTAL INSURER. SEND ANY QUESTIONS |  |
| 01/21/20 | 15:14:46 | Msg |  |  | REGARDING SUPPLEMENTAL BENEFITS TO THEM. |  |

Inquiry -- HARP 3 -- Quadax, Inc.                    https://atbsvr.quadax.com/scripts/harp3.exe/execute?program=R...

| Date/Time | Type | | | Description | Amount |
|---|---|---|---|---|---|
| 01/21/20 15:15:13 Msg | SDOM | TM | | $51.38 APPLIED TO YOUR COPAY/COINSURANCE PER MEDICARE CALIFO<br>St A In N | |
| 01/24/20 09:35:00 Msg | LBIL | TM | | REDACTED<br>St N In N | |
| 01/24/20 09:35:00 Msg | | | | THE IMPACT OF PRIOR PAYER(S) ADJUDICATION INCLUDING | |
| 01/24/20 09:35:00 Msg | | | | PAYMENTS AND/OR ADJUSTMENTS. (USE ONLY WITH GROUP CODE OA) | |
| 01/24/20 09:35:12 Msg | LBIL | TM | | TICKET IS AT ZERO BALANCE<br>St N In N | |
| 12/18/19 06:28:42 Bill | LOAD | 434 | | Medicare CaliforniSeq Pri  Origin Initial BilAsn Yes  Media Electronic<br>Type Phys File Submitted 434 - NAMC01/DME | 256.89 |
| 01/03/20 06:44:51 Rmt | | | 431 | Chk 01/06/20 REDACTED      -72,867.85 ICN# REDACTED<br>Clm 256.89 All 256.89 | -201.40 |
| 01/23/20 07:01:25 Rmt | | | RMXI | Chk 01/14/20 REDACTED -44,225.89 P   ICN# REDACTED<br>Clm 256.89 All 51.38 | -51.38 |

© 2020 Quadax, Inc. :: Terms of Use :: Quadax Support :: 05/21/2020 :: AtbP07

EXHIBIT 9<br>061

Inquiry -- HARP 3 -- Quadax, Inc.                                   https://atbsvr.quadax.com/scripts/harp3.exe/execute?program=R...

Client: (DX) Dexcom -- Version: HARP v3.68.00 -- Operator: JBDX -- Date: 05/21/2020 -- Session: 1819076788 -- Program: REPORT-h3inqTick&x=disp
- 1)Ticket Summary   • 2)Show Documents   × 3)Pay by Phone   ▼ 4)Messaging   ▼ 5)Claims   ▼ 6)Updates
▼ 7)Printing   × 8)Upload Client Docs

**Patient Account #**REDACTED

| REDACTED | DOB 12/08/1934 | Stmnt Y ⊞ | Acct Bal | 0.00 |
|---|---|---|---|---|
| | SSN | Coll Y | Ins | REDACTED ⊞ |
| | MR# REDACTED | | PAS Sync | N |
| | | | Acct Msgs | ⊞ |
| | | | Demo Updt | 12/17/19 ⊞ |

Ticket # 31877   ⊞ Zero Balance
Bill DEX  Ship 03  Prod   DEFT   Stat   CA  Inst
Spec      Clnt     Referral Q-1277 Bill Grp 01  Summ Ins 454  Balance 0.00
PAS Case# REDACTED

**Charges**

| Line | Date | Op | Proc | Desc | ICD-10 | Units | POS | TOS | CPT | Bill Dt | Chg Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 11/09/19 | LOAD | MTMCSUB | Medicare Monthly Subscription | E119 | 1.0 | 12 | | K0553 | | 256.89 |
| Totals | | | | | | 1.0 | | | | | 256.89 |

**History**

☑ Rec ☑ Adj ☑ Msg ☑ Bill ☑ Denial ☑ Stmnt ☑ Remit

| Date | Time | Type | Op | Code | Description | Amt |
|---|---|---|---|---|---|---|
| 11/28/19 | 17:23:09 | Rec | MMAR | 454 | Medicare MississippiPt Ins 454  Chk 11/27/19 REDACTED Dep 11/27/19 DLBI 3 | -201.40 |
| 11/28/19 | 17:23:09 | Adj | MMAR | C223 | Government Mandated Adj | -4.11 |
| 12/17/19 | 15:34:49 | Rec | LBIL | RMX1 | Remitmax  Pt Ins RMX1Chk 12/03/19 REDACTED Dep 12/09/19 CHKB 125 | -51.38 |
| 11/09/19 | 12:55:52 | Msg | LOAD | IM | K0554 OBTAINED 11/01/2017<br>St N In A | |
| 11/10/19 | 12:55:53 | Msg | LOAD | HO(06) | L06 SECONDARY + INSURANCE ON DEMO<br>St N In N | |
| 11/12/19 | 07:09:19 | Msg | SYS | TM | XPEDITOR ACCEPT:<br>St N In N | |
| 11/12/19 | 07:09:19 | Msg | | | NAMC01 | |
| 11/12/19 | 10:57:52 | Msg | | | XPEDITOR ACCEPT: forwarded to (MAC-SNF/Regular): Ohio | |
| 11/12/19 | 10:57:52 | Msg | | | Medicare DME - Physician | |
| 11/12/19 | 05:12:57 | Msg | SYS | TM | PAYER MESSAGE: FRONTEND ACCEPT<br>St N In N | |
| 11/13/19 | 05:12:57 | Msg | SYS | TM | 837 FILE ACCEPTED OhDmePh 000006476<br>St N In N REDACTED | |
| 11/28/19 | 17:22:58 | Msg | MMAR | TM | St N In A | |
| 11/28/19 | 17:22:58 | Msg | MMAR | TM | COINSURANCE AMOUNT<br>St N In N | |
| 11/28/19 | 17:22:58 | Msg | | | SEQUESTRATION - REDUCTION IN FEDERAL PAYMENT | |
| 11/28/19 | 17:22:58 | Msg | | | THE CLAIM INFORMATION IS ALSO BEING FORWARDED TO THE | |
| 11/28/19 | 17:22:58 | Msg | | | PATIENT'S SUPPLEMENTAL INSURER. SEND ANY QUESTIONS | |
| 11/28/19 | 17:22:58 | Msg | | | REGARDING SUPPLEMENTAL BENEFITS TO THEM. | |

EXHIBIT 9
062

| Date/Time | Type | Code | Description | Amount |
|---|---|---|---|---|
| 11/28/19 17:23:09 | Msg | MMAR TM | $51.38 APPLIED TO YOUR COPAY/COINSURANCE PER MEDICARE MISSIS<br>St A In N | |
| 11/28/19 17:23:09 | Msg | MMAR TM | MEDICARE MISSISSIPPI FWDD TO UNBILLABLE INS INFO<br>St 1 In N | |
| 12/17/19 15:34:37 | Msg | LBIL   TM | REDACTED<br>St N In N | |
| 12/17/19 15:34:37 | Msg | | THE IMPACT OF PRIOR PAYER(S) ADJUDICATION INCLUDING | |
| 12/17/19 15:34:37 | Msg | | PAYMENTS AND/OR ADJUSTMENTS. (USE ONLY WITH GROUP CODE OA) | |
| 12/17/19 15:34:49 | Msg | LBIL   TM | TICKET IS AT ZERO BALANCE<br>St N In N | |
| 11/10/19 12:55:53 | Bill | LOAD 454 | Medicare MississippSeq Pri   Origin Initial Bill   Asn Yes<br>Media ElectronicType Phys File Submitted 454 - NAMC01/DME | 256.89 |
| 11/28/19 17:23:09 | Bill | MMAR L06 | Unbillable Ins Info  Seq Sec  Origin Ins Forwarded Asn Yes<br>Media Hardcopy Type Unknown | 51.38 |
| 11/26/19 06:54:47 | Rmt | 431 | Chk 11/27/19 REDACTED -71,644.0 ICN# REDACTED<br>Clm 256.89 All 256.89 | -201.40 |
| 12/17/19 06:43:07 | Rmt | RMX1 | Chk 12/03/19 REDACTED -54,564.24 P  ICN# REDACTED<br>Clm 256.89 All 51.38 | -51.38 |