# EXHIBIT 10

EXHIBIT 10
064

Inquiry -- HARP 3 -- Quadax, Inc.    https://atbsvr.quadax.com/scripts/harp3.exe/execute?program=R...

Client: (DX) Dexcom -- Version: HARP v3.68.00 -- Operator: JBDX -- Date: 05/21/2020 -- Session: 1819076788 -- Program: REPORT-h3inqTick&x=disp
- 1)Ticket Summary   • 2)Show Documents   × 3)Pay by Phone   ▼ 4)Messaging   ▼ 5)Claims   ▼ 6)Updates
▼ 7)Printing   × 8)Upload Client Docs

**Patient Account #** REDACTED

| REDACTED | DOB REDACTED<br>SSN<br>MR# REDACTED | Stmnt Y ⊞<br>Coll  Y | Acct Bal 308.27 REDACTED ⊞<br>Ins<br>PAS Sync  N<br>Acct Msgs  ⊞<br>Demo Updt 11/07/19 ⊞ |

Ticket # 107199  ⊟ ⊞ L06 Secondary + Insurance On Demo
Bill DEX  Ship 01  Prod  DEFT  Stat  CA  Inst
Spec  Clnt  Referral Q-4261  Bill Grp 01  Summ Ins 434  Balance 51.38
PAS Case# REDACTED  ⊟ ⊞

**Charges** ✻ ⊙

| Line | Date | Op | Proc | Desc | ICD-10 | Units | POS | TOS | CPT | Bill Dt | Chg Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 12/17/19 | LOAD | MTMCSUB | Medicare Monthly Subscription | E1021 E10319 | 1.0 | 12 | | K0553 | | 256.89 |
| Totals | | | | | | 1.0 | | | | | 256.89 |

**History** ✻

☑ Rec  ☑ Adj  ☑ Msg  ☑ Bill  ☑ Denial  ☑ Stmnt  ☑ Remit

| Date | Time | Type | Op | Code | Description | Amt |
|---|---|---|---|---|---|---|
| 01/21/20 | 15:15:42 | Rec | SDOM | 434 | Medicare CaliforniPt Ins 434 Chk 01/06/20 REDACTED<br>Dep 01/06/20 DLBI 4 | -201.40 |
| 01/21/20 | 15:15:42 | Adj | SDOM | C223 | Government Mandated Adj | -4.11 |
| 12/17/19 | 06:29:49 | Msg | LOAD | IM | K0554 OBTAINED05/22/2018<br>St N In A | |
| 12/18/19 | 06:29:50 | Msg | LOAD | HO(06) | L06 SECONDARY + INSURANCE ON DEMO<br>St N In N | |
| 12/19/19 | 07:07:17 | Msg | SYS | TM | XPEDITOR ACCEPT:<br>St N In N | |
| 12/19/19 | 07:07:17 | Msg | | | NAMC01 | |
| 12/19/19 | 10:07:46 | Msg | | | XPEDITOR ACCEPT: forwarded to (MAC-SNF/Regular): Ohio | |
| 12/19/19 | 10:07:46 | Msg | | | Medicare DME - Physician | |
| 12/19/19 | 05:08:21 | Msg | SYS | TM | PAYER MESSAGE: FRONTEND ACCEPT<br>St N In N | |
| 12/20/19 | 05:08:21 | Msg | SYS | TM | 837 FILE ACCEPTED OhDmePh 000006555<br>St N In N | |
| 01/21/20 | 15:15:04 | Msg | SDOM | TM | 19353824165000<br>St N In A | |
| 01/21/20 | 15:15:04 | Msg | SDOM | TM | COINSURANCE AMOUNT<br>St N In N | |
| 01/21/20 | 15:15:04 | Msg | | | SEQUESTRATION - REDUCTION IN FEDERAL PAYMENT | |
| 01/21/20 | 15:15:04 | Msg | | | PATIENT IS A MEDICAID/ QUALIFIED MEDICARE BENEFICIARY. | |
| 01/21/20 | 15:15:04 | Msg | | | REVIEW YOUR RECORDS FOR ANY WRONGFULLY COLLECTED | |
| 01/21/20 | 15:15:04 | Msg | | | COINSURANCE. THIS AMOUNT MAY BE BILLED TO A SUBSEQUENT | |
| 01/21/20 | 15:15:04 | Msg | | | PAYER. | |
| 01/21/20 | 15:15:04 | Msg | | | THE CLAIM INFORMATION HAS ALSO BEEN FORWARDED TO MEDICAID | |

**EXHIBIT 10**
**065**

Inquiry -- HARP 3 -- Quadax, Inc.                                                                    https://atbsvr.quadax.com/scripts/harp3.exe/execute?program=R...

| | | |
|---|---|---:|
| 01/21/20 15:15:04 Msg | FOR REVIEW. | |
| 01/21/20 15:15:42 Msg  SDOM  TM | $51.38 APPLIED TO YOUR COPAY/COINSURANCE PER MEDICARE CALIFO St A In N | |
| 12/18/19 06:29:50 Bill   LOAD  434 | Medicare CaliforniSeq Pri  Origin Initial BillAsn Yes  Media Electronic Type Phys File Submitted 434 - NAMC01/DME | 256.89 |
| 01/03/20 06:44:37 Rmt          431 | Chk 01/06/20 REDACTED  -74,050.4 ECN# REDACTED Clm 256.89 All 256.89 | -201.40 |

© 2020 Quadax, Inc. :: Terms of Use :: Quadax Support :: 05/21/2020 :: AtbP07

EXHIBIT 10
066

Ticket Summary List -- HARP 3 -- Quadax, Inc.  https://atbsvr.quadax.com/scripts/harp3.exe/execute?program=UT...

Client: (DX) Dexcom -- Version: HARP v3.68.00 -- Operator: JBDX -- Date: 05/21/2020 -- Session: 1819076768 -- Program: REPORT-lt3inq&x-open

**Patient Account #** REDACTED

| REDACTED | DOB REDACTED<br>SSN REDACTED<br>MR# REDACTED | Stmnt Y ⊞<br>Coll  Y | Acct Bal 0.00<br>Ins REDACTED ⊞<br>PAS Sync N<br>Acct Msgs ⊞<br>Demo Updt 03/02/20 ⊞ |
|---|---|---|---|

Displaying tickets 1 - 4

| Ticket# | Bill | Ship | Referral | Date | Billed | Status | Status Dt | Chg Amt | Rec Amt | Last | Adj Amt | Last | Dun | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 342666 | DEX | 03 | Q-4261 | 04/23/2020 | 434 | BI | 05/13/2020 | 222.77 | -219.21 | 612 | -3.56 | C223 | 0 | 0.00 |
| 271778 | DEX | 03 | Q-4261 | 03/23/2020 | 434 | BI | 04/13/2020 | 222.77 | -219.21 | 612 | -3.56 | C223 | 0 | 0.00 |
| 233343 | DEX | 01 | Q-4261 | 02/21/2020 | 612 | BI | 03/19/2020 | 222.77 | -219.21 | 612 | -3.56 | C223 | 0 | 0.00 |
| 167257 | DEX | 01 | Q-4261 | 01/20/2020 | 434 | BI | 02/12/2020 | 259.20 | -255.05 | 713 | -4.15 | C223 | 0 | 0.00 |

Displaying tickets 1 - 4

© 2020 Quadax, Inc. :: Terms of Use :: Quadax Support :: 05/21/2020 :: AtbP07

**EXHIBIT 10**
**067**