# EXHIBIT 11

**EXHIBIT 11**
**068**



EXHIBIT 11
069