# EXHIBIT 18

**EXHIBIT 18**
**101**

**From:** Jeffrey Bierman
**Sent:** Tuesday, November 14, 2017 12:48 PM
**To:** Travis Conn <tconn@Dexcom.com>; Beth Keyt <bkeyt@Dexcom.com>; Scott Odgers <sodgers@Dexcom.com>; David Kneeland <david.kneeland@dexcom.com>
**Subject:** RE: Dexcom CGM updates and Medicare coverage

Travis,

That's fantastic, great job.

Regards,

Jeffrey

---

**From:** Travis Conn [mailto:tconn@Dexcom.com]
**Sent:** Tuesday, November 14, 2017 12:09 PM
**To:** Jeffrey Bierman; Beth Keyt; Scott Odgers; David Kneeland
**Subject:** FW: Dexcom CGM updates and Medicare coverage

This came from the CMO this morning to me saying they will follow CMS for MA lives.

Can't think of needing more evidence.. Agree?

---

**From:** McDonough, Robert [mailto:Robert.McDonough@aetna.com]
**Sent:** Tuesday, November 14, 2017 12:18 PM
**To:** Travis Conn <tconn@Dexcom.com>
**Subject:** RE: Dexcom CGM updates and Medicare coverage

Hi, here is a link to our commercial policy. We would follow Medicare NCDs and LCDs where applicable for our Medicare Advantage members. We only cover long-term use of continuous glucose monitors for type 1 diabetes for commercial. The policy is up for its next review the first quarter of the year, with the update published about 60 days following the review date, so if you have new data on the effectiveness of CGM for improving clinical outcomes in persons with T2DM, you can forward that on for our consideration. Thanks, Bob

http://www.aetna.com/cpb/medical/data/1_99/0070.html

---

**From:** Travis Conn [mailto:tconn@Dexcom.com]
**Sent:** Tuesday, November 14, 2017 11:44 AM
**To:** McDonough, Robert
**Subject:** RE: Dexcom CGM updates and Medicare coverage

Hello Dr. McDonough,

1

**EXHIBIT 18**
**102**

This is a follow up to the discussion we had in May. Again, the CMS rule calls for coverage of Therapeutic CGM (Dexcom) for type 2 patients. I understand you forwarded this info on to the MA area, and thank you for that. As an Aetna provider we have received some messages that Aetna was not covering for MA type 2 patients and following the T1 only commercial policy.

Is there someone I can confirm with that the CMS rule is being adopted by Aetna and MA members with T2 will be covered, assuming criteria is met?

I appreciate your assistance.

Travis


**Travis Conn :: DEXCOM**
Director, Managed Markets :: tconn@dexcom.com
Cell: (845) 857-5059
Office: (914) 977-3184
www.dexcom.com


**From:** McDonough, Robert [mailto:Robert.McDonough@aetna.com]
**Sent:** Wednesday, May 31, 2017 8:46 AM
**To:** Travis Conn <tconn@Dexcom.com>
**Subject:** RE: Dexcom CGM updates and Medicare coverage

Thanks Travis, we would follow Medicare NCDs and LCDs for our Medicare Advantage members. I will forward your note over to the Medicare area. Thanks, Bob

**From:** Travis Conn [mailto:tconn@Dexcom.com]
**Sent:** Wednesday, May 31, 2017 8:29 AM
**To:** McDonough, Robert
**Subject:** Dexcom CGM updates and Medicare coverage

Hello Dr. McDonough,

I hope all is well. I wanted to wait to reach out to you until all the information was available. You may be aware that on Jan 12th of this year Dexcom CGM received approval from CMS for Medicare reimbursement of "Therapeutic CGM", which of course is the label that allows for dosing insulin based on CGM results. Thus far, Dexcom is the only CGM with such a label. I am attaching the initial coverage criteria for CMS as well as the newly released Local Coverage Decisions (below).

As you can see, CMS will be covering type 2 patients that meet the below criteria. I understand that Aetna currently does not have a similar policy. I did want to send this along to discuss / ensure that MA lives at Aetna would be able to receive similar to qualifications as CMS offers. Can you please let me know if those discussions have occurred and/or been implemented? Thank you.

Under separate cover I would like to send you the release for the FDA approval of non-adjunctive, as well there was two level 1 RCT's published a month ago that I would like to provide you.

2

**EXHIBIT 18**
**103**

Thank you for your time and review.,

Travis

---

*The Medicare Administrative Contractors responsible for durable medical equipment issued a joint article implementing initial coverage requirements for CGM on March 23, 2017.[1] The article states that CGM will be covered by Medicare when:*

- *The beneficiary has diabetes mellitus; and,*
- *The beneficiary has been using a home blood glucose monitor (BGM) and performing frequent (four or more times a day) BGM testing; and,*
- *The beneficiary is insulin-treated with multiple daily injections (MDI) of insulin or a continuous subcutaneous insulin infusion (CSII) pump; and,*

*The beneficiary's insulin treatment regimen requires frequent adjustment by the beneficiary on the basis of therapeutic CGM testing results.*

<u>*Local Coverage requirements (released May 18th)*</u>

*Therapeutic CGMs and related supplies are covered by Medicare when all of the following coverage criteria (1-6) are met:*

- *The beneficiary has diabetes mellitus (Reference ICD-10 Codes that Support Medical Necessity section for applicable diagnoses); and,*

- *The beneficiary has been using a BGM and performing frequent (four or more times a day) testing; and,*

- *The beneficiary is insulin-treated with multiple (three or more) daily injections of insulin or a Medicare-covered continuous subcutaneous insulin infusion (CSII) pump; and,*

- *The beneficiary's insulin treatment regimen requires frequent adjustment by the beneficiary on the basis of BGM or CGM testing results; and,*

- *Within six (6) months prior to ordering the CGM, the treating practitioner has an in-person visit with the beneficiary to evaluate their diabetes control and determined that criteria (1-4) above are met; and,*

- *Every six (6) months following the initial prescription of the CGM, the treating practitioner has an in-person visit with the beneficiary to assess adherence to their CGM regimen and diabetes treatment plan.*

**Travis Conn :: DEXCOM**
Director, Managed Markets :: tconn@dexcom.com
Cell: (845) 857-5059
Office: (914) 977-3184
www.dexcom.com

This e-mail may contain confidential or privileged information. If you think you have received this e-mail in error, please advise the sender by reply e-mail and then delete this e-mail immediately. Thank you. Aetna

This e-mail may contain confidential or privileged information. If you think you have received this e-mail in error, please advise the sender by reply e-mail and then delete this e-mail immediately. Thank you. Aetna

---

[1] Coding and Coverage – Therapeutic Continuous Glucose Monitors (CGM).
https://med.noridianmedicare.com/web/jddme/policies/dmd-articles/coding-and-coverage-therapeutic-continuous-glucose-monitors

4

EXHIBIT 18
105