# EXHIBIT 28

**EXHIBIT 28**
**213**

# PHYS REMIT IL BCBS 10/25:9PUD : 01
## Explanation of Benefits (EOB)
### Adjudicated at Line Level

Page 1 of 1

### Provider Information

| | | |
|---|---|---|
| DEXCOM INC | FYE: | EFT/Check#: REDACTED |
| DEPT LA 24120 | Check Date: 10/28/2019 | Payer Name: BLUECROSS BLUESHIELD OF ILLINO |
| PASADENA CA 91185 | NPI/Legacy #: REDACTED | |

### Patient Information

| | |
|---|---|
| Patient Name: REDACTED | PCN: REDACTED |
| Patient Status: | MRN: |
| Claim Status: 01 - Processed as Primary | ICN: REDACTED |
| Bill Type: 121 | Member ID#: |

Service Dates: 10/17/2019 - 10/17/2019

### Payment Information

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Charge Amount: | 3522.67 | Payment Amt: | 2077.70 | Blood Deductible: | 0.00 | DRG Code: | | |
| Covered: | 3522.67 | Deductible: | 0.00 | Interest: | 0.00 | DRG Amount: | 0.00 | |
| Non-Covered: | 0.00 | Coinsurance: | 0.00 | Contractual Adj: | 1444.97 | DSH Amount: | 0.00 | |
| Denied: | 0.00 | Copayment: | 0.00 | Allowed Amt: | 2077.70 | MSP Pri Payer | 0.00 | |

### Claim Level Information

| Group & Reason Code | Amount | Units | Remark Codes |
|---|---|---|---|

No claim level information to display

### Line Level Information

| RCC | HCPCS/Modifier | Units | DOS | Charges | Allowed | Paid | Remark Code | Group & Reason Code | Reason Code Amt | Reason Code Units |
|---|---|---|---|---|---|---|---|---|---|---|
| | A9277 | 1 | 10/17/2019 | 907.36 | 597.00 | 597.00 | | CO45 | 310.36 | 0 |
| | A9278 | 1 | 10/17/2019 | 793.80 | 506.00 | 506.00 | | CO45 | 287.80 | 0 |
| | A9276 | 90 | 10/17/2019 | 1821.51 | 974.70 | 974.70 | | CO45 | 846.81 | 0 |

*Claim was adjudicated by payer at Line Level

### Reason/Remark Summation

| Group/Reason Code | Amount | Units | Description |
|---|---|---|---|
| CO45 | 1444.97 | 0 | CHARGE EXCEEDS FEE SCHEDULE/MAXIMUM ALLOWABLE OR CONTRACTED/LEGISLATED FEE ARRANGEMENT. USAGE: THIS ADJUSTMENT AMOUNT CANNOT EQUAL THE TOTAL SERVICE OR CLAIM CHARGE AMOUNT; AND MUST NOT DUPLICATE PROVIDER ADJUSTMENT AMOUNTS (PAYMENTS AND CONTRACTUAL REDUCTIONS) THAT HAVE RESULTED FROM PRIOR PAYER(S) ADJUDICATION. (USE ONLY WITH GROUP CODES PR OR CO DEPENDING UPON LIABILITY) |

Document number: 0002522122

**EXHIBIT 28**
**214**

Inquiry -- HARP 3 -- Quadax, Inc.　　　　　　　　　　　　　　　https://atbsvr.quadax.com/scripts/harp3.exe/execute?program=R...

Client: (DX) Dexcom -- Version: HARP v3.70.00 -- Operator: JBDX -- Date: 08/13/2020 -- Session: 1935058508 -- Program: REPORT-h3inqTick&x=disp
- 1)Ticket Summary　　• 2)Show Documents　　× 3)Pay by Phone　　▼ 4)Messaging　　▼ 5)Claims　　▼ 6)Updates
- ▼ 7)Printing　　× 8)Upload Client Docs

**Patient Account #** REDACTED

| REDACTED | | | | |
|---|---|---|---|---|
| REDACTED | DOB REDACTED | Stmnt Y | Acct Bal | 0.00 |
| | SSN | Coll Y | Ins | REDACTED |
| | MR# REDACTED | | PAS Sync | N |
| | | | Acct Msgs | |
| | | | Demo Updt | 03/25/20 |

**Ticket # 274997**　Zero Balance
Bill DEX　Ship 02　Prod　SENS　Stat　　　IL　Inst
Spec　　　Clnt　　Referral Q-3　Bill Grp 01　Summ Ins 76　Balance 0.00
PAS Case# No Case #

**Charges**

| Line | Date | Op | Proc | Desc | ICD-10 | Units | POS | TOS | CPT | Bill Dt | Chg Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 03/24/20 | LOAD | STSOR003 | G6 Sensor Kit 3-Pack Us | E1065 | 90.0 | 12 | | A9276 | | 1,821.51 |
| Totals | | | | | | 90.0 | | | | | 1,821.51 |

**History**

☒ Rec ☒ Adj ☒ Msg ☒ Bill ☒ Denial ☒ Stmnt ☒ Remit

| Date | Time | Type | Op | Code | Description | Amt |
|---|---|---|---|---|---|---|
| 04/03/20 | 09:04:27 | Rec | RPDX | 76 | Bcbs Of Illinois Pt Ins 76 Chk 03/30/20 REDACTED Dep 03/30/20 DLBV 61 | -974.70 |
| 04/03/20 | 09:04:27 | Adj | RPDX | CE | Insurance Adjustment | -846.81 |
| 03/26/20 | 07:02:28 | Msg | SYS | TM | XPEDITOR ACCEPT:<br>St N In N | |
| 03/26/20 | 07:02:28 | Msg | | | ILBS01 | |
| 03/26/20 | 10:10:00 | Msg | | | XPEDITOR ACCEPT: forwarded to (Direct): Availity/THIN - | |
| 03/26/20 | 10:10:00 | Msg | | | Physician | |
| 03/26/20 | 05:06:39 | Msg | SYS | TM | PAYER MESSAGE: FRONTEND ACCEPT<br>St N In N | |
| 03/27/20 | 05:06:39 | Msg | SYS | TM | 837 FILE ACCEPTED ThinBsPh 000328480<br>St N In N | |
| 03/26/20 | 05:08:34 | Msg | SYS | TM | PAYER MESSAGE: FRONTEND ACCEPT<br>St N In N | |
| 04/03/20 | 09:04:14 | Msg | RPDX | TM | REDACTED<br>St N In A | |
| 04/03/20 | 09:04:14 | Msg | RPDX | TM | CHARGE EXCEEDS FEE SCHEDULE/MAXIMUM ALLOWABLE OR CONTRACTED/<br>St N In N | |
| 04/03/20 | 09:04:14 | Msg | | | LEGISLATED FEE ARRANGEMENT. USAGE: THIS ADJUSTMENT AMOUNT | |
| 04/03/20 | 09:04:14 | Msg | | | CANNOT EQUAL THE TOTAL SERVICE OR CLAIM CHARGE AMOUNT; AND | |
| 04/03/20 | 09:04:14 | Msg | | | MUST NOT DUPLICATE PROVIDER ADJUSTMENT AMOUNTS (PAYMENTS | |
| 04/03/20 | 09:04:14 | Msg | | | AND CONTRACTUAL REDUCTIONS) THAT HAVE RESULTED FROM PRIOR | |
| 04/03/20 | 09:04:14 | Msg | | | PAYER(S) ADJUDICATION. (USE ONLY WITH GROUP CODES PR OR CO | |
| 04/03/20 | 09:04:14 | Msg | | | DEPENDING UPON LIABILITY) | |
| 04/03/20 | 09:04:27 | Msg | RPDX | TM | TICKET IS AT ZERO BALANCE<br>St N In N | |
| 03/25/20 | 04:27:54 | Bill | LOAD | 76 | Bcbs Of Illinois Seq Pri  Origin Initial BilAsn Yes  Media Electronic<br>Type Phys File Submitted 76 - ILBS01/IBCS | 1,821.51 |
| 03/27/20 | 11:29:28 | Rmt | | 76 | Chk 03/30/20 REDACTED  -75,686.40 CN# REDACTED<br>Clm 1,821.51 All 974.70 | -974.70 |

**EXHIBIT 28**
**215**

Inquiry -- HARP 3 -- Quadax, Inc.	https://atbsvr.quadax.com/scripts/harp3.exe/execute?program=R...

© 2020 Quadax, Inc. :: Terms of Use :: Quadax Support :: 08/13/2020 :: AtbP07

EXHIBIT 28
216

EXPLANATION OF BENEFITS

```
PAYER         : BLUECROSS BLUESHIELD OF ILLINOIS      PAGE#         : 1
PAYEE         : DEXCOM                                PRINTED DATE  : 08/13/20
PROV/TAX ID#  : REDACTED                              INS PLAN      : 76
CHECK/EFT#    : REDACTED                              DEMAND EOB
CHECK DATE    : 03/30/20                              OPERATOR CD   : JBDX
CLAIM STATUS  : 1-Processed as Primary
```

| PERF PROV | SERV DATE | POS | NOS | PROC | MODS | BILLED | ALLOWED | DEDUCT | CO-INS+PAY | GRP/RC-AMT | PROV PD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| NAME REDACTED |  |  |  | HIC REDACTED |  |  | ACNT REDACTED |  | CTL REDACTED | ASG Y MOA |  |
|  | REDACTED |  | 90 | A9276 |  | 1821.51 | 974.70 | 0.00 | 0.00  CO-45 | 846.81 | 974.70 |
| PT RESP | 0.00 |  |  | CLAIM TOTALS |  | 1821.51 | 974.70 | 0.00 | 0.00 | 846.81 | 974.70 |
|  |  |  |  |  |  |  |  |  |  |  | 974.70 NET |

EXHIBIT 28
217

```
Client: (DX) Dexcom -- Version: HARP v3.70.00 -- Operator: JBDX -- Date: 08/13/2020 -- Session: 1935058508 -- Program: REPORT-h3inqTick&x=disp
  • 1)Ticket Summary    • 2)Show Documents    × 3)Pay by Phone    ▼ 4)Messaging    ▼ 5)Claims    ▼ 6)Updates
  ▼ 7)Printing          × 8)Upload Client Docs
```

**Patient Account #** REDACTED

REDACTED **REDACTED** DOB REDACTED  Stmnt Y   Acct Bal 0.00
                      SSN REDACTED   Coll Y     Ins REDACTED
                      MR# REDACTED              PAS Sync N
                                                Acct Msgs
                                                Demo Updt 03/25/20

**Ticket # 330550**   Zero Balance
Bill DEX  Ship 02  Prod  TRAN  Stat  IL  Inst
Spec      Clnt     Referral Q-3  Bill Grp 01  Summ Ins 76  Balance 0.00
**PAS Case#** No Case #

**Charges**

| Line | Date | Op | Proc | Desc | ICD-10 | Units | POS | TOS | CPT | Bill Dt | Chg Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 04/16/20 | LOAD | BUNORTX6 | G6 Bundled Transmitter Kit | E1065 | 1.0 | 12 | | A9277 | | 907.36 |
| Totals | | | | | | 1.0 | | | | | 907.36 |

**History**   ☑ Rec ☑ Adj ☑ Msg ☑ Bill ☑ Denial ☑ Stmnt ☑ Remit

| Date | Time | Type | Op | Code | Description | Amt |
|---|---|---|---|---|---|---|
| 04/28/20 | 09:15:22 | Rec | RPDX | 76 | Bcbs Of IllinoisPt Ins 76 Chk 04/27/20 REDACTED Dep 04/27/20 DLBV 39 | -597.00 |
| 04/28/20 | 09:15:22 | Adj | RPDX | CE | Insurance Adjustment | -310.36 |
| 04/20/20 | 05:07:10 | Msg | SYS | TM | XPEDITOR ACCEPT: St N In N | |
| 04/20/20 | 05:07:10 | Msg | | | ILBS01 | |
| 04/20/20 | 10:08:31 | Msg | | | XPEDITOR ACCEPT: forwarded to (Direct): Availity/THIN - | |
| 04/20/20 | 10:08:31 | Msg | | | Physician | |
| 04/20/20 | 05:08:01 | Msg | SYS | TM | PAYER MESSAGE: FRONTEND ACCEPT St N In N | |
| 04/21/20 | 05:08:01 | Msg | SYS | TM | 837 FILE ACCEPTED ThinBsPh 000328527 St N In N | |
| 04/20/20 | 07:44:20 | Msg | SYS | TM | PAYER MESSAGE: FRONTEND ACCEPT St N In N | |
| 04/28/20 | 09:15:12 | Msg | RPDX | TM | REDACTED St N In A | |
| 04/28/20 | 09:15:12 | Msg | RPDX | TM | CHARGE EXCEEDS FEE SCHEDULE/MAXIMUM ALLOWABLE OR CONTRACTED/ St N In N | |
| 04/28/20 | 09:15:12 | Msg | | | LEGISLATED FEE ARRANGEMENT. USAGE: THIS ADJUSTMENT AMOUNT | |
| 04/28/20 | 09:15:12 | Msg | | | CANNOT EQUAL THE TOTAL SERVICE OR CLAIM CHARGE AMOUNT; AND | |
| 04/28/20 | 09:15:12 | Msg | | | MUST NOT DUPLICATE PROVIDER ADJUSTMENT AMOUNTS (PAYMENTS | |
| 04/28/20 | 09:15:12 | Msg | | | AND CONTRACTUAL REDUCTIONS) THAT HAVE RESULTED FROM PRIOR | |
| 04/28/20 | 09:15:12 | Msg | | | PAYER(S) ADJUDICATION. (USE ONLY WITH GROUP CODES PR OR CO | |
| 04/28/20 | 09:15:12 | Msg | | | DEPENDING UPON LIABILITY) | |
| 04/28/20 | 09:15:22 | Msg | RPDX | TM | TICKET IS AT ZERO BALANCE St N In N | |
| 04/17/20 | 04:18:51 | Bill | LOAD | 76 | Bcbs Of IllinoisSeq Pri Origin Initial BilAsn Yes Media ElectronicType Phys File Submitted 76 - ILBS01/IBCS | 907.36 |
| 04/24/20 | 11:58:10 | Rmt | | 76 | Chk 04/27/20 REDACTED  -80,306.9 CN# REDACTED  Cum 907.36 All 597.00 | -597.00 |

EXHIBIT 28
218

Inquiry -- HARP 3 -- Quadax, Inc.  https://atbsvr.quadax.com/scripts/harp3.exe/execute?program=R...

© 2020 Quadax, Inc. :: Terms of Use :: Quadax Support :: 08/13/2020 :: AtbP07

EXPLANATION OF BENEFITS

```
PAYER       : BLUECROSS BLUESHIELD OF ILLINOIS      PAGE#          : 1
PAYEE       : DEXCOM                                PRINTED DATE   : 08/13/20
PROV/TAX ID#: REDACTED                              INS PLAN       : 76
CHECK/EFT#  :                                       DEMAND EOB
CHECK DATE  : 04/27/20                              OPERATOR CD    : JBDX
CLAIM STATUS: 1-Processed as Primary
```

| PERF PROV SERV DATE | POS | NOS | PROC MODS | BILLED | ALLOWED | DEDUCT | CO-INS+PAY | | GRP/RC-AMT | PROV PD |
|---|---|---|---|---|---|---|---|---|---|---|
| NAME REDACTED | | | HIC REDACTED | | ACNT REDACTED | | CTL REDACTED | ASG Y MOA | | |
| REDACTED | | 1 | A9277 | 907.36 | 597.00 | 0.00 | 0.00 | CO-45 | 310.36 | 597.00 |
| PT RESP 0.00 | | | CLAIM TOTALS | 907.36 | 597.00 | 0.00 | 0.00 | | 310.36 | 597.00 |
| | | | | | | | | | | 597.00 NET |

EXHIBIT 28
220

```
Client: (DX) Dexcom -- Version: HARP v3.70.00 -- Operator: JBDX -- Date: 08/13/2020 -- Session: 1935058508 -- Program: REPORT-t3inqTick&v=disp
 • 1)Ticket Summary    • 2)Show Documents    × 3)Pay by Phone    ▼ 4)Messaging    ▼ 5)Claims    ▼ 6)Updates
 ▼ 7)Printing          × 8)Upload Client Docs
```

Patient Account # REDACTED

REDACTED
REDACTED    DOB REDACTED    Stmnt Y    Acct Bal  0.00
             SSN REDACTED   Coll  Y    Ins  REDACTED
             MR# REDACTED              PAS Sync  N
                                       Acct Msgs
                                       Demo Updt 03/25/20

Ticket # 423606   Zero Balance
Bill DEX   Ship 02   Prod    SENS   Stat      IL   Inst
Spec       Clnt      Referral Q-3   Bill Grp  01   Summ Ins 76   Balance 0.00
PAS Case# No Case #

**Charges**

| Line | Date | Op | Proc | Desc | ICD-10 | Units | POS | TOS | CPT | Bill Dt | Chg Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 06/11/20 | LOAD | STSOR003 | G6 Sensor Kit 3-Pack Us | E1065 | 90.0 | 12 | | A9276 | | 1,821.51 |
| Totals | | | | | | 90.0 | | | | | 1,821.51 |

**History**                                                              ☑ Rec ☑ Adj ☑ Msg ☑ Bill ☑ Denial ☑ Stmnt ☑ Remit

| Date | Time | Type | Op | Code | Description | Amt |
|---|---|---|---|---|---|---|
| 06/24/20 | 18:54:34 | Rec | DSDX | 76 | Bcbs Of Illinois Pt Ins 76 Chk 06/22/20 REDACTED Dep 06/22/20 REDACTED | -974.70 |
| 06/24/20 | 18:54:34 | Adj | DSDX | CE | Insurance Adjustment | -846.81 |
| 06/15/20 | 05:06:32 | Msg | SYS | TM | XPEDITOR ACCEPT:<br>St N In N | |
| 06/15/20 | 05:06:32 | Msg | | | ILBS01 | |
| 06/15/20 | 10:09:17 | Msg | | | XPEDITOR ACCEPT: forwarded to (Direct): Availity/THIN - | |
| 06/15/20 | 10:09:17 | Msg | | | Physician | |
| 06/15/20 | 05:13:13 | Msg | SYS | TM | PAYER MESSAGE: FRONTEND ACCEPT<br>St N In N | |
| 06/16/20 | 05:13:13 | Msg | SYS | TM | 837 FILE ACCEPTED ThinBsPh 000328653<br>St N In N | |
| 06/15/20 | 05:10:19 | Msg | SYS | TM | PAYER MESSAGE: FRONTEND ACCEPT<br>St N In N | |
| 06/24/20 | 18:54:26 | Msg | DSDX | TM | REDACTED<br>St N In A | |
| 06/24/20 | 18:54:26 | Msg | DSDX | TM | CHARGE EXCEEDS FEE SCHEDULE/MAXIMUM ALLOWABLE OR CONTRACTED/<br>St N In N | |
| 06/24/20 | 18:54:26 | Msg | | | LEGISLATED FEE ARRANGEMENT. USAGE: THIS ADJUSTMENT AMOUNT | |
| 06/24/20 | 18:54:26 | Msg | | | CANNOT EQUAL THE TOTAL SERVICE OR CLAIM CHARGE AMOUNT; AND | |
| 06/24/20 | 18:54:26 | Msg | | | MUST NOT DUPLICATE PROVIDER ADJUSTMENT AMOUNTS (PAYMENTS | |
| 06/24/20 | 18:54:26 | Msg | | | AND CONTRACTUAL REDUCTIONS) THAT HAVE RESULTED FROM PRIOR | |
| 06/24/20 | 18:54:26 | Msg | | | PAYER(S) ADJUDICATION. (USE ONLY WITH GROUP CODES PR OR CO | |
| 06/24/20 | 18:54:26 | Msg | | | DEPENDING UPON LIABILITY) | |
| 06/24/20 | 18:54:34 | Msg | DSDX | TM | TICKET IS AT ZERO BALANCE<br>St N In N | |
| 06/12/20 | 04:23:31 | Bill | LOAD | 76 | Bcbs Of Illinois Seq Pri  Origin Initial Bilksn Yes  Media Electronic<br>Type Phys File Submitted 76 - ILBS01/IBCS | 1,821.51 |
| 06/19/20 | 12:03:09 | Rmt | | 76 | Chk 06/22/20 REDACTED -112,627.30 N# REDACTED<br>Clm 1,821.51 All 974.70 | -974.70 |

**EXHIBIT 28**
**221**

Inquiry -- HARP 3 -- Quadax, Inc.                                      https://atbsvr.quadax.com/scripts/harp3.exe/execute?program=R...

© 2020 Quadax, Inc. :: Terms of Use :: Quadax Support :: 08/13/2020 :: AtbP07

EXPLANATION OF BENEFITS

BLUECROSS BLUESHIELD OF ILLINOIS
DEXCOM
ID#: REDACTED
PT#:
DATE: 05/22/20
STATUS: 1-Processed as Primary

PAGE#: 1
PRINTED DATE: 08/13/20
INS PLAN: 76
DEMAND EOB:
OPERATOR CD: JBDX

| PROV SERV DATE | POS | NOS | PROC MODS | BILLED | ALLOWED | DEDUCT | CO-INS+PAY | GRP/RC-AMT | PROV PD |
|---|---|---|---|---|---|---|---|---|---|
| REDACTED | | 90 | A9276 | 1821.51 | 974.70 | 0.00 | 0.00 CO-45 | 846.81 | 974.70 |
| | | | CLAIM TOTALS | 1821.51 | 974.70 | 0.00 | 0.00 | 846.81 | 974.70 |

HIC REDACTED   ACNT REDACTED   CTL REDACTED   ASG Y MOA

PROVIDER REDACTED
NAME:
PT RESP: 0.00

974.70 NET

EXHIBIT 28
223