
1  Roger A. Lewis (PHV, IL Bar No. 6229704)
   David J. Chizewer (PHV, IL Bar No. 6206747)
2  GOLDBERG KOHN LTD.
   55 East Monroe Street – Suite 3300
3  Chicago, Illinois  60603
   (312) 201-4000
4  roger.lewis@goldbergkohn.com
   david.chizewer@goldbergkohn.com
5
   Ross H. Hyslop (CSB #149358)
6  PESTOTNIK LLP
   501 West Broadway – Suite 1025
7  San Diego, California  92101
   (619) 237-3000
8  hyslop@pestotnik.com

9  *Counsel for Plaintiff-Relator*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **THE UNITED STATES OF AMERICA**, the **STATE OF CALIFORNIA**, the **STATE OF ILLINOIS**, and the **STATE OF MONTANA**, *ex rel.* **JEFFREY BIERMAN**,<br><br>Plaintiffs,<br><br>vs.<br><br>**DEXCOM, INC.**<br><br>Defendant. | Case No. 3:20-cv-02467-L-DEB<br><br>**PLAINTIFF-RELATOR'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Notice is hereby given on behalf of Plaintiff-Relator Jeffrey Bierman ("Relator"), by and through his attorneys of record, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, that Plaintiff-Relator voluntarily dismisses this action without prejudice. In accordance with this Court's Order lifting the seal (ECF No. 23), and pursuant to 31 U.S.C. § 3730(b)(1), Relator has obtained written consent of the United States, the State of California, the State of Illinois, and the State of Montana to dismissal without prejudice.

| | |
|---|---|
| 1 | Dated: November 17, 2023 |
| 2 | Respectfully submitted, |
| 3 | JEFFREY BIERMAN |
| 4 | |
| 5 | By: _/s/ Roger A. Lewis_____ |
| 6 | Roger A. Lewis |
| 7 | Roger A. Lewis (PHV, IL Bar No. 6229704) |
|   | David J. Chizewer (PHV, IL Bar No. 6206747) |
| 8 | GOLDBERG KOHN LTD. |
|   | 55 East Monroe Street – Suite 3300 |
| 9 | Chicago, Illinois  60603 |
|   | (312) 201-4000 |
| 10 | roger.lewis@goldbergkohn.com |
|   | david.chizewer@goldbergkohn.com |
| 11 | |
| 12 | Ross H. Hyslop (CSB #149358) |
|   | PESTOTNIK LLP |
| 13 | 501 West Broadway – Suite 1025 |
|   | San Diego, California  92101 |
| 14 | (619) 237-3000 |
|   | hyslop@pestotnik.com |
| 15 | *Counsel for Plaintiff-Relator* |

- 2 -

# CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on November 17, 2023, he caused a copy of **PLAINTIFF-RELATOR'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** to be served via the Court's ECF/electronic mailing system upon all counsel of record, and served via electronic mail upon the following:

| | |
|---|---|
| Joseph P. Price, Jr.<br>Assistant U.S. Attorney<br>Office of the U.S. Attorney<br>880 Front Street, Room 6293<br>San Diego, CA 92101<br>(619) 546-7642<br>joseph.price@usdoj.gov<br><br>Elizabeth J. Kappakas<br>Attorney, Civil Division<br>U.S. Department of Justice<br>175 N Street, NE<br>Washington, DC 20002<br>(202) 305-2479<br>elizabeth.j.kappakas@usdoj.gov<br><br>*Counsel for the United States* | Antonio Celaya<br>Attorney for California Insurance Commissioner Ricardo Lara<br>300 Capitol Mall, 16th Floor<br>Sacramento, CA 95814<br>(916) 492-3450<br>antonio.celaya@insurance.ca.gov<br><br>*Counsel for the State of California* |
| Elizabeth Morris<br>Deputy Chief, Special Litigation Bureau<br>Office of the Attorney General of Illinois<br>100 W. Randolph St., 11th Fl.<br>Chicago, IL 60601<br>(773) 590-7965<br>elizabeth.morris@ilag.gov<br><br>*Counsel for the State of Illinois* | Bree Williamson Gee<br>Assistant Attorney General<br>Montana Department of Justice<br>Division of Criminal Investigation, Medicaid Fraud Control Unit<br>2225 11th Avenue<br>Helena, MT 59620<br>(406) 444-9811<br>bree.gee2@mt.gov<br><br>*Counsel for the State of Montana* |

/s/  Roger A. Lewis

- 3 -